CERTIFICATE OF CLERK

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Karen Ladner Ruhr, Circuit Clerk of the said County and State, hereby certify that the foregoing pages contain a true and correct copy of the complete file in Cause No. 12-0103 styled Trout Point Lodge et al versus Doug K. Handshoe as appears on file in my office this date.

Given under my hand official seal affixed, this the 14th day of March, 2012.

KAREN LADNER RUHR
CIRCUIT CLERK
HANCOCK COUNTY, MS
By: _____ DC

EXHIBIT "A"

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                                                     **PLAINTIFFS**

VERSUS                                                           CAUSE NO: 12-0103

DOUG K. HANDSHOE                                                                               **DEFENDANT**

## MOTION TO ENROLL FOREIGN JUDGMENT

COME NOW Plaintiffs/Judgment Creditors, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and file this their Motion to Enroll Foreign Judgment against Defendant/Judgment Debtor, Doug K. Handshoe, and in support thereof would submit a true and correct copy of the Judgment as Exhibit "A" and the Affidavit of Henry Laird as Exhibit "B".

Respectfully submitted, this the 8th day of March, 2012.

Trout Point Lodge, Limited, Vaughn Perret and
Charles Leary, Judgment Creditors

By: _____
Henry Laird, Mississippi Bar No. 1774

FILED
MAR 08 2012
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

{GP000720.1}

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

> Doug K. Handshoe
> 345 Carroll Avenue
> Bay St. Louis, Mississippi 39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: hlaird@joneswalker.com

{GP000720.1}

2011

Yar. No. 35065

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, a Nova Scotia Limited
Company, Vaughn Perret & Charles Leary

Plaintiffs

- and -

Doug K. Handshoe and Jane Doe

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damaged; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damaged; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document
is a true copy of the original.
Dated 2 day of February, 2012.

Prothonotary
Elaine L. d'Entremont
Prothonotary

EXHIBIT
"A"

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

Elaine L. d'Entremont
Prothonotary

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                             PLAINTIFFS

VERSUS                                                     CAUSE NO: _____

DOUG K. HANDSHOE                                                          DEFENDANT

### AFFIDAVIT OF HENRY LAIRD

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME the undersigned authority for the County and State aforesaid the within named Henry Laird of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, says the following things are true:

1. He makes this Affidavit on personal knowledge, representations of the Plaintiffs and upon the Order entered February 2, 2012 in the Supreme Court of Nova Scotia styled: *Trout Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret & Charles Leary -and- Doug K. Handshoe and Jane Doe*, Yar. No: 353654.

2. Attached hereto as Exhibit "A" is a true, correct and certified copy of the Judgment in favor of Trout Point Lodge, Limited, Vaughn Perret & Charles Leary against Doug K. Handshoe.

3. The name of the judgment debtor in the above styled case is Doug K. Handshoe, and last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi 39520. The post office address of the judgment creditors, Trout Point Lodge, Charles Leary and Vaughn Perret is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada.


EXHIBIT "B"

{GP000691.1}

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

Elaine L. d'Entremont
Prothonotary

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

> Doug K. Handshoe
> 345 Carroll Avenue
> Bay St. Louis, Mississippi 39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: hlaird@joneswalker.com

{GP000720.1}

2011

Yar. No. 351...

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, a Nova Scotia Limited
Company, Vaughn Perret & Charles Leary

Plaintiffs

- and -

Doug K. Handshoe and Jane Doe

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

EXHIBIT
"A"

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document is a true copy of the original.
Dated 2 day of February, 2012

Prothonotary
Elaine L. d'Entremont
Prothonotary

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | MAR 09 — Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Bay Saint Louis 39520 USPS

Sent To: Doug Handshoe
Street, Apt. No.; or PO Box No.: 345 Carroll Ave.
City, State, ZIP+4: Bay St. Louis, MS 39520

7010 1670 0001 6459 1457

PS Form 3800, August 2006 — See Reverse for Instructions

FILED
MAR 12 2012
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|
| Civil Case Filing Form | 23 1 CI | 2012 | 0023 |
| (To be completed by Attorney/Party Prior to Filing of Pleading) | County # Judicial Court ID District (CH, CI, CO) | | Local Docket ID |
| Mississippi Supreme Court   Form AOC/01 | 03 08 12 | | |
| Administrative Office of Courts   (Rev 2009) | Month Date Year This area to be completed by clerk | | Case Number if filed prior to 1/1/94 |

In the **CIRCUIT** Court of **HANCOCK** County — _____ Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: _____ Last Name _____ First Name _____ Maiden Name, if applicable _____ M.I. _____ Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business **Trout Point Lodge, Ltd.**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff **189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada**

Attorney (Name & Address) **Henry Laird, Post Office Box 160, Gulfport, MS 39502**   MS Bar No. **1774**

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: [signature]

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual **Handshoe** _____ **Doug** _____ _____ **K.**
Last Name _____ First Name _____ Maiden Name, if applicable _____ M.I. _____ Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of **345 Carroll Avenue, Bay St. Louis, MS**

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known _____   MS Bar No. _____

Damages Sought:   Compensatory $ _____   Punitive $ _____   ___ Check (x) if child support is contemplated as an issue in this suit.*
*if checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors-Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [X] Foreign Judgment | [ ] Other _____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other _____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other _____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other _____ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other _____ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other _____ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other _____ | [ ] Other _____ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other _____ | [ ] Other _____ |

FURTHER THIS AFFIANT SAYETH NOT.

_____
HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the 8th day of March, 2012.

_____
Notary Public

(Seal)

My Commission Expires: _____

{GP000691.1}