IN THE CIRCUIT COURT OF HANCOCK COUNTY

STATE OF MISSISSIPPI

| | |
|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY,<br><br>     Plaintiff,<br><br>v.<br><br>DOUG K. HANDSHOE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 12-0103<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, by its undersigned counsel, hereby gives notice that it has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled <u>Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe</u>, Civil Action No. 12-0103.   A copy of the Notice of removal is attached as Exhibit "1".

  DATED:   March 23, 2012

_____
G. GERALD CRUTHIRD, Esquire
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS   39466
Telephone:  (601) 798-0220
Facsimile:  (601) 798-4591
Email:  ggeraldc@bellsouth.net

**COUNSEL FOR DEFENDANT**


EXHIBIT "B"

## CERTIFICATE OF SERVICE

I hereby certify I have mailed (via U.S. Mail) a copy of the foregoing Notice of Filing Notice of Removal to the following:

>Henry Laird, Esquire
>Mississippi Bar No. 1774
>Jones, Walker, Waechter, Poitevent,
>Carrere & Denegre, LLP
>2510 14th Street, Suite 1125 (39501)
>Post Office Drawer 160
>Gulfport, MS  39502
>Telephone:  (228) 864-3094
>Facsimile:  (228) 864-0516
>Email:  hlaird@joneswalker.com
>*Attorneys for Plaintiff*

THIS the 26th day of March, 2012.

_____
G. GERALD CRUTHIRD