JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

1:12cv90LG-JMR

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2012
J.T. NOBLIN, CLERK
BY_____ DEPUTY

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff   Nova Scotia, Canada
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Henry Laird, Esquire, P.O. Drawer 160, Gulfport, MS 39502

## DEFENDANTS
Stone

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
P. Gerald Cruthird, P.O. Box 1056, Picayune, MS
Jack E. Truitt, 149 North New Hampshire Street, Covington, LA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

Citizen or Subject of a Foreign Country   ☒ 3 PTF

Incorporated or Principal Place of Business In This State — DEF 4 ☒

## IV. NATURE OF SUIT
☒ 320 Assault, Libel & Slander
☒ 890 Other Statutory Actions

## V. ORIGIN
☒ 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. 4103
Brief description of cause: Defendant sued for enforcement of foreign judgment, libel, and removal under 28 U.S.C. 4103 et seq.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ No

## VIII. RELATED CASE(S) IF ANY
DOCKET NUMBER  1:12 cv 38 RHW

DATE  March 26, 2012

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 14043003198   AMOUNT $350.00