IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia**
**Limited Company; VAUGHN PERRET and**
**CHARLES LEARY**                                                                                                   **PLAINTIFFS**

**VERSUS**                                               **CIVIL ACTION NO: 1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                                                              **DEFENDANT**

**MOTION FOR STATUS CONFERENCE**

COME NOW Plaintiffs, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and file this their motion for the Court to set a telephonic status conference as soon as practicable in order to enhance judicial economy, for the Court to understand various procedural and substantive issues in this very unusual case, and for the Court to consider entering a scheduling order in advance of the Case Management Conference.  Accordingly, Plaintiffs request the Court to set a telephonic status conference at the Court's earliest convenience.

Respectfully submitted, this the 5th day of April, 2012.

Trout Point Lodge, Limited, Vaughn Perret and
Charles Leary, Judgment Creditors


By:   s/ Henry Laird
      Henry Laird, Mississippi Bar No. 1774

{GP001293.1}

## CERTIFICATE OF SERVICE

    I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Motion by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466
Email:  ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433
Email:  mail@truittlaw.com

    This the 5th day of April, 2012.

                                            s/  Henry Laird
                                            Henry Laird
                                            MSB# 1774
                                            Jones, Walker, Waechter, Poitevent,
                                            Carrère & Denègre, LLP
                                            2510 14th Street, Suite 1125 (39501)
                                            Post Office Drawer 160
                                            Gulfport, MS  39502
                                            Telephone: (228) 864-3094
                                            Facsimile: (228) 864-0516
                                            Email:  hlaird@joneswalker.com