IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                              Plaintiff,

                                                      Civil Action No.:
v.                                                    1:12-CV-90LG-JMR

DOUG K. HANDSHOE,

                              Defendant.


\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:        Jack E. Truitt, Esq.

       Firm Name:   The Truitt Law Firm, LLC

       Office Address:     149 North New Hampshire Street

       City:  Covington    State:  Louisiana    Zip:    70433

       Telephone:   (985) 327-5266     Fax:   (985) 327-5252

       E-Mail:      mail@truittlaw.com

(B)    Client(s):   Douglas Handshoe

       Address:     Post Office Box 788

       City:  Wiggins    State:  Mississippi    Zip:    39577

       Telephone:   (228) 284-0004     Fax:   (601) 928-5129

(C)    Applicant is admitted to practice in the:        State of Louisiana

and is currently in good standing with the Supreme Court of the State of Louisiana. A

certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the

physical address, telephone number and website/email address for that admitting Court are:

**Supreme Court of the State of Louisiana**
**400 Royal Street, # 4200**
**New Orleans, Louisiana 70130**
**Telephone:  (504) 310-2300**
**www.lasc.org**

All other courts before which Applicant has been admitted to practice:

**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street, Room C-151**
**New Orleans, Louisiana 70130**
**Telephone:  (504) 589-7600**
**www.laed.uscourts.gov**

A certificate issued within ninety days of the date of this Application, is also enclosed.

|  |  | **Yes** | **No** |
|---|---|---|---|
| (D) | Has Applicant been denied admission pro hac vice in this state? |  | X |
|  | Has Applicant had admission pro hac vice revoked in this state? |  | X |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

**Not applicable.**

|  |  | **Yes** | **No** |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | **Yes** | **No** |
|---|---|---|
| (F)  Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

**Not applicable.**

(H)    Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

**Not applicable.**

|  | **Yes** | **No** |
|---|---|---|
| (I)    Has Applicant read and become familiar with all the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
| Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J)     Please provide the following information about the resident attorney who has been
        associated for this case:

        Name and Bar No:    **G. Gerald Cruthird, MSB #7926**

        Firm Name:   **G. GERALD CRUTHIRD, Attorneys at Law**

        Office Address:    **121 Fourth Street**

        City:   **Picayune**        State:  **Mississippi**     Zip:    **39466**

        Telephone:    **(601) 798-0220**      Fax:    **(601) 798-4591**

        E-Mail:     **ggeraldc@bellsouth.net**

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
        Applicant in this matter and to the appearance as attorney of record with Applicant.


                                            s/G. GERALD CRUTHIRD
                                   _____
                                   G. GERALD CRUTHIRD, BAR NO. 7926


I certify that the information provided in this Application is true and correct.

Executed on April 12, 2012.

                            Respectfully Submitted,

                            **THE TRUITT LAW FIRM**
                            A Limited Liability Company

                            _____
                            JACK E. TRUITT, BAR NO. 18476, T.A.
                            149 North New Hampshire Street
                            Covington, Louisiana 70433
                            Telephone: (985) 327-5266
                            Facsimile: (985) 327-5252
                            Email: mail@truittlaw.com

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case. This the 12th day of April, 2012.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                Plaintiff,

                                 Civil Action No.:
v.                                 1:12-CV-90LG-JMR

DOUG K. HANDSHOE,

                Defendant.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER OF ADMISSION

      Considering the above and foregoing Motion; and it appearing to this Court that the requirements for admission pro hac vice have been satisfied;

      **IT IS ORDERED** that Petitioner, Jack E. Truitt, request to appear pro hac vice in this Court for the above styled civil action is **GRANTED.**

      Gulfport, Mississippi, this _____ day of _____, 2012.


                                   _____
                                        **JUDGE**

**Name of Petitioner:**

Jack E. Truitt
Residence Address:
501 W. 16th Avenue
Covington, LA 70433

Business Address:
The Truitt Law Firm, L.L.C.
149 North New Hampshire Street
Covington, Louisiana 70433

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana,

do hereby certify that

## *JACK ETHERTON TRUITT, ESQ., #18476*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 9th Day of October, 1987 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the  seal of this Court, at

the City of New Orleans, this the 15th Day of

February, 2012, A.D.

Clerk of Court
Supreme Court of Louisiana

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Louisiana

**CERTIFICATE OF
GOOD STANDING**

*I,* _____ Loretta G. Whyte _____, *Clerk of this Court,*

*certify that* _____ Jack Etherton Truitt _____, *Bar #* _____ 18476 _____,

*was duly admitted to practice in this Court on*

_____ 10/30/1987 _____, *and is in good standing*
                DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 02/24/2012 _____.
                *LOCATION*                           *DATE*

Loretta G. Whyte
*CLERK*

*DEPUTY CLERK*