2011                                                                Yar No. 353654

Supreme Court of Nova Scotia

Between

Trout Point Lodge, Limited,

Charles Leary and Vaughn Perret

Plaintiffs

and

Douglas K. Handshoe and Jane Doe

**Defendants**

### Order for Judgment Against Douglas K. Handshoe

Before the Prothonotary, Yarmouth Justice Centre, appeared the Plaintiffs Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret to request that in accordance with Nova Scotia Civil Procedure Rule 8.02 (1) the Prothonotary now grant default judgment against Defendant Douglas K. Handshoe. All of the following apply:

1. Douglas Handshoe is notified of the claim in accordance with Rule 31 – Notice;
2. the time for filing a defence is now expired under Rule 31 – Notice, having expired as of November 18, 2011;
3. no defence is filed;
4. the judgment is for damages only.

There is no bill of costs as the Plaintiffs will schedule a hearing for the assessment of damages. Proof of notification was previously filed, and a copy is attached hereto.

On the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret, the following is ordered:

- Default judgment is granted against Defendant Douglas K. Handshoe;
- In accordance with the Civil Procedure Rule 31.12(4), Douglas K. Handshoe is now taken to have admitted, for the purposes of this action, the claims made against him in the Statement of Claim;
- Douglas K. Handshoe is now disentitled to notice of anything in the proceeding, unless a Rule expressly provides, the parties agree, or a judge orders otherwise.

Issued December 12, 2011

Elaine L. d'Entremont
Prothonotary

**EXHIBIT**

"3"