IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                   PLAINTIFFS

VERSUS                                         CAUSE NO: 12-0103

DOUG K. HANDSHOE                                          DEFENDANT

## MOTION TO ENROLL FOREIGN JUDGMENT

COME NOW Plaintiffs/Judgment Creditors, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and file this their Motion to Enroll Foreign Judgment against Defendant/Judgment Debtor, Doug K. Handshoe, and in support thereof would submit a true and correct copy of the Judgment as Exhibit "A" and the Affidavit of Henry Laird as Exhibit "B".

Respectfully submitted, this the 8th day of March, 2012.

                                  Trout Point Lodge, Limited, Vaughn Perret and
                                  Charles Leary, Judgment Creditors

                                  By: _____
                                        Henry Laird, Mississippi Bar No. 1774

FILED

MAR 08 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

EXHIBIT "4"

{GP000720.1}

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

>Doug K. Handshoe
>345 Carroll Avenue
>Bay St. Louis, Mississippi  39520

This the 8th day of March, 2012.

>Henry Laird
>MSB# 1774
>Jones, Walker, Waechter, Poitevent,
>Carrère & Denègre, LLP
>2510 14th Street, Suite 1125 (39501)
>Post Office Drawer 160
>Gulfport, MS  39502
>Telephone: (228) 864-3094
>Facsimile: (228) 864-0516
>Email: hlaird@joneswalker.com

{GP000720.1}

2011                                                                Yar. No. 353654

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

**Trout Point Lodge, Limited,** a Nova Scotia Limited
Company, **Vaughn Perret & Charles Leary**

Plaintiffs

- and –

**Doug K. Handshoe** and **Jane Doe**

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

SUPREME COURT NOVA SCOTIA
FEB 0 2 2012
YARMOUTH JUSTICE CENTRE

EXHIBIT
"A"

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document is a true copy of the original.
Dated 2 day of February, 2012

_____ Prothonotary
Elaine L. d'Entremont
Prothonotary

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

*[signature]* Prothonotary

Elaine L. d'Entremont
Prothonotary

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                                          PLAINTIFFS

VERSUS                                                                    CAUSE NO: _____

DOUG K. HANDSHOE                                                                        DEFENDANT

### AFFIDAVIT OF HENRY LAIRD

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME the undersigned authority for the County and State aforesaid the within named Henry Laird of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, says the following things are true:

1. He makes this Affidavit on personal knowledge, representations of the Plaintiffs and upon the Order entered February 2, 2012 in the Supreme Court of Nova Scotia styled: *Trout Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret & Charles Leary -and- Doug K. Handshoe and Jane Doe*, Yar. No: 353654.

2. Attached hereto as Exhibit "A" is a true, correct and certified copy of the Judgment in favor of Trout Point Lodge, Limited, Vaughn Perret & Charles Leary against Doug K. Handshoe.

3. The name of the judgment debtor in the above styled case is Doug K. Handshoe, and last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi 39520. The post office address of the judgment creditors, Trout Point Lodge, Charles Leary and Vaughn Perret is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada.

{GP000691.1}


EXHIBIT "B"

FURTHER THIS AFFIANT SAYETH NOT.

_____
HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the 8th day of March, 2012.

_____
Notary Public

(Seal)

_____
My Commission Expires: