Brief Summaries of Permanent Injunctions and Internet Defamation: Recent Case Law

1. **Mina Mar Group Inc. v. Divine, 2011 ONSC 1172.** Defamation of corporate & personal plaintiffs on Internet by non-Canadian defendants. Beginning in 2006 and continuing to decision date, by profuse postings on Internet bulletin boards and websites, particularly the website of InvestorsHub.com Inc., the Defendants, James Divine and Catherine Divine have frequently defamed Mino Mar and Mr. Zecevic. The Defendants' postings describe the plaintiffs as thieves, crooks, sham artists, liars, dishonest, corrupt, incompetent, and immoral. Default judgment. **Permanent injunction granted.**

2. **Henderson v. Pearlman, 2009 CanLII 43641 (ON SC).** The defendants defamed plaintiff through a program of misinformation on various websites, internet newsgroups and internet fora, which they purposely and maliciously targeted to spread in Ontario, where the plaintiff resides. The plaintiff further alleges that they have vouched for the truth of the defamatory comments appearing on their sites by providing links to each other's sites. In so doing, the plaintiff asserts that the defendants have collectively acted in concert to defame him. Default or non-appearance by defendants. Defendants were non-Canadian. **Permanent injunction granted.**

3. **Hunter Dickinson Inc. v. Butler, 2010 BCSC 939.** The defendant had published, and continued to publish, on a publicly-accessible internet website statements such as that the plaintiff is a crook and a thief. Defendant ignored request to cease publication and did not appear in court. "Where the defendant has continued to assert the truth of his or her defamatory allegations and continues to publish them, the court may infer there is more than a reasonable possibility that the defendant will repeat the defamation." **Permanent injunction granted.**

4. **WeGo Kayaking Ltd. et al v. Sewid et al, 2006 BCSC 334.** Defendants defamed the corporate plaintiff on Internet review web site. The Internet service provider agreed to remove the impugned material should an injunction be granted. Defendants did not appear at hearing. **Permanent injunction granted.**

5. **Warman v. Grosvenor, 2008 CanLII 57728 (ON SC).** Default judgement and deemed admission of facts. Alberta defendant. Internet publication of defamatory statements about plaintiff, including anti-Semitic remarks and threats. **Permanent injunction granted.**

6. **Barrick Gold Corp. v. Lopehandia, 2004 CanLII 12938 (ON CA).** Default judgment. Series of defamatory publications about corporate plaintiff, damaging its goodwill in its home province. Non-local defendant. **Permanent Injunction granted by Court of Appeal.**

7. **Astley v. Verdun, 2011 ONSC 3651.** Campaign of defamation against plaintiff. Judged guilty by jury. Likelihood of continued defamation in future. **Permanent injunction granted.**

8. **National Bank of Canada c. Weir, 2010 QCCS 402.** Internet defamation. Nova Scotia defendant, Quebec plaintiff. Court considered **Barrick Gold**, *supra*. **Permanent injunction granted.**

9. **Cragg v. Stephens, 2010 BCSC 1177.** Defamatory email campaign against plaintiff. Allegations of improper and criminal behaviour. Defamation continued after filing Statement of Claim. Default judgment. Likelihood of continued defamation. Court considered that "The Court also granted a permanent injunction because the defendant continued to assert the truth of her allegations, persisted in publishing defamatory statements respecting some of the plaintiffs, and there was no real hope that the plaintiffs would be able to recover their damages from the defendant." **Permanent injunction granted.**

10. **Griffin v. Sullivan, 2008 BCSC 827** . Canadian defendant; Australian plaintiff. Internet defamation. "[119]    Notwithstanding Mr. Sullivan's strenuous opposition to this claim, in my opinion a permanent injunction is not only justified but required in this case.  In light of his conduct over the past three and one-half years, it cannot be assumed that Mr. Sullivan will cease all efforts to publish new defamatory material or re-publish old defamatory material, about Mr. Griffin.  Nor can Mr. Sullivan be trusted to make every possible effort to remove defamatory material about the plaintiff which he is responsible for publishing, and which still remains on the internet by his own admission.[120]    In my view, the wording of the injunction must be very broad, having regard to Mr. Sullivan's propensity for using many different identities, nick names and internet addresses." **Permanent injunction granted.**

11. **Daboll v. DeMarco, 2011 ONSC 1**. Internet defamation of an attorney. "Now that I have found the defendants' statements to be defamatory, and in light of the defendants' conduct in continuing to publish these statements, I have no hesitation in granting a permanent injunction. Plaintiff's counsel has provided ample authority to do so, including cases brought under simplified procedure (see *Warman v. Grosvenor, supra* at paras. 90-92; *Griffin v. Sullivan,* [2009] B.C.W.L.D. 265 at paras. 121-124 (S.C.); *Keryluk v. Lamarche,* [2006] O.J. No. 5215 at para. 40 (Sup. Ct.), aff'd [2008] O.J. No. 1388 (C.A.))." **Permanent injunction granted.**

12. **Ottawa-Carleton District School Board v. Scharf, 2007 CanLII 31571 (ON SC)**. Internet defamation. No apology from defendant. **Permanent injunction granted.**

1 | http://slabbed.wordpress.com/2010/01/12/about-aaron-broussards-purported-ownership-of-trout-point-lodge/

**About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)**
JANUARY 12, 2010
*tags:* Aaron Broussard, Charles Leary, Jefferson Parish Political Corruption Scandal, Trout Point Lodge

by sop81_1
Ok folks I'm sitting on around 10 posts worth of tips without alot of time to publish anything but **I saw the Times Picayune ran a correction to yesterday's story that dealt with former Jefferson parish President Aaron Broussard's reported ownership in a Nova Scotia luxury vacation lodge that he allegedly rented to parish venders**.

Charles Leary told Times Picayune reporter Richard Rainey:

…..Broussard, "does not and has never had any ownership or management involvement with Trout Point Lodge, Limited." The message went on to say Broussard owns a "vacation home on the same road."

I'm told Raphael is the kind of guy who looks before he leaps. Broussard may not own Trout Point but then again I'm not used to seeing such an international twist to owning a simple vacation house. Stay tuned.

**Update:**

It seems Mr Leary was so proud of his association with Mr Broussard on the Billy Hill Trail Society Board they broke the link faster than an insurance comapny denied their wind claims post Katrina. Those wanting to see what I linked above that documented Broussard's association with Mr Leary in Nova Scotia should click **here**.

**Update:** 2-6-10

The google cache cleared out the page as well but luckily for the slabbed nation I also saved the page as a web archive which you can view by clicking **here**.

sop

Dr. Leary is clear Broussard isn´t part of Trout Point Lodge ownership or management, nonetheless Handshoe confuses what is being examined to suit his purposes, to suggest something unusual is afoot, and to cast aspersions against the plaintiffs.

---

2 | **sop81_1**
\*
January 12, 2010 3:27 pm
It didn't take long for a reader to explain the Costa Rican connection to Mr Leary. Turns out he owns a resort there was well along with a couple of politically connected ~~current~~ current and former Jeff Parish residents that I will not name at this time. There is also reportedly another resort in Spain. Who knew Jeff Parish politics was so lucrative?

| | |
|---|---|
| | sop<br>Implies Plaintiff Leary and Trout Point Lodge involved in political corruption. States incorrectly that plaintiffs own a resort in Spain—no responsible investigation or fact checking. |
| 3 | **sop81_1** PERMALINK<br>*<br>January 12, 2010 5:48 pm<br>I could tell you several things you don't know on this unfolding saga but that would spoil the fun.<br>Defendant demonstrates pleasure in practice of cyberstalking and defamation. |
| 4 | http://slabbed.wordpress.com/2011/04/18/well-folks-this-trout-point-thing-has-really-rattled-some-cages/<br><br>**Well folks, this Trout Point thing has really rattled some cages.**<br>APRIL 18, 2011<br>        *tags:* <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Slabbed</u>, <u>The Times Picayune</u>, <u>Trout Point Lodge</u><br>**sop81_1** PERMALINK<br>*<br>April 18, 2011 12:28 pm<br>I'll add that at no point did the Times Picayune contact me with their concerns preferring instead to complain straight to the host of the new site.<br><br>Google finds Slabbed no matter whom we're hosting with and if I have to come back to wordpress to drive the wooden stakes in then I have no problem doing that.<br>Sop<br><br>Indicates awareness of importance of Google search engine results and how to gain prominence in Google. |
| 5 | http://slabbed.wordpress.com/2011/04/18/yes-i-can-verify-that-trout-point-lodges-charles-leary-and-the-soon-to-be-indicted-aaron-broussard-were-thick-as-thieves-up-in-nova-scotia/<br><br>**<u>Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to be indicted Aaron Broussard were "thick as thieves" up in Nova Scotia.</u>**<br>APRIL 18, 2011<br>  *tags:* <u>Aaron Broussard</u>, <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Jefferson Parish Political Corruption</u><br>                                         <u>Scandal</u>, <u>Trout Point Lodge</u><br>by sop81_1<br>Former Wendell Gauthier partner Danny Abel was likely the early catalyst for Charles Leary of Trout Point Lodge and Aaron Broussard's relationship on the Billy Hill Trails Society. Our readers may recall the gang up in Nova Scotia **broke the link I posted documenting such relationship** quicker than you can say Brokeback Mountain |

2

fast three times.

For Defendant Handshoe, the conspiracy grows. He creates an innuendo of mystery and coverup around a proposed trails society for the Tobeatic Wilderness near Trout Point Lodge.

| 6 | http://slabbed.wordpress.com/2011/04/20/coming-soon-on-slabbed-we-examine-the-times-picayune-trout-point-retractions-in-detail/ |

**Coming soon on Slabbed: We examine the Times Picayune Trout Point retractions in detail.**
APRIL 20, 2011
   *tags:* <u>Aaron Broussard</u>, <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Secret lives</u>, <u>Times Picayune</u>, <u>Trout Point Lodge</u>
by sop81_1
It's never "the crime" but the coverup that often lands people in hot water. The powers that be hung reporter Rich Rainey out to dry on his reports on Trout Point Lodge. Were those reports libelous and did they defame Charles Leary and the merry group of guys he hangs with? Or is the saber-rattling out of Team Trout Point an attempt to cover some dirty secret?

Here is a hint that comes from multiple sources that know these men. Abel, Leary, Perett, Gates and Paulsen share something in common. In fact by all appearances Aaron Broussard would appear to be the piece of that social puzzle that does not fit. Or does he? I'm thinking he does.
sop

**Anti gay theme combined with innuendo of lying about crimes and coverup**

| 7 | http://slabbed.wordpress.com/2011/04/22/and-now-a-word-from-our-sponsor/#comment-28653 |

<u>**sop81_1**</u> PERMALINK
*
April 23, 2011 7:41 am
You nailed it in the first comment 'Gate. So stupid. But...there were other area blogs that also had this material posted. *Poof* here today gone tomorrow without so much as a peep.
Telemachus had this whole deal nailed. And now that we've taken a peeksie behind the door things have gotten much more interesting.
sop
**Repeats and affirms Telemachus defamations and continues innuendo of mystery and coverup.**

| 8 | http://slabbed.wordpress.com/2011/04/26/tuesday-music-dedicated-to-aaron-and-the-girls/ |

*3*

**Tuesday Music: Dedicated to Aaron and the girls.....**
APRIL 26, 2011
*tags:* Carl Finley, Cerro Coyote, Charles Leary, Danny Abel, Eric Paulsen, Inn at Coyote Mountain, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Richard Rainey, Securities and Exchange Act, Shane D'Antoni, Shane Gates, The Times Picayune, Trout Point Lodge, Tuesday Music, Unregistered Stock, Vaughn Perret
by sop81_1

**Music video is "killing me softly"**

http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/

**Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.**
APRIL 26, 2011
*tags:* Accredited Investors, Advance Publications, Atlantic Canada Opportunities Agency, Charles Leary, Danny Abel, La Ferme D'Acadie, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Richard Rainey, Securities and Exchange Act, The Times Picayune, Trout Point Lodge, Unregistered Stock, Vaughn Perret
by sop81_1

I'd submit this was a miscalculation of gargantuan proportions for several reasons, which will become clear as I roll out this series of posts on Aaron Broussard's connections to Trout Point Lodge and its purported owners, Charles Leary, Danny Abel and Vaughn Perret. I say purported because others were sold 2% ownership interests in the Trout Point development as touted by Broussard and those folks are the bagholders in this deal.

**"purported owners," stating that plaintiffs are the face of a criminal enterprise, "bag holders"**

In researching this story what I have found is a pattern of Leary, Abel and the girls being first class bitches and I think it is safe to assume based upon the retractions they made the Times Picayune and its corporate parent their bitch in this fiasco because Rainey was onto something big, albeit a bit dated in the fleecing of several local individuals that were marketed and sold ownership in the Trout Point by Aaron Broussard, who had close personal and business ties to Abel, Leary and the girls.

Leary, Perret and Abel were trying to use the Canadian Libel laws to strong-arm the Picayune and their parent Advance Publications. Now perhaps Advance does not keep up **with changes in Canadian Libel laws** or maybe the fact that Leary and the girls advertised in sister company Conde Nast Johanses guide swung the corporate decision toward retracting a factual news story but whatever the calculus Leary and the gang thought they buried the story.

"So who are the investors in Trout Point and what did they invest in? Why is this important? Maybe because of the government assistance Leary, Abel and Perret received in Canada via the



**May 4, 2011**

http://slabbed.wordpress.com/2011/05/04/im-diggin-up-bones-exhuming-things-that-everyone-needs-to-know/

**I'm diggin' up bones, exhuming things that everyone needs to know.....**
MAY 4, 2011
     *tags:* <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Leary v Federal Fiber Mills</u>, <u>NRA</u>, <u>Paulsen v State</u>
                                     <u>Farm</u>, <u>Perret v Phillip Morris</u>, <u>Vaughn Perret</u>
by sop81_1
Yes I can verify the girls are quite the litigious bunch!

**To call Abel, Perret, & Leary litigious is defamatory; two of the three are lawyers.**

Here are two oldies but goodies to go along with the **Eric Paulsen lawsuit against State Farm**. First up is **Perret v Phillip Morris**, an early attempt at Tobacco Litigation. Next up is **Leary v Federal Fiber Mills**.

http://slabbed.wordpress.com/2011/06/01/from-the-reader-mailbag-nova-scotia-paulsen-v-state-farm-and-redflex/

**From the reader mailbag: Nova Scotia, Paulsen v State Farm and Redflex**
JUNE 1, 2011
     *tags:* <u>Aaron Broussard</u>, <u>Carl Finley</u>, <u>Cerro Coyote</u>, <u>Charles Leary</u>, <u>City of Lafayette</u>,
    <u>Danny Abel</u>, <u>Jefferson Parish Political Corruption Scandal</u>, <u>Redflex</u>, <u>Trout Point L.P.</u>,
                                      <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>

Broussard was the hypester for the 3 ventures and he raised money from select members of the general public to turn these ideas into bricks and mortar reality.

