http://slabbed.wordpress.com/2012/01/25/pass-the-hat/

**Pass the hat.....**

JANUARY 25, 2012

by sop81_1                                                              *tags:* Slabbed

Folks, if you like what you are seeing on Slabbed then I need a favor.

It takes moolah to bring home the docs and if you want to see more of the doings in Nova Scotia then I need you help.  You can find me by clicking on **this post**. Please contact me.

As always I thank you for your support.

Doug aka Sop

**sop81_1** · · · · · · · · ·  *

January 26, 2012 8:39 am

My personal name is on that post along with an address. Please use it as I can do investigative journalism or backoffice at Slabbed but not both while running my practice.

Thank you for your support.

sop

Solicits money via postal channels to continue cyberstalking and harassment, a criminal enterprise

http://slabbed.wordpress.com/2012/01/26/danny-abel-shane-gate-aka-shane-dantoni-charles-leary-vaughn-perret-come-on-down/

## Danny Abel, Shane Gates aka Shane D'Antoni, Charles Leary & Vaughn Perret Come on Down!

JANUARY 26, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, D'Aquilla Volk Mullins & Contreras, Danny Abel, David Loeb, Eric Paulsen, Invasion of Privacy, Jefferson Parish Political Corruption Scandal, Money Laundering, Ronald Vega, Roy D'Aqailla, Shane D'Antoni aka Shane Gates, Trout Point Lodge, Vaughn Perret

**sop81_1** · · *
January 26, 2012 10:30 am

Oh I think the girls will be be soiling the panties when they talk to the authorities alright. Remember what Stephanie Grace said last week in her column? Team Fed included the Nova Scotia references for a reason. How long do you reckon ppl like D'Aquilla and Abel have been talking on a party line?

I don't pretend to know all the answers but we're finding enough to understand why Team fed included that language in Karen Parker's Bill of Information.

sop

http://slabbed.wordpress.com/2012/01/26/poor-roy-daquilla-got-butterflies-on-his-tummy-tum-when-he-saw-val-bracys-reports-on-the-trout-point-development/

## Poor Roy D'Aquilla got butterflies on his tummy tum tum when he saw Val Bracy's reports on the Trout Point Development

JANUARY 26, 2012

by sop81_1

If you want to see the exhibits, where the best dirt is **I need your help.~ sop**

Intimidates witness in Yar NO 328248, pictures him, and threatens harassment & cyberstalking. Again solicits money for illegal activities. Publishes affidavit of Charles Leary filed in Yar No 328248.

*tags:* Aaron Broussard, Charles Leary, D'Aquilla Volk Mullins & Contreras, Danny Abel, David Loeb, Jefferson Parish Political Corruption Scandal, Parish of Jefferson and Steve Theriot v John Does 1 through 100, Roy D'Aqailla, Shane D'Antoni aka Shane Gates, Steve Theriot, Trout Point Lodge, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vandenweghe v Parish of Jefferson & Theriot, Vaughn Perret

**Lockemuptight**
January 26, 2012 6:27 pm

Oh yea, Roy must really be having some massive Monach butterfly migration problems these days after the posting here on Slabbed of Roy's letter, alleging with Broussard's permission , he was requesting an insurance rider for Broussard's property to be placed on the insurance policy of the Lodge. The letter just does not seem to support the many previous affied and sworn statements of the total independency of the Lodge from Broussard's Nova Scotia property holdings

It is also kinda' strange that some of the witnesses listed in the Affidavit , who watched in horror FOX 8 news about Broussard and were so offended, seem to be possibly friends or acquaintances of Broussard and for some odd reason want to testify on behalf of the Lodge..

Come on FOX 8 news you know about the recent U.S. Federal Bill of Information concerning Ms. Parker's plea deal strongly suggesting Broussard's dealings in Nova Scotia. Compare such Bill to the September, 2011 Affidavit sent to The Supreme Court of Nova Scotia containing statement No. 23: "To my knowledge and belief Mr.Broussard has not been charged or convicted with regard to any allegation of wrongdoing related to his Nova Scotia property holdings."

Sure hope the Feds are reading this international lawsuit and attached Affidavit and are encouraged to speed up their Nova Scotia investigation possibly with interviews with Lodge owners to get the real TRUTH and the filing of additional charges against Broussard if supported by sufficient evidence.

Dudley Do-Right of the RMCP may have gotten lost in big Wiggins, Miss. trying to serve BS papers on Slabbed, but we know the Feds don't ride backwards on horses and have GPS (Goat People Sensors)..

**sop81_1**      ·      *
January 26, 2012 7:02 pm

Mainly because D'quilla was benefitting from them Ashton. He is also has enough stroke to tell Charles and Vaughn what to do at Broussard's request. The original allegation was Broussard was making Parish venders rent his property at Trout Point. I think D'Aquilla's letter proves not only that Leary and Perret were Aaron Broussard's strawmen but they were also complicit in the alleged criminal activity.

sop

**sop81_1**
January 26, 2012 9:07 pm

I tell ya what Ignatius, since you are feeling needy tonight I uploaded David Loeb's affidavit just for you.

http://slabbed.files.wordpress.com/2012/01/loeb.pdf

Of all these shithouse friends of Broussard I've gotten the most dirt on Dave.

And who notarized that Loeb affidavit. Bill Hall that's who.

http://www.nola.com/crime/index.ssf/2011/08/panel_that_polices_judges_gets.html

Yes put him in charge of policing corrupt 22nd JDC judges. And people actually wonder why it is such a corrupt cesspool.

sop

Publishes another affidavit filed in Yar No 328248.

**passablanca**
January 27, 2012 12:15 am

the fixation you alluded to that these people in canada have towards ms. vandenweghe could also be described as stalking. their fraudulent actions in the canadian court seem to be retaliatory and part of of the harassment that ms. vandenweghe has suffered as a result of the filing of her whistleblower claims. i would think under the circumstances that the FBI should be put on notice that her safety is presently in peril as a result of these very desperate men in nova scotia who are connected with mr. broussard.

1.**sop81_1**
January 27, 2012 4:56 am

Their fraudulent actions in Canada cross over into more torts than what AMV has described in her civil rights case against the Parish and that does not count criminal implications. I'll add that Telemachus has sent me email indicating that he/she is in fear for her life as a result of the actions perpetrated by Leary, who I think we've demonstrated is clearly acting as Aaron Broussard's straw man in Canada.

When Charles Leary, while denying Broussard was involved managing the Lodge, began threatening former employee Joyce Case Harlow after she spoke with me, I advised her, both via email and publicly on this blog to contact the FBI. After she called the NOLA office of the FBI I'll add the harassment stopped, except for an occasional defamatory comment such as the one they left about her on the Trout Point Blog recently.

I have yet to meet or even speak with the good guys but given the latest turn of events my advice to Whitmergate, Unslabbed and Telemachus is to go pay the FBI a visit.

Judge Pierre Muise should be proud he signed off on court orders that had the impact of putting people's lives at risk and impeded a major FBI investigation down here in NOLA. Keep that Muise surname circled folks.

sop

**Pres**
January 27, 2012 11:55 am

Oh and for those witnesses that are scared right now, Sop's advice of contacting the FBI office in New Orleans OR in Washington DC is sound advice. Protect yourselves by putting on the US Gov't condom who may actually now be working with Dudley Do-Right to catch Snidely Whiplash to ferret out Nova Scotia corruption Cajun Style.

**whitmergate**
January 28, 2012 10:13 pm

What if WVUE had done a story about how Leary and Perret aggressively market Trout Point as a Gay destination ? And is allegedly owned and managed by gays ? No mention of Aaron Broussard. Do you think the Board of Directors of the Community

61

School would refuse Mr. Loeb's donation? In fact, I think it is remiss on Mr. Loeb's part not to disclose this part of the Trout Point experience to the Board. Why the secrecy Mr. Loeb ?

For me, this information would have no bearing ... but can we assume that the Directors of this School to be as tolerant as I ?

**sop81_1**

January 27, 2012 7:46 pm

Wow Sock. I'm blushing.

We are stuck in a holding pattern waiting for the registration to be processed and moved from BlowDaddy. While we wait the website, albeit in a dysfunctional state, is out there for viewing. I'll likely pay WordPress to move everything but right now I am leaning towards keeping a permanent archive of Slabbed.wordpress.com available for viewing with commenting closed.

And that long promised Pay Pal badge will become a reality.

And as promised that Paypal badge is now a reality over on Dot Org.

I don't know about the rest of ya, but I am ready to starting kicking some serious ass.

sop

Defendant now using PayPal to solicit funding for his illegal enterprise.

62

http://slabbed.wordpress.com/2012/01/27/here-is-some-more-charles-leary-trout-point-lodge-jackassery-why-due-process-is-important-to-a-clean-court-system/

Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system

# JANUARY 27, 2012

by sop81_1

*tags:* Aaron Broussard, Charles Leary, D'Aquilla Volk Mullins & Contreras, Danny Abel, David Loeb, Jefferson Parish Political Corruption Scandal, Libel Tourism, Nova Scotia Supreme Court Judge Leon "Pierre" Muise, Roy D'Aquilla, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vaugh Perret, WVUE Fox 8

Here in the US we have an **adversarial system of law** that guarantees certain due process rights.  Sadly this is not the case in Nova Scotia.  As proof allow me to offer **this uncontested motion filed by Charles Leary on behalf of all the owners at Trout Point Lodge, silent or otherwise** in the case against Fox 8 back in late April 2011. Canada, like the US supposedly has an adversarial system of law too but it is missing in Judge Muise's courtroom as I and 2 Slabbed commenters were robbed of our due process rights by a dishonest plaintiff that lied to the Nova Scotia Supreme Court. You see folks, as a reader pointed out to me this morning, there are two kinds of lies: those of commission and those of omission.

. . .

Judge Muise is evidently too dumb to see the blatant inconsistencies in his own court record, but like a pre schooler he colored all over Leary's motion whittling the time away while acting as if he were actually doing something productive for his community.  Muise appears to be a **good fit with your typical Mississippi Justice Court Judge**.

There is a reason we have the SPEECH Act here in the US.  In fact I see the need for additional protections.

1. **sop81_1**    *

I have been informed that the FBI is providing witness protection to certain Slabbed commenters whose privacy was violated by Charles Leary and Vaighn Perret and their Canadian Do Bitch Judge Pierre Muise.

sop

2. **sharkpuppet**

Let me repeat myself here please: These guys are UNAMERICAN. They ( American citizens still presumably) go to CANADA to sue fellow American Citizens because AMERICA does not allow the types of lawsuits they want to file. Then they think they can come back to AMERICAN courts to have their 'judgments' enforced? They should be deported and stripped of their citizenship...the gall...the nerve...not only should we BUY AMERICAN we should BE AMERICAN...if you don't like BEING AMERICAN and following AMERICAN laws then GO AWAY...GET LOST... STAY OFF AMERICAN SOIL. You are not welcome here.

63

http://slabbed.wordpress.com/2012/01/28/trout-point-lawsuit-could-hit-rough-waters-in-u-s-a-south-coast-today/

## Trout Point lawsuit could hit rough waters in U.S.A. | South Coast Today

JANUARY 28, 2012

by sop81_1

### Read the **story in the SouthCoast Today.**

sop

**whitmergate**
January 29, 2012 12:44 am

Timing is everything ...

Leary's mendacious machinations in stultifying these Canadian Court's is at once ignominious and chimerical ... in other words, you Trout Point boys can wipe y'all's ass with your toilet paper Canadian Judgement ...

Sop, myself and others of the SlabbedNation share an ardent belief in our US Constitutional guarantees of free speech, association and privacy that demands our assiduous efforts to repel the forces of evil that Leary et al represent ...

you're timing's all wrong ... SPEECH means FUCK YOU Leary !!!

**sop81_1**              *
January 29, 2012 10:40 am

I almost pity Charles Leary as he is a front for the real evil bastard in Vaughn Perret and both are simple freeloaders hitched to Danny Abel along with Shane D'Antoni and his family

I do pity Judge Pierre Muise for even if he were well intentioned, (and I do not think he is) he is gonna come out on the end of this looking very badly IMHO.

I've been telling Leary for months that if he wanted a piece of me he had to come down here to get some. And by down here it won't be in the courtroom of a corrupt local judge like Ross LaDart no sir. All I need is a level playing field and the facts will take care of everything else from there.

I personally think Leary is scared of his own shadow and neither he nor Perret have the sack to come to Mississippi to attempt to enforce that judgment as they are cowards. When I'm done even Perret's niece, who filed an affidavit in that Fox 8 case, will understand her uncle is a grifting scumbag pussy.

sop

**eyewigger**
January 29, 2012 2:03 pm Simply brilliant sharkpuppet, and insightful as well. Now I see the Trout Point sham more clearly. It was and is Broussard's corrupt conduct that is the proximate cause of any of the alleged wrongs that Trout Point, Leary and Perret claim to have suffered. Looks like these guys failed or refused to sue the proper party, the person whose actions are the root of all media coverage and various blog comments. So my question is whether Slabbed and any of the commenters will join to third party Broussard if in fact Leary comes down here in an attempt to enforce this fraudulent Judgement. I have already concluded that Slabbed and the commenters will sue Trout Point, Leary, Perret, Abel and any one else who is a part of this bullshit should they step foot down here. As a side note, if I were management of either the Times-Picayune or WVUE, I'd be seriously questioning the competence of their Canadian counsel given all we know about the fraud perpetrated by Leary et al upon the Canadian Courts.

64

http://slabbed.wordpress.com/2012/01/29/lets-disclose-another-branch-of-the-louisiana-to-nova-scotia-political-family-as-slabbed-welcomes-edwin-edwards-crony-carey-s-goss-to-the-trout-point-lodge-party/

## Lets disclose another branch of the Louisiana to Nova Scotia political family as Slabbed welcomes Edwin Edwards crony Carey S Goss to the Trout Point Lodge Party.

JANUARY 29, 2012

by sop81_1

*tags:* Aaron Broussard, Carey S Goss, Charles Leary, Danny Abel, David Loeb, Jefferson Parish Political Corruption Scandal, Roy D'Aquilla, Trout Point Lodge, USA v Edwards, Vaughn Perret

1/29/12 4:29 AM

FedEx          Ship      Track     Manage     Learn        FedEx Office®

Support   Locations   🌐 English

Search fedex.com

## Detailed Results

Printer-Friendly        Get Link        Help

Enter tracking number        [ Track ]

| Detailed Results | Notifications |

**Tracking no.: 898713506804**          Select time format: **12H | 24H**          E-mail notifications

Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: Signature not required

**Shipment Dates**                                    **Destination**
Ship date ⓘ    Jan 12, 2012                         Proof of Delivery ⓘ
Delivery date ⓘ   Jan 13, 2012 2:28 PM

### Shipment Options                                                          Help

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts                                                           Help

| Service type | Priority Envelope | Delivered to | Residence |
|---|---|---|---|
| Weight | 0.5 lbs/.2 kg | | |

### Shipment Travel History                                                  Help

Select time zone: | Local Scan Time    ⁞ |

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jan 13, 2012 2:28 PM | Delivered | GULFPORT, MS | Left at front door. Package delivered to recipient address - release authorized |
| Jan 13, 2012 7:06 AM | On FedEx vehicle for delivery | GULFPORT, MS | |
| Jan 13, 2012 6:24 AM | At local FedEx facility | GULFPORT, MS | |
| Jan 13, 2012 3:40 AM | At destination sort facility | MOBILE, AL | |
| Jan 13, 2012 2:44 AM | Departed FedEx location | MEMPHIS, TN | |
| Jan 12, 2012 11:21 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Jan 12, 2012 8:57 PM | Left FedEx origin facility | HARAHAN, LA | |
| Jan 12, 2012 12:39 PM | Picked up | HARAHAN, LA | |

**Won't be around for delivery?**
Have us hold the shipment for convenient pickup.

Learn more ▸



**FedEx Advanced Tracking:**
The ultimate in tracking visibility.

Watch demo ▸

FedEx.

Search fedex.com

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support
My FedEx Rewards

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
Compatible Solutions Program
Developer Resource Center
FedEx Ship Manager Software

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain

**Follow FedEx**
f  🐦 ▶ 📷

🌐 United States · English

# Sent Faxes

January 13, 2012 | Welcome back, Charles Leary

search by subject or fax number

Show faxes from:     12/13/2011

☐ Ignore date range     Reset                    To:     1/13/2012

☐ List all fax numbers for this account

Select faxes: All, None

Faxes 1 – 10 of 12

| ☐ Subject | Recipient | Sender | Sent ▽ | Pages | Status | View |
|---|---|---|---|---|---|---|
| ☐ Resend: Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 7:37 PM | 19 | | ○ |
| ☐ Resend: Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 7:36 PM | 19 | ✗ | ○ |
| ☐ Resend: Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 7:32 PM | 19 | ✗ | ○ |
| ☐ Resend: | (602) 928-5365 | (800) 980-0713 | 1/13/2012 4:59 PM | 13 | ✗ | ○ |
| ☐ Resend: Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 4:16 PM | 19 | ✗ | ○ |
| ☐ Resend: | (602) 928-5365 | (800) 980-0713 | 1/13/2012 3:31 PM | 13 | ✗ | ○ |
| ☐ Resend: | (602) 928-5365 | (800) 980-0713 | 1/13/2012 2:30 PM | 13 | ✗ | ○ |
| ☐ | (602) 928-5365 | (800) 980-0713 | 1/13/2012 1:48 PM | 13 | ✗ | ○ |
| ☐ Resend: Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 1:25 PM | 19 | ✗ | ○ |
| ☐ Notice Of Motion | (602) 928-5365 | (800) 980-0713 | 1/13/2012 12:45 PM | 19 | ✗ | ○ |

Learn to Fly Helicopters - www.PalmBeachHelicopters.com - Start your new career NOW With Professional ...

# COMPOSE

Inbox (5,662)
Starred
Important
Sent Mail
Drafts (19)

▸ Circles
Personal
Travel (1)

Chat

Search people

🔵 Trout Point Lodge
Set status here ▾

📞 Call phone
Daniel Gillie

## Notice       Inbox    Inbox  x

**Trout Point Lodge**
to dkhcpa  ▾

Jan 13

**3 attachments — Download all attachments**

📄 **HandshoeOrder.pdf**
67K   View   Download

📄 **damages_motion.odt**
110K   Download

📄 **HandshoeDamagesNotice.pdf**
149K   View   Download





**FOR IMMEDIATE RELEASE**

CONTACT:   ADD LOCAL CONTACT

Delyse Sylvester
Ashoka's Changemakers
(250) 352-0616
dsylvester@ashoka.org

### TROUT POINT LODGE SELECTED AS FINALIST IN GLOBAL COMPETITION
*Wilderness Resort Seeks Votes to Be Named Top Innovator in Geotourism*

WASHINGTON (July 15, 2009)—Trout Point Lodge, based in Nova Scotia, was named today as one of 10 finalists from more than 600 entries in the second annual "Geotourism Challenge" sponsored by the National Geographic Society and Ashoka's Changemakers. The competition, focusing on "Power of Place — Sustaining the Future of Destinations," reaches out to identify individuals and companies worldwide that have introduced the most innovative practices in geotourism: tourism that sustains or enhances the geographical character of a place — its environment, culture, aesthetics, heritage and the well-being of its residents.

Entries were received from 81 countries and represented tour operators, guide companies, hoteliers, local businesses, conservation organizations, industry leaders and community organizers.

A distinguished panel of judges — Nobel Peace Prize winner Dr. Wangari Maathai, founder of the Green Belt Movement; Keith Bellows, editor of National Geographic Traveler magazine; Erika Harms, executive director of Sustainable Development, United Nations Foundation; Tony Wheeler, founder of Lonely Planet; Ben Keene, founder of Tribewanted; and Dr. Yang Yuming, vice president of Southwest Forestry University, China — reviewed the entries and selected Trout Point Lodge for revitalizing backwoods area of Acadian Forest through place-based immersion experiences and the Nova Scotia Cooking School.

Trout Point Lodge (http://geotourism.changemakers.com/en-us/node/21375) will now compete among the other finalists to be selected as one of three winners. The public is invited to vote online at www.changemakers.net/geotourismchallenge until Wednesday, Aug. 12. The winners, to be announced Wednesday, Sept. 9, will each receive a cash prize of $5,000.

The Geotourism Challenge is one of the key programs of National Geographic's Center for Sustainable Destinations. For more information on geotourism and destination stewardship, visit www.nationalgeographic.com/travel/sustainable.

### ###

 **NATIONAL GEOGRAPHIC**

 Ashoka's **Changemakers** open sourcing social solutions™

**FOR IMMEDIATE RELEASE**

CONTACT:   Delyse Sylvester
Ashoka's Changemakers
(250) 352-0616
dsylvester@ashoka.org

Barbara Fallon
National Geographic
(703) 489-0880
bfallon.nationalgeographic@gmail.com

### VOTING OPENS TO SELECT BEST IDEAS AROUND GLOBE
### FOR SUSTAINABLE TOURISM
*Online Community to Choose 3 World Winners from Field of 10*

WASHINGTON (July 15, 2009)—Ten of the most innovative, sustainable travel programs around the world have been named finalists in the second annual Geotourism Challenge sponsored by the National Geographic Society and Ashoka's Changemakers. From now through Wednesday, Aug. 12, the public can vote online at www.changemakers.net/geotourismchallenge for the three finalists they consider most cutting-edge in providing visitors with authentic travel experiences, whether in a big city or a remote spot. The three winners will be announced Wednesday, Sept. 9, and each will receive a $5,000 prize.

All the finalists practice and advance geotourism: tourism that sustains or enhances the geographical character of a place — its environment, culture, aesthetics, heritage and the well-being of its residents. They were selected from 611 entries from 81 countries. Entries almost doubled this year over the first Geotourism Challenge in 2008.

A panel of expert judges — Nobel Peace Prize winner Dr. Wangari Maathai, founder of the Green Belt Movement; Keith Bellows, editor of National Geographic Traveler magazine; Erika Harms, executive director of Sustainable Development, United Nations Foundation; Tony Wheeler, founder of Lonely Planet; Ben Keene, founder of Tribewanted; and Dr. Yang Yuming, vice president of Southwest Forestry University, China — selected the finalists based on their innovation, social impact and sustainability/viability.

Said Maathai, "The entries really address community needs, teach, entertain and are accompanied by a lot of passion. I admire the finalists' enthusiasm and wish them much success."

The 10 finalists are:

**Evergreen Brick Works** of Toronto, Canada, is an adaptive re-use of the heritage structures at the Don Valley Brick Works, converting the city's abandoned ravines into a much respected public park and nature exploratory center.
(http://geotourism.changemakers.com/fr/node/23438)

(OVER)

FINALISTS (PAGE 2)

Mongolia's **Ger to Ger Foundation** links visitors with genuine nomadic families and guides as a way to stimulate cultural understanding through non-commercial outdoor activities and to provide alternative incomes for these Mongolian people. (http://geotourism.changemakers.com/en-us/node/23485)

**Nature Air**, the 100 percent carbon neutral airline in Costa Rica, offsets 100 percent of its greenhouse gas emissions to encourage reforestation of tropical forests in southern Costa Rica's Osa Peninsula. (http://geotourism.changemakers.com/en-us/node/20613)

**Virgin Islands Youth Heritage Exchange Farm Excursions** focuses on food as the basis of youth identity and education, with visitors contributing to local mentoring through hands-on workshops and nature-based lifestyle-skill building. (http://geotourism.changemakers.com/en-us/node/24143)

**Context Travel**, based in Philadelphia, offers walking seminars in major European cities. It encourages sustainable ways to visit urban destinations and contributes funds to cultural preservation projects — such as an artist apprenticeship — to benefit local residents. (http://geotourism.changemakers.com/en-us/node/21933)

**RiverIndia.com's Bamboo Eco-Lodge River Trips** help protect India's Siang River through increased conservation and locally guided rafting, kayaking and fishing expeditions. (http://geotourism.changemakers.com/en-us/node/19044)

**Trout Point Lodge**, a Five Green Key-designated nature retreat in Canada, has revitalized backwoods and Acadian French cultural tourism through its Nova Scotia Seafood Cooking School and staff naturalists providing guided access to the Tobeatic Wilderness Area. (http://geotourism.changemakers.com/en-us/node/21375)

**PEPY, Cambodia's Educational Volunteer Tourism Program**, is where on-site learning projects combine with donations to personally invest visitors in sustaining and enhancing education in Cambodia. (http://geotourism.changemakers.com/node/21931)

**Wikiloc Community Maps**, created by a company in Girona, Spain, are built on information provided by visitors and hosts to offer honest and authentic impressions about destinations. (http://geotourism.changemakers.com/en-us/node/22687)

**Reality Tour Viagens e Turismo Ltda's Route of Freedom** commemorates the "Memory of the African Diaspora in Brazil" with seven interpretive trails winding through 15 cities of the Paraiba Valley. (http://geotourism.changemakers.com/en-us/node/24996)

"This year's entrants truly demonstrate how tourism is transforming the world at the global and local level," said Charlie Brown, Ashoka's Changemaker's executive director and facilitator of the judging process. "Not only do they provide insights and practical lessons for an effective tourism operation, but they also highlight some of the most important destinations for travelers to visit now."

(MORE)

FINALISTS (PAGE 3)

**About Ashoka's Changemakers**

Changemakers is an initiative of Ashoka, an organization with over three decades of finding, funding and expanding the work of social entrepreneurs across the globe. The Changemakers online community builds on this history and expands the Ashoka vision by creating an "Everyone a Changemaker" world through networking, online competitions and relationship-building. Changemakers creates opportunities for those who want to be at the center of social change by offering competitions that are supported by philanthropic organizations. The competitions and the community connect those who are passionate about change and make ideas come to life. For more information, visit www.ashoka.org or www.changemakers.net.

**About National Geographic Society**

The National Geographic Society is one of the world's largest nonprofit scientific and educational organizations. Founded in 1888 to "increase and diffuse geographic knowledge," the Society works to inspire people to care about the planet. It reaches more than 370 million people worldwide each month through its official journal, National Geographic, and other magazines; National Geographic Channel; television documentaries; music; radio; films; books; DVDs; maps; exhibitions; live events; school publishing programs; interactive media; and merchandise. National Geographic has funded more than 9,000 scientific research, conservation and exploration projects and supports an education program promoting geographic literacy. For more information, visit nationalgeographic.com. To learn more about the mission and work of the Center for Sustainable Destinations, visit http://www.nationalgeographic.com/travel/sustainable/.

###

1/29/12

Case 1:12-cv-00020-JGMR-Document 6-9 Filed 06/20/12 Page 16 of 56
Trout Point Lodge: Making Change Happen Place By Place | Changemakers

Ashoka Changemakers

competitions      winners      groups      stories      blog

Home » Stories » All Stories » Trout Point Lodge: Making Change Happen Place By Place

# Trout Point Lodge
## MAKING CHANGE HAPPEN PLACE BY PLACE

by Carol Erickson | Apr 19, 2010
| 0 Comments

**Take action:**

SHARE THIS STORY

LIKE
(0 LIK

**This Story is About:**

Conscious consumerism    Cons
Economic development    Green
Rural    Social enterprise
Travel and tourism

**In**

Nova Scotia, Canada

**Related Content:**

**Competitions**

The Geotourism Challenge: C
Places - Changing Lives



Vaughn Perret and Charles Leary

Unlikely as it seems, but it took a former lawyer and a scholar of Chinese history, who left their white collar careers to run an organic farm and restaurant in the deep South of the United States, to revive a "great camp" deep in Canada's backwoods. Vaughn Perret and Charles Leary, former lawyer and scholar respectively, have made their Trout Point Lodge an award-winning resort where tourists enjoy Acadian French cultural tourism and an ecologically-friendly immersion in the Tobeatic Wilderness Area of southwestern Nova Scotia.

In 2009 the Changemaker's National Geographic Geotourism Challenge recognized Trout Point Lodge with a finalist award for creating a unique venture that captures the essence of geotourism: sustain and enhancing the character of a place, including its environment, culture. aesthetics, heritage, and the well-being of its residents.

"We certainly have been able to leverage the Changemakers competition finalist designation," said Leary. "The networking and exposure to other people's ideas and experiences excited me with all kinds of new thoughts about how to move Trout Point to a more sustainable position."



Trout Point Lodge is built from giant eastern spruce logs, and chiseled granite and sandstone that reflect its location in Atlantic Canada's largest protected wilderness area. Resting amidst a forest of pine, spruce and birch trees, the lodge is surrounded by organic vegetable, herb and flower gardens to which Perret and Leary turn for their guests' meals, and for the ingredients for their Creole, Acadian, Cajun and Mediterranean cooking classes.

The Creole/Cajun-Acadia connection is a natural one for Perret and Leary. Before coming to Canada, they were running one of the first certified organic farms in Louisiana, located near the Mississippi border – making hand-made French style naturally ripened cheeses, cultivating forest mushrooms as a revenue-generating product for poor, remote communities, and exploring sustainable ways to raise dairy sheep bred for hot climates. On a visit to Canada, they explored the roots of Lousiana cajun culture that traces back to the migration of French colonists in Acadia (the Canadian Maritime provinces) who were expelled by the British in the mid-1700s.



In keeping with Perret and Leary's ethic of giving back to the community, a local cabinetmaker made the lodge's wildwood furniture from saplings, burls, and branches taken from the land. The core of employees is local, and Perret and Leary have secured the confidence of the villagers of Kemptville, the closest town located 20 kilometers from the lodge, as they collectively strive to revitalize nature tourism, culinary tourism, and Acadian French cultural tourism.

Perret says, "The biggest accomplishment for us during the last year, and something that almost magically seemed to happen, was that our business earned the trust of the local community – which means having people willing to throw their lives and fates in with ours. We almost don't have to hire anybody from outside now."

"It's an entirely handmade experience," Leary says. "We like to think of ourselves as an antidote to the commercial -- almost entirely defined by place, whether focusing on the food or the building or the staff. We do encourage all of our employees to interact with the guests and tell their stories. It helps our guests have some sort of link to the place, through our employees, their experiences, and their interactions."

Leary notes, "We have always tried to benefit the local communities in which we live, whether a poor community on the Louisiana or Mississippi border, or this backwoods community in Nova Scotia. We both diverted from our original professional career paths, and while that training has

been invaluable, those paths were not what we wanted to pursue."

Now Perret and Leary speak of the joy they experience by having discovered an alternative way of living a rich and meaningful life, as changemakers in this remote Atlantic Canadian region where they strive to protect the land and culture, and celebrate it with their guests. Perret says, "It was very interesting to participate in the Changemaker's National Geographic Geotourism Challenge, because we never really thought about what we do – we just do it."

Website: www.troutpoint.com

comments

Innovate. Collaborate. Be a Changemaker.

follow us:

contact us · terms of use · privacy policy · credits ·    copyright © 201



# Nova Scotia lodge among world's top foodie travel destinations

November 3, 2011 - 5:54pm By BRUCE ERSKINE Business Reporter

*No votes yet*

What does Trout Point Lodge in East Kemptville have in common with Copenhagen's Noma, the world's best restaurant in 2011?

Both have been selected as members of Departures magazine's ultra-exclusive Top 10 "foodie getaway" list of global culinary experiences worth planning a trip around.

Trout Point was cited by the upscale travel tome, a sister to Food & Wine and Travel & Leisure magazines, for its Nova Scotia Seafood Cooking School.

Lodge co-owner Vaughn Perret said he was humbled and honoured by the recognition.

"We're very happy to be included in that grouping," he said Thursday. "It's quite an honour but I try not to think about it. It doesn't change what we do."

What the lodge does is offer a rustic but refined getaway on the banks of the Tusket River adjacent to the Tobeatic Wilderness Area that includes gourmet cooking classes, sky safaris, hiking, kayaking or simply enjoying the enveloping peace and quiet.

Trout Point is the only Nova Scotia member of Relais & Chateaux, an exclusive collection of 480 of the finest hotels and restaurants in 56 countries. The log and stone lodge has been recognized by Relais & Chateaux, which was established in France in 1954, for its best practises.

And it will be cited at an upcoming Relais & Chateaux conference in Lisbon for its innovative sky safari program, which takes guests out under the night skies to star gaze with the aid of a Saint Mary's University astronomer — and a glass of wine.

"This is quite an honour as well," said Perret, who co-owns the lodge with Charles Leary.

The sky safaris are designed to "extend the natural day" and capitalize on the dramatically dark skies in the Kejimkujik area, he said. "It's very exciting."

Perret, like Leary, is a transplanted American. He said the lodge's international success demonstrates what the province can do.

"We live in a wonderful province with great people," he said, noting the staff that makes the lodge work are from the local community.

"I think we do things really well and a lot of people in the community could do equally as well."

Perret suggested that provincial tourism initiatives too often focus on chasing after outdated concepts.

"With the right encouragement, this province has extraordinary potential," he said. "You need to understand what the rest of the world wants and what the rest of the world is doing."

Trout Point has no televisions or in-room telephones and asks guests to sign a waiver restraining them from posting reviews or videos of their visits online.

The lodge won Parks Canada's Sustainable Tourism Award in 2007.

The National Geographic Society singled out Trout Point's culinary programs in its worldwide Geotourism Challenge: The Power of Place.

(berskine@herald.ca)

*About the Author ●*

**By BRUCE ERSKINE Business Reporter**

**RELATED TERMS:**  Business   Charles Leary   Copenhagen   Departures magazine   East Kemptville   getaway   gourmet cooking classes   hiking   kayaking   Noma   Nova Scotia Seafood Cooking School   peace and quiet   refined   rustic   sky safaris   Tobeatic Wilderness Area   Top 10 foodie getaway list of global culinary experiences   Trout Point Lodge   Tusket River   Vaughn Perret   world's best restaurant

**sharkpuppet** PERMALINK

January 28, 2012 9:42 pm

Let me repeat myself here please: These guys are UNAMERICAN. They (

American citizens still presumably) go to CANADA to sue fellow American

Citizens because AMERICA does not allow the types of lawsuits they want to file.

Then they think they can come back to AMERICAN courts to have their

'judgments' enforced? They should be deported and stripped of their citizenship...

the gall...the nerve...not only should we BUY AMERICAN we should BE

AMERICAN...if you don't like BEING AMERICAN and following AMERICAN

laws then GO AWAY...GET LOST...STAY OFF AMERICAN SOIL. You are not

welcome here.

**Trackbacks**

1. - New Orleans News

*federal statute*



# Legal Information Institute
OPEN ACCESS TO LAW SINCE 1992 [ LII ]

 SHOW YOUR SUPPORT MAKE A DONATION



Search all of LII...  [Go]

Follow  5,189 followers

**U.S. Code**    MAIN PAGE FAQ INDEX SEARCH

TITLE 18 > PART I > CHAPTER 110A > § 2261A

## § 2261A. STALKING

Whoever—

**(1)** travels in interstate or foreign commerce or within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel places that person in reasonable fear of the death of, or serious bodily injury to, or causes substantial emotional distress to that person, a member of the immediate family (as defined in section 115) of that person, or the spouse or intimate partner of that person; or

**(2)** with the intent—

   **(A)** to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, or cause substantial emotional distress to a person in another State or tribal jurisdiction or within the special maritime and territorial jurisdiction of the United States; or

   **(B)** to place a person in another State or tribal jurisdiction, or within the special maritime and territorial jurisdiction of the United States, in reasonable fear of the death of, or serious bodily injury to—

   **(i)** that person;

   **(ii)** a member of the immediate family (as defined in section 115 [1] of that person; or

   **(iii)** a spouse or intimate partner of that person;

uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, any of the persons described in clauses (i) through (iii) of subparagraph (B); [2]

shall be punished as provided in section 2261 (b) of this title.

[1] So in original. Probably should be followed by a closing parenthesis.

[2] So in original. Provision probably should be set flush with par. (2).

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

**U.S. CODE TOOLBOX**

*Search this title:*

[Search Title 18]

Notes
*Title 18 RSS*
No Update(s) Pending
Parallel authorities (CFR)

Like    19 likes. Sign Up to see what y

Tweet   10          0
         24

Donations cover only 20% of our cos

**Email Discovery Software**
Do-It-Yourself Email E-Discovery. Ideal
Lawyers. Easy to Use.
Aid4Mail.com/Download-Free-Trial

**US Economy to Soar**
Free Report detailing our anlayst's predi
the US in 2012
MoneyMorning.com/US_Economy_2012

**Spanish Inheritance Tax**
Don't let Spanish Inheritance Tax reduc
family's inheritance
www.spanishinheritancetax.eu

Become an LII sponsor

**STAY INVOLVED**

LII Announce Blog

LII Supreme Court Bulletin

MAKE A DONATION
CONTRIBUTE CONTENT
BECOME A SPONSOR
GIVE FEEDBACK

**Criminal Lawyers near undefined, undefine**
Lawyers: get lis



Mr Joseph P Griffith Jr
Criminal Law, Antitrust, Broker Frau
Charleston, SC

# MISSISSIPPI CODE OF 1972
## *As Amended*

**SEC. 97-45-15. "Cyberstalking"; penalties.**

(1) It is unlawful for a person to:

(a) Use in electronic mail or electronic communication any words or language threatening to inflict bodily harm to any person or to that person's child, sibling, spouse or dependent, or physical injury to the property of any person, or for the purpose of extorting money or other things of value from any person.

(b) Electronically mail or electronically communicate to another repeatedly, whether or not conversation ensues, for the purpose of threatening, terrifying or harassing any person.

(c) Electronically mail or electronically communicate to another and to knowingly make any false statement concerning death, injury, illness, disfigurement, indecent conduct, or criminal conduct of the person electronically mailed or of any member of the person's family or household with the intent to threaten, terrify or harass.

(d) Knowingly permit an electronic communication device under the person's control to be used for any purpose prohibited by this section.

(2) Whoever commits the offense of cyberstalking shall be punished, upon conviction:

(a) Except as provided herein, the person is guilty of a felony punishable by imprisonment for not more than two (2) years or a fine of not more than Five Thousand Dollars ($5,000.00), or both.

(b) If any of the following apply, the person is guilty of a felony punishable by imprisonment for not more than five (5) years or a fine of not more than Ten Thousand Dollars ($10,000.00), or both:

(i) The offense is in violation of a restraining order and the person has received actual notice of that restraining order or posting the message is in violation of an injunction or preliminary injunction.

(ii) The offense is in violation of a condition of probation, a condition of parole, a condition of pretrial release or a condition of release on bond pending appeal.

(iii) The offense results in a credible threat being communicated to the victim, a member of the victim's family, or another individual living in the same household as the victim.

(iv) The person has been previously convicted of violating this section or a substantially similar law of another state, a political subdivision of another state, or of the United States.

(3) This section does not apply to any peaceable, nonviolent, or nonthreatening activity intended to express political views or to provide lawful information to others. This section shall not be construed to impair any constitutionally protected activity, including speech, protest or assembly.

**SOURCES:** Laws, 2003, ch. 562, § 6, SB 2756, eff from and after July 1, 2003.

Case 1:12-cv-00036-JMR Document 6-8 Filed 06/20/12 Page 23 of 56

# MISSISSIPPI CODE OF 1972
### *As Amended*

**SEC. 97-45-17. Posting of messages through electronic media for purpose of causing injury to any person; penalties.**

(1) A person shall not post a message for the purpose of causing injury to any person through the use of any medium of communication, including the Internet or a computer, computer program, computer system or computer network, or other electronic medium of communication without the victim's consent, for the purpose of causing injury to any person.

(2) A person who violates this section, upon conviction, shall be guilty of a felony punishable by imprisonment for not more than five (5) years or a fine of not more than Ten Thousand Dollars ($10,000.00), or both.

**SOURCES:** Laws, 2003, ch. 562, § 7, SB 2756, eff from and after July 1, 2003.

Chapter Index | Table of Contents

1/29/12    Case 1:12-cv-00090-LG-JMR   Document 6-8   Filed 06/20/12   Page 24 of 56

97-45-25. Additional penalties for violations under this chapter.

# MISSISSIPPI CODE OF 1972

*As Amended*

**SEC. 97-45-25. Additional penalties for violations under this chapter.**

In a proceeding for violations under Title 97, Chapter 45, * * * Section 97-5-33 or Section 97-19-85, the court, in addition to the criminal penalties imposed under this chapter, shall assess against the defendant convicted of such violation double those reasonable costs that are expended by the Office of Attorney General, the district attorney's office, the sheriff's office or police department involved in the investigation of such case, including, but not limited to, the cost of investigators, software and equipment utilized in the investigation, together with costs associated with process service, court reporters and expert witnesses. The Attorney General or district attorney may institute and maintain proceedings in his name for enforcement of payment in the circuit court of the county of residence of the defendant and, if the defendant is a nonresident, such proceedings shall be in the Circuit Court of the First Judicial District of Hinds County, Mississippi. The Attorney General or district attorney shall distribute the property or interest assessed under this section as follows:

   (a) Fifty percent (50%) shall be distributed to the unit of state or local government whose officers or employees conducted the investigation into computer fraud, identity theft or child exploitation which resulted in the arrest or arrests and prosecution. Amounts distributed to units of local government shall be used for training or enforcement purposes relating to detection, investigation or prosecution of computer and financial crimes, including computer fraud or child exploitation.

   (b) Where the prosecution was maintained by the district attorney, fifty percent (50%) shall be distributed to the county in which the prosecution was instituted by the district attorney and appropriated to the district attorney for use in training or enforcement purposes relating to detection, investigation or prosecution of computer and financial crimes, including computer fraud or child exploitation. Where a prosecution was maintained by the Attorney General, fifty percent (50%) of the proceeds shall be paid or distributed into the Attorney General's Cyber Crime Central or the Attorney General's special fund to be used for consumer fraud education and investigative and enforcement operations of the Office of Consumer Protection. Where the Attorney General and the district attorney have participated jointly in any part of the proceedings, twenty-five percent (25%) of the property forfeited shall be paid to the county in which the prosecution occurred, and twenty-five percent (25%) shall be paid to the Attorney General's Cyber Crime Central or the Attorney General's special fund to be used for the purposes as stated in this paragraph.

**SOURCES:** Laws, 2003, ch. 562, § 11, SB 2756; Laws, 2004, ch. 526, § 3, SB 2957, eff from and after July 1, 2004.

**PREVIOUS VERSIONS:** Pre-2004

---

Chapter Index | Table of Contents

# Justia US Law
.com

`[                                                    ]`  **Search Justia**

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal App
Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. **Subscribe Now**

## 2010 Mississippi Code
## TITLE 97 - CRIMES
## Chapter 3 - Crimes Against the Person.
## 97-3-55 - Libel; penalty.

Share |   Tweet   Like

Like    82513 likes. Sign Up to see
friends like.

### § 97-3-55. Libel; penalty.

Any person who shall be convicted of writing or publishing any libel, shall be fined in
such sum or imprisoned in the county jail for such term as the court, in its discretion,
may adjudge, having regard to the nature and enormity of the offense, or be punished
by both such fine and imprisonment.

**Sources:** Codes, Hutchinson's 1848, ch. 65, art. 2 (61); 1857, ch 64, art. 199; 1871, §
2706; 1880, § 2195; 1892, § 1197; 1906, § 1275; Hemingway's 1917, § 1007; 1930,
§ 1036; 1942, § 2268.

**Disclaimer:** These codes may not be the most recent version. Mississippi may have
more current or accurate information. We make no warranties or guarantees about the
accuracy, completeness, or adequacy of the information contained on this site or the
information linked to on the state site. Please check official sources.

**Daily Opinion Summa**

Subscribe to Justia's FREE
Newsletter Opinion Summa

**Subscribe Now**

**Today on Verdict**

**The Montana Supreme Court
Arguably Flouts the Citizens
Ruling: Will It Be Reversed?**

Justia columnist and former
counsel to the president John
Dean discusses a recent
Montana Supreme Court
ruling that purports to find an
exception to the U.S. Supreme
ruling in *Citizens United v. FEC*

**By John Dean**

**Ask a Lawyer**

**Question:**
Please Ask Your Question Here.
Do I need a Bankruptcy Lawyer

Ask Q

**About Legal Answers**

⊖ ○ ○ ⌨ **2000 unique visitors eve...**

**2000 unique visitors...   2.7 MB**
Modified: January 25, 2012 3:17 PM

▼ **Spotlight Comments:**

▼ **General:**

Kind: Web archive
Size: 2,704,949 bytes (2.7 MB on disk)
Where: /Users/vplodge/Documents
Created: January 25, 2012 3:17 PM
Modified: January 25, 2012 3:17 PM
Label: ☒ ▨ ▨ ▢ ▢ ▨ ▨ ▨

☐ Stationery pad
☐ Locked

▼ **More Info:**

Title:  slabbed [Anonymoused]
Content created: Jan 25, 2012 3:17 PM
Content modified: Jan 25, 2012 3:17 PM
Where from: http://anonymouse.org/
cgi-bin/anon-www.cgi/
http://
slabbed.wordpress.com

▼ **Name & Extension:**

2000 unique visitors everyday slabbe

☑ Hide extension

▼ **Open with:**

🌐 Safari                              ⇕

Use this application to open all documents
like this one.

Change All...

▼ **Preview:**

*Shows when 2,000 unique daily visitors published*



# slabbed

Home   So you want to sue Slabbed   About   Contact   Insurance   Cases   Katrina Cases   Stories   Places   Open Thread

## Slabbed archival posts on Jefferson Parish

Folks I imagine over the past 2 years Slabbed has done at least 500 posts on Jefferson Parish and the issues it faced after Katrina. For our newer readers that are among the 2000+ unique visitors that come to Slabbed everyday I hope you find them enlightening.

sop

type and press enter

CALENDAR/ARCHIVES

January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |

As a CPA who spent a career auditing including a number of years auditing local governments here in Mississippi I'll add Spears is grasping at straws trying to create a straw man that will extract his ass outta the massive trouble its in.  Spears was a close confidant to Dollar Bill Jefferson as well as political ally to Lee and Lee's blow buddy, Congressman elect Cedric Richmond.  Spears wife **Sonja is currently under federal investigation for payroll fraud** as she abandoned the bench in NOLA for Beantown yet curiously decided to continue her paycheck from the local court system despite being long gone. From all appearances, Spears has some money problems to go along with his family's legal troubles and we hear the quality of his representation of State Farm is deteriorating as the pressure is no doubt taking a toll on the man.  Speaking of pressure, financial and otherwise it appears Lee has some of his own as Channel 4 chipped in on this topic last night with a video report I've embedded below the quote from **the related print story:**

The audit points out that Jefferson Parish Code Enforcement imposed liens on property in Westwego

He acts in positions of trust
Public auditor, People are more
likely to take his words seriously.

PEARL RIVER COMMUNITY COLLEGE
Single Audit Report
For The Year Ended June 30, 2002



1993 - 2003
**10**
YEARS OF
EXCELLENCE
Douglas K. Handshoe
CPA

# DOUGLAS K. HANDSHOE

CERTIFIED PUBLIC ACCOUNTANT

*Shows him acting as
auditor for Public institution -
Position of trust.*

1/29/12
Case 1:12-cv-00090-LG-JMR Document 6-8 Filed 06/20/12 Page 30 of 56
The heck with doing contract accounting for Jefferson Parish, NOLA Traffic court is where they show …

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# The heck with doing contract accounting for Jefferson Parish, NOLA Traffic court is where they show the money……;-)

November 18, 2011

Tags: NOLA Traffic Court, Vandale Thomas, Vendor Fraud
by sop81_1

*his hourly*

Folks, most partners at your average local CPA firm could work an entire year on one account and still not bill what Vandale Thomas billed to the NOLA traffic court at a mere $80/hour in 2010. My $175/hour professional opinion is Vandale has lots of 'splaining to do.

All these revelations coming from the various NOLA courthouses surprise me not one bit as low-level employees have evidently been cut while the judges and their cronies continue to live large and in charge. I've been hearing rumblings of massively dissatisfied employees for over a year now. I think the leakers are getting a good bit of satisfaction these days.

Behavioral economist Dan Ariely has done a good bit of work on the behavioral economic concept of revenge. The judges at the CDCs, Muni and Traffic courts would do well to bone up on the subject IMHO.

sop

**Share this:**      Twitter 5      StumbleUpon      Facebook      LinkedIn

**Like this:**      Like      Be the first to like this post.

from → Sop
← How about a nightcap: Who wants to talk about Jennifer Sneed's ethics case?
Today is runoff election day in Louisiana. All eyes on St Bernard. →

slabbed.wordpress.com – Domain Stats

*Slabbed relative traffic* /29/12 5:38 AM

*web importence stuff & rankings*

*who they are!*

Home    Domain Stats    Keyword Ranking Analysis    Keyword Research    Advertise    Contact us    Recent Blogs

Privacy Policy    T & C

Search

Links From PR9 Sites

Backlinks4U .COM

MAKE MONEY FROM YOUR WEBSITE

JESUS FILM PROJECT

Ads by Google        Girls        Girls Girls Girls        Wordpress        UK Wordpress Hosts
0                    0

dreamtemplate
## Premium Website Templates
Download over 6,000+ designs!
download

## slabbed.wordpress.com - Domain Stats

| | | |
|---|---|---|
| Yahoo Backlinks: | 36753 | |
| Google PageRank: | 4 | |
| Domain Outbound Links: | 297 | |
| Outbound Links: | 435 | |
| Backlinks: | Backlinks to slabbed.wordpress.com | |
| LinksRank: | | |
| | **LINKS RANK: 4** | |
| | Update | |

Click here to view:
slabbed.wordpress.com

**Daily Traffic Rank Trend**
slabbed.wordpress.com

historical data not available for sites ranked > 100,000

1
10
100
1000
10,000
100,000

Nov    Dec    Jan

3,005
Quality Visitors
Only $10

Hardus Greeff

Advertise here

**Find us on Facebook**

Web Stats Checker
Like

2,462 people like **Web Stats Checker**.

Paco    Noufel    Ruhul    Alok

Shanu    Sameer    Rahmoune    Nabil

Facebook social plugin

## Keywords:

| Keyword | Domain | Position | Date Indexed |
|---|---|---|---|
| bp girl | slabbed.wordpress.com | 12 | 2011-11-12 |
| ramblow | slabbed.wordpress.com | 18 | 2011-10-28 |
| ex branch | slabbed.wordpress.com | 22 | 2011-09-22 |
| tobacco bons for sail | slabbed.wordpress.com | 35 | 2011-09-29 |
| talkin tam | slabbed.wordpress.com | 61 | 2011-10-21 |
| diversified ventures | slabbed.wordpress.com | 61 | 2011-09-13 |
| real football mananger 2011 | slabbed.wordpress.com | 67 | 2011-10-23 |
| ram blow | slabbed.wordpress.com | 86 | 2011-10-06 |
| neshoba baskets | slabbed.wordpress.com | 86 | 2011-11-07 |

## Competitors:

| Domain | Score | Yahoo Backlinks |
|---|---|---|
| books.google.com | 388 | 8971451 |
| facebook.com | 376 | 2147483647 |
| gallery.mobile9.com | 297 | 44020 |
| diversifiedsecureventures.com | 282 | |
| webstatschecker.com | 276 | 278 |
| drv-llc.com | 273 | |
| stevemeadedesigns.com | 270 | |
| yelp.com | 258 | 39298487 |
| youtube.com | 249 | 780495467 |
| slabbed.wordpress.com | 200 | 30595 |
| diversifiedventures.net | 199 | |
| astenal.com | 197 | 39182 |
| diversified-ventures.com | 195 | |
| en.wikipedia.org | 188 | 132682339 |
| andysautosport.com | 185 | 3293236 |
| amazon.com | 181 | 275542862 |
| msa.md.gov | 155 | 55564 |
| banksifsccode.com | 151 | |
| linkedin.com | 144 | 226744650 |



TOP 3 MOST POPULAR SEO SOFTWARE

1. **SEO PowerSuite**: Become #1 with powerful 4-in-1 SEO promotion software set. (Win/Mac/Lin)
2. **SEnuke**: Dominate Google using the mind blowing power of web 2.0 marketing. (Windows)
3. **Market Samurai**: Laser-target high-traffic, high-profit, low-competition markets. (Win/Mac/Lin)


by Michae

# YOUR SEARCH ENGINE RANKING REPORT

'No' = Not in top 100. '--' = Engine not selected. 'Error' = No response.

Feel free to share with your friends.     328     **Tweet**  188     Like  425     **Share**  74

| SEARCH | GOOGLE | YAHOO! | BING | AOL |
|---|---|---|---|---|
| 'charles l. leary' slabbed.wordpress.com | No | <u>34</u> | No | No |
| 'pierre muise' slabbed.wordpress.com (01/29/2012 - 07:19 PST) | 5 | 33 | No | 4 |
| 'vaughn perret' slabbed.wordpress.com (01/29/2012 - 07:19 PST) | 5 | 10 | 10 | 10 |
| 'trout point lodge' slabbed.wordpress.com (01/29/2012 - 07:18 PST) | No | 8 | 8 | No |

<u>Close Window</u>

© 2011 Marketing Munch Pty Ltd.

# Google

## Webmaster Tools

## Google Basics

When you sit down at your computer and do a Google search, you're almost instantly presented with a list of results from all over the web. How does Google find web pages matching your query, and determine the order of search results?

In the simplest terms, you could think of searching the web as looking in a very large book with an impressive index telling you exactly where everything is located. When you perform a Google search, our programs check our index to determine the most relevant search results to be returned ("served") to you.

The three key processes in delivering search results to you are:

**Crawling**: Does Google know about your site? Can we find it?                    Learn more...

**Indexing**: Can Google index your site?                    Learn more...

**Serving**: Does the site have good and useful content that is relevant to the user's search?                    Learn more...

## Crawling                                                                                                    back to top

Crawling is the process by which Googlebot discovers new and updated pages to be added to the Google index.

We use a huge set of computers to fetch (or "crawl") billions of pages on the web. The program that does the fetching is called Googlebot (also known as a robot, bot, or spider). Googlebot uses an algorithmic process: computer programs determine which sites to crawl, how often, and how many pages to fetch from each site.

Google's crawl process begins with a list of web page URLs, generated from previous crawl processes, and augmented with Sitemap data provided by webmasters. As Googlebot visits each of these websites it detects links on each page and adds them to its list of pages to crawl. New sites, changes to existing sites, and dead links are noted and used to update the Google index.

Google doesn't accept payment to crawl a site more frequently, and we keep the search side of our business separate from our revenue-generating AdWords service.

Indexing ) J/ Tags                                                                                back to top

Googlebot processes each of the pages it crawls in order to compile a massive index of all the words it sees and their location on each page. In addition, we process information included in key content tags and attributes, such as Title tags and ALT attributes. Googlebot can process many, but not all, content types. For example, we cannot process the content of some rich media files or dynamic pages.

**Serving results**                                                                                      back to top

When a user enters a query, our machines search the index for matching pages and return the results we believe are the most relevant to the user. Relevancy is determined by over 200 factors, one of which is the PageRank for a given page. PageRank is the measure of the importance of a page based on the incoming links from other pages. In simple terms, each link to a page on your site from another site adds to your site's PageRank. Not all links are equal: Google works hard to improve the user experience by identifying spam links and other practices that negatively impact search results. The best types of links are those that are given based on the quality of your content.

In order for your site to rank well in search results pages, it's important to make sure that Google can crawl and index your site correctly. Our Webmaster Guidelines outline some best practices that can help you avoid common pitfalls and improve your site's ranking.

Google's Did you mean and Google Autocomplete features are designed to help users save time by displaying related terms, common misspellings, and popular queries. Like our google.com search results, the keywords used by these features are automatically generated by our web crawlers and search algorithms. We display these predictions only when we think they might save the user time. If a site ranks well for a keyword, it's because we've algorithmically determined that its content is more relevant to the user's query.

©2012 Google

# Blogtap
The latest in blogging

**SUB    IBE**

Emai    ldress: [ Subscribe ]

# Writing blog tags properly for search engines (SEO) and human visitors

[Blog Design](#)  [Blog Marketing](#)  [Blogging Tips](#)  [Chris](#)

[Follow Blogtap on Twitter](#)
[Subscribe via RSS feed](#)

[ Search ]



### Healthy Living by Instaflex

## Shocking Discovery for Amazing Joint Relief

Shocking discovery by Boston researchers helps relieve joints, improve mobility, and support healthy joints. The new compound is trademarked under Instaflex.

GNC has secured the nationwide exclusivity to Instaflex and it is already the #1 selling joint supplement in GNC stores. However there are samples available online... Click to learn more

Yesterday, I gave a very thorough definition of what blog tags are. Today, I'm going to tell you how to create blog tags for SEO as well as for human interaction purposes.

The practice of blog SEO can sometimes create a dilemma. Everyone wants their blog to be optimized for search engines but no one wants to make readability sacrifices. Blog posts written to target keywords can sometimes be less legible than blog posts written in ignorance of search engines. With tags however, the more efficient they are for people, the more efficient they are for search engine optimization. In other words, you get the best of both worlds! If you use tags properly of course.

## World #1: Blog post tagging for human interaction

The biggest mistake bloggers make when creating tags is to use each tag only once. After a post is written, a blogger will tag the post with maybe 3 or 4 relevant tags. The tags are usually created without much thought. This creates a problem in the future because it can be very difficult to recall those tags for future relevant posts. Why? Because the brain is spontaneous and creative. There can sometimes be



many names for any given tag. A tag like "making soup" could also be created as "how to make soup," "make soup," and "soup recipes." The blog software that you use (i.e. WordPress) has no way of knowing that "making soup" and "soup making" are the same thing so they are treated as separate tags.

The developers of WordPress had all of this in mind when they created their tag system. WordPress has a tag suggestion tool built-in to the post editor. The nifty feature exists on the right hand side of the post editor page in the "Post Tags" box.

AdChoices

**Easier Email Marketing**
Try Email Marketing - 30 Days Free! Get started quickly and easily.
www.Campaigner.com/first_mo

**Change your IP Address**
Quickly change your ip address Start Anonymous Surfing Today.
www.hide-the-ip.com/

**Success College, NS**
Get a Better Job & Earn More Money! Healthcare, Business & IT Programs
www.thinksuccess.ca

**Comfort Inn® near DIA**
Affordable hotels in Aurora near DIA. Book now & save.
www.ComfortInn.com

**White Hat Link Building**
Get quality one way links from high ranking blogs. We do all the work.
GuestBlogGenius.com

## RECENT POSTS

- Optimizing Blogs for SEO
- What to do Prior to Launch
- How to manage your online reputation across different languages
- This Product Sucks! How Opinionated Reviews Will Make You More Money
- How to Craft an Effective SEO

**Post Tags**

Add new tag                        **Add**

*Separate tags with commas.*

Choose from the most used tags in Post
Tags

By clicking "Choose from the most used tags in Post Tags," you can view all of your previously created tags. Choosing from the list of previously created tags is always a good idea. After the first 20 or so blog posts, most of the new posts should be tagged with previously created tags. The idea is to never have two tags alike and to group as many similar posts together as possible.

Tags should also overlap each other. A post about making clam chowder soup should be in the previously created "making soup" tag but should also be in the previously created "clams" tag. The "making soup" tag and the "clams" tag are then overlapping.

People generally click on tags because they are relevant to the blog post they just read. By practicing the above, each of your tags will ideally contain multiple relevant posts. There is nothing worse than for a reader to click on a tag and be taken to a list of only one or two relevant posts. God forbid a reader click on a tag containing only the post that was just read! That is why it is important to re-use tags for human interaction purposes.

# World#2: Blog post tagging for SEO

Should you properly tag posts for human interaction (using the above methods), your tags should naturally give your blog an SEO boost. Search engines like Google reward sites that have plentiful internal links, specifically links that connect relevant content. However, there are a few tagging practices that will optimize your site for search engines.

- **Plan your tags.** Every time you create a new tag, you should consider carefully what keywords it contains. Are the keywords contained in the tag valuable/desirable? Tags will ideally be used over and over. Although WordPress has a tool for renaming tags, it is always best to get it right the first time.
- **Think specific.** Tags are for grouping posts together based on specific criteria. Categories are for grouping posts together based on general criteria. By placing a post in a category, you've already given search engines a general idea of what your post is about; use tags to label your post more specifically. This will greatly increase your chances of receiving short-tail and long-tail keyword traffic from search engines.
- **List tags at the end of each post and place a tag cloud in your sidebar.** Tags are no use if they aren't visible! Tags will multiply the number of internal links on your blog only if search engines can crawl them. It is also a good idea to link to specific tags in your posts. In-post tag links should contain the same keywords in the tag linked to.



Tags are a powerful weapon for blog search engine optimization as well as for site usability. A well-practiced tagger will have around 3 tags per post and each tag containing 3 or more other posts. Empty tags are inevitable. Sometimes posts are so unique, they really can't be grouped together with anything.

Happy tagging!

Human eye photo credit: Kakeyzz

Plan



## RECENT COMMENTS

 Mike Quayle on The Art of Finding Keywords

 Jose Jimenez on The Art of Finding Keywords

 Rob Thomson @ River Homes on The Art of Finding Keywords

 Rob Thomson @ River Homes on 8 Great WordPress Plugins

 Mark on The Custom Post Background WordPress Plugin

## FEATURED POSTS

- » WordPress 3.0 Released: Merge with MU, Custom Post Types, Custom Menus and More
- » Setting up an email subscription form with Google FeedBurner for your site or blog
- » MaxBlogPress Ninja Affiliate for WordPress Review
- » Blogging for money part 4: placing advertisements on your blog
- » Seeing a blank white screen on your WordPress blog?

## POPULAR POSTS

- » The Best Blogging Sites and Platforms | Top Blog Sites 63 comment(s) | 225567 view(s)
- » Random Topic Generator | Blog Topic Generator 59 comment(s) | 90296 view(s)
- » Choosing a name for your blog 4 comment(s) | 26124 view(s)
- » The Custom Post Background WordPress Plugin 105 comment(s) | 17754 view(s)
- » Why you should use images excessively on your blog 3 comment(s) | 8255 view(s)
- » Wp-config.php security leak - hundreds of blogs hacked 9 comment(s) | 5783 view(s)
- » What is Akismet? 4 comment(s) | 4835 view(s)
- » How to host your own blog in 5 easy steps 6 comment(s) | 4674

skip to content SocialSpark



- SocialSpark Referral Challenge Paris Official Rules
- Advertisers »
- Publishers »
- Partners »
- Ethics »
- Blog
- About »

login
Latest Blog Post: 1.20.12 by ameliag Extra! Extra! IZEA Is All About It!
IZEA info

# The Importance of Tags

## 3.1.11 by ashley in Topic 20 Comments

eets

retweet

"Identifiers" in our platforms are very important for Publishers (Bloggers, Tweeters, Mobilers). Whether keywords or tags, these identifiers help advertisers target those Publishers that are the best fit for any given campaign. So similar to a post we published about keywords on the Sponsored Tweets blog several months ago, we thought it'd be worth talking about the importance of tags in the SocialSpark system.

First of all, tags are important to you as a Publisher because they associate your blog and its content with specific terms that let advertisers know what you typically talk about. Often, advertisers will segment based on these tags, so obviously it's very important to have something in the tags field.

To access your tags feature, sign-in to your account. Once you've signed in click on the "My Account" tab. You'll then want to select the "Your Properties" link on the righthand side to get an overview of your blog(s) information:



Then this:



The tags field is the third one on the page, just below the area where you put your blog description. Your tags will be directly associated with your blog content; that will be different than those featured here. *So*, consider some of the topics you regularly blog about, and enter in those tags to your profile.

Once in the "Your Properties" space you should see something similar to this:



**TIP:** Think carefully about the subjects you talk about. And make sure these tags are ones that are going to be relevant to your audience. Remember, the sponsored posts on your blog are meant to add value to your audience. After all, you want them to be interested in your posts, and this will in-turn provide the most value to the Advertiser hiring you.



Take a peek at your SocialSpark account as soon as you can, and make sure that you not only have tags in place, but that the tags are relevant to both you and your audience. It could mean causing you to miss Opportunities if you don't.

Once you have input tags into your profile you're increasing your chances of receiving Opportunities…and that's a good thing!

Hope this has been helpful! Please let us know if you have any questions.

**Share and Enjoy:**

Like      11 likes. Sign Up to see what your friends like.

Tags: blog marketing, keywords, SocialSpark, tags

comments **20 Comments**

1. **Melissa** said on 3.2.11 at 7:25 pm

+You   Search   Images   Videos   Maps   News   Gmail   More ·

Sign in

# Google

## Search

About 24,400 results (0.12 seconds)

We're changing our privacy policy and terms. This stuff matters.

Learn more | Dismiss

Everything

Images

Maps

Videos

News

Blogs

More

The web

Pages from Canada

Posts

Homepages

Any time

Past 10 minutes

Past hour

Past 24 hours

Past week

Past month

Past year

Custom range...

Sorted by relevance

Sorted by date

*used to show how hardshoe has manipulated our presence on the internet blog arena.*

### Blog homepages for trout point lodge

**Trout Point Lodge of Nova Scotia, Relais & Chateaux**
troutpointlodge.wordpress.com/
UPDATED For 2 years now **Trout Point Lodge** and its proprietors--Vaughan Perret, Charles Leary, and ...

**slabbed**
slabbed.wordpress.com/
Aaron Broussard never had any management involvement with **Trout Point Lodge** no siree. You say ...

### Here is some more Charles Leary / Trout Point Lodge Jackassery ...
slabbed.wordpress.com/
1 day ago by sop81_1
As proof allow me to offer this uncontested motion filed by Charles Leary on behalf of all the owners at **Trout Point Lodge**, silent or otherwise in the case against Fox 8 back in late April 2011. Canada, like the US supposedly ...
More results from slabbed

### Sleepover | Culinary Escape to Trout Point Lodge, Nova Scotia ...
www.where.ca/
20 Jan 2012 by Shannon Kelly
At this luxury **lodge** in rural Nova Scotia, dine on gourmet Acadian cuisine and learn to make it yourself at the on-site cooking school.
More results from where.ca

### Our First Canada Member: Trout Point Lodge of Nova Scotia
blog.bedandbreakfast.com/Diamondcollection/
17 Jan 2012 by Emily
The BedandBreakfast.com Blog spans the bed and breakfast world, from current trends to top travel picks to favorite B&Bs and inns.

### Dining at Trout Point in 2012 . . . « Trout Point Lodge of Nova Scotia ...
troutpointlodge.wordpress.com/
18 Jan 2012 by troutpoint10
Proprietors Vaughan Perret and Charles Leary plan many improvements to the dining experience for 2012. Final touches are being put on the Lodge's second dining venue, Chez la Tousquet, which features views of La ...
More results from Trout Point Lodge of Nova Scotia, Relais ...

### Trout Point Lodge, Nova Scotia, Canada: hotel review · Insurance This
www.insurancethis.com/
14 Jan 2012 by Nigel Richardson
**Trout Point Lodge**, Nova Scotia, Canada: hotel review. Nigel Richardson visits **Trout Point Lodge**, a wilderness retreat on the edge of Canada's Kejimkujik National Park. This entry was posted on Saturday, January 14th, 2012 at 8:00 am and is ...

HI, Guest   Sign In   Help

Mail

**trout point lodge**

[ Search ]   Opt

834 results

| WEB | IMAGES | VIDEO | SHOPPING | APPS | BLOGS | MORE |

Sort Results by: Relevance | Time

FILTER

**All sources**

T Magazine (1)

Shine on Yahoo! (1)

FILTER BY CATEGORY

**All categories**

Travel (13)

Entertainment (4)

Sports (2)

Arts (1)

Food (1)

Health (1)

Politics (1)

FILTER BY TIME

**Any time**

Past hour

Past day

Past week

Past month

GET UPDATES

Add your news search
lodge to My Yahoo!:

### Wine Access selects Trout Point Lodge for the 2011 Food Lover Gift Guide!
... selected the **Lodge**'s cooking ... from a Canadian **point** of view, the magazine's Allison ...cook. A perfect way to give a **Trout Point** gift is through Gift...
http://troutpointlodge.wordpress.com/ - 12/09/2011

### Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge
...couple of Canadian media outlets that have relentlessly promoted **Trout Point Lodge**, t he Globe and Mail and the Halifax ChronicleHerald. Fair enough, Nova Scotia, while posse ssive of...
http://slabbed.wordpress.com/ - 09/24/2011

### Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia beware. A Charles Leary / Vaughn Perret business jackassery update.
Folks there would be reason that the reviews on the food at **Trout Point Lodge** that were not planted on Trip Advisor are bad but that...
http://slabbed.wordpress.com/ - 09/18/2011

### RETRACTION: TROUT POINT LODGE
RETRACTION: TROUT POINT LODGE Following a recent posting about...intention of SC T to cause injury or embarrassment to **Trout Point Lodge** or its owners and I apologize if any embarrassment...
http://shelburnecountytoday.wordpress.com/ - 09/16/2011

### About the chances that Trout Point Lodge will be bankrupt within a year......
... at **Trout Point Lodge** do not have a... at **Trout Point** who tried... the **lodge** as gay frie ndly...travel review for **Trout Point** and otherwise...
http://slabbed.wordpress.com/ - 08/30/2011

### BREAKING: Charles Leary and Trout Point Lodge issue a press release. (Updated)
... are getting desperate but I in fact welcome the publicity. **Trout Point Lodge** of Nova S cotia PRESS RELEASE – For immediate release September 14, 2011 East Kemptville, N S In...
http://slabbed.wordpress.com/ - 09/14/2011

### Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.
...parish Political corruption Scandal infamy and his fiscal agents in Nova Scotia at **Trout Point Lodge**, namely the Billy's Hill Trail Society. You see while Charles Leary was ...
http://slabbed.wordpress.com/ - 09/22/2011

### Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising
...Leary and Vaughn Perret of **Trout Point Lodge** Nova Scotia Fol ks... at **Trout Point Lodge** citing bad... for more on Trout Point L odge as the connections...
http://slabbed.wordpress.com/ - 08/31/2011

### The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3
...Rainey's series of articles on **Trout Point Lodge** and Aaron Broussard's connections... co-written the **Trout Point Lodge** Cookbook, based on Creole ...
http://slabbed.wordpress.com/ - 08/24/2011

First class bitches, common thugs or plain ol' morons: The Girls at **Trout Point Lodge** sue Fox 8 and Slabbed. A **Trout Point Lodge** /Jefferson Parish Political Corruption Scandal Update

... screed from the girls while I prepare the next installment connec ting **Trout Point Lodge** to the Jefferson Parish Political Corrutpion Scandal. ~ sop Share this: Twitter Digg Facebook LinkedIn...
http://slabbed.wordpress.com/  - 08/18/2011

trout point lodge - Blog Homepage Results

**Trout Point Lodge** of Nova Scotia, Relais & Chateaux by troutpoint10

News & observations for a Canadian wilderness resort

http://troutpointlodge.wordpress.com/

more trout point lodge Blogs

**1**    2    3    4    5    6    7    8    9    10    Next >

| trout point lodge | Search |
|---|---|

© 2012 Yahoo!   Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site

Hi, Guest    Sign In    Help

Mail

**trout point lodge**

| Search | Opt

834 results

WEB    IMAGES    VIDEO    SHOPPING    APPS    BLOGS    MORE

Sort Results by: Relevance | Time

GET UPDATES

Add your news search
lodge to My Yahoo!:

**FILTER**

All sources

T Magazine (1)

Shine on Yahoo! (1)

**FILTER BY CATEGORY**

All categories

Travel (13)

Entertainment (4)

Sports (2)

Arts (1)

Food (1)

Health (1)

Politics (1)

**FILTER BY TIME**

Any time

Past hour

Past day

Past week

Past month

### Laissez les bons temps rouler! Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 2.
...death of Gauthier and Hurricane Katrina for Trout Point Lodge/La Ferme D'Acadie own
er Danny Abel and...the reported ownership of the Trout Point Lodge and Dairy Farm has
also magically...
http://slabbed.wordpress.com/ - 08/17/2011

### ...back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 1.
... well worth the read as part of the social network that would even
tually lead us to Trout Point Lodge, Charles Leary and Vaughn Pe
rret comes into sharper focus as we'll also...
http://slabbed.wordpress.com/ - 08/15/2011



### About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)
...President Aaron Broussard owns a stake in a luxury development centered around Trou
t Point Lodge in Nova Scotia. An accompanying story quoted Bennett Powell, owner...
http://slabbed.wordpress.com/ - 01/12/2010

### The Times Picayune retracts their reporting on Aaron Broussard's alleged ownership of Trout Point Lodge
...s retraction on this matter: The Times-Picayune has referenced Trout Point Lodge in s
ome of the stories published in print and online since Jan. 6...
http://slabbed.wordpress.com/ - 01/19/2010

### Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.
...aka Shane D'Antoni is a professional plaintiff along the lines of A
bel's Trout Point Lodge partners Vaughn Perret and Charles Lear
y and this is certainly the case...
http://slabbed.wordpress.com/ - 09/14/2011

### Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.
...Broussard's connections to Trout Point Lodge and its purported owners... damaged the
reputation of Trout Point Lodge and its principal owners." Now...
http://slabbed.wordpress.com/ - 04/26/2011

### Tuesday Music: Dedicated to the Charles Leary and Vaughn Perret at Trout Point Lodge
You can run from your past but you can't hide ladies. sop Share thi
s: Twitter Digg Facebook LinkedIn Like this: Like Be the first to like
this post.
http://slabbed.wordpress.com/ - 08/30/2011

### ... at the next table, all decked out in western attire, if they can point us to Wyoming's famed Brokeback Mountain? I had planned to gush about how...
... at the next table, all decked out in western attire, if they can point us to Wyoming's fa
med Brokeback Mountain? I had planned to gush about how...
http://allenontravel.blogspot.com/ - 09/03/2008

### ...fire, I knew everything was going to be just fine. To prove that point.

1/29/12

### Stan who runs Rams Head outfitters out of Edmonton, ...

...fire, I knew everything was going to be just fine. To prove that **po int**, Stan who runs Rams Head outfitters out of Edmonton, ...

http://brokentuth.blogspot.com/ - 07/31/2006

### A season of music continues at **Trout Point**

Guests of the **Lodge** from May to late August enjoyed the masterf ul... enchanted young and old alike. **Trout Point** is proud to annou nce that local, multi-talented...

http://troutpointlodge.wordpress.com/ - 09/15/2011



< Prev   1   **2**   3   4   5   6   7   8   9   10   Next >

| trout point lodge | Search |

© 2012 Yahoo!   Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site

og.search.yahoo.com/search;_ylt=A2KJ3CbYVCVPKQQAbQ6axAt. ?p=trout+point+lodge&fr=yfp-t-3...

2/2

Slabbed | Kicking ass and taking names since 2007                                    1/29/12 5:22 PM

*Slabbed.org
not slabbed.wordpress.com
Jan-28
(requesting donation
to battle u)*

**Slabbed**
*Kicking ass and taking names since
2007*

## If you value independent investigative journalism please support Slabbed

Posted on January 28, 2012 by sop81_1

OK folks, while we wait for .org to wind its way through cyberspace here is your opportunity to support Slabbed's investigation into Aaron Broussard's business activities in Nova Scotia.  No amount is too small and for those of you that can't help financially we'll take your thoughts and prayers too.

The donate button is on the left sidebar or you can click below. Thanks and God Bless. ~ sop

**Donate**
MASTERCARD  VISA  [  ]  [  ]  [  ]

Posted in sop | Tagged Slabbed | 1 Comment

---

**Slabbed**
*Proudly powered by WordPress.*

*his company is not a not for profit, but
an LLC. Slabbed new media LLC.
the donate button is reserved for
use by 501(c)3 — us non profits.*

*this is from new web site
www.slabbed.org*



**Slabbed**
*Kicking ass and taking names since 2007*

## If you value independent investigative journalism please support Slabbed

Posted on January 28, 2012 by sop81_1

OK folks, while we wait for .org to wind its way through cyberspace here is your opportunity to support Slabbed's investigation into Aaron Broussard's business activities in Nova Scotia.  No amount is too sm for those of you that can't help financially we'll take your thoughts and prayers too.

The donate button is on the left sidebar or you can click below. Thanks and God Bless. ~ sop



Posted in sop | Tagged Slabbed | 1 Comment

---

**Slabbed**
*Proudly powered by WordPress.*

**PayPal**

Home | Personal | Business | Developers

Merchant Services   Products & Services   Why PayPal?   Partners   Industry Solutions   Pricing

Sign Up | Log In | Help | Security and Protection

Search

## AN AFFORDABLE SOLUTION FOR NONPROFITS
### Accept Donations through PayPal

With no programming skills required, our **Donate button** is an easy and affordable way to start accepting donations online.

**Donate**

It's easy to add this button to your site.

- Discounted rates for 501(c)(3) status
- Your donors don't even need a PayPal account
- Accept all major credit cards

**SIGN UP**

Email Us | Sales 1-866-365-6319

Accept: **VISA**

What You Get     How It Works     Setting Up     Pricing

Get everything you need to accept onetime and recurring donations on your site.

Download Nonprofit Datasheet

**Key benefits**

Reporting & Back Office

Over 100,000 nonprofits raise money using PayPal. Here are a few reasons why:

No Monthly Fees, No Credit Application

# Slabbed New Media

Please enter your donation amount and click **Update Total**.

| Purpose | Donation amount | Total |
|---|---|---|
| Slabbed New Media | $ [____] | $ |
| | | $ USD |

Update Total

## Pay with Credit Card or Log In

**PayPal**    🔒 Secure Payments

Country:    United States ⇕

First Name:    [_____]

Last Name:    [_____]

Credit Card Number:    [_____]

Payment Type

Expiration Date:    [mm] / [yy]  CSC: [____]    What's this?

Billing Address Line 1:    [_____]

Billing Address Line 2:
(optional)    [_____]

City:    [_____]

State:    [ ⇕ ]

ZIP code:    [_____]

Home Telephone:    [_____]
555-555-1234

Email:    [_____]

### ALREADY HAVE A PAYPAL ACCOUNT?

Email:
[_____]

Password:
[_____]

Log In

Forgot your email address or password?

Review Donation and Continue

PayPal protects your privacy and security.
For more information, read our <u>User Agreement</u> and <u>Privacy Policy</u>.

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 2January 27, 2012Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system

- 19January 26, 2012Poor Roy D'Aquilla got butterflies on his tummy tum tum when he saw Val Bracy's reports on the Trout Point Development

- 5January 26, 2012Danny Abel, Shane Gates aka Shane D'Antoni, Charles Leary & Vaughn Perret Come on Down!

- 10January 25, 2012Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

- 4January 25, 2012BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

- 3January 24, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.

- 3January 23, 2012Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?

- 13January 22, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

- 4January 20, 2012You have the right to remain silent…..

- 6January 19, 2012Its the Slabbed question of the day……????

- 2January 19, 2012The SouthCoast Today picks up more coverage of the unfolding Money Laundering Scandal involving the Trout Point development.

Older Entries

- type and press enter

# Calendar/Archives

Charles Leary « slabbed [Anonymoused]



Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 0January 17, 2012In this special episode of Magnum JD the girls at Trout Point reach out to Magnum

- 17January 17, 2012BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update

- 3January 17, 2012Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony.

- 6January 15, 2012The media in Nova Scotia pick up on the Broussard indictment and State Ethics Board Investigation.

- 7January 15, 2012Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/Trout Point Lodge Update.

- 8January 14, 2012If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!

- 2December 5, 2011And he "sniffed the reeking buns of Angel acted like it was cocaine." The continuing story of Southaven Mayor Greg Davis: "A demented bread-boffer, Cucumber pud annexed to a fine whole-wheat loaf….."

- 54December 3, 2011Broussard Indictment Links: "This is the end of the beginning" as Val Bracy shines on….

- 0November 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 3 Fin.

- 8November 3, 2011Slabbed reveals the post that finally got me sued in Nova Scotia by Aaron Broussard's grifting business associates at Trout Point Lodge. A Home Elevation Scandal Update.

- 2November 2, 2011How about some Trip Advice on Trout Point Lodge: A mostly guest post from comments by Finisterre.

« Older Entries

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 9September 18, 2011Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia beware. A Charles Leary / Vaughn Perret business jackassery update.
- 12September 15, 2011Kirk Cheyfitz of Story Worldwide has updated his post on Trout Point Lodge

- 27September 14, 2011BREAKING: Charles Leary and Trout Point Lodge issue a press release. (Updated)

- 7September 14, 2011Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.

- 19September 13, 2011Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much…

- 0September 13, 2011Hey everyone make certain to check out Charles Leary's picture on Flickr…..

- 7September 9, 2011If I may be so bold: Those that aren't following Sop on the ETM Yahoo Message Board are missing out on some great fun.

- 4September 9, 2011Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening scandal at Trout Point Lodge

- 29September 8, 2011Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal

- 2September 8, 2011I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable…..

- 4September 6, 2011We have a winner and he is still a loser after all these years…..

« Older Entries
Newer Entries »

- type and press enter

# Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 3August 31, 2011Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising
- 4August 30, 2011About the chances that Trout Point Lodge will be bankrupt within a year…..

- 6August 30, 2011I am getting word from Nova Scotia…..

- 8August 24, 2011The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3

- 6August 24, 2011We have breaking news from Nova Scotia!!!!!!!!!!!!

- 0August 18, 2011Thursday Music: We have a winner!

- 23August 18, 2011First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update

- 2August 17, 2011Laissez les bons temps rouler! Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 2.

- 2August 15, 2011Actually Matt, you had this one called right to begin with. Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 1.

- 19August 3, 2011I've just been informed…..

- 2June 1, 2011From the reader mailbag: Nova Scotia, Paulsen v State Farm and Redflex

« Older Entries
Newer Entries »

- type and press enter

- # Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 1October 12, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 2

- 1October 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 1.

- 0October 7, 2011Friday Music: "Maaaahhh you got purty lips"

- 6October 7, 2011From the reader mailbag: "Did the girls assassinate you?"

- 15October 3, 2011Slabbed again in the news in Nova Scotia.

- 6September 26, 2011BREAKING: Self described King of Torts gets his ass kicked in California

- 4September 26, 2011The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Advisor.

- 0September 26, 2011Blood in the water, Vomit on the floor……

- 14September 24, 2011Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge

- 17September 22, 2011Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.

- 0September 20, 2011Upon further review….

« Older Entries
Newer Entries »

- type and press enter

# Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Charles Leary'

- 6May 4, 2011I'm diggin' up bones, exhuming things that everyone needs to know…..

- 0April 28, 2011Thursday Music: Keep those cards and letters coming. :-)

- 63April 28, 2011Slabbed goes international and finds the girls in Costa Rica. The Trout Point investment template??

- 5April 26, 2011Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.

- 3April 26, 2011Tuesday Music: Dedicated to Aaron and the girls…..

- 3April 22, 2011And now a word from our sponsor…..

- 19April 22, 2011How ironic that on the day after the drive by shooting of the M&M sisters by the Times Picayune…….

- 11April 20, 2011Coming soon on Slabbed: We examine the Times Picayune Trout Point retractions in detail.

- 0April 18, 2011Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to be indicted Aaron Broussard were "thick as thieves" up in Nova Scotia.

- 21April 18, 2011Well folks, this Trout Point thing has really rattled some cages.

- 13January 12, 2010About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)

Newer Entries »

- type and press enter

- # Calendar/Archives

January 2012

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaugh Perret'

- 2January 27, 2012Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system

- type and press enter

## Calendar/Archives

### January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON twitter

## Slabbed supports the Electronic Frontier Foundation