Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 19January 26, 2012Poor Roy D'Aquilla got butterflies on his tummy tum tum when he saw Val Bracy's reports on the Trout Point Development

- 5January 26, 2012Danny Abel, Shane Gates aka Shane D'Antoni, Charles Leary & Vaughn Perret Come on Down!

- 10January 25, 2012Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

- 4January 25, 2012BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

- 3January 24, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.

- 3January 23, 2012Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?

- 13January 22, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

- 4January 20, 2012You have the right to remain silent.....

- 6January 19, 2012Its the Slabbed question of the day......????

- 2January 19, 2012The SouthCoast Today picks up more coverage of the unfolding Money Laundering Scandal involving the Trout Point development.

- 0January 17, 2012In this special episode of Magnum JD the girls at Trout Point reach out to Magnum

Older Entries

- type and press enter

# • Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 17January 17, 2012BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update

- 3January 17, 2012Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony.

- 6January 15, 2012The media in Nova Scotia pick up on the Broussard indictment and State Ethics Board Investigation.

- 7January 15, 2012Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/Trout Point Lodge Update.

- 8January 14, 2012If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!

- 2December 5, 2011And he "sniffed the reeking buns of Angel acted like it was cocaine." The continuing story of Southaven Mayor Greg Davis: "A demented bread-boffer, Cucumber pud annexed to a fine whole-wheat loaf….."

- 54December 3, 2011Broussard Indictment Links: "This is the end of the beginning" as Val Bracy shines on….

- 0November 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 3 Fin.

- 8November 3, 2011Slabbed reveals the post that finally got me sued in Nova Scotia by Aaron Broussard's grifting business associates at Trout Point Lodge. A Home Elevation Scandal Update.

- 2November 2, 2011How about some Trip Advice on Trout Point Lodge: A mostly guest post from comments by Finisterre.

- 1October 12, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 2

« Older Entries

Vaughn Perret « slabbed [Anonymoused]

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 1October 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 1.

- 0October 7, 2011Friday Music: "Maaaahhh you got purty lips"

- 6October 7, 2011From the reader mailbag: "Did the girls assassinate you?"

- 4September 26, 2011The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Advisor.

- 0September 26, 2011Blood in the water, Vomit on the floor……

- 14September 24, 2011Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge

- 2September 23, 2011Friday Music: This may be the Sopranos but…..

- 17September 22, 2011Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.

- 0September 20, 2011Upon further review….

- 9September 18, 2011Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia beware. A Charles Leary / Vaughn Perret business jackassery update.

- 12September 15, 2011Kirk Cheyfitz of Story Worldwide has updated his post on Trout Point Lodge

« Older Entries
Newer Entries »

- type and press enter

# Calendar/Archives

January 2012

S M T W T F S

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 27September 14, 2011BREAKING: Charles Leary and Trout Point Lodge issue a press release. (Updated)
- 7September 14, 2011Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.
- 19September 13, 2011Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much…
- 7September 9, 2011If I may be so bold: Those that aren't following Sop on the ETM Yahoo Message Board are missing out on some great fun.
- 4September 9, 2011Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening scandal at Trout Point Lodge
- 29September 8, 2011Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal
- 2September 8, 2011I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable…..
- 21September 8, 2011Nope we're definitely not in Kansas anymore Toto. Rich Rainey at the T-P reveals full list of Heebe's "Lobbists".
- 4September 6, 2011We have a winner and he is still a loser after all these years…..
- 3August 31, 2011Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising
- 4August 30, 2011About the chances that Trout Point Lodge will be bankrupt within a year…..

Older Entries
Newer Entries »

- type and press enter

Vaughn Perret « slabbed [Anonymoused]

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 6August 30, 2011I am getting word from Nova Scotia…..

- 8August 24, 2011The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3

- 6August 24, 2011We have breaking news from Nova Scotia!!!!!!!!!!!!

- 0August 18, 2011Thursday Music: We have a winner!

- 23August 18, 2011First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update

- 2August 17, 2011Laissez les bons temps rouler! Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 2.

- 2August 15, 2011Actually Matt, you had this one called right to begin with. Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 1.

- 19August 3, 2011I've just been informed…..

- 2June 1, 2011From the reader mailbag: Nova Scotia, Paulsen v State Farm and Redflex

- 6May 4, 2011I'm diggin' up bones, exhuming things that everyone needs to know…..

- 0April 28, 2011Thursday Music: Keep those cards and letters coming. :-)

« Older Entries
Newer Entries »

- type and press enter

# Calendar/Archives

Vaughn Perret « slabbed [Anonymoused]

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Vaughn Perret'

- 63April 28, 2011Slabbed goes international and finds the girls in Costa Rica. The Trout Point investment template??

- 5April 26, 2011Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.

- 3April 26, 2011Tuesday Music: Dedicated to Aaron and the girls…..

- 19April 22, 2011How ironic that on the day after the drive by shooting of the M&M sisters by the Times Picayune……

Newer Entries »

- type and press enter

## Calendar/Archives

### January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

- FOLLOW US ON twitter

## Slabbed supports the Electronic Frontier Foundation

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Trout Point'

- 2January 19, 2012The SouthCoast Today picks up more coverage of the unfolding Money Laundering Scandal involving the Trout Point development.

- 9January 17, 2012The Nova Scotia SouthCoast Today picks up the latest developments

- 3January 17, 2012Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony.

- 6January 15, 2012The media in Nova Scotia pick up on the Broussard indictment and State Ethics Board Investigation.

- 14January 13, 2012BREAKING: Karen Parker rolls over on her ex-hubby Aaron Broussard. Turn up the heat please. :-)

- type and press enter

## Calendar/Archives

January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON twitter

## Slabbed supports the Electronic Frontier Foundation

Trout Point Lodge « slabbed [Anonymoused]

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Trout Point Lodge'

- 19January 26, 2012Poor Roy D'Aquilla got butterflies on his tummy tum tum when he saw Val Bracy's reports on the Trout Point Development

- 5January 26, 2012Danny Abel, Shane Gates aka Shane D'Antoni, Charles Leary & Vaughn Perret Come on Down!

- 10January 25, 2012Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

- 4January 25, 2012BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

- 3January 24, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.

- 3January 23, 2012Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?

- 13January 22, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

- 6January 19, 2012Its the Slabbed question of the day......????

- 1January 18, 2012If you are a journalist in the US or Canada that Vaughn Perret or Charles Leary of Trout Point Lodge has threatened to sue Slabbed wants to hear from you!

- 0January 17, 2012In this special episode of Magnum JD the girls at Trout Point reach out to Magnum

- 17January 17, 2012BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update

Older Entries

- type and press enter

# Calendar/Archives

<u>Skip to content</u>

# Posts tagged 'Trout Point Lodge'

- <u>Home</u>
- <u>So you want to sue Slabbed</u>
- <u>About</u>
- <u>Contact</u>
- <u>Insurance</u>
- <u>Cases</u>
- <u>Katrina Cases</u>
- <u>Stories</u>
- <u>Places</u>
- <u>Open Thread</u>

- <u>8January 14, 2012If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!</u>

- <u>11January 12, 2012Did I mention with all the shit going down a few of us are engaged in what I'll term high stakes blogging?</u>

- <u>2December 5, 2011And he "sniffed the reeking buns of Angel acted like it was cocaine." The continuing story of Southaven Mayor Greg Davis: "A demented bread-boffer, Cucumber pud annexed to a fine whole-wheat loaf…."</u>

- <u>54December 3, 2011Broussard Indictment Links: "This is the end of the beginning" as Val Bracy shines on….</u>

- <u>6December 1, 2011Its coming………</u>

- <u>0November 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 3 Fin.</u>

- <u>1November 10, 2011Since everyone is teasing these days….</u>

- <u>8November 3, 2011Slabbed reveals the post that finally got me sued in Nova Scotia by Aaron Broussard's grifting business associates at Trout Point Lodge. A Home Elevation Scandal Update.</u>

- <u>2November 2, 2011How about some Trip Advice on Trout Point Lodge: A mostly guest post from comments by Finisterre.</u>

- <u>1October 12, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 2</u>

- <u>1October 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 1.</u>

<u>« Older Entries</u>
<u>Newer Entries »</u>

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Trout Point Lodge'

- 4October 11, 2011Congratulations you found Slabbed. What's next?
- 0October 7, 2011Friday Music: "Maaaahhh you got purty lips"
- 15October 3, 2011Slabbed again in the news in Nova Scotia.
- 4September 26, 2011The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Advisor.
- 0September 26, 2011Blood in the water, Vomit on the floor......
- 14September 24, 2011Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge
- 2September 23, 2011Friday Evening Music: Special Canadian reader request dedicated to the Charles Leary and Vaughn Perret
- 17September 22, 2011Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.
- 0September 20, 2011Upon further review,....
- 9September 18, 2011Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia beware. A Charles Leary / Vaughn Perret business jackassery update.
- 12September 15, 2011Kirk Cheyfitz of Story Worldwide has updated his post on Trout Point Lodge

« Older Entries
Newer Entries »

- type and press enter

- # Calendar/Archives

January 2012
S M T W T F S

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Trout Point Lodge'

- 27September 14, 2011BREAKING: Charles Leary and Trout Point Lodge issue a press release. (Updated)
- 7September 14, 2011Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.
- 19September 13, 2011Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much…
- 0September 13, 2011Hey everyone make certain to check out Charles Leary's picture on Flickr.….
- 7September 9, 2011If I may be so bold: Those that aren't following Sop on the ETM Yahoo Message Board are missing out on some great fun.
- 4September 9, 2011Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening scandal at Trout Point Lodge
- 29September 8, 2011Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal
- 2September 8, 2011I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable.….
- 21September 8, 2011Nope we're definitely not in Kansas anymore Toto. Rich Rainey at the T-P reveals full list of Heebe's "Lobbists".
- 4September 6, 2011We have a winner and he is still a loser after all these years.….
- 3August 31, 2011Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising

Older Entries
Newer Entries »

- type and press enter

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Trout Point Lodge'

- 0April 28, 2011Thursday Music: Keep those cards and letters coming. :-)
- 5April 26, 2011Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.
- 3April 26, 2011Tuesday Music: Dedicated to Aaron and the girls…..
- 3April 22, 2011And now a word from our sponsor…..
- 11April 20, 2011Coming soon on Slabbed: We examine the Times Picayune Trout Point retractions in detail.
- 0April 18, 2011Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to be indicted Aaron Broussard were "thick as thieves" up in Nova Scotia.
- 21April 18, 2011Well folks, this Trout Point thing has really rattled some cages.
- 0January 19, 2010The Times Picayune retracts their reporting on Aaron Broussard's alleged ownership of Trout Point Lodge
- 13January 12, 2010About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)

Newer Entries »

- type and press enter

## • Calendar/Archives

### January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |

Search Results trout point « slabbed [Anonymoused]

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 3January 28, 2012Trout Point lawsuit could hit rough waters in U.S.A. | South Coast Today

- 4January 27, 2012Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system

- 19January 26, 2012Poor Roy D'Aquilla got butterflies on his tummy tum tum when he saw Val Bracy's reports on the Trout Point Development

- 10January 25, 2012Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

- 4January 25, 2012BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

- 3January 24, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.

- 3January 23, 2012Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?

- 13January 22, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

- 6January 19, 2012Its the Slabbed question of the day……????

- 2January 19, 2012The SouthCoast Today picks up more coverage of the unfolding Money Laundering Scandal involving the Trout Point development.

- 3January 18, 2012Worth repeating take note: Let's talk Paul Connick Sr. and his son Dutchie Connick

Older Entries

- _____
  type and press enter

- # Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 1January 18, 2012If you are a journalist in the US or Canada that Vaughn Perret or Charles Leary of Trout Point Lodge has threatened to sue Slabbed wants to hear from you!

- 9January 17, 2012The Nova Scotia SouthCoast Today picks up the latest developments

- 0January 17, 2012In this special episode of Magnum JD the girls at Trout Point reach out to Magnum

- 1January 17, 2012Tuesday Music: A special reader dedication to Aaron Broussard and the Trout Point Lodge guys of Danny Abel, Charles Leary and Vaughn Perret

- 17January 17, 2012BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!!! A Trout Point Update

- 3January 17, 2012Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony.

- 7January 15, 2012Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/Trout Point Lodge Update.

- 8January 14, 2012If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!

- 14January 13, 2012BREAKING: Karen Parker rolls over on her ex-hubby Aaron Broussard. Turn up the heat please. ;-)

- 21December 12, 2011Aaron Brousard does the pro se thing and makes a foole' of himself

- 6December 9, 2011Yesterday was a perfect world. Time to chat about this little project.

Older Entries
Newer Entries »

- type and press enter

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 2December 5, 2011And he "sniffed the reeking buns of Angel acted like it was cocaine." The continuing story of Southaven Mayor Greg Davis: "A demented bread-boffer, Cucumber pud annexed to a fine whole-wheat loaf….."

- 54December 3, 2011Broussard Indictment Links: "This is the end of the beginning" as Val Bracy shines on….

- 0November 11, 2011La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubbornly persistent illusion" Part 3 Fin.

- 2November 3, 2011Lad I don't know where ye been but I see ye won first prize….

- 8November 3, 2011Slabbed reveals the post that finally got me sued in Nova Scotia by Aaron Broussard's grifting business associates at Trout Point Lodge. A Home Elevation Scandal Update.

- 2November 2, 2011How about some Trip Advice on Trout Point Lodge: A mostly guest post from comments by Finisterre.

- 9October 31, 2011Drew Broach takes a nostalgic trip down wrinkled robe lane as the Times Picayune profiles recently released internal FBI records.

- 6October 13, 2011Thursday Music: This is why the girls are still trying to sell that bogus "privacy policy".

- 4October 11, 2011Congratulations you found Slabbed. What's next?

- 15October 3, 2011Slabbed again in the news in Nova Scotia.

- 6September 26, 2011BREAKING: Self described King of Torts gets his ass kicked in California

« Older Entries
Newer Entries »

- type and press enter

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 4September 26, 2011The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Advisor.

- 0September 26, 2011Blood in the water, Vomit on the floor……

- 14September 24, 2011Team Trout Point begins another PR offensive: The Halifax ChronicalHerald covers the Trout Point Lodge Trip Advisor warning about Lodge

- 2September 23, 2011Friday Evening Music: Special Canadian reader request dedicated to the Charles Leary and Vaughn Perret

- 17September 22, 2011Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.

- 4September 22, 2011Patricia has today's Slabbed editorial spoof

- 0September 20, 2011Upon further review….

- 9September 18, 2011Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia beware. A Charles Leary / Vaughn Perret business jackassery update.

- 12September 15, 2011Kirk Cheyfitz of Story Worldwide has updated his post on Trout Point Lodge

- 0September 15, 2011I'd like to take a moment to welcome the Royal Canadian Mounted Police to this little project called Slabbed

- 0September 15, 2011Thursday Video: The Trout Point way…….

« Older Entries
Newer Entries »

- type and press enter

## **Calendar/Archives**

January 2012

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 27September 14, 2011BREAKING: Charles Leary and Trout Point Lodge issue a press release. (Updated)
- 7September 14, 2011Misfire: Slabbed catches up with Aaron Broussard as he and Trout Point owner Danny Abel sue the author of the literary flop Outgunned. A legal jackassery update.
- 19September 13, 2011Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much…
- 7September 9, 2011If I may be so bold: Those that aren't following Sop on the ETM Yahoo Message Board are missing out on some great fun.
- 4September 9, 2011Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening scandal at Trout Point Lodge
- 29September 8, 2011Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal
- 2September 8, 2011I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perret of Trout Point Lodge for being so predictable…..
- 4September 6, 2011We have a winner and he is still a loser after all these years…..
- 0September 5, 2011A month of Slabbed and what a month August was…..
- 10September 1, 2011Thursday Music: It occured to me I never properly welcomed the girls to the Warren Suite here at the Do Slabb Inn….
- 3August 31, 2011Kirk Cheyfitz, CEO of Story Worldwide writes a review of Trout Point Lodge for Post Advertising

Older Entries
Newer Entries »

- type and press enter

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 4August 30, 2011About the chances that Trout Point Lodge will be bankrupt within a year…..
- 2August 30, 2011Tuesday Music: Dedicated to the Charles Leary and Vaughn Perret at Trout Point Lodge
- 12August 24, 2011Please pardon my interjection. Juvenile Court isn't cheap fodder for journalism. From the Busted Files (Updated)
- 8August 24, 2011The problem with lying is keeping all of them straight. A Jefferson Parish Political Corruption / Trout Point Lodge Scandal Update Part 3
- 6August 24, 2011We have breaking news from Nova Scotia!!!!!!!!!!!!
- 0August 24, 2011It's a Wednesay Musical repeat bonus twofer as things are getting a bit strange in Trout Point Lodgeville.
- 23August 18, 2011First class bitches, common thugs or plain ol' morons: The Girls at Trout Point Lodge sue Fox 8 and Slabbed. A Trout Point Lodge /Jefferson Parish Political Corruption Scandal Update
- 2August 17, 2011Laissez les bons temps rouler! Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 2.
- 2August 15, 2011Actually Matt, you had this one called right to begin with. Slabbed travels back in time with the girls and ties a few things together. A Trout Point Lodge / Jefferson Parish Political Corruption Scandal Update Part 1.
- 19August 3, 2011I've just been informed…..
- 35June 27, 2011The Jefferson Parish Politico Mafioso: A reign of uninterrupted criminal malfeasance and 'quid pro quo' corruption. A Whitmergate guest post

« Older Entries
Newer Entries »

- type and press enter

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 1June 21, 2011Trout Point here we come….

- 2June 1, 2011From the reader mailbag: Nova Scotia, Paulsen v State Farm and Redflex

- 63April 28, 2011Slabbed goes international and finds the girls in Costa Rica. The Trout Point investment template??

- 1April 27, 2011So here we were, just a peaceful little blog…..

- 5April 26, 2011Slabbed takes a look at the Trout Point business venture: Let's start at the end and work back.

- 19April 22, 2011How ironic that on the day after the drive by shooting of the M&M sisters by the Times Picayune……

- 11April 20, 2011Coming soon on Slabbed: We examine the Times Picayune Trout Point retractions in detail.

- 6April 19, 2011Slabbed finds Danny Abel and Aaron Broussard together in the "Legal Department" at the Super 8 Motel on Clearview

- 0April 18, 2011Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to be indicted Aaron Broussard were "thick as thieves" up in Nova Scotia.

- 21April 18, 2011Well folks, this Trout Point thing has really rattled some cages.

- 4July 6, 2010"BP and anyone else underestimates coast residents at their own peril"

« Older Entries
ewer Entries »

- type and press enter

# Calendar/Archives

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Search results for 'trout point'

- 9February 15, 2010It all began with a dime drop to Raphael. Slabbed takes a look back at the unfolding Jefferson Parish political corruption investigation

- 4February 5, 2010Anyone else notice Chehardy Sherman de-Norma'd their website? Hmmm. (Updated)

- 0January 19, 2010The Times Picayune retracts their reporting on Aaron Broussard's alleged ownership of Trout Point Lodge

- 13January 12, 2010About Aaron Broussard's purported ownership of Trout Point Lodge (Updated)

Newer Entries »

- type and press enter

## Calendar/Archives

January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON twitter

## Slabbed supports the Electronic Frontier Foundation

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Nova Scotia Supreme Court Judge Leon "Pierre" Muise'

- 2January 27, 2012Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system
- 3January 24, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 2: You own 100% of 2% of nothing.
- 13January 22, 2012Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in Nova Scotia Part 1: In the deep south 'reality' is often a simple illusion.

- type and press enter

# Calendar/Archives

### January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON twitter

# Slabbed supports the Electronic Frontier Foundation

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Posts tagged 'Judge Pierre Muise'

- 6December 1, 2011Its coming.........
- type and press enter

## Calendar/Archives

January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON twitter

## Slabbed supports the Electronic Frontier Foundation

slabbed [Anonymoused]

1/29/12 3:31 AM

*print date*

Skip to content

*The Slabbed blog the day after Service of notice of Jan. 30 damages hearing.*

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

## If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!

January 14, 2012

tags: Aaron Broussard, Bill Duron, Cerro Coyote, Charles Leary, Danny Abel, Inn at Coyote Mountain, Investment Fraud, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Louisiana Ethics Board, Melody Duron, Trout Point Lodge, Vaughn Perret, William Thorselll

by sop81_1

My archival post regarding the Cerro Coyote hotel in Costa Rica has generated more leads folks as more local investors in the project that had no clue Abel, Leary and Perret sold the hotel and whom received not a penny back on their investment have sent me bat signals and that does not count the inquiries from those who are still coming to grips with the fact their "friends" Danny Abel and Aaron Broussard fleeced them. So while the news is settling in please meet the new owners of the former Inn at Coyote Mountain:

Bill Duron: Bill is chairman of the Ontario Tourism Marketing Partnership Corporation, agency of the Government of Ontario and serves on the boards of the Friends of the Greenbelt Foundation, Canadian National Sportsmen's Shows and the Advisory Board of Ryerson University's School of Retail Management.

Melody Duron – high-end interior decorator

William Thorsell, former publisher of the Globe and Mail and director of the Royal Ontario Museum.

Those so interested in sharing can email me here.



**Share this:**            Twitter        StumbleUpon        Facebook        LinkedIn

6 Comments

1 of 13

from → Sop

# Slabbed answers the question everyone has been asking: Who is Whitmergate?

March 23, 2011
tags: Wednesday Video
by sop81_1

'Gate seemingly knows where all the bodies are buried and I can *see* this person's identity has been the subject of great specualtion. So I'm giving a hint below the fold. Read more…

**Share this:**              Twitter        StumbleUpon        Facebook        LinkedIn

11 Comments
from → Sop

# So Bobby Jindal is holding this fundraiser for Billy Nungesser on Tuesday…..

January 16, 2012
tags: Blaine Kern, Jeanette Maier, Louisiana Governor Bobby Jindal, Plaquemines Parish President Billy Nungesser, Ryck H. Soto, Senator David "Diaper Dave" Vitter, Soto v Nungesser, The Canal Street Brothel
by sop81_1

And folks I hear there is gonna be lots of fun and games over at Blaine Kern's place but before we get to that let's visit with our good friends over at Plaquemines Citizen, who has the invite and letters from Piyush and Nunny on the soiree as we highlight the following comment Plaquemines left here on Slabbed:

I believe this little shin-dig has something to do with a piece of property in Belle Chasse Louisiana that is is the subject of a rather heated opposition to a large development headed to Belle Chasse that includes a Super WalMart. Nungesser is doing what he can to push the development, even though the majority of residents in Upper Plaquemines are against it. The Parish has spent loads of money fighting it, and you wouldn't even believe the shenanigans involved. The real story is no one is saying is Jindal's father-in-law is a principal in the company that owns the property. The Court even sealed the documents that reflects the current owners of the property, and the options to purchase the property.

A court in Plaquemines sealing public real estate ownership information? This sounds like Grenta mentality to me folks as Jindy sure has cuddled up extra close to Nunny of late.

Now back to the entertainment. Folks Kern and the other organizers have been somewhat coy on exactly what kind of entertainment will be on tap to regale Nunny and the attendees. But we can make a reasonable guess based on some of what we know in the public record about Nunny and his preferences. Let's start with Jeremy Alford at ambit to get a flavor for what Nunny likes:

In 1997, Nungesser was sued for damages by a man named Ryck H. Soto, who had previously worked for Nungesser's General Marine Leasing. According to the suit, which was filed in Orleans Civil District Court,

slabbed [Anonymoused]                                                                     1/29/12 3:31 AM

Soto alleged that he was "wrongly terminated" after Nungesser allegedly made "sexual advances." Nungesser denied all the allegations, which included requests for oral sex and "exposing his genitals." Read more…

**Share this:**              Twitter        StumbleUpon      Facebook      LinkedIn

3 Comments
from → Sop

# Sorry folks, I could not resist.

January 15, 2012
tags: Aaron Rodgers, Aaron Rodgers Sucks, Bad Faith Insurance, State Farm, State Farm Sucks
by sop81_1

Well folks I guess that bad faith insurance shill @AaronRodgers12 won't be doing a discount double check. #FYYFF
youtube.com/watch?v=j9Rv7c… —
SLABBED (@SLABBEDblog) January 16, 2012

sop

**Share this:**              Twitter        StumbleUpon      Facebook      LinkedIn

1 Comment
from → Sop

# Sunday Video: Brokeback Bayou

January 15, 2012
tags: Jordan Jefferson, Les Miles, LSU Football, Man Love
by sop81_1

slabbed [Anonymoused]                                                                    1/29/12 3:31 AM

op

**Share this:**              Twitter       StumbleUpon       Facebook       LinkedIn

1 Comment
from → Sop

# The media in Nova Scotia pick up on the Broussard indictment and State Ethics Board Investigation.

January 15, 2012
tags: Aaron Broussard, Charles Leary, Danny Abel, James E. Smith, Jefferson Parish Political Corruption Scandal, Karen Parker, Kempt Wilderness Lodge Services, Nova Scotia, Pay to play, Peter Butler Jr., PRAKA Nova Scotia, Pravi Desai, Ralph Fontcuberta Jr., Roy D'Aqailla, Trout Point, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, USA v Broussard, USA v Parker, Vaughn Perret
by sop81_1

I love local lore and history folks so the story in today's SouthCoast Today on Aaron Broussard's legal troubles and connections to Nova Scotia is right up my alley and ranks as a must read folks. Here is a snippet:

On Februray 28, 1765, less than a month after being chased by the British government in Nova Scotia out of the colony for his murder, mutilation and scalping of hundreds of British subjects, famed Acadian firebrand Joseph Beausoliel Broussard stepped off a ship in New Orleans, where his progeny have multiplied and still reside. One of the most famous of those today is Aaron Broussard, alledgedly one of the most corrupt officials in a notably corrupt region.....

13

slabbed [Anonymoused]

1/29/12 3:31 AM

Read more at the SouthCoast Today.

p

**Share this:**          Twitter          StumbleUpon          Facebook          LinkedIn

4 Comments
from → Sop

# Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/Trout Point Lodge Update.

January 15, 2012
tags: Aaron Broussard, Behavioral Finance, Cerro Coyote, Charles Leary, Danny Abel, Inn at Coyote Mountain, Jefferson Parish Political Corruption Scandal, Louisiana Ethics Board, Ralph Fontcuberta Jr., SLAPP, South West Shore Development Authority, Trout Point Lodge v Louisiana Media Company LLC, Trout Point Lodge v Slabbed New Media, Vaughn Perret
by sop81_1

Some of my better received work here on Slabbed deals with the topic of behavioral finance/economics. That said when my curiosity compelled me to enter the laboratory I invariably would go to the Yahoo Finance Boards and issues like Allstate or the pump and dump de jour such as XING.

Cerro Coyote has changed that folks and I want to give everyone a flavor for what I am seeing by communicating with people on this topic. After all this blog is called Slabbed, a sizable portion of our readership was slabbed by Hurricane Katrina not that long ago. Before we get to "the finance" part of behavioral finance we must start with the behavioral. Universally the investors I have heard from share 3 common traits:

1. They were sold a small stake in Cerro Coyote as evidenced by the stock purchase agreement I posted here on Slabbed last year.
2. They have found out via Slabbed the Inn at Coyote Mountain, the major asset of Cerro Coyote has been sold.
3. They have not yet received anything back on their investment.

So what do people feel upon learn such information? The answer lies in the Kübler-Ross model and Wiki does a very good job explaining it:

The Kübler-Ross model, commonly known as The Five Stages of Grief, was a theory first introduced by Elisabeth Kübler-Ross in her 1969 book, On Death and Dying. Read more…

**Share this:**          Twitter          StumbleUpon          Facebook          LinkedIn

4 Comments
from → Sop

# Saturday Music: Dedicated to Aaron and his grifting friends.

January 14, 2012

slabbed [Anonymoused]                                                                    1/29/12 3:31 AM

tags: <u>Investment Fraud</u>, <u>Saturday Music</u>
by <u>sop81_1</u>



sop

**Share this:**            Twitter        StumbleUpon        Facebook        LinkedIn

<u>1 Comment</u>
from → <u>Sop</u>

# Tater Nuts problems just keep getting worser and worser. A periodic report on Ocean Springs Alderman James Hagan and his mounting legal problems.

January 14, 2012
tags: <u>Mississippi v Hagan</u>, <u>Ocean Springs Alderman James Hagan</u>, <u>Pedophilia</u>
by <u>sop81_1</u>

Well folks, in the past month Hagan has been arrested for getting fresh with a 15 year old girl and having child porn on his city owned notebook computer that he previously had claimed was lost.  Today the <u>Sun Herald's Margaret Baker checks in</u> with a civil suit filed against Hagan by the Ameristar Casino Hotel. It seems Hagan overflowed his hotel room bathtub in a major way causing extensive damage to 6 hotel rooms. This snippet from Margaret's story gives a flavor of the tort:

According to Ameristar Casino's complaint, a security official was responding to a report of water seeping under

the door of Hagan's sixth-floor room when he found Hagan asleep in the bathtub with the water still running.

"… The water was overflowing onto the floor and into the hallway of the sixth floor and into several rooms (4) … causing wet carpet …" with additional water damage suspected in three other fifth-floor rooms. The officer, the report said, repeatedly tried to wake up Hagan. Finally, the report said, Hagan responded, using his foot to turn off the faucet before falling back to sleep.

Folks Tater Nut's legal problems just seem to get worser and worser as another of <u>Scott Walker's</u> Ocean Springs GOP running buddies self implodes.

sop

**Share this:**                    Twitter        StumbleUpon        Facebook        LinkedIn

<u>Leave a comment</u>
from → <u>Sop</u>

# Time to hang it all out part deux: Cato get the timestamp, Tim Whitmer is cooperating with Team Fed.

January 13, 2012
tags: <u>Tim Whitmer</u>
by <u>sop81_1</u>

I've heard it from 2 well placed sources folks and feel comfortable enough to break this story. If true the implications for a certain sitting elected official involved with the JPAS change orders are not good.

sop

**Share this:**                    Twitter        StumbleUpon        Facebook        LinkedIn

<u>9 Comments</u>
from → <u>Sop</u>

# BREAKING: Big D Fazzio gets new lawyers. He is digging deep folks.

January 13, 2012
tags: <u>Garner Services</u>, <u>Jefferson Parish Political Corruption Scandal</u>, <u>River Birch Landfill</u>, <u>USA v Fazzio</u>
by <u>sop81_1</u>

Buddy Lemann does not come cheap folks and he is a top shelf criminal defense lawyer. Today River Birch's Dominick Fazzio ditched the federal public defenders office and brought in Buddy and his son to mount his criminal defense. To borrow some slang from the Slabbed legal team, Lemann is not the type of lawyer that is afraid to try a case. I've found Lemann to be aloof and egotistical in my limited observations of the man plying his trade but he is also possessive of more than enough skins on the wall to make the demeanor stick. <u>Paul Rioux has the skinny for the T-P.</u>

Hiring Lemann means Dominick Fazzio plans on fighting this to the bitter end folks IMHO. While Lemann is a fantastic criminal defense lawyer I do not think he will be able to stop Big D from being crushed by DoJ.

sop

**Share this:**            Twitter        StumbleUpon        Facebook        LinkedIn

1 Comment

om → Sop

« Older Entries

- type and press enter

## • Calendar/Archives

January 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec

FOLLOW US ON **twitter**

## • Slabbed supports the Electronic Frontier Foundation



## • Recent Posts

- So Bobby Jindal is holding this fundraiser for Billy Nungesser on Tuesday…..
- Sorry folks, I could not resist.
- Sunday Video: Brokeback Bayou
- The media in Nova Scotia pick up on the Broussard indictment and State Ethics Board Investigation.
- Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/Trout Point Lodge Update.
- Saturday Music: Dedicated to Aaron and his grifting friends.
- Tater Nuts problems just keep getting worser and worser. A periodic report on Ocean Springs Alderman James Hagan and his mounting legal problems.
- If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you!
- Time to hang it all out part deux: Cato get the timestamp, Tim Whitmer is cooperating with Team Fed.
- BREAKING: Big D Fazzio gets new lawyers. He is digging deep folks.

- o <u>BREAKING: Karen Parker rolls over on her ex-hubby Aaron Broussard. Turn up the heat please. :-)</u>
- o <u>I've fielded several inquiries today concerning former congressman Gene Taylor.</u> **Updated**
- o <u>Aaron, you look marvelous....</u>
- o <u>Of course Bobby Hebert is not in trouble with Entercom Communications. I mean hell Garlandfill took $250,000 in payola and he didn't get in any trouble.</u>
- o <u>I stress cyber security so much I managed to lock myself outta the rack.......</u>

- **Recent Comments**

 NRB on <u>Sorry folks, I could not ...</u>

 Ashton O'Dwyer on <u>Open Thread</u>

Whitmergate on <u>So Bobby Jindal is holding thi...</u>

 Shark puppet on <u>So Bobby Jindal is holding thi...</u>

Sock Puppet on <u>Slabbed answers the question e...</u>

 <u>- New Orleans News</u> on <u>So Bobby Jindal is holding thi...</u>

 Ricardo on <u>Sunday Video: Brokeback B...</u>

<u>whitmergate</u> on <u>Slabbed answers the question e...</u>

whitmergate on <u>Slabbed answers the question e...</u>

 <u>unslabbed</u> on <u>Slabbed answers the question e...</u>

- **Blogging Community**

- o <u>American Zombie</u>
- o <u>Anita Lee</u>
- o <u>Bayou Buzz</u>
- o <u>Bellesouth</u>
- o <u>C. B. Forgotston</u>
- o <u>Disenfrancised Citizen</u>
- o <u>First Draft</u>
- o <u>Green Heritage News</u>
- o <u>Huffington Post</u>
- o <u>Humid Beings</u>
- o <u>Indexed</u>
- o <u>Katy's Exposure</u>
- o <u>NOLA Defender</u>





G/13

slabbed [Anonymoused]

- Pistolette
- Project NOLA
- Ta-Nehisi Coates
- Talking Points Memo
- The Audit (CJR)
- The Dead Pelican
- The Hayride
- The Jefferson Report
- The Lens
- Yall Politics
- Your Right Hand Thief

## Economics & Finance

- Greenbackd
- Naked Capitalism
- Predictably Irrational
- Society of Corporate Compliance and Ethics
- The Big Picture
- Zero Hedge

## Insurance

- Dimechimes Corporation Adjuster Information Blog
- Fight Bad Faith Insurance Companies
- Frontline: June Cross Katrina website
- Mississippi Insurance Bill of Rights
- Mr. Liberty Mutual: The Irresponsibility Project
- Sam Friedman's Blog
- State Farm Sucks
- The Insurance Situation
- United Policyholders

## Law blogs

- Above the Law
- Bardwell's Attorney at Blog
- Ernie the Attorney
- How Appealing
- Insurance Law Hawaii
- Law Comix
- Law.com
- Letter of Apology
- Main Justice
- Merlin Group Law Blog
- MS Litigation Review
- Pro Publica
- SCOTUS Blog
- Settle it Now Negotiation Blog
- Tennessee Insurance Litigation Blog
- TortDeform
- Tulane Link

10/13

slabbed [Anonymoused]

- # Media

  - Mississippi Public Broadcasting
  - New Orleans Times Picayune
  - The Biloxi Sun Herald
  - The Jackson Clarion Ledger
  - The Mississippi Press
  - The Seacoast Echo
  - WLOX TV Biloxi
  - WVUE Fox 8 TV New Orleans
  - WWL talk radio
  - WWL TV New Orleans

- # Special friends

  - Jim Brown's Blog
  - New Orleans News Ladder
  - We Saw That

- # State Insurance Regulators (Captured/Independent)

  - Alabama Department of Insurance (Captured)
  - Florida Office of Insurance Regulation (Independent)
  - Louisiana Department of Insurance (Captured)
  - Mississippi Department of Insurance (Captured)
  - South Carolina Department of Insurance (Captured)
  - Texas Department of Insurance (Captured)

- # Pages

  - So you want to sue Slabbed
  - About
  - Contact
  - Insurance
    - Cat Bonds
    - Legislation
    - Perception
    - Transparency
    - HR1264
  - Cases
    - Brown v Nutt
    - Fojas v Ackerman et al
    - USA v Minor
    - USA v Moultrie
    - USA v Perdigao / Perdigao v Adams & Reese L.L.P. et al
    - USA v Scruggs
    - USA v Delaughter
  - Katrina Cases
    - Jones v Scruggs
    - McIntosh v State Farm
    - Renfroe v Rigsby
    - Shows v State Farm RICO

15/13

slabbed [Anonymoused]

- - USA v Warr
  - Fowler v State Farm
  - Katrina Canal Breaches Consolidated Litigation
  - MRGO
  o Stories
    - Jim Brown "Five Years After Katrina"
    - Mark Davidson's Ike Story 17 hours at sea
    - Roof Surfing – Sop survives Katrina
  o Places
    - Christ Episcopal – Bay St. Louis
    - Sop's Slab
  o Open Thread
  o 6.1 the Slabberator
  o ex rel Rigsby
  o ex rel Branch Consultants
  o The Scheme

## • 🖻 News From The Sun Herald

  o Complete list of winners for the Golden Globes
  o Death toll in Beirut building collapse rises to 20
  o Costa CEO blames captain error for ship grounding

## • 🖻 News From The Times Picayune

  o Floating skateboard park may be installed in Lafitte Greenway
  o More than an apology for people who were sterilized against their will: An editorial
  o Lock it up: A monologue by Sara Pagones

## • 🖻 NOLA.Com: Saints

  o New Orleans Saints, Gregg Williams appear ready to part ways
  o Alex Smith's TD run the biggest play of all vs. New Orleans Saints
  o New York Giants upset top-seeded Green Bay Packers 37-20

## • 🖻 Washington Post

  o Joe Paterno's first interview since the Penn State-Sandusky scandal
  o Environmentalists celebrate longshot victory at Mattawoman Creek
  o As deadline nears, friends and foes of Keystone XL pipeline step up campaigns

## • Categories

| Select Category ‡ |
| --- |

## • Authors

  o  sop81_1

12/13

slabbed [Anonymoused]

- o  **nowdoucit**

- o **Bam Bam Bigelow**

- o **russell1200**

- # **Meta**
  - o Register
  - o Log in
  - o Entries RSS
  - o Comments RSS
  - o WordPress.com
- •
- •
- •

Blog at WordPress.com.

Theme: Vigilance by The Theme I     Follow    nts on this blog.

Follow "slabbed"

Get every new post delivered
to your Inbox.

Join 291 other followers

| Enter your email address

( Sign me up )

Powered by WordPress.com

13/13

1/29/12
Case 1:12-cv-00090-LG-JMR Document 6-9 Filed 06/20/12 Page 36 of 47
Hey everyone make certain to check out Charles Leary's picture on Flickr..... « Slabbed

Skip to content

* Home
* So you want to sue Slabbed
* About
* Contact
* Insurance
* Cases
* Katrina Cases
* Stories
* Places
* Open Thread

# Hey everyone make certain to check out Charles Leary's picture on Flickr.....

September 13, 2011
tags: Charles Leary, Jefferson Parish Political Corruption Scandal, National Geographic Society, Trout Point Lodge

by sop81_1

Well folks, what can I say except ol' Charlie can't shut us up so he has been running around to the copy write police bitching about us, so I am temporarily using another photo on this post while I, WordPress and Raegan Mathis of National Geographic sort this out. Meantime if you want to see the picture Charles Leary does not want you to see on Slabbed, click the webpage screen capture of the Flickr page I just took and once there feel free to download it for posterity. There is so many ways to skin this cat..... ~ sop

Hey everyone make certain to check out Charles Leary's picture on Flickr….. « slabbed

Charles Leary of Trout Point Lodge | Flickr - Photo Sharing!                    Page 1 of 1



Charles Leary of Trout Point Lodge

Comments and faves

http://www.flickr.com/photos/48032856@N03/4460241383/in/photostream                    09/13/11

Geotourism Flicker Page @
http://www.flickr.com/photos/48032856@N03/4460241383/in/photostream

**Share this:**          Twitter 2          StumbleUpon          Facebook          LinkedIn

**Like this:**          Like   Be the first to like this post.

from → Sop

1/29/12    Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the truth ...

Case 1:12-cv-09090-HG-JMR   Document 6-9   Filed 06/20/12   Page 38 of 47

Skip to content



- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to the Jefferson Parish political Corruption Scandal

September 8, 2011
tags: Aaron Broussard, Calvin Fayard, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie &, Charles Leary v. The Atlantic Canada Opportunities, Pay to play, Trout Point Lodge, Vaughn Perret
by sop81_1



Vaughn Perret and Charles Leary

I've done more than a few posts on the topic of Trout Point Lodge since it first appeared on the pages of the Times Picayune back in January 2010.  I'll be honest and say I still have no clue why the powers that be at

the Times Picayune sold out their own reporter and retracted a factually correct story but I've grown accustomed to seeing strange things in the media in New Orleans so I simply accept the "what is" there. In a way this is a simple story that had the twist of a controlling grifter in Vaughn Perret mixed into the middle of the narrative. Vaughn is a literal one trick pony in how he deals with people of making threats and more threats of legal action whenever the PR doesn't go his way. A great way to begin would be to link the Channel 4 story on the ethics complaint made against Aaron Broussard as reported back in January 2010 but I was a stinker to prove the extent to which the NOLA media is compromised on reporting in Jefferson Parish so we must go back on Twitter to August 18 where I teased the girls at Trout Point:

 **SLABBED**
@SLABBEDblog                                                    **Follow**

Crime watchdog seeks ethics probe into Broussard business
dealings wwltv.com/news/Crime-wat... Looks like
@TroutPointLodge forgot one LMAO!!!

18 Aug 11                                      Reply      Retweet      Favorite

Knowing Charles Leary and/or Vaughn Perret have Eric Paulsen on speed dial I also printed a copy for my records as I was fairly certain WWL would "404" the story as soon as the girls bitched (and they dutifully complied) so it is there we begin with the story *Crime watchdog seeks ethics probe into Broussard business dealings:* (fair use claimed):

The Metropolitan Crime Commission is asking the Louisiana ethics board to determine if Jefferson Parish president Aaron Broussard has violated the state ethics code.

In a letter to the ethics administration, the Crime Commission questions whether it was proper for Broussard to solicit business for Lagniappe Industries, the insurance firm owned by his former chief administrative officer, Tim Whitmer, and to accept $5,000 for legal work he has acknowledged doing for Lagniappe.

In addition, MCC president Rafael Goyeneche calls for the crime commission to determine if Broussard profited from parish contractors using a vacation lodge the parish president and his wife own in Nova Scotia.

"We're asking the ethics administration to determine if Mr. Broussard enriched himself by inviting or encouraging any of these potential parish vendors to go up there and utilize his property or invest in his property," Goyeneche told Eyewitness News on Thursday.

In a separate matter, since records reveal Broussard has accepted hundreds of state court appointments since 2004 to represent people involved in lawsuits whom the court can't find, Goyeneche questions if Broussard considers his position as parish president a part time job .

"Where he can devote time to a legal practice that not only involves Lagniappe Industries and earning a $5,000 fee over several months and also soliciting business for Lagniappe, but additionally accepting 50 cases that we could find in 2009 in which the court appointed him to represent an absent litigant? He made thousands of dollars doing that," said Goyeneche.



Danny Abel our long time business partner.
Tweeted on service day Jan. 13
+ on
Jan. 16

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# From the reader mailbag: "Did the girls assassinate you?"

October 7, 2011
tags: Charles Leary, Slabbed, The Girls, Vaughn Perret
by sop81_1



And of course

the answer is no. That said Patricia was thinking something along the same lines LOL.

**Share this:**      Twitter 2     StumbleUpon     Facebook     LinkedIn

**Like this:**      Like   Be the first to like this post.

from → Sop

← The Lame Stream Media is finally covering the Occupation of Wall Street

Occupy Wall Street: The Media hires a consultant to explain. →

6 Comments leave one →



1. Patricia permalink
   October 8, 2011 12:16 am

   Is this an "Off Broadway Production"?
   It's just…………………………..
   precious.



2. imaangry permalink
   October 8, 2011 8:37 am

   I was worried about you SOP. The airwaves were silent for several days. I started having DT's and actually considered relying on the MSM……nahhhh. Fuck em. Glad you're not in some shallow grave in the great Canadian outback or even worse….

   http://youtu.be/RQb2m6VJ-eo



3. imaangry permalink
   October 8, 2011 8:39 am

16-bad-paid-for-sisters.jpg (357×450)





www.eroticazelda.com/_PIGGIES/_GLAMOUR_SHOTS/_1/_TROUT_POINT.jpg





Pierre Muise has changed his name to Pierre Le Pétomane to launch the unveiling of his invention called, "Pass the Gas" which redirects flatulent gasses, the source from whence it was emitted, in a perpetual recycling of ass gasses.

"I've ALWAYS loved to savor my own emissions. I've attempted to engage friends & family in the activity, butt they vehemently respond, No thanks, I'll pass!"

_JUDGE_PIERRE_MUISE_LE_PETOMANE