. . .

I strongly suspect the girls have lots of really pissed off former investors around the NOLA area which may explain why Leary and Perret both want Canadian citizenship these days.

Suggests plaintiffs have fled Louisiana due to criminal and/or unethical activities there.

"Perret left his momma in good hands though as Danny Abel looked after her as a surrogate son after ol' Vaughn split years ago. "

Invasion of privacy; aspersion of Mr. Perret's character.

6

The only open question and it really isn't open in my mind's eye is why Broussard was hyping these schemes for a bunch of gay men.

Invasion of privacy; targeting gays.

---

**http://slabbed.wordpress.com/2011/06/21/trout-point-here-we-come/**
**Trout Point here we come....**
JUNE 21, 2011
    *tags:* <u>Advance Publications</u>, <u>Lack of Journalistic Nads</u>, <u>Trout Point L.P.</u>, <u>Trout Point Lodge</u>, <u>Venue Shopping</u>

**Post accuses plaintiffs by implication of forum shopping**

---

**http://slabbed.wordpress.com/2011/08/03/ive-just-been-informed/**

**I've just been informed.....**
AUGUST 3, 2011
    *tags:* <u>Aaron Broussard</u>, <u>Atlantic Canada Opportunities Agency</u>, <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Jefferson Parish Political Corruption Scandal</u>, <u>La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>
by <u>sop81_1</u>
That the newest chapter of the Slabbed Nation has been formed in Nova Scotia and those good folks are wanting to see a conclusion of some kind to our earlier posts on **Trout Point Lodge** and its connections to the Jefferson Parish Political Corruption Scandal. How can I deny our newest fans such a request? Simple I can't.

**Defendant admits to substantial contacts with Nova Scotia, links plaintiffs to corruption scandal, and connects them to persons and events of which they have no knowledge**

---

http://slabbed.wordpress.com/2011/08/15/actually-matt-you-had-this-one-called-right-to-begin-with-slabbed-travels-back-in-time-with-the-girls-and-ties-a-few-things-together-a-trout-point-lodge-jefferson-parish-political-corruption-scan/

**Actually Matt, you had this one called right to begin with. Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 1.**
AUGUST 15, 2011
    *tags:* <u>Aaron Broussard</u>, <u>Calvin Fayard</u>, <u>Carl Finley</u>, <u>Castano Group</u>, <u>Charles Leary</u>, <u>Class Action Litigation</u>, <u>Danny Abel</u>, <u>Eric Paulsen</u>, <u>La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities</u>, <u>Paulsen v State Farm</u>, <u>Shane D'Antoni</u>, <u>Tort Reform</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>, <u>Wendell Gauthier</u>

**Post links the plaintiffs to litigation they had nothing to do with.**

7

And sue they did but the gun suit fell apart as Gauthier was the glue that held Castano together and it **unwound with untimely death in late 2001**. That in turn cast lawyers like Abel adrift with one commonality being the girls sticking together. Abel was a good lawyer but his heart lay elsewhere in the world of cooking and hospitality and it is there he intersected with Charles Leary and Vaughn Perret as he funded their failed business ventures to his own financial detriment. We'll be rolling that out in part 2 of this series.

Matt Labash's work from 1998 still survives the test of time via wingnut think tanks like the Heartland Foundation, which dumb ass politicians like Tom Capella turn to for their talking points and it is **there among many places that Labash's story lives on in internet perpetuity**. Folks the whole piece is well worth the read as part of the social network that would eventually lead us to Trout Point Lodge, Charles Leary and Vaughn Perret comes into sharper focus as we'll also revisit Paulsen v State Farm and the notion of "Buy a reporter, get a good story".

**Repeats them of plaintiffs purchasing good press from mainstream media, implying that they must buy positive publicity.**

For his pleasure Mr Brown is now being sued by Abel who is evidently once again out of money and trolling for a cheap shakedown. I would submit Abel is writing checks he is not prepared to cash but what would I know.

With the use of tags, Handshoe suggest plaintiffs are involved in a criminal shake down scheme, which forms a pattern of conduct.

| | |
|---|---|
| 16 | http://slabbed.wordpress.com/2011/08/17/just-another-day-in-the-state-ethics-board-neighborhood/ <br><br> **Just another day in the state ethics board neighborhood....** <br> AUGUST 17, 2011 <br>   tags: Aaron Broussard, Ben Stone, District Attorney Paul Connick, IESI, Lagniappe Industries, Louisiana Ethics Administration, Mississippi Ethics Commission, Scott Fontenot, THT Group, Tim Coulon, Tim Whitmer, Trout Point Lodge, Wally Pontiff, Waste Management <br><br> **Ties Plaintiff Trout Point Lodge to official investigations that  do not in reality involve or mention them.** |
| 17 | http://slabbed.wordpress.com/2011/08/17/laissez-les-bons-temps-rouler-slabbed-travels-back-in-time-with-the-girls-and-ties-a-few-things-together-a-trout-point-lodge-jefferson-parish-political-corruption-scandal-update-part-2/ <br><br> **Laissez les bons temps rouler! Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political** |

**Corruption Scandal Update Part 2.**
AUGUST 17, 2011
  *tags:* <u>Aaron Broussard</u>, <u>Calvin Fayard</u>, <u>Carl Finley</u>, <u>Castano Group</u>, <u>Charles Leary</u>, <u>Class Action Litigation</u>, <u>Danny Abel</u>, <u>Eric Paulsen</u>, <u>La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities</u>, <u>Matt Labash</u>, <u>Paulsen v State Farm</u>, <u>Shane D'Antoni</u>, <u>Shane D'Antoni aka Shane Gates</u>, <u>Shane Gates</u>, <u>The Weekly Standard</u>, <u>Tort Reform</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>, <u>Wendell Gauthier</u>

Now this blog was founded as a consumer driven resource highlighting Katrina cases. Despite the free publicity Carl Finley and the rest of the girls are not who I think as Katrina warriors. They simply took too many shortcuts in their litigation and in the case involving famous local media personality Eric Paulsen took ethical liberties that would make the Oxford based insurance defense bar blush and that folks is saying something. And a fair read of the above tells us something else about how the girls operate because without being compelled to say anything Gates claims Eric Paulsen's house as his own well before it evidently became more convenient **to file suit against State Farm using Paulsen's name**. Such shape shifting is common for the girls as the reported ownership of the Trout Point Lodge and Dairy Farm has also magically morphed through time as we'll explore in a later post.

**Defendant repeats defamatory use of tags. Implies attorney plaintiff Perret's use of legal shortcuts and ethical violations in a litigation he had nothing to do with. Implies nefarious business activities and fraud involving Trout Point Lodge.**

Coming up in Part 3 Slabbed explores the lawsuit Aaron Broussard has filed against Outgunned author Peter Brown as I continue to meticulously lay down the trail of scams and political corruption that leads to Nova Scotia and Trout Point Lodge.

sop

**Defendant states that Trout Point Lodge is at the <u>centre</u> of scams, coverup, and a political corruption scandal that only the Defendant is exposing.**

http://slabbed.wordpress.com/2011/08/18/first-class-bitches-common-thugs-or-plain-ol-morons-the-girls-at-trout-point-lodge-sue-fox-8-and-slabbed-a-trout-point-lodge-jefferson-parish-political-corruption-scandal-update/

**First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update**
AUGUST 18, 2011
  *tags:* <u>1st Amendment Rights</u>, <u>Aaron Broussard</u>, <u>Charles Leary</u>, <u>Fox 8</u>, <u>Jefferson Parish Political Corruption Scandal</u>, <u>La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities</u>, <u>SLAPP</u>, <u>Trout Point L.P.</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>

Click the pic to get the latest screed from the girls while I prepare the next installment connecting Trout Point Lodge to the Jefferson Parish Political Corrutpion Scandal. ~ sop

Implies that the plaintiff are at the heart of the political corruption scandal.

**lockemuptight** PERMALINK
August 18, 2011 5:56 pm
Ring——— Ring——— Ring——— Hello, yes this is the MIssissippi State Police———
you say your name is Dudley Doright of the Royal Canadian Mounted Police——— and
you say you want to extradite a Doug Handshoe—————-son, do you realize that
Mr.Handshoe and family rode out Katrina on his roof a couple of years ago while certain
other cowards evacuated entire cities and later cried ———— and son one last thing, when
you come with a division or more better look like bringing several thousand plastic bags
to take back all your horseshit from our clean roads as we have strict laws against shit,
especially all the way from Canada. Dudley———Oh Dudley——— you still there son.

**Defendant makes publication ridiculing the Canadian legal and justice
systems.**

**sop81  1** PERMALINK
*
August 19, 2011 9:49 am
Good one Robert.  It appears the girls at Trout Point have caused an international
incident. Oh Charles Leary PhD from Cornhole University time to come out to
playyyyyyy.
sop

**Defendant demonstrates lack of respect for legal process and illustrates
homophobic malice.**

**lockemuptight** PERMALINK
August 21, 2011 11:28 am
I couldn't download that particular Dudley Doright video but I viewed it and know it's
out there in cyberspace. Punch in Dudley Do-right cartoons in the you tube website and
look for "damsel in distress"video.
If you are successful, better pull down your shades and barricade the door as this area is
crawling with the internationally feared RCMP- i.e. Royal Collection of Mounted Pussies.

**Defendant shows more disrespect for legal system and police.**

http://slabbed.wordpress.com/2011/08/18/thursday-music-we-have-a-
winner/
**Thursday Music: We have a winner!**
AUGUST 18, 2011
   *tags:* Aaron Broussard, Carl Finley, Charles Leary, Danny Abel, Eric Paulsen, Jefferson
      Parish Political Corruption Scandal, Shane D'Antoni, Shane Gates, Trout Point L.P.,
                              Trout Point Lodge, Vaughn Perret

by sop81_1
From a reader, " LOL, Glad they missed your post on "**They call me the assassin**".
That would have really scared them..."

. . .

Those weren't fever blisters Leary had no sir. Beat off blisters maybe......

**Shows contempt for judicial process, mocks the Statement of Claim, and is meant to defame and ridicule.**

Let the girls bleed, they went menstural and had to indulge it.

---

http://slabbed.wordpress.com/2011/08/19/while-the-slabbed-nation-awaits-the-coming-statement-from-slabbed-new-media-llc/
**While the Slabbed Nation awaits the coming statement from Slabbed New Media LLC...**
AUGUST 19, 2011

*tags:* Friday Video

by sop81_1

DEFEND IT !!!!!!!!!!!!! against the "... elite fraternity of crooks, miscreants and various and sundry other individuals..." {HT sop IN 'SO YOU WANT TO SUE SLABBED'} who apparently think the men and women who have died defending it and continue to defend it do so only for those folks and in those instances only THEY, the "...elite fraternity of crooks, miscreants and various and sundry other individuals ..." {HT sop again} , agree with. WRONGO BUCKROOS...I repeat: GET IN SIT DOWN SHUT UP and HOLD ON. Ya wanna ride Cowboys? Then LET'S RIDE. American style.
**Refers to plaintiffs; threatening.**

---

https://slabbed.wordpress.com/2011/08/24/the-problem-with-lying-is-keeping-all-of-them-straight-a-jefferson-parish-political-corruption-trout-point-lodge-scandal-update-part-3/
**The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3**
AUGUST 24, 2011
*tags:* Aaron Broussard, Carl Finley, Charles Leary, Danny Abel, Eric Paulsen, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Shane D'Antoni, Shane D'Antoni aka Shane Gates, Shane Gates, Vaughn Perret
While Rainey focuses his articles on the curious Nova Scotia connection involving Broussard and the complaint to the Louisiana Ethics Commission, Rainey's articles contained some damning evidence of potential wrongdoing involving Leary and Perret in Canada and it had nothing to do with Broussard per se. In fact I'd submit to this day neither Rich Rainey or his employer know real reason why Leary and Perret went postal on them after his story on Trout Point appeared in January, 2010 but that changes today. Our first stop is **the courts in Nova Scotia** and the suit against one of the girls business misadventures there, La Ferme D'Acadie by the Canadian Government through the Atlantic Canada Opportunities Agency.

11

The dispute was the crash and burn of the Nova Scotia boutique farm and rolling over some of the money into Trout Point. The ACOA wanted their money back because it is clear they feet the girls were less than honest in dealing with them and according to local lore so do the trade venders that originally did business with Team Trout Point.

**The Defendant makes direct accusations of fraud and the bilking of local contractors and suppliers**

Then they realize they made a mistake, they failed to register as the all important "limited" corporation that protects their assets, so they fixed that right away, dissolving this and registered Trout Point Lodge Ltd Dec 14, 1998, and this time they took off Abel's name, and just have Leary and Perret as partners, their address being 189 Trout Point Rd, East Kemptville. Now note that their address likely changed to Trout Point Road after 1998, likely in 2000 when the Lodge was built.

**Total confusion of the facts. Defendant misrepresents public records to suit his storyline and innuendo.**

At this point it is important to remember the allegation is that Broussard was making Parish venders rent his property up in Nova Scotia in a kicked up pay to play arrangement and indeed there is no evidence that Leary, Perret, Abel and the lodge were involved. That said it is also clear Broussard was not simply some guy from down the road as Leary tried to paint him to Rich Rainey. Broussard was the market maker for the girls and peddled those 2% investments to select individuals in Louisiana along with his legal sidekick Danny Abel.

So what is it that made Leary nervous about Rich Rainey's reporting? IMHO it is mainly the fact that Rainey reported additional 2% owners and folks that likely does not jive with what Leary has told the Canadian Courts in sworn testimony. Here is an excerpt from the now retracted **Trout Point piece by Rich Rainey**:

None of this is new ground here at Slabbed and in reality Rainey was 100% factually correct in his reporting. Now I am open to the possibility Rainey's employer is pusillanimous in the way they hung him out to dry but I also suspect Rainey and the gang had no clue as to Leary's testimony before a Canadian court.

But here is some new ground as events have compelled me to dig further into this whole Trout Point/Aaron Broussard/Paulsen v State Farm social network of gay men and politics. So I am 100% clear I am completely down with those of you in the Slabbed Nation living alternative lifestyles and really do not care what consenting adults do in their private lives

Now if I paid taxes in Nova Scotia I think I'd want an explanation and full accounting of the ownership of Trout Point Lodge and it's relationship to the failed venture La Ferme D'Acadie as it appears the shifting of assets and ownership could well indicate that

the ACOA was defrauded.  To the extent Leary claimed discrimination in a Canadian court for being gay while freely marketing **Trout Point as a Gay Owned Lodge in Kemptville Nova Scotia** illustrates the dishonesty inherent to his dealings with the Nova Scotia court system.

For my part I intend to keep all my options open and that includes the possibility of an anti SLAPP counter suit. My reporting is well sourced and I have nothing to hide. OTOH if we should ever get to depos I'd love to know what Broussard got in exchange for peddling 2% ownership stakes in businesses he does not own.

All that said something tells me the courts in Nova Scotia will not take kindly to being abused in the way Leary, Abel and Perret have abused them. The girls hung 6 figures of bad debt on the Canadian taxpayers and strongly appear to have lied to the courts. This IMHO, is not a winning combo, especially after years of passing threats to anyone who crossed them.
I'll have part 4 ready in a few days.
sop

**lockemuptight** PERMALINK
August 25, 2011 4:21 pm
Sop, got another question maybe for you to think about asking on a possible deposition. In part 4 above :
".....but one of our new friends in Nova Scotia sums it up for us:" " ... June 25,1998, again showing all 3 (Abel, Leary and Perret) as partners, but this time Abel's address is MT. HERMON, LOUISIANA."
Is the Mt.Hermon where Abel lived the same Mt.Hermon hick town where it is rumored all the Jefferson Parish trucks,equipment, pump operators and other personnel were evacuated to before Katrina struck? And if it is where did all these trucks, equipment and personnel stay? It seems like a small town like that would not have enough motel rooms or equipment storage areas to accommodate the mass numbers of personnel and equipment. Just a coincidence I guessthat Abel lived in Mt.Hermon and that's where massive equipment and personnel were rumored to have been evacuated to. Maybe Dr. Maestri, emergency director who post Katrina got involuntarily vacated himself, could shed some light on this for the Slabbed Nation.
Of course Broussard did not personally order said evacuation to Mt.Hermon as per his deposition they all just left like programed robots in accordance with the DOOMS DAY EVACUATION PLAN which they all had memorized for years.
**The Plaintiff used to own an award-winning farm business in Mount Hermon, Louisiana. For the Defendant, conspiracies abound.**

**vonzippa** PERMALINK
August 25, 2011 6:02 pm
There were no motel rooms and no equipment storage in Mt. Hermon, at least not used by your run-of-the-mill Jefferson Parish employees. The entire "Doomsday Plan" shelter and storage consisted of one school building and its adjacent parking lot. In fact, there

13

were well over one hundred "employees" and their equipment/vehicles that were turned away with no alternative plan on the very night the storm made landfall after getting explicit instructions from the administration to report there.

https://slabbed.wordpress.com/2011/08/24/we-have-breaking-news-from-nova-scotia/

**We have breaking news from Nova Scotia!!!!!!!!!!!!**

AUGUST 24, 2011

*tags:* Charles Leary, Danny Abel, La Ferme D'Acadie, Trout Point Lodge, Vaughn Perret

by sop81_1

Folks a quick programming note. I'm working on Part 3 of my series on Trout Point Lodge and how it fits into the broader Jefferson Parish Political Corruption Scandal but just received word of new developments in Nova Scotia. These are not my developments to break but here is a hint: toxicity video

**Defendant once again links Trout Point Lodge to political corruption scandal and federal criminal investigation.**

**It's a Wednesay Musical repeat bonus twofer as things are getting a bit strange in Trout Point Lodgeville.**

AUGUST 24, 2011

*tags:* Wednesday Music

by sop81_1

http://slabbed.wordpress.com/2011/08/25/thursday-music-special-rut-roh-girls/

**Thursday Music Special: Rut Roh Girls!!!!!**

AUGUST 25, 2011

*tags:* Thursday Music

http://slabbed.wordpress.com/2011/08/26/friday-music-readers-choice/

**Friday Music: Readers choice!**

AUGUST 26, 2011

*tags:* Friday Music

by sop81_1

Courtesy of our **new international friend Novell Ecosse**. It fits so many of our current topics to the T IMHO. Registration slips indeed LMAO!

**video your so vain**

**Novelle Ecosse** PERMALINK

August 27, 2011 5:12 am

Thanks Sop. Liberace famously perjured himself in court, swearing on his precious mother's health that he was not a homosexual. He lied to protect his money making career. Someone is crying all the way to the bank.

https://slabbed.wordpress.com/2011/08/30/i-am-getting-word-from-nova-

scotia/

**I am getting word from Nova Scotia.....**
AUGUST 30, 2011
 tags: Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret
by sop81_1
Evidently this little project is making news in Canada. Stay tuned folks.

**Defendant refers to Frank magazine.**

Yep and business at the ol' lodge evidently isn't doing well. Hey Jr check this out:
Litigious American ex-pat Trout Point Lodge proprietors Charles Leary and Vaughn Perret are at it again, and now they have Louisiana blogger Doug Handshoe in their sights.
You know me, I can not tell a lie:
"Have I been screwing with them? Of course I have," Doug tells me via phone from Louisiana.
"I was prepared for this lawsuit. I was warned that I was going to be sued, and I consider this (lawsuit) a gift," he says, adding that he's re-posted much of the suit's text to his website.
The ballsy blogger says he's been all over the state searching for evidence of nefarious activities on the part of Chuck and Vaughn, and the suit is simply the culmination of his amateur gumshoe work.
"My blog is the search for the truth," Doug bleats. "This is a constitutional issue, and in this case, the Constitution and the First Amendment are on my side."
I hear there is more in the pipeline too. If it is true there is no such thing as bad publicity then the girls will be happy to see the latest issue of Frank Magazine.
sop

**sop81_1** PERMALINK
*
August 30, 2011 1:39 pm
I think the joke is on the girls Lockem. We're not laughing with you Vaughn and Chuck, we're laughing at you.
sop

https://slabbed.wordpress.com/2011/08/30/tuesday-music-dedicated-to-the-charles-leary-and-vaughn-perret-at-trout-point-lodge/
**Tuesday Music: Dedicated to the Charles Leary and Vaughn Perret at Trout Point Lodge**
AUGUST 30, 2011
 tags: Tuesday Music
by sop81_1
You can run from your past but you can't hide ladies.

**Video is Ted Nugent's "Stranglehold"**

https://slabbed.wordpress.com/2011/08/30/about-the-chances-that-trout-

15

point-lodge-will-be-bankrupt-within-a-year/

**About the chances that Trout Point Lodge will be bankrupt within a year.....**
AUGUST 30, 2011
     *tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

by sop81_1
Obviously the girls at Trout Point Lodge do not have a stellar business record folks from their failed Washington Parish Exotic Cheese Farm to the defunct Nova Scotia Dairy farm to the ill fated Cerro Coyote Hotel project, all of which were at least partially paid for with other people's money.  After Aaron Broussard's fall from grace and the end of pay to play Nova Scotia style things just got plain worser for the girls at Trout Point who tried everything, from marketing the lodge as gay friendly to rolling out all the PR stops. **Without the ferry service from Portland Maine** it simply isn't worth the very long trip overland to the lodge, which is stuck out in the middle of no where.  And of course once you get there the hidden charges are a real bitch as **this disappointed guest points out at Trip Advisor**, one of the **travel sites where the girls advertise heavily**:

. . .

River Bend has some ownership questions but there is no doubt the girls were the interface with the guests in Nova Scotia. But it gets better because the pressure of being scrutinized by Slabbed is evidently showing. Late last week I spoke with a nice gentleman from New York who heads a large media company that for now will remain nameless. What he described to me indicated Team Trout Point has some sort of mental disorder that goes wayyyyyyy beyond my limited capabilities to diagnose them from here at the registered office in Mississippi. That said he was very nice and just yesterday shared his experiences **with Chuckie and the gang over at Trip Advisor** under the lede "Hire a lawyer":

**States that plaintiffs have mental problems.**

The real score is it appears Leary and his blowbuddy Vaughn Perret are so paranoid they're willing to piss off members of the media in order to maintain the illusion of editorial control about what is written about their business ventures, especially the scams and the ones that didn't work out.

As always Slabbed reports you decide and stay tuned because we'll have more on the girls at Trout Point and their nefarious business practices.

---

https://slabbed.wordpress.com/2011/08/31/kirk-cheyfitz-ceo-of-story-worldwide-writes-a-review-of-trout-point-lodge-for-post-advertising/

**Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising**
AUGUST 31, 2011
     *tags:* Aaron Broussard, Charles Leary, Danny Abel, Eric Paulsen, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

by sop81_1

The entire blog post is well worth the read folks and frankly the thought of Leary driving around Nova Scotia in a Range Rover telling customers to fuck off after stiffing a multitude of local investors is literally the stuff that makes for a basher's dream as it looks more and more as if Aaron Broussard's market making for the girls business ventures was in reality extortion under the color of law.  I'll leave that for the FBI and others to sort out.

As always stay tuned for more on Trout Point Lodge as the connections between the owners of Trout Point and the disgraced Aaron Broussard come into sharper focus here on Slabbed.

**Kidd** PERMALINK
August 31, 2011 3:45 pm
Damn! Queer (as in goofy as hell) fag (as in deviant perverts) scum (as in lawyers): again, queer fag scum!

**Novelle Ecosse** PERMALINK
August 31, 2011 4:34 pm
Charles Leary sounds mentally ill to me. I am repulsed by the notion our government is in any way helping to promote Trout Point as a tourism business. So glad Mr, Cheyfitz brought this information to light, we need more people like him sharing information with the public, buyer beware indeed.

---

http://slabbed.wordpress.com/2011/09/03/saturday-music-sop-da-knife/

**Saturday Music: Sop da knife????**
SEPTEMBER 3, 2011

*tags:* Saturday Music

by sop81_1
*There's no controlling the unrolling of your fate, my friend, Who knows what's written in the magic book.*

**Threat
whitmergate** PERMALINK September 3, 2011 9:41 am  Cut 'em up buddy !!!!!!!

**sharkpuppet** PERMALINK September 3, 2011 10:14 am
          NOW THAT SOP IS BACK IN TOWN....ha ha ha...thank you TS LEE...sop can rock now

**Robert Marie** PERMALINK September 3, 2011 2:25 pm  Here ya go, use my knife!

---

http://slabbed.wordpress.com/2011/09/01/thursday-music-it-occured-to-me-i-never-properly-welcomed-the-girls-to-the-warren-suite-here-at-the-do-slabb-inn/#comments

17

### Thursday Music: It occured to me I never properly welcomed the girls to the Warren Suite here at the Do Slabb Inn....

SEPTEMBER 1, 2011

tags: Thursday Music

by sop81_1

I bet the girls didn't know Slabbed had its own 5 star cyber hotel affectionately known as the Do Slabb Inn. And at the Inn we have a special suite named the Warren after Warren Buffet who was the first occupant.  One difference between our Warren and Trout Point Lodge is at the Do Slabb Inn there are no hidden charges and free speech is welcome, in fact it is encouraged.  Few that check in ever check out.............

**lockemuptight**  PERMALINK

September 1, 2011 5:01 pm

The Do Slabb Inn is similar to the roach motel with its sticky floors in that it also attracts roachy clientele except the Warren Suite offers the rare amenities of slick,slabbed floors with tricky trap doors that unknowingly drop arrogant visitors into the Truth Pit where they are eternally tormented by big sleazy,Canadian lies.

Now girls don't get your faint hearts beating too fast, just relax and enjoy as it's all just a parody.

**sop81_1**  PERMALINK

*

September 3, 2011 10:25 am

ps. The latest on Garland Robinette and the Jefferson Parish Political Corruption Scandal that Target linked above means things only get worser for the girls.

You see when I spoke with Andrew Speller and Kirk Cheyfitz both asked why I didn't get more support from the media down here. Since I can't lie I told both the local media was almost completely sold out to entrenched corrupt interests, a point I echoed to a NY Times reporter who inquired about Magnum's BP contract. (The reporter giggled as we agreed the local media would never touch such topics.)

Channel 4 broke their link on the Trout Point connection a week or so back immediately after I used it to tease Charles Leary on Twitter. Don't know if it was Paulsen or if the guy on duty is a pussy but it was so predictable. Luckily I nabbed a pdf before sharing the link with Chuckie and it will make a good post.

sop

**sharkpuppet**  PERMALINK

September 3, 2011 10:28 am

Uh Andrew: Don't you have anything better to do than criticize free speech? You seem perversely interested in the bitchslapping being delivered to the Canadian Queens. You a little light in your loafers too? Oh and just in case you are an Officer of the Court attorney type let me lighten up with a lawyer joke: Why did the sharks not eat the lawyer who fell off his boat? Professional courtesy. Hee hee hee.

**Robert Marie**  PERMALINK

September 3, 2011 12:39 pm

Andrew who? Lawyer, hum wonder what that shit would taste like? What no Vasoline?

http://www.youtube.com/watch?v=ht672-wYelc

| | Conspiracy theories |
|---|---|
| 28 / 29 | http://slabbed.wordpress.com/2011/08/24/the-problem-with-lying-is-keeping-all-of-them-straight-a-jefferson-parish-political-corruption-trout-point-lodge-scandal-update-part-3/ <br><br> **The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3** |
| 29 / 30 | http://slabbed.wordpress.com/2011/08/18/first-class-bitches-common-thugs-or-plain-ol-morons-the-girls-at-trout-point-lodge-sue-fox-8-and-slabbed-a-trout-point-lodge-jefferson-parish-political-corruption-scandal-update/ <br> **First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update** |
| 30 / 31 | http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/ <br><br> **We have a winner and he is still a loser after all these years.....** <br> SEPTEMBER 6, 2011 <br> *tags:* Charles Leary, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie & Charles Leary v. The Atlantic Canada Opportunities, Trout Point Lodge, Vaughn Perret <br><br> What can I say folks, he was a grifter in the exotic cheese biz down here and evidently remains the same in Nova Scotia as Slabbed literally trips on all the skeletons in the pasts of the girls at Trout Point Lodge. He remains a loser because he still doesn't know how to properly serve his frivolous lawsuits: <br><br> . . . <br><br> Stay tuned as disgruntled former employees of Trout Point Lodge are contacting Slabbed with info as Slabbed systematically solves the Mystery in Nova Scotia and its connections to the disgraced Aaron Broussard.  I'd like to once again thank the good people at West Law for the occasional fair use of their documents. <br><br> sop <br><br> **Defendant intentionally misrepresents a past Louisiana litigation as having Plaintiff Leary as one of the parties. He makes a mockery of the "fair use" princple in copyright law, and pretends to solve a non-existent mystery. The Defendant calls Plaintiff Leary a loser who is a party to frivolous litigation.** <br><br> Reportedly nothing is good enough for Leary of Trout Point infamy so he just goes straight to suing. |

http://slabbed.wordpress.com/2011/09/06/tuesday-video-we-all-have-it-coming/

**Tuesday Video: We all have it coming.....**

SEPTEMBER 6, 2011

*tags:* Tuesday Video

by sop81_1

**Unforgiven (1992) - Its a hell of a thing killing a man...**

**Use of music videos with violent themes or titles.**

**lockemuptight** PERMALINK
September 7, 2011 8:26 am
Kid : It don't seem real, he can't never breath again , all on account of a few Bobblehead shots – Assassin :it's a hella 'va thing killing a man — you take away all he's got and all he's ever gonna – Kid :Yea, I guess they had it coming (swig of Rebel Yell) – PARODY ADAPTATION – Kid : And we gonna keep killing those lying bastards,right – Assassin: (Lighting up a short cigar)That's right kid – Kid: Then lets ride !

http://slabbed.wordpress.com/2011/09/07/wednesday-video-excuse-me-while-i-take-a-few-calls-from-our-friends-in-canada/

**Wednesday Video: Excuse me while I take a few calls from our friends in Canada**

SEPTEMBER 7, 2011

*tags:* Wednesday Video

by sop81_1

**sop81_1** PERMALINK
*
September 7, 2011 9:49 pm
We got the full scene on tap soon Locke. I'm up late 'cause I literally just got off the phone with a new friend in Canada. The stories about Vaughn Perret and how he despised Aaron Broussard in spite of the fact he mooched off Aaron and Danny Abel. Vaughn is a real special kind of top bitch.
sop
As Stan would say "this is fucked up right here".

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

**Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal**

SEPTEMBER 8, 2011

*tags:* Aaron Broussard, Calvin Fayard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie & Charles Leary v. The Atlantic Canada

Opportunities, Pay to play, Trout Point Lodge, Vaughn Perret

In a way this is a simple story that had the twist of a controlling grifter in Vaughn Perret mixed into the middle of the narrative. Vaughn is a literal one trick pony in how he deals with people of making threats and more threats of legal action whenever the PR doesn't go his way. A great way to begin would be to link the Channel 4 story on the ethics complaint made against Aaron Broussard as reported back in January 2010 but I was a stinker to prove the extent to which the NOLA media is compromised on reporting in Jefferson Parish so we must go back on Twitter to August 18 where I teased the girls at Trout Point:

SLABBED
@SLABBEDblog

**Follow**

Crime watchdog seeks ethics probe into Broussard business dealings wwltv.com/news/Crime-wat... Looks like @TroutPointLodge forgot one LMAO!!!

18 Aug 11
        Reply
        Retweet
        Favorite

Knowing Charles Leary and/or Vaughn Perret have Eric Paulsen on speed dial I also **printed a copy for my records** as I was fairly certain WWL would "404" the story as soon as the girls bitched (**and they dutifully complied**) so it is there we begin with the story *Crime watchdog seeks ethics probe into Broussard business dealings*: (fair use claimed):

**Defendant again suggests that Plaintiff manipulate the mainstream media. Defendant also states that Plaintiffs strong-armed WWL television into removing an Internet article from publication when they did no such thing.**

Simple right? Evidently Rich Rainey began researching this matter and he found that the Nova Scotia property known as Trout Point had several local, politically connected owners but that didn't stop Perret from sending his bottom bitch Charles Leary out to mislead and threaten.

Charles Leary, managing director of Trout Point, said Broussard has no "ownership or management involvement with Trout Point Lodge, Limited." Corporate records in Canada do not list Broussard as an officer of Trout Point Lodge Limited.

Broussard, "does not and has never had any ownership or management involvement with Trout Point Lodge, Limited." The message went on to say Broussard owns a "vacation home on the same road."

Those assertions are bald face lies.

21

Defendant Handshoe again calls Plaintiff Leary a liar, suggest he is in possession of facts that would prove this, and ignores the retractions of a major daily newspaper.

I frankly never understood how a news organization with the cojones take on Garlandfill would run like scared children from grifting gay men in Nova Scotia but it is what it is folks. And the reason I say that Leary lied? Mainly because I have been talking to former employees whom I've granted anonymity so as to spare them the hassle of defending a frivolous SLAPP suit in Canada:

> In answer to the question as to who handled the money for Aaron's property? Definitely Trout Point.

**Defendant Handshoe implies nefarious and criminal activities from the fact that Trout Point Lodge handled rental management of Mr. Broussard's cottage.**

This makes sense and confirms a long-held suspicion that the girls were the fiscal agents for all the cabins owned by Louisianans close to the Lodge including Aaron Broussard. That said the Lodge's financial records would certainly contain evidence to either support the pay-to-Trout Point to play in Jefferson Parish allegations that are at the heart of this story.  My chatty new friend didn't stop there though.  You see the girls have left a trail of financial wreckage in Canada reportedly screwing over trade venders and others building the Lodge and that harebrained exotic cheese farm La Ferme D'Acadie where **they shafted the Atlantic Canada Opportunities Agency**.

So now that I'm sourced on the exact nature of the business relationship between the owners of Trout Point including Aaron's former council aid Danny Abel we next must explore exactly who owns Trout Point as all the cabins and the lodge are not under one umbrella. Luckily for us I made several friends in Canada and one of them was kind enough to run the entire area through a local database.

The next question we must ask ourselves is do these activities constitute money laundering because if an illegal act occurred Leary and his blowbuddy Perret along with Danny Abel have lots of explaining to do. Stay tuned as we have more on the mystery on the shores of the Tusket River.

sop

Handshoe implies that the plaintffs are laundering money.

**Novelle Ecosse**
September 8, 2011 4:35 pm
I get the game now. The Pouty Trouty boys are successful con artists who scam banks and government lending agencies to give them money for businesses that do not exist. Then

they abuse the court system to viciously sue, slander and malign everyone who catches them in the act. They leave a trail of unpaid bills everywhere they go, the common thread being nobody can match up the existing business with the defunct business. That is why here in NS they have about 18 different corporate names floating around, most of these pulled by Joint Stocks for unpaid fees.

Now you are right, the TP had them and just as fast, let them go. They didn't even bother trying to link River bend, Kempt Wilderness Services and Trout Point Lodge as one and the same, owned by all parties mentioned here. And it fucking stinks the Globe and Mail gave them glowing press without doing a bit of research. You can't google Trout Point without tripping over this blog.

Until we as a society stand up and report these assholes and pester the proper authorities to do their due diligence, crime is always going to pay. I am going to write some letters and wake some key people up and see if we can't give the Pouty Trouty boys something to Pout about.

**Post lies about corporate registrations associated with the Plaintiffs and imputes misuse of the Nova Scotia courts. Admits to the prominence of the Slabbed blog on the Google search engine.**

**sop81  1** PERMALINK
*
September 8, 2011 4:50 pm
You nailed it Novelle. I have taken it upon myself to email Oliver Moore at the Globe and Mail inquiring if Leary and Perret ghost wrote or paid them for those reviews given what Kirk Cheyfitz said about how they treat their guests. I have yet to receive a reply but hope Mr Moore can clarify that for me before they get checked into the Do Slabb Inn.

**Defendant did indeed write to Oliver Moore of the Globe & Mail with defamatory allegations.**

Novelle remember that review from Spain on Trip Advisor that was written dead in the middle of winter? Trout Point closes for the winter so again we have solid proof that the girls write their own Trip Advisor reviews.

**Accuses the plaintiffs of writing fraudulent online reviews.**

Perret and Leary and all their SLAPP suit threats bother me not one bit. My own opinion is they are cowards but I have some paper for them should they ever crawl out from under their rock in Nova Scotia and set foot back down here or maybe I'll follow the treaty and have them served in Canada. Meantime I have plenty of time to track down every lead and leave no stone unturned. The response from our new friends in Nova Scotia has been fantastic.
sop

**Threatens harassment and frivolous legal action.**

**Novelle Ecosse** PERMALINK September 8, 2011 5:53 pm The HSBC mortgage

is an interesting lead, who borrowed the money for what? Inquiry into private financial affairs of the plaintiffs.

**zeldafaybaker** PERMALINK September 8, 2011 7:46 pm  Validation of Divine Design ..............They can't procreate.

**homophobia, stalking, intrusion upon seclusion**

---

http://slabbed.wordpress.com/2011/09/08/id-like-to-thank-the-academy-my-wonderful-wife-and-nowdy-but-id-especially-like-to-thank-vaughn-perret-of-trout-point-lodge-for-being-so-predictable/

**I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable.....**
SEPTEMBER 8, 2011

*tags:* Aaron Broussard, Brian Krantz, Charles Leary, Jefferson Parish Political Corruption Scandal, Peter Butler Jr., PRAKA Nova Scotia, Trout Point Lodge, Vaughn Perret

by sop81_1

**Post contains more threats, harassment, stalking, and bateing of the plaintiffs. Tags associate the plaintiffs with events, persons, and companies with which they have no association.**

---

http://slabbed.wordpress.com/2011/09/08/nope-were-definitely-not-in-kansas-anymore-toto-rich-rainey-at-the-t-p-reveals-full-list-of-heebes-lobbists/

**Nope we're definitely not in Kansas anymore Toto. Rich Rainey at the T-P reveals full list of Heebe's "Lobbists".**
SEPTEMBER 8, 2011
*tags:* Fred Heebe, Garland Robinette, Garrett Graves, Jefferson Parish Political Corruption Scandal, John Alario, Nancy Rhett, River Birch Landfill, Trout Point Lodge, Vaughn Perret
by sop81_1
Come on everyone sing, sing sing.......

*There's no controlling the unrolling of your fate, my friend, Who knows what's written in the magic book.*

**Handshoe links the plaintiff with another potential scandal that the plaintiffs have nothing to with. There is no substantive mention of the plaintiffs in body of the post, and so the tags are meant to maliciously affect our internet presence.**

24

http://slabbed.wordpress.com/2011/09/09/charles-leary-of-trout-point-comes-out-of-hiding-comments-to-blog-in-nova-scotia-over-the-widening-scandal-at-trout-point-lodge/

**Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening scandal at Trout Point Lodge**

SEPTEMBER 9, 2011

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

by sop81_1

Well folks, what can I say except that Charles Leary evidently has no clue that his career filing frivolous lawsuits was all public record. Regarding the Goat lawsuit he was involved with in Louisiana **that we recently profiled** he told the folks at **Shelburne County Today** "I was mentioned in the claim without my knowledge."

Yeah Charlie and I have some ocean front property in Arizona to sell too.

~~He is evidently still sticking to his story he that that he has never owned land with Aaron Broussard despite the fact that~~ **I listed a specific piece of property that Charles and Vaughn Perret own with Aaron Broussard.** Leary and Perrt bought the land from Broussard and do business with him. The never owned land meme is pure wordsmithing designed to obscure the true nature of the girls business relationships with Broussard. Evidently when Charles was young he never got the "problem with telling lies" speech from his momma.

This is getting good folks.  I highly recommend clicking over to the Shelburne County Today post on this topic as it appears the locals in Nova Scotia have become hip to the Mystery on the Shores of the Tusket River.

sop

**Handshoe again accuses the plaintiffs of lying again, in fact of being serial liars, and asserts the plaintiffs owned land with Aaron Broussard in an attempt to destroy our character and credibility, to  nest the plaintiffs in the Broussard scandal. Targets Nova Scotia.**


**sop81_1** PERMALINK
*

September 9, 2011 2:46 pm

Hey Charlie, Deonne Dubarry says hi LMAO. You sure you don't remember anything about that goat of a lawsuit you were associated with?
http://fl.findacase.com/research/wfrmDocViewer.aspx/xq/fac.20110620_0001033.NFL.htm/qx
Looks like the King of Torts is getting his ass kicked again.
sop


**Novelle Ecosse** PERMALINK
September 9, 2011 7:53 pm

Damn, I missed what the Trouty Pouty boys had to say on that blog post. I've been seeing Slabbed show up where I least expect it, pretty sure it was written on the bathroom wall at a popular pub all the media folks frequent here in Halifax. Yes, Steve Murphy from ATV news might just come a calling and invite the boys on his show to give them the opportunity to speak to the masses. Maybe the CBC, a taxpayer funded broadcaster, will take on the angle of how it is just plain wrong to take money from us tax payers to open up a cheese tourism business, and then close up said business with the loan outstanding. I hope the boys are practicing their best "no comment" cause I have a feeling the cameras are coming for them.

**Homophobic rhetoric and allusion. Alleges criminal fraud on the part of the plaintiffs.**

**Novelle Ecosse** PERMALINK
September 10, 2011 5:02 am
And we have a Halifax reporter taking a breather in Granada Spain, wonder what he can possibly find to write about way over there?

**Handshoe identifies the location of the personal plaintiffs in Granada, Spain. The only way Handshoe could have known the plaintiffs whereabouts was the receipt of email IP address information from Timothy Gillespie. Stalking and intrusion into the seclusion of the plaintiffs. Conspiracy.**

http://slabbed.wordpress.com/2011/09/09/if-i-may-be-so-bold-those-that-arent-following-sop-on-the-etm-yahoo-message-board-are-missing-out-on-some-great-fun/

**If I may be so bold: Those that aren't following Sop on the ETM Yahoo Message Board are missing out on some great fun.**
SEPTEMBER 9, 2011
   *tags:* Advance Fee Fraud, Charles Leary, First Amendment Rights, Kingsway Financial Services, Naked Short Selling, Shelburne County Today, Society of Corporate Compliance and Ethics, Trout Point Lodge, Vaughn Perret
Unfortunately we have readers that do not enjoy the same constitutional protections that we do in the US. Canada, for instance is far behind us in this area with their landmark free speech case involving journalists coming at the tail end of 2009. And even then they do not have our **SLAPP protection** under the law. These people yearn to enjoy the sunshine as we do and in the case of Charles Leary and Vaughn Perret, Slabbed will be their beacon of hope. I say this because the post on **Shelburne County Today covering the Trout Point scandal is now 404**.

Covering Trout Point and the tactic of using the courts to silence critics in Canada has gained me a greater appreciation why so many companies that scam people are based there. While participating in occasional informal finance roundtable discussions several times a college professor of finance whose opinions I respect mentioned how much **Naked Short Selling** originates with certain unsavory Canadian broker dealers for example. And then there is insurance scammer **Kingsway Financial Services** which we have well covered here on Slabbed that is also well noted with the good folks at

26

**RipOff Report as an accomplished travel/sweepstakes scammer** that somehow manages to remain in business despite using a Nigerian business model in **Advance Fee Fraud**. And yet in spite of all this **they are still allowed to trade on the US financial markets though it appears they are finally on the verge of being delisted from the NYSE**.  It is simply amazing in respects.

.... to our friends up north that want to tell their story of Trout Point Lodge will have both a place of refuge and hope.

**jacobboy** PERMALINK
September 9, 2011 1:14 pm
Well, well, well, the old stews at TPL are still stirring. And yup they love to sue, mostly scare tactics, look out when the person who really knows what they are all about, comes along for a kiss and tell. The stew will be on the other foot !!

**sop81 1** PERMALINK
*
September 9, 2011 1:20 pm
You mean like it is now Jacobboy? It must be hell on the girls trying to figure out which people are speaking with us as the possibilities are almost endless. I bet the construction company with the mechanics lein has a great story to tell. We haven't scratched the surface yet IMHO.
sop

**Handshoe refers to the defamatory reviews he published on RipOffReport. Accuses the plaintiffs of running a scam.**

**sop81 1** PERMALINK
*
September 9, 2011 2:02 pm
Lets just say if they don't know me they'll be finding out. We have big news coming Lockem.
sop

**threatening**

http://slabbed.wordpress.com/2011/09/09/friday-music-special-dedication-to-charlie-and-vaughn/

**Friday Music: Special dedication to Charlie and Vaughn**

**Music video is "avenged sevenfold"**

**sop81 1** PERMALINK
*
September 9, 2011 9:38 am
Hey Lockem, for the first time ever we got visitors from the Province of Nova Scotia. I bet they find this site as informational as our friends at the FBI do.
*I try and help you with the Things that can't be justified*

27

*I need to warn you that There is no way to rationalize*
*So have you figured it out now? So have you figured it out?*
The more people find out the more people that talk to me, especially the long and distinquished list of people in Nova Scotia the girls have fucked over in the way they conduct business.
Like I told the guy at Frank Magazine the girls did me a big favor.
sop
**sop81_1** PERMALINK
\*
September 15, 2011 8:00 am
At this point I'd like to add that I am the puppetmaster and the girls are my puppets.
sop

**Admits to invasion of privacy and to a Nova Scotia audience, including provincial employees.**

---

**41**

http://slabbed.wordpress.com/2011/09/13/oh-yeah-and-by-the-way-charles-and-vaughn-fuck-you-fuck-you-very-much/
**Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much...**
SEPTEMBER 13, 2011
*tags:* Charles Leary, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

by sop81_1

Folks poor Charlie and his life partner Vaughn Perret are pretty much shit out of luck thinking they can sue me in Nova Scotia. The behind the scenes is that with each new revelation on Slabbed they file amended complaints with the courts in Nova Scotia and I'm happy to report the dumbasses even finally managed to find the registered offices of Slabbed.

Now Vaughn and Charlie, if you wanna piece of me, you girls are gonna have to come get some down here in the land of cotton, witnesses and **Anti-SLAPP**. See you soon.

**This was the day Handshoe was personally served in Wiggins, Mississippi.**

**sharkpuppet** PERMALINK
September 14, 2011 11:41 am
Eyewigger: So do you think they will be convinced by their friends to 'go quietly into this good night' OR do you think they will tell their friends to go to hell becoming 'loose cannons' and libilities to their friends?

**threatening**

---

**42**

http://slabbed.wordpress.com/2011/09/13/hey-everyone-make-certain-to-check-out-charles-learys-picture-on-flickr/

**Hey everyone make certain to check out Charles Leary's picture on Flickr.....**
SEPTEMBER 13, 2011
*tags:* Charles Leary, Jefferson Parish Political Corruption Scandal, National Geographic Society, Trout Point Lodge

28

by sop81_1

**Publishes copyrighted photograph of Charles Leary. Invasion of privacy; stalking & harassment. Imputes Leary's connection to corruption scandal. Intentional abuse of copyright.**

---

http://slabbed.wordpress.com/2011/09/14/misfire-slabbed-catches-up-with-aaron-broussard-as-he-and-trout-point-owner-danny-abel-sue-the-author-of-the-literary-flop-outgunned-a-legal-jackassery-update/

**Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.**
SEPTEMBER 14, 2011
   *tags:* Aaron Broussard, Carl Finley, Charles Leary, D'Antoni and Abel v Brown et al, Danny Abel, Eric Paulsen, Outgunned, Shane D'Antoni, Shane D'Antoni aka Shane Gates, Shane Gates, Trout Point Lodge, Vaughn Perret

**Handshoe conflates everything with blog tags, and continues to try to subvert trout point´s good identity on the web.**

---

http://slabbed.wordpress.com/2011/09/14/breaking-charles-leary-issues-a-press-release/

**BREAKING: Charles Leary issues a press release.**
SEPTEMBER 14, 2011
   *tags:* Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret

**whitmergate** PERMALINK
September 14, 2011 9:50 pm
How about this Charli ...you look like a FRUITCAKE...so sue me MOTHERFUCKER !!!
**This comment is made after publishing Leary´s photo**

What this blog has done for me personally in the short time I've been here is bust open a major lie the Trout Point Lodge owners tried to convey to me. They wanted me to think that their establishment had no negative feedback. Yet folks were complaining on the very same day I was considering checking into the lodge about an 18% surcharge. So I didn't check in.
**Creating false innuendo to damage Lodge's goodwill.**

**sop81_1** PERMALINK
*
September 15, 2011 11:01 am
Post Turtle I have an another email in my possession that the girls will be suing the Shelburne County Today and its owner Timothy Gillespie.

29

With each escalation the girls have drug previously innocent bystanders into the middle of their temper tantrum against Slabbed for getting to the bottom of their business relationships with Aaron Broussard in Canada such as prospective customer Novelle Ecosse who now well understands the Trout Point way of conducting business via deception on sites like Trip Advisor and sheer brute intimidation. I'll add to my knowledge neither Gillespie nor Harlow have ever posted to Slabbed.
I understand there will be more press coverage of this entire mess in Nova Scotia. The girls are their own worst enemy and they are too menopausal to see it.
sop

**44**

I promised you a post on this subject and today's as good a day as any. You see Leary wrote in his civil complaint against me they left Louisiana because of racism against homosexuals. Besides being patently false I'll add Leary stated to your courts that the reason ACOA was kicking his ass in court was because he was gay so I guess Nova Scotians are as bad as us southerners right?

I knew that by using the term "the girls" to describe the tight nit social network of gay men that includes the Trout Point guys I would piss some people off including Leary and his spouse Vaughn Perret. I figure my brothers and sisters in the local new media down here would get past it in time because it really is hard to stay pissed at me. I say this because I purposely satarized Leary, Perret and Abel by using terms like "bitches" a few times, Like we say down here "if the shoe fits...." Free Speech US style means on occasion things get ugly as does the search for the truth or in colloquial terms "keeping it real". This is way more of a response than I planned but I hope it better illuminates the thinking at Slabbed. To the extent the girls attempt to use their sexual orientation to advance their agenda it is fair game for discussion.
sop

**"if the shoe fits"--unrepentant homophobia and invasion of privacy. Again misrepresents settled litigation.**

---

slabbed.wordpress.com/2011/09/20/**upon-further-review**/

**45**

**Upon further review....**
SEPTEMBER 20, 2011

Please call the **New Orleans office of the FBI** and tell them everything you told me, especially the part about the intentional destruction of business records.  You do not have to suffer in silence, especially since you are an unwitting witness to potential criminal acts.

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Joyce Case Harlow, Trout Point Lodge, Vaughn Perret

Imputes plaintiffs involvement in a federal crime in the U.S. and intimidation of a witness.

30

http://dubyadubya.wordpress.com/2011/12/31/re-view-2011/  "wolfville watch"

Now I am curious as to what role, if any, the Billy's Hill trail project had in this mess. It is never the crime folks, rather it is the coverup that lands people in trouble.

**Avec Raison** | January 4, 2012 at 3:56 pm | Reply
It might be time for you to revisit this story:

http://dubyadubya.wordpress.com/2010/02/26/who-is-watching-the-store/

Question: what land holdings did Yarco Holdings have and were those ever affected by what SWSDA was doing?

Where did all the SWSDA money go?

Please take a look at Martin J. Pink, former Deputy Mayor and his work on the Public Works committeee while SWSDA was active.

Please note he is now the agent for Kempt Wilderness Services out of the states. Remember teh Billys Hill Trail and the Tobeatic Wilderness hiking plan that SWSDA was pushing? Do you know who would have profited from that? Trout Point Lodge and Kempt Wilderness Services. So, now it just so happens that Kempt Wilderness Services has brought on Martin J. Pink as its agent??? The original agent Patricia Caldwell was with Pink's old firm as well. Apparently SWSDA has been folded up but Nova Scotians shoudl not stop at asking what they were doing and where the money went.

Hey Timothy somehow it does not surprise me you are the goto guy on this story. I have found no evidence the Billy's Hill project ever got off the ground but if the money for the Development Authority was being shiphoned off into other larger boondoggles that may be the reason.

Our forefathers literally put their lives on the line to leave us the legacy of the First Amendment to the Constitution. To the extent miscreants from the US would shop their cases to Canada to circumvent that is beyond the pale.

I'd like to take this opportunity to tell everyone that our 3 friends from Canada and me are holding a few secrets and one of those is that Leary and Perret really fucked up big time trying to get revenge for the factual reporting here on Slabbed. The short of it is they gave me grounds to sue in US Federal District Court right here in Mississippi and after I consult with counsel next week, should I sue, it will not only be Trout Point Lodge, Leary,

Perret and Abel as defendants but also John Does 1-100 aka the silent owners of Trout Point Lodge for whom Leary, Perret and Abel serve in their role of strawmen. And unlike bullshit defamation judgments from Canada the girls won't have SPEECH to protect them.

sop

---

**AM** 46

http://slabbed.wordpress.com/2011/09/26/breaking-self-described-king-of-torts-gets-his-ass-kicked-in-california/

**BREAKING: Self described King of Torts gets his ass kicked in California**

SEPTEMBER 26, 2011

> *tags:* BP oil spill litigation, Charles Leary, Class Action Litigation, Daniel Becnel Jr, Danny Abel, Deonne DuBarry, King of Torts

So who is this self proclaimed King of Torts? He and his son **have appeared on these pages before**. Now the real riddle is what does this guy have to do with the **Goat Farm lawsuit Charles Leary is mentioned so prominently in**? (Leary has denied involvement in that lawsuit to the Canadian media despite the offical court record here in Louisiana.) Perhaps an ex wife who partnered with Trout Point Owner Danny Abel to homecook the out of state plaintiff they attempted to fleece.

**Defendant Handshoe again tries to connect  the plaintiffs to scandals they are not involved in and with people they do not know.**

Man **the stories** I've heard about Deonne whew!  And that doesn't count **the problems Deonne and her ex are having in Florida these days**. Kinda mirrors the crash and burn now occurring on the shores of the Tusket River in Nova Scotia huh.

To paraphrase Nowdy the past isn't dead, it is not even past.

Stay tuned.

sop

---

**AM** 47

**Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge**

SEPTEMBER 24, 2011

> *tags:* Aaron Broussard, Bill Powers, Blue Ridge Georgia, Charles Leary, Danny Abel, Globe and Mail, Halifax ChronicleHerald, Harvest on Main, Jefferson Parish Political Corruption Scandal, Oliver Moore, TripAdvisor, Trout Point Lodge, Vaughn Perret

Defendant again implies the plaintiffs involvement in mainstream journalists being on the take

32

The wordsmithing of Leary in his quoted remarks is a thing of beauty as **Story Worldwide CEO Kirk Cheyfitz's review of his very shabby treatment by Leary (who denied being Leary)** is dismissed because he didn't stay at the Lodge.

For instance the story mentions the positive reviews on Trout Point without mentioning many of those were self authored by Leary and Perret. In fact since Kirk Cheyfitz wrote his review on his Trout Point experience **there has been another glowing review** written for Trip Advisor by what appears to be a PR shill from Nova Scotia (new account and singularity of subject matter are the keys here) and that would make sense given Trout Point's registration statement.

Finally, for those so interested there is a media source that you can depend upon for an unfiltered look at dishonest businesses and in fact this source is the model for Slabbed in the RipOff Report. In fact the good folks at the **RipOff Report have a page on Trout Point** that highlights the hidden charges and such that is well worth reading.

Defendant refers and links to a defamatory review on RipOffReport that he authored.

**sop81_1** PERMALINK
*
September 24, 2011 1:08 pm
Novelle we have gone viral in Nova Scotia. Leary and Perret are so full of themselves they forget how transparently phony they come across to others (except the media ppl they comp in exchange for good reviews)
http://www.reddit.com/r/canada/comments/kq1r5/high_end_resort_in_ns_requires_you_sign_a_waiver/
Not everyone is cut out for the business world and the girls @ Trout Point are their own worst enemy.
My previously generous offer of an unconditional surrender is now off the table. ~ sop

---

http://slabbed.wordpress.com/2011/09/26/the-trout-point-pr-beating-continues-the-shelburne-county-today-reports-on-the-tussle-between-the-girls-and-trip-advisor/
**The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Advisor.**
SEPTEMBER 26, 2011
*tags:* Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret
by sop81_1


Sorry for the back to back same topic posts folks but **Timothy Gillespie at the Shelburne County Today has picked up the ChronicleHerald coverage** and was kind enough to link us along with all the other media outlets Charles Leary, Vaughn Perret and Danny Abel have either sued or threatened to sue in Canada.??

---

http://slabbed.wordpress.com/2011/09/26/blood-in-the-water-vomit-on-the-floor/

33

**49**

**Blood in the water, Vomit on the floor......**
SEPTEMBER 26, 2011
        _tags:_ <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Trip Advisor</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perre</u>

accuses the plaintiffs of fraud and falsifying online reviews

**50**

http://slabbed.wordpress.com/2011/09/29/thursday-music-rural-delivery-for-the-girls/
**Thursday Music: Rural delivery for the girls....**
SEPTEMBER 29, 2011
                                       _tags:_ <u>Thursday Music</u>

by <u>sop81_1</u>

threats, intimidation, harrassment--will publish something that was retracted

**51**

http://slabbed.wordpress.com/2011/10/03/slabbed-again-in-the-news-in-nova-scotia/

**Slabbed again in the news in Nova Scotia.**
OCTOBER 3, 2011
     _tags:_ <u>Charles Leary</u>, <u>Plaquemines Parish Political Corruption Scandal</u>, <u>SLAPP</u>, <u>Trident Holdings</u>, <u>Trout Point Lodge</u>, <u>Vaghn Perret</u>

by <u>sop81_1</u>

I remember giving an official statement to **Timothy Gillespie over at Shelburne County Today as he rolled out more coverage** of the SLAPP suit filed against us by Charles Leary and his girlfriend Vaughn Perret at Trout Point Lodge.

Like Kirk Cheyfitz we're not backing down and in fact I have a comprehensive post coming that features the early days in Nova Scotia where the girls grafted taxpayer money to build the lodge.  As an added bonus I'll have a post coming on Trident Holdings Nova Scotia and its connection to some very unsavory doings down in Plaquemines Parish.

Meantime the lame stream media in Nova Scotia continues to remain clueless at the doings in their own backyard.

sop

**52**

http://slabbed.wordpress.com/2011/10/07/friday-music-maaaahhh-you-got-purty-lips/

**Friday Music: "Maaaahhh you got purty lips"**
OCTOBER 7, 2011
       _tags:_ <u>Aaron Broussard</u>, <u>Charles Leary</u>, <u>Friday Music</u>, <u>La Ferme D'Acadie</u>, <u>Trident Holdings</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>

34

**@SLABBEDblog** Just make sure you whisper in their ear, for me, "Maaaahhh you got purty lips," as you ride them to Hell like Dorthy's bicycle.— the Pun (@Editilla) **September 21, 2011**

Anything for you Bro.

threatening, stalking, harrassing

http://slabbed.wordpress.com/2011/10/07/from-the-reader-mailbag-did-the-girls-assassinate-you/

**From the reader mailbag: "Did the girls assassinate you?"**
OCTOBER 7, 2011

*tags:* Charles Leary, Slabbed, The Girls, Vaughn Perret

by sop81_1

derogatory photographic montage of Leary & Perret

**Patricia** PERMALINK
October 10, 2011 12:57 pm
Like dawgs. TURN the HOSE on 'EM!

meant to embarrass and ridicule

http://slabbed.wordpress.com/2011/10/11/la-ferme-pue-pire-que-la-route-putes-un-vagin-the-distinction-between-past-present-and-future-is-only-a-stubbornly-persistent-illusion-part-1/

**La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 1.**
OCTOBER 11, 2011
*tags:* ACOA v La Ferme d'Acadie, Charles Leary, Danny Abel, La Ferme D'Acadie, Trout Point Lodge, Vaughn Perret
by sop81_1

republishes old retracted article

http://slabbed.wordpress.com/2011/10/12/la-ferme-pue-pire-que-la-route-putes-un-vagin-the-distinction-between-past-present-and-future-is-only-a-stubbornly-persistent-illusion-part-2/

**La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 2**
OCTOBER 12, 2011
*tags:* ACOA v La Ferme d'Acadie, Charles Leary, Condalary v Campbell, Danny Abel, Deonne DuBarry, La Ferme D'Acadie, Trout Point Lodge, Vaughn Perret

35

by sop81_1

"

once again imputes plaintiffs involvement in litigation to which they were not parties; publishes more of retracted article from 2002

Folks are we beginning to see a pattern of how the girls conduct business? Just as with **that bogus lawsuit filed by Danny Abel and Deonne DuBarry** involving Charles Leary, **Condalary v Campbell**, shafting suppliers is part of their business MO. The hard luck stories from locals unfortunate enough to try to conduct business with Leary, Perret and Abel were evidently very easy for Rural Delivery to find as we continue:

imputations of plaintiffs being scammers

---

http://slabbed.wordpress.com/2011/10/12/wednesday-music-dedicated-to-our-favorite-grifters-in-nova-scotia-and-their-failed-business-ventures/
**Wednesday Music: Dedicated to our favorite grifters in Nova Scotia and their failed business ventures**
OCTOBER 12, 2011

*tags:* Wednesday Music

by sop81_1

harassment, stalking, repeats grifter theme

---

http://slabbed.wordpress.com/2011/10/13/thursday-music-this-is-why-the-girls-are-still-trying-to-sell-that-bogus-privacy-policy/
**Thursday Music: This is why the girls are still trying to sell that bogus "privacy policy".**
OCTOBER 13, 2011

*tags:* Eat me, Thursday Music

by sop81_1
And yes they are **still trying to sell it** but if the following is how you check in guests I reckon I wouldn't want them talking about the experience either.

I have part 3 on the Farm coming and then we'll plunge deeply into the lodge itself as the local peeps in the NS chapter of the Slabbed Natiion have been whispering lots of sweet nothings about the girls to me lately.
sop

more threats; targeting of Nova Scotia

---

http://slabbed.wordpress.com/2011/10/31/drew-broach-takes-a-nostalgic-trip-down-wrinkled-robe-lane-as-the-times-picayune-profiles-recently-released-internal-fbi-records/
**Drew Broach takes a nostalgic trip down wrinkled robe lane as the Times**

36

**Picayune profiles recently released internal FBI records.**
OCTOBER 31, 2011
*tags:* Al Copeland, former judge Alan Green, Former Judge Ronald Bodenheimer, former Judge Thomas Porteous, Joan Benge, Kernan "Skip" Hand, Liljeberg v Health Services Acquisition Corp, Operation Wrinkled Robe, Steve Mortillaro
by sop81_1

Most interesting is how the whole thing started with a tip from a disgruntled competitor of Louis Marcotte to the **Metropolitan Crime Commission**, the same folks that filed the ethics complaint against Aaron Broussard for making parish venders rent his vacation property at the Trout Point development in Nova Scotia.  Ol' Aaron has since **began selling his Canadian holdings** including his beloved River Bend Lodge, which was sold earlier this year to Charles Leary and Vaughn Perret of **Trout Point Lodge infamy**.

Imputes the plaintiffs involvement in a Louisiana judicial scandal of several years ago

http://slabbed.wordpress.com/2011/11/02/how-about-some-trip-advice-on-trout-point-lodge-a-mostly-guest-post-from-comments-by-finisterre/
**How about some Trip Advice on Trout Point Lodge: A mostly guest post from comments by Finisterre.**
NOVEMBER 2, 2011

by sop81_1
  *tags:* Aaron Broussard, Charles Leary, Danny Abel, Grifters, Halifax ChronicleHerald, Payola, PR masquerading as hard news, River Bend Lodge, Travel Scams, Trip Advisor, Trout Point Lodge, Vaughn Perret

The other thing is that when it comes to promoting themselves the privacy of their guests does not matter to the girls one bit. For instance one of their former guests is a teacher in Michigan.
http://www.mps.k12.mi.us/assets/420/061410_BOE_MINS.pdf
Finally the bad service complaints square up with what I've been told by former employees about Leary and Perret not being service oriented people persons. Yeah they can make nice and con reporters with comps and such that amount to the print version of payola but service with a smile. Hard to do when you stayed up late drinking heavily and actually work the front desk wearing PJs.

http://slabbed.wordpress.com/2011/11/10/since-everyone-is-teasing-these-days/
**Since everyone is teasing these days....**
NOVEMBER 10, 2011
  *tags:* Caroline Fayard, Louisiana Ethics Commission, Mayor Mitch Landrieu, Oxpatch, Rosemary Barbour, Slabb O'Leak, Trident Nova Scotia, Trout Point Lodge

**imputes plaintiffs involvement in political scandals including ones involving**

37

| | |
|---|---|
| | **other NS companies like Trident, constant tagging of trout point and scandal with intent to destroy Trout Point Lodge's goodwill in Google search results** |
| 61 | http://slabbed.wordpress.com/2011/11/03/slabbed-reveals-the-post-finally-got-me-sued-in-nova-scotia-by-aaron-broussards-grifting-business-associates-at-trout-point-lodge-a-home-elevation-scandal-update/ <br> **Slabbed reveals the post that finally got me sued in Nova Scotia by Aaron Broussard's grifting business associates at Trout Point Lodge. A Home Elevation Scandal Update.** <br> NOVEMBER 3, 2011 <br> *tags:* Aaron Broussard, Adam Kershenstine, Charles Leary, Coastal Shoring, Danny Abel, Jerl Kershenstine, Julie Quinn, Louisiana Home Elevation Grant Program, Orleans Shoring, Trout Point Lodge, Vaughn Perret |
| | **grifting theme repeated; Handshoe lies about the plaintffs having some connection to Coastal Shoring and a lawsuit.** |
| 62 | http://slabbed.wordpress.com/2011/11/11/la-ferme-pue-pire-que-la-route-putes-un-vagin-the-distinction-between-past-present-and-future-is-only-a-stubbornly-persistent-illusion-part-3-fin/ <br> **La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 3 Fin.** <br> NOVEMBER 11, 2011 <br> *tags:* ACOA v La Ferme d'Acadie, Charles Leary, Danny Abel, La Ferme D'Acadie, Trout Point Lodge, Vaughn Perret <br> by sop81_1 <br><br> This post was published while the personal plainitffs were in Lisbon at a hoteliers conference; Handshoe knew the plaintiffs were attending due to NS media reports; intentionally timed for maximum damage as surely some who didn´t previously know the plaintiffs googled Trout Point Lodge and saw the Slabbed publications. Personal plaintiffs were mortified the entire time they were in Lisbon, didn't attend all events. This is again publication of a retracted article from 2002 without mention of retraction |
| 63 | http://slabbed.wordpress.com/2011/11/17/eeeeeeuuuu-southaven-mayor-leaves-a-bad-taste-in-the-taxpayers-mouth-a-why-a-politicians-personal-life-matters/ <br><br> **EEEeeeeuuuu! Southaven Mayor Greg Davis leaves a bad taste in the taxpayer's mouth. Why a politician's personal life matters.** <br> NOVEMBER 17, 2011 <br><br>                *tags:* Southaven Mayor Greg Davis <br> by sop81_1 <br><br> Given a bunch of grifting gay men in Jefferson Parish/Nova Scotia tried venue shopping a defamation case against me to a judicial hellhole in Nova Scotia because I called them girls and busted their ass for lying to Canadian courts I guess its only fair I get to point out the chat room chatter is that GOP stalwart/Southaven Mayor Greg Davis is gay along |

39

the lines the locally chat room chattered Nunny and folks this goes way beyond just a bit of doughnut glaze.

The bottom line here folks is if a person can't conduct their personal affairs with any sense of self decency, how the heck should anyone expect them to conduct public business in any other manner.

Brings up the plaintiffs in the context of scandal related to closeted gay public official in Mississippi. Repeats allegations that the plaintiffs lied to Canadian courts, repeats grifter theme. Call Nova Scotia a judicial hellhole. Misrepresents why he was sued.

---

**http://slabbed.wordpress.com/2011/12/01/its-coming/**
**Its coming.........**
DECEMBER 1, 2011
                    *tags:* Judge Pierre Muise, The Girls, Trident Holdings, Trout Point Lodge
by sop81_1

video

taunting, stalking, harassing, tries linking the plaintiffs to Trident Holdings again


**Lockemuptight** PERMALINK
December 1, 2011 5:03 pm
By coming you figuratively must mean the ejaculate of the Canadian legal system shot toward America's First Amendment rights but not conceiving anything other than filling a big Trojan and being disposed of accordingly.
Kinda' like the banning of the cartoon Dudley Do-Right in Canada while Dudley lives on forever happily in the hearts of America.


**sop81_1** PERMALINK
*
December 2, 2011 10:31 am
yes

---

http://slabbed.wordpress.com/2011/12/02/stay-tuned-for-friday-rapid-fire/

**Stay tuned for Friday Rapid fire...**
DECEMBER 2, 2011
                        *tags:* Jefferson Parish Political Corruption Scandal
by sop81_1


**harbourwatch** PERMALINK
December 2, 2011 6:34 am
Of course, am especially interested if the indictment(s) mention Nova Scotia at all.
readership here now at 20,000 page views per month. T Gillespie
SouthCoastToday.ca

39

**sop81_1** PERMALINK
*
December 2, 2011 8:33 am
Today will be the payroll fraud indictments. We are still tracking the Nova Scotia pay to play at the State Ethics Board.
sop

Defendant lies toTimothy Gillespie, blogger from South Coast Today that the Louisiana Ethics Board is still considering adjudicating some sort of Nova Scotia-based pay to play scheme. The Board never pursued this allegation.

**harbourwatch** PERMALINK
December 2, 2011 10:47 am
Any suggestions of someone at the board for me to talk to?
tg

**sop81_1** PERMALINK
*
December 3, 2011 9:37 am
Timothy Louisiana Ethics Adminsitration proceeding are confidential beyond the what is shown on the docket.
http://www.ethics.state.la.us/
sop

complaint online, anyone can view charges once ethics board moves to investigate

---

http://slabbed.wordpress.com/2011/12/03/broussard-indictment-links-this-is-the-end-of-the-beginning-as-val-bracy-shines-on/

**Broussard Indictment Links: "This is the end of the beginning" as Val Bracy shines on....**
DECEMBER 3, 2011
*tags:* Aaron Broussard, Antoine "Tony" Thomassie, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Jimmy Lawson, Karen Parker, Ken Trahan, Libel Tourism, Payroll Fraud, SLAPP, Steve Mortillaro, Tom Wilkinson, Trout Point Lodge, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vaughn Perret
by sop81_1

The Defendant links the plaintiffs to a federal indictment of Aaron Broussard.

40

**67** http://slabbed.wordpress.com/2011/12/05/and-he-sniffed-the-reeking-buns-of-angel-acted-like-it-was-cocaine-the-continuing-story-of-southhaven-mayor-greg-davis-a-demented-bread-boffer-cucumber-pud-annexed-to-a-fine-whole-wheat-loaf/

**And he "sniffed the reeking buns of Angel acted like it was cocaine." The continuing story of Southaven Mayor Greg Davis: "A demented bread-boffer, Cucumber pud annexed to a fine whole-wheat loaf....."**

DECEMBER 5, 2011

*tags:* <u>Charles Leary</u>, <u>Danny Abel</u>, <u>Southaven Mayor Greg Davis</u>, <u>Trout Point Lodge</u>, <u>Vaughn Perret</u>

If I may be so bold, might I suggest that Mayor Greg should consider getting away for a while since he is easily confused these days. He needs a place of quiet reflection, where he can get his thoughts straight and rejuvenate himself. He needs to get away to a tranquil place in the middle of nowhere so he can star gaze without the impediment of artificial backlighting created by development. Greg needs to spend a week at **Trout Point Lodge** in Kemptville Nova Scotia:

Links the plaintiffs to Southaven< MS mayoral gay scandal again

---

**68** http://slabbed.wordpress.com/2011/12/09/yesterday-was-a-perfect-world-time-to-chat-about-this-little-project/

**Yesterday was a perfect world. Time to chat about this little project.**

DECEMBER 9, 2011

*tags:* <u>Eat me</u>, <u>Slabbed</u>, <u>SPEECH Act</u>

The folks at **Automattic, Inc** have been good to us as well, even learning to tune out **Charles Leary** of Trout Point infamy as a cub copywrite troll. The stories I plan to tell on Slabbed's behind the scenes adventures with Charlie, a most public figure that injected himself into the Aaron Broussard ethics investigation reporting literally leaves me giddy with anticipation.

Along those lines I am pleased to report that since I turned **the girls on to the concept of the US SPEECH act** they have lost their ardor to **SLAPP** Slabbed, even after I ran them on a 2 month service of process fools errand that cost them at least $1K in Canadian court costs. Curiously the local Canadian press, which had me "**bleating**" about my first amendment rights as an American Citizen like I was a lamb headed for the chop shop have also lost their interest since the **Canadian defamation scam is at an end** thanks to **SPEECH**. The topic of the Canadian court system as a judicial hell hole for defamation, libel and slander is ripe for publicity and I plan on providing it.

bullying, bragging, trashing the Canadian court system, accuses the plaintiffs of litigiousness again

41

**69** http://slabbed.wordpress.com/2012/01/12/did-i-mention-with-all-the-shit-going-down-a-few-of-us-are-engaged-in-what-ill-term-high-stakes-blogging/
**Did I mention with all the shit going down a few of us are engaged in what I'll term high stakes blogging?**
JANUARY 12, 2012
    *tags:* Blogging, Counter Letter, Jefferson Parish Political Corruption Scandal, Metro NOLA Public Corruption, Trout Point Lodge

http://www.eroticazelda.com/_PIGGIES/_SHOOTOUT_AT_THE_SLABBED_CORRAL.html

Leads to photo of Daniel Abel as Leatherette shot on ground

Jan 13, 2012: after being served w/ Notice of Damages Assessment tweeted the above link.

Republishes the following:

**Archives: Slabbed goes international and finds the girls in Costa Rica. The Trout Point investment template??**
APRIL 28, 2011
    *tags:* Aaron Broussard, Accredited Investors, Cerro Coyote, Charles Leary, Danny Abel, Inn at Coyote Mountain, Jefferson Parish Political Corruption Scandal, Pay to play, Unregistered Stock, US Securities and Exchange Commission, Vaughn Perret
by sop81_1

published up after service on the 13 of January, 2012, seeking to justify bad behavior and extend the defamation and invasion of privacy, sticky stays above even more recent post

**70** http://slabbed.wordpress.com/2012/01/14/if-you-were-sold-a-stake-in-either-la-ferme-dacadie-or-cerro-coyote-slabbed-wants-to-hear-from-you/#comments
**If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!**
JANUARY 14, 2012
    *tags:* Aaron Broussard, Bill Duron, Cerro Coyote, Charles Leary, Danny Abel, Inn at Coyote Mountain, Investment Fraud, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Louisiana Ethics Board, Melody Duron, Trout Point Lodge, Vaughn Perret, William Thorselll
by sop81_1

Defendant looking for justifications for the defamation the day after he was served with

42

Notice, tags the plainitffs with investment fraud, political corruption scandal, ethics investigation, ACOA

**My archival post regarding the Cerro Coyote hotel in Costa Rica** has generated more leads folks as more local investors in the project that had no clue Abel, Leary and Perret sold the hotel and whom received not a penny back on their investment have sent me bat signals and that does not count the inquiries from those who are still coming to grips with the fact their "friends" Danny Abel and Aaron Broussard fleeced them. So while the news is settling in please meet the new owners of the former Inn at Coyote Mountain:

states that the plaintiffs fleeced investors and tries riling others, invasion of privacy

The Trout Point investors are also shit out of luck as the Lodge is listed as a Nova Scotia "LP" whose owners are Perret and Leary. Louisiana is the only state or province in North Amwerica that allows the use of counter letters (like the Cerro Coyote stock purchase agreement) to evidence ownership in a business. Based on their history what chance does anyone here have if ever seeing a dime from what is now called Trout Point Lodge? Ed Muniz was quoted by Rich Rainey as saying he has never seen a penny on his investment. I have more coming Shark.
sop


misrepresents the plaintiffs relationships with investors, invasion of privacy, stalking; Defendant tries to cover his bad behaviour



The Feds don't need him, they have Karen Parker talking with them now. Remember Public Works LLC and her other NS entanglements? If I were with the Ethics Board I think I'd visit with her.
sop


**sop81_1** PERMALINK
*
January 14, 2012 6:20 pm
I hear that Ed Muniz is not the kind of guy to cover for someone elses BS. The Feds don't need him, they have Karen Parker talking with them now. Remember Public Works LLC and her other NS entanglements? If I were with the Ethics Board I think I'd visit with her.
sop

---

68
71

http://slabbed.wordpress.com/2012/01/15/sop-gets-a-cyber-first-behavioral-financeeconomics-intersects-with-slabbed-an-aaron-broussardtrout-point-lodge-update/#more-32721

My reply referenced the fact the writer had previously inquired as to the identity of my sources, whom I'll again state I have promised anonymity due to the hostile reaction of Aaron and the girls to any line of inquiry into the current State Ethics Board investigation into a pay to play scheme involving the development at Trout Point, large parts of which **were owned by Aaron**

43

Broussard and certain politically connected parish contractors.

That hostile reaction generally involves Broussard business associates Charles Leary, Vaughn Perret and Danny Abel filing defamation lawsuits against any line of inquiry in a judicial hell hole of the variety that compelled the US Congress to unanimously pass the **SPEECH Act**. These suits are known as **SLAPP suits** and they do intimidate folks. They do not intimidate me though i'll add that while many of our judges may be corrupt at least they are not nutless pinheads like theie Canadian counterparts, who essentially sell out to scammers to squelch legitimate lines of journalistic inquiry via a system designed to encourage the filing of SLAPP suits where Barristers aka lawyers make big money. To date they sued and intimidated the Times Picayune into silence, caused **Channel 4 to pull a factually correct report on the State Ethics Investigation from their website** and are currently suing Fox 8 in Nova Scotia along with yours truly.

Since I am not sharing my sources and my webhost, Automattic, does not honor court orders issued by pinhead Canadian judges against American Citizens, Perret and his wife Charles Leary are at a legal dead-end. And since they can't find out my sources, they can't intimidate them into silence as has been their MO since going to Nova Scotia. My own experience is people simply do not react well to bullies and Slabbed too has benefitted from that fact as my post yesterday calling for information on Trout Point and Cerro Coyote netted me another nice tip from Nova Scotia on folks Trout Point has done business with. So to set that up lets head back **to the post where I named the property owners of the development known as Trout Point**, specifically two of the lots:

. . .

You see while Leary and company were bamboozling the Picayune into retracting factually correct reporting (to this day the reporter has since been assigned to the **Wet Kiss beat**) I noticed that his relationship with **Aaron Broussard per his own moderated webpages conflicted** with the statements he was giving the T-P, which I'll note had previously written 2 glowing articles about Trout Point. But there is more to that and not just from my standpoint as an investigative blogger covering corruption in metro NOLA. You see following the cyber trail lead me to intersection of the **Billy Hills Trails and the Nova Scotia South West Shore Development Authority**, a quasi governmental economic development agency that currently has a problem with huge sums of money being missing. And of course the SWSDA leads us back to the Atlantic Canada Opportunities Agency, whose dealings with Leary, Abel and Perret we have covered in several posts. For that bit of early background our readers can click here, here and here. This **post is a great place to learn about the related lawsuit** between Leary and the ACOA. Those are not the only connections between Trout Point Lodge and the SWSDA as I'll explore in a future post.

At this point I'll disclose Leary and Perret evidently went postal when **I disclosed that counter letters do not evidence ownership in Nova Scotia**. This would not be the first time I have broken bad financial news on the internet and I hate to say this but I laughed hysterically at the latest nasty grams sent me by the girls and yes when I publish their affidavits everyone will understand why using the term "girls" to describe Leary and Perret is dead on accurate.

Stay tuned.

sop

## Reddit

[–]**sop81_1** -3 points 3 months ago
Spankr thank you for linking my post. There is so much more to this story on the Lodge. The owners have sued my blog and several other media outlets in New Orleans for factually reporting the connection of the Lodge and its owners to the largest corruption scandal to hit the metro area in literally a generation.

I am shielded from defamation judgments from Canada via the US SPEECH law so I will not back down in my reporting on the Lodge. Leary and his partners have also threatened other Canadian bloggers that picked up my reporting with SLAPP suits and unfortunately since they lack the free speech protections I enjoy under US law has successfully shut

44

them up.

Here are 2 links to my blog Slabbed which explain the connection of the lodge to what we call the Jefferson Parish Political Corrruption Scandal.

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

http://slabbed.wordpress.com/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-trout-point-lodge-charles-leary-and-aaron-broussard/

Thanks to all that clicked over to Slabbed to find out the rest of the story.

Doug Handshoe aka Sop @ Slabbed Slabbed New Media LLC


connected to largest corruption scandal ever


[–]mxpower 5 points 3 months ago
Wow, here is a nice article... this place sucks. http://www.ripoffreport.com/bed-breakfast/trout-point-lodge/trout-point-lodge-trout-point-7103e.htm


High end resort in NS requires you sign a waiver stating you will not review it online! by spankr in canada


[–]sop81_1 -37 points 3 months ago
Oh Matrix, if you only knew them like we do down South. Didn't you know that Leary told a court in Nova Scotia everyone there was a bigot and he wasn't winning in court because he was gay?

In the case of Leary and Perret the word Girls fits to a T. I knew going in I'd take a hit or two for using it but it is what it is. Appreciate the friendly advice nonetheless.

Some of those names of the property owners at Trout Point have well documented connections to organized crime here in the US. From my standpoint fleshing all this out only gets better from here.


organized crime


High end resort in NS requires you sign a waiver stating you will not review it online! by spankr in canada


[–]sop81_1 -27 points 3 months ago*
Prove them right??? That Nova Scotians are bigots? Heck anyone with a brain knows that is not the case anymore than the generalization that Southerners are all bigots.

I'm very happy to let the reader judge my work based on the quality of the information I

present. I'm not into style points Matrix. I'll leave that kind of writing for the journalists that write entire stories that say nothing but are completely PC.

http://slabbed.wordpress.com/2011/09/14/misfire-slabbed-catches-up-with-aaron-broussard-as-he-and-trout-point-owner-danny-abel-sue-the-author-of-the-literary-flop-outgunned-a-legal-jackassery-update/#comment-32703

Defendant's threat of extortion

**sop81_1** PERMALINK
*
September 14, 2011 7:24 pm
I'll add here in case it is not self evident that I have built complete dossiers on all the players in this social group and I intend through time to roll out each and every one in excruciating detail as long as the lawsuit in Canada is an outstanding issue for Slabbed. The reason for this is that this band of gay men act as a unit that will also scatter like cockroaches when the heat is applied. This is especially true of Carl Finley for example as his role in *Paulsen* illustrates.
sop

**sop81_1** PERMALINK
*
September 14, 2011 10:00 pm
Simmer down Gate. Perret and Leary aren't getting anything. Once Vaughn got done choking on yesterday's news he told Charle they had to escalate. You believe a Canadian judge wrote that about us? I could find no information in the decesions database at the NS supreme ct. Let the girls bleed, they went menstural and had to indulge it.
sop

**BREAKING: Charles Leary issues a press release.**
SEPTEMBER 14, 2011
 tags: Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Trout Point Lodge, Vaughn Perret
by sop81_1
SPEECH provides protections for web hosts against this exact tactic folks.  Leary and his running buddies are getting desperate but I in fact welcome the publicity.

Trout Point Lodge of Nova Scotia

PRESS RELEASE – For immediate release

http://slabbed.wordpress.com/2012/01/17/fox-8-and-wwl-teevee-is-reporting-karen-parker-will-

be-in-court-to-plead-guilty-to-misprison-of-felony/

**Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony.**

JANUARY 17, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Karen Parker, Pay to play, Payroll Fraud, Trout Point, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vaughn Perret

Aaron Broussard's ex-wife is due in court this morning folks to change her plea in the payroll fraud portion of what we call the Jefferson Parish Political Corruption Scandal. Worth noting is Miss Parker was cut in by her then hubby Aaron Broussard on his portion of the development at Trout Point in Nova Scotia, another tentacle of the ongoing investigation into the most significant political corruption investigation in Metro New Orleans in a generation.  I'll update this post today as the story on Parker's change of plea and agreement to cooperate with the FBI and state authorities in the ongoing investigation develop.  Sources indicate Miss Parker can avoid jail time completely under the terms of her plea.

sop

47

http://slabbed.wordpress.com/2012/01/17/breaking-aaron-broussard-laundered-his-money-through-nova-scotia-a-trout-point-update/

## BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update

JANUARY 17, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Karen Parker, Pay to play, Public Works LLC, SLAPP, Trout Point Lodge, USA v Broussard, USA v Parker, Vaughn Perret

Folks, the walls must really be closing in on the girls methinks given the nasty grams and such they have been sending me of late. Well folks, **Rich Rainey of all people has the skinny on Karen Parker's plea and "factual basis"**, which contained the following tidbit:

> Additionally, from approximately 2004 through 2010, Broussard received monies, totaling hundreds of thousands of dollars, that were characterized as, among other things, "retainers," "consulting fees" or "finder's fees" with various contractors and vendors, all of whom were doing business with Jefferson Parish during the period of time Broussard was the President of Jefferson Parish. Moreover, Broussard was a majority owner in a holding company which owned an investment property in Canada. Broussard received income from this Canadian property. This property was partially funded by individuals and/or entities who were contractors and/or vendors doing business with Jefferson Parish during the period of time Broussard was the Jefferson Parish President.

Folks all I can say is Leary and his wife Vaughn Perret, owners of the Trout Point Lodge in Nova Scotia and fiscal agents for Broussard's real estate holdings at the Trout Point development have actually threatened to do what I told them they had to do originally; namely if they wanted to sue me they had better come to the US. So girls, you've been living on Slabbed lately and talking lots of trash so this is my official answer to you and rest assured I have a compete series of posts coming that will explore both Karen Parker's latest revelations and soooo much more. ~ sop

Defendant misrepresents Factual Basis of U.S. Attorney's office.

sop81_1                    *
January 17, 2012 2:59 pm

Patricia the girls are gunning for you too. Check out their latest website slipperyslabbed.wordpress.com

I'd like to remind Mssrs Leary and Perret that both Canada and Spain have extradition treaties with the US.

sop

http://slabbed.wordpress.com/2012/01/17/tuesday-music-a-special-reader-dedication-to-aaron-broussard-and-the-trout-point-lodge-guys-of-danny-abel-charles-leary-and-vaughn-perret/

**Tuesday Music: A special reader dedication to Aaron Broussard and the Trout Point Lodge guys of Danny Abel, Charles Leary and Vaughn Perret**

JANUARY 17, 2012

by sop81_1                                                      *tags:* Tuesday Music

Come on boys sing!

**Video is "Bullet for My Valentine"**

http://slabbed.wordpress.com/2012/01/17/the-nova-scotia-southcoast-today-picks-up-the-latest-developments/

**The Nova Scotia SouthCoast Today picks up the latest developments**

JANUARY 17, 2012

by sop81_1                                            *tags:* Aaron Broussard, Jefferson Parish Political
                                                      Corruption Scandal, Money Laundering, Trout Point

Folks in the internet age word sure does travel fast as the **SouthCoast Today is all over the latest developments** in the Aaron Broussard-Trout Point development money laundering scheme.

sop

http://slabbed.wordpress.com/2012/01/18/wednesday-music-twofer-hoist-it-cato-for-they-have-sown-the-wind-and-they-shall-reap-the-whirlwind/

**Wednesday Music Twofer: Hoist it Cato! "For they have sown the wind, and they shall reap the whirlwind".**

JANUARY 18, 2012

by sop81_1                                            *tags:* Deprivation of civil rights under the color of
                                                      law, Wednesday Music

Music videos are Black Sabbath's "War Pigs" and Ted Nugent's "Stranglehold"

Imputes that the plaintiffs acted through the courts to deprive civil rights

49

http://slabbed.wordpress.com/2012/01/18/if-you-are-a-journalist-in-the-us-or-canada-that-vaughn-perret-or-charles-leary-of-trout-point-lodge-has-threatened-to-sue-slabbed-wants-to-hear-from-you/

**If you are a journalist in the US or Canada that Vaughn Perret or Charles Leary of Trout Point Lodge has threatened to sue Slabbed wants to hear from you!**

JANUARY 18, 2012

by sop81_1

*tags:* SLAPP, Trout Point Lodge, Trout Point Lodge v Slabbed New Media

**Yes we do** as this little tiny light of Free
Speech called Slabbed is fixing to shine very brightly. I also ask our friends in Canada to please help spread the word. Thank you.

---

http://slabbed.wordpress.com/2012/01/19/the-southcoast-today-picks-up-more-coverage-of-the-unfolding-money-laundering-scandal-involving-the-trout-point-development/

**The SouthCoast Today picks up more coverage of the unfolding Money Laundering Scandal involving the Trout Point development.**

JANUARY 19, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Shane D'Antoni aka Shane Gates, Trout Point,Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vaughn Perret

http://slabbed.wordpress.com/2012/01/19/its-the-slabbed-question-of-the-day/

**Its the Slabbed question of the day......????**

JANUARY 19, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, Shane D'Antoni aka Shane Gates, Trout Point Lodge, Vaughn Perret

Why would Shane D'Antoni aka Shane Gates drive crawfish all the way from Louisiana to Nova Scotia on occasion?  I have a friend in DC (Louisiana expat) that works a very large non-profit crawfish boil every year up there.  They fly their fresh Louisiana crawfish to DC. Yeah air freight sucks but they get them fast, fresh and alive, which is very important as every crawfish enthusiast knows.

I am certain Car 54 is chasing every lead they get that way as **Stephanie Grace intimates in her column today** on the topic of Aaron Broussard, Nova Scotia and the Trout Point Development.

sop

**zeldafaybaker**

January 19, 2012 5:41 pm

Is somebody makin' SOUP?
http://www.eroticazelda.com/_PIGGIES/_JUDGE_PIERRE_MUISE_LE_PETOMANE.html

**sop81_1**

January 19, 2012 5:58 pm

ROTFLMAO!!!!!!

sop

http://slabbed.wordpress.com/2012/01/19/i-reckon-its-all-in-how-you-look-at-it/

**I reckon its all in how you look at it......**

JANUARY 19, 2012

by sop81_1

*tags:* Eat me, Jefferson Parish Political Corruption Scandal, Slabbed, The Girls, USA v ?????, USA v Broussard

In these past 6 weeks we've seen the heavily laden freight train finally leave the station and as that baby builds up speed it also builds up what an old stock basher like me would call "Mo". In the financial markets the Mo is self sustaining to a point and the same is true in criminal investigations such as the one into political corruption in metro NOLA.  I've seen it up close before and it is apparent Aaron Broussard isn't ready for that dot of light headed for him growing larger all the while.

Along those same lines I think that overall we've passed out some very good advice as a community here on Slabbed and I am very proud of our body of work here overall and I say the word "our" because Slabbed is way more than just me. The internet has brought together a diverse group of people strung across multiple states and international borders here on Slabbed. What a trip it has been to this point. ☺

Getting back to that good advice thing I think I've given the girls some excellent advice since they first knocked on my door back on May 6, 2011. Lets put a circle around that date for now.

We all know they didn't listen and the rest is history. And because they didn't listen this is what they did to themselves: **video clips entitled "bullseye" and hollow point bullet through gelatin**

**I'm personally tired of throwing away good advice so I'll offer no more to Danny Abel and his band of girly men. Those readers so disposed can leave their thoughts in comments.**

Finally we are at T-1 folks.  Bear with me while the I nail down the final factoids of this latest twist in the narrative as Slabbed heads north into the cold Nova Scotia winter.  And yes we will be tackling Trident as well. ☺

sop

52

http://slabbed.wordpress.com/2012/01/22/slabbed-explores-former-jefferson-parish-president-aaron-broussards-business-activities-in-nova-scotia-part-1-in-the-deep-south-reality-is-often-a-simple-illusion/

## Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

JANUARY 22, 2012

by sop81_1

And so it is in Canada too folks.

. . .

By now several of you know why this topic needs a full and public fleshing out and now I'll share it with the entire Slabbed Nation. In May of last year, the constitutional and due process rights of 2 Slabbed commenters, Unslabbed and Telemachus, were trampled in a Nova Scotia courtroom via a court order that was obtained under specious circumstances. Slabbed New Media,

*tags:* 1st Amendment Rights, Aaron Broussard, Charles Leary, Danny Abel, Defamation, Due Process Rights, Eat me, Jefferson Parish Political Corruption Scandal, Libel Tourism, Money Laundering, Nova Scotia Supreme Court Judge Leon "Pierre" Muise, SLAPP, Trout Point Lodge, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, USA v Broussard, USA v Parker, USA v Whitmer, Val Bracy, Vaughn Perret

despite being well-known and publicly disclosed since May of 2010 was not notified of any of these events, which took place in the suit filed by Trout Point Lodge against Fox 8. My web host here on WordPress, Automattic did not release any confidential information in response to the odorous court order issued by Judge Pierre Muise of the Nova Scotia Supreme Court. For now lets circle that Muise surname.

Rather than re-write our exhaustive independent investigation into Broussard's business dealings at the Trout Point Developement near East Kempt Nova Scotia I think it is better to rearrange our coverage into chronological order. And this series will illustrate that despite the protestations of Trout Point Lodge proprietors Danny Abel, Charles Leary and Vaughn Perret to the contrary, they are inherently involved in Broussard's **alleged use of a Canadian company to launder the proceeds of his illegal activities in Jefferson Parish** and in fact they benefited from it. Leary and Perret in particular have repeatedly used archaic Canadian defemation laws coupled with judges possessive of questionable backgrounds to silence journalism in the public interest on their shithouse business dealings and therein lies the appeal of hiding ill-gotten gains in a defamation judicial hellhole for corrupt Louisiana politicians.

The story behind the story simply amazing but today we set it up by hopping into the wayback machine to the days that Abel, Leary and Perret first arrived in Canada and scammed the local economic development agency the ACOA from my 3 part series La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion", which I have brought up from the archives today here on Slabbed. For those that follow later the links to those posts are : (**Part 1, Part 2, Part 3**)

**whitmergate** . . . . .

January 22, 2012 7:01 pmSop... you not only deserve Kudos, but a Journalistic Award for your catch at "TROUT POINT"...All of which begs the QUESTION: Is the Times-Picayune going to file pleadings to set aside the settlement entered into with "Trout Point" based upon Trout Point's fraudulent representations that they had no relationship with Aaron Broussard ? A relationship that we now know to be a fact, and would negate any of their nefarious claims for damages.It would appear that the law firm representing the Times-Picayune failed to perform due diligence. And it is this lack of due diligence by a number of LAW FIRMS associated with the "Jefferson Parish Scandals" (Phelps, Dunbar and Gaudry, Ranson) that is becoming increasingly suspect !!!

I personally don't know what Leary's beef is with my coverage, or that of the Times Picayune for that matter. And while it is true Broussard never has had any documented involvement with Trout Point LP that point is also meaningless.

So now the US Department of Justice has a Bill of Information saying Broussard deposited his ill gotten shakedown booty in Nova Scotia. IMHO Mssrs Leary, Abel and Perret have some 'splaining to do when the federal grand jury reconvenes.

sop

---

http://slabbed.wordpress.com/2012/01/23/feeling-blue-that-aaron-broussard-shook-you-down-for-money-to-build-vacation-hotels-and-lodges-overseas/

## Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?

JANUARY 23, 2012

by sop81_1

*tags:* Aaron Broussard, Cerro Coyote, Charles Leary, Danny Abel, East Kempt Nova Scotia, Jefferson Parish Political Corruption Scandal, Public Works LLC, Ralph Fontcuberta Jr., Shane D'Antoni aka Shane Gates, Trout Point Lodge, Vaughn Perret

**sop81_1**
January 24, 2012 5:11 am

This was done outside the campaign money system Courtslave which is what makes it different from standard Chris Roberts type of pay to play. If it had been just hitting people up for campaign cash there would have been no need to hide the involvement of Broussard and Abel behind Abel's strawgirls.

sop

54

http://slabbed.wordpress.com/2012/01/24/slabbed-explores-former-jefferson-parish-president-aaron-broussards-business-activities-in-nova-scotia-part-2-you-own-100-of-2-of-nothing/

Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.

# JANUARY 24, 2012

by sop81_1

*tags:* 1st Amendment Rights, Aaron Broussard, Charles Leary, Danny Abel, Defamation, Due Process Rights, Eat me, Eric Paulsen, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Libel Tourism, Money Laundering, Nova Scotia Supreme Court Judge Leon "Pierre" Muise, Paulsen v State Farm, SLAPP, Trout Point Lodge, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, USA v Broussard, USA v Parker, USA v Whitmer, Val Bracy, Vaughn Perret

In part 1 of this series **I covered the genesis of Trout Point development** and the associated fleecing of the ACOA by our three amigos Danny Abel, Vaughn Perret and Charles Leary. The fallout was slow in developing though as certain employees at the ACOA that were involved with the La Farme D'Acadie disaster actually died in the interim and the ACOA was not especially diligent in pursuing repayment of the tax money given to the 3 American partners. When the ACOA filed suit Trout Point did not contest it and a default judgment was entered.  Later the default was set aside and the litigation began a tortuous path in the Canadian court system. It came to a head in 2008.

I highlighted the entire ACOA disaster in several posts but this one **has received the most attention** and for good reason as the lawsuits involving Leary, Abel and Perret and the  ACOA heated back up and one of the major issues turned on exactly who owned La Ferme D'Acadie.

Lengthy post in which Handshoe makes numerous misstatements of fact, conflates issues, and misrepresents the court record. Trout Point Lodge was never a party to any lawsuit involving ACOA. Asserts fleecing of investors, again.

---

**Lockemuptight**
January 24, 2012 3:33 pm

Anonomouse: I believe you answered your "Why" question in your last sentence,"... who puts .....INTO....goats."

Makes perfect sense to me except if Fast Eddie was UP to something in Nova Scotia I'm sure it was with a very young, UTTERLY bodacious blonde goat.

Imputes bestiality on the part of the plaintiffs.

55

http://slabbed.wordpress.com/2012/01/25/breaking-cry-havoc-and-let-slip-the-dogs-of-war-trout-point-lodge-obtains-orders-in-a-canadian-court-for-information-on-us-bloggers/

## BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

JANUARY 25, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, Danny Abel, Fox 8, Trout Point Lodge, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Val Bracy, Vaughn Perret

Folks, regarding the defamation case filed by Trout Point Lodge against Fox 8. The girls, with the acquiescence of Fox 8, have obtained court orders from Judge Pierre Muise to Automattic aka WordPress, Cox Communications and AT&T Wireless for information on the following Slabbed commenters:

- Telemachus
- Unslabbed
- Whitmergate

While they have described their relationship with disgraced Parish President Aaron Broussard to the Times Picayune in terms of Broussard being a casual acquaintance, according to Nova Scotia court records the girls describe him as a close friend. IMHO the entire court exercise in Nova Scotia has been to help Aaron Broussard identify those that were speaking out on his corrupt activities and silence them via fear and intimidation.

I am now able to roll outs parts 3 and 4 of my series on Aaron Broussard's business activities in Nova Scotia including Broussard's use of his straw men at Trout Point Lodge to obtain personal data on those who posted about his dirty deeds here on Slabbed. At this point, it is unclear if Fox 8 has given away data on those that may have commented to Val Bracy's stories on the Fox 8 website, but clearly they were content to serve up commenters on other sites without flinching.

sop

56

http://slabbed.wordpress.com/2012/01/25/aaron-broussard-never-has-any-management-involvement-with-trout-point-lodge-no-siree-you-say-any-different-and-well-sue-your-ass-in-nova-scotia/

## Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

JANUARY 25, 2012

by sop81_1

*tags:* Charles Leary, Danny Abel, Eat me, Roy D'Aqailla, Trout Point Lodge, USA v Broussard, Vaughn Perret

publishes document from Charles Leary

affidavit in the court file for Yar No. 328248; affidavit was filed but hearing was adjourned by consent; affidavit was never presented in court. Imputes improper use of the judicial process by the plaintiffs.

**sop81_1** · *
January 25, 2012 8:07 pm

I'd like to kick start the conversation by saying that thanks to those nut-job-fruitloops in Nova Scotia I intend to expose each and every one of Aaron Broussards co conspirators right here on these pages.

David Loeb et tu brute?

http://slabbed.wordpress.com/2012/01/16/lets-circle-this-tidbit-for-now/

sop

Intimidates witness in Yar No 328248 by threatening to harass and stalk him.