# Hearing Book Exhibits for Damages Assessment Hearing *Book 2 of 2 *

This book contains tabs 13 thru 18 as listed in the Table of Contents found in Book #1



SUPREME COURT OF NOVA SCOTIA
hereby certify that the foregoing document
a true copy of the original.
Dated _12_ day of _April_ _2012_

_____
Prothonotary

Elaine L. d'Entremont
Prothonotary

COMPOSE

Inbox (5,662)
Starred
Important
Sent Mail
Drafts (19)

Circles

Personal
Travel (1)

Chat

Search people...

Trout Point Lodge
Set status here

Call phone
Daniel Gillis
spencer weed
foodvacation
Adrian Raviolo

**earning04** earning04@gmail.com

to omoore, bpower, me

Jan 17 (12 days ago)

Mr Leary,

Do you care to make a comment to Ms Parker's guilty plea, specifically her detailing how Aaron Broussard laundered money through the same Nova Scotia LLC that owns property at the Trout Point Development? Your former employees tell me you and Vaugn Perret were Mr Broussard's fiscal agents on the rentals. Thank you.

http://www.nola.com/crime/index.ssf/2012/01/aaron_broussard_used_public_of.html

Doug

Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577
228-323-1598
http://slabbed.wordpress.com

Oliver Moore, Atl. bureau chief Globe and mail and to Bill Power with the Chronicle Herald. — Post Service

emailed to Leary with ccs to

**COMPOSE**

Inbox (5,662)
Starred
Important
Sent Mail
Drafts (19)
· Circles
Personal
Travel (1)

Chat

Search people...

● Trout Point Lodge
Set status here ▾

📞 Call phone
● Daniel Gillis
✉ spencer weed
✉ foodvacation

**Doug Handshoe** dkhcpa@gmail.com

to rrainey, me ▾

Jan 26 (3 days ago)

Charles,

Do you have any reaction to the letter to you from Roy D'Aquilla that was published today on Slabbed concerning your coordination of insurances with Aaron Broussard, a man you said had no management involvement with the lodge. I want to be fair here and give you every opportunity to explain this to me.

Thanks in advance.

Doug
Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577
228-323-1598
http://slabbed.wordpress.com

email to Leary w/cc to Richard Rainey of the
Times Picayune Part of the Advance Group - one of the
biggest multi media Publishing houses in the world

Gmail - FW: Trout Point Lodge



**Foodvacation Canada <foodvacation@gmail.com>**

# FW: Trout Point Lodge

1 message

**Bill Power <bpower@herald.ca>**                           **Fri, Jan 13, 2012 at 4:01 PM**
To: foodvacation@gmail.com

Charles:
Here is copy of email sent to me after story appeared about Trout Point. I don't remember the
context. Sorry. I emailed back that I would look at links, but I don't remember checking them
out and could not locate the subsequent email that included links. But it was busy and I
confess I paid little attention...cheers...Bill Power

**From:** Doug Handshoe [mailto:dkhcpa@gmail.com]
**Sent:** Sat 9/24/2011 8:30 AM
**To:** Bill Power
**Subject:** Trout Point Lodge

Hi Bill:

I am Doug Handshoe with Slabbed New Media, one of many media outlets Charles Leary,
Vaugn Perret and their silent partners at Trout Point Lodge are currently suing for
defamation for writing factual things about them.  I saw your single sourced story this
morning on Trout Point and just wanted to let you know we'll be profiling your report on
Slabbed.

Now I am used to reporters blowing stories, it happens all the time.  But since you
mentioned the positive reviews on Trout Point on Trip Advisor did you determine how many
of those Leary and Perret self authored?  My favorite is the one written in the dead of winter
that spoke glowingly of the roaring fire etc at a time the Lodge was closed for instance.  The
whole deal is pretty transparently phoney but since TripAdvisor got wise to their scam Leary
and Perret no longer like the company.

In case you actually want to learn what is happening in your own back yard instead of being
a PR front for a scam that is the subject of a current investigation by the State of Louisiana
and the US Attorney you may want to check out the following links:

http://www.postadvertising.com/2011/08/which-5-star-resort-wants-to-censor-your-
comments/

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

http://slabbed.wordpress.com/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-trout-point-lodge-charles-leary-and-aaron-broussard/

As far as being sued by Leary and Perret goes, to the extent Canada is notorious for tourism libel and SLAPP suits, court judgments on such matters from Canada are no longer enforceable in the US so this topic will remain on the pages of Slabbed until the federal and state investigations are resolved and indictments are returned.


Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577
228-323-1598

slabbed.wordpress.com

This e-mail message (including attachments, if any) is confidential. Any unauthorized distribution or disclosure to anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender and delete it and any attachments from your computer system and records.

P Please consider the environment before printing this e-mail



**Foodvacation Canada <foodvacation@gmail.com>**

# FW: Trout Point Lodge

**3 messages**

---

**Moore, Oliver <OMoore@globeandmail.com>**                    **Wed, Jan 11, 2012 at 7:01 PM**
To: "foodvacation@gmail.com" <foodvacation@gmail.com>

Hi Charlie. Below you'll find the message he sent me. I did not respond

All the best
--om.

---

**From:** Doug Handshoe [dkhcpa@gmail.com]
**Sent:** September 8, 2011 4:48 PM
**To:** Moore, Oliver
**Subject:** Trout Point Lodge

Mr Miller:   *(handwritten: Handshoe not very detail oriented—the name is moore)*

I am a blogger in South Mississippi that covers issues impacting this area, including the major political corruption scandal that has also ensnared Trout Point Lodge, a place you recently wrote a review on. I read your piece and was wondering in light of the experience that Story Worldwide CEO Kirk Cheyfitz had at the Lodge if Vaughn Perret and Charles Leary ghost wrote the article that appeared under your name or if they paid the Globe and Mail for the publicity?

http://slabbed.wordpress.com/2011/08/31/kirk-cheyfitz-ceo-of-story-worldwide-writes-a-review-of-trout-point-lodge-for-post-advertising/

Before I question the journalistic integrity of your newspaper in a post on this topic I'd really like your thoughts and comments on this matter in hopes that I can correctly report how Trout Point, which shafted the Canadian Government on loans and has mechanic liens attached to the property, can gain so much favorable coverage in Nova Scotia's main newspaper.

I thank you in advance for your prompt reply.

Gmail - FW: Trout Point Lodge

Doug



Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577

228-323-1598

http://slabbed.wordpress.com

---

**foodvacation Canada <foodvacation@gmail.com>**
To: "Moore, Oliver" <OMoore@globeandmail.com>

**Wed, Jan 11, 2012 at 8:04 PM**



Thank you!

Charlie

[Quoted text hidden]

---

**Moore, Oliver <OMoore@globeandmail.com>**
To: foodvacation Canada <foodvacation@gmail.com>

**Wed, Jan 11, 2012 at 9:53 PM**

No problem.  You'll notice that he struggles a bit with accuracy, getting my name wrong and describing the Globe and an NS paper
Cheers
-om.

**From:** foodvacation Canada [foodvacation@gmail.com]
**Sent:** January 11, 2012 3:04 PM
**To:** Moore, Oliver
**Subject:** Re: FW: Trout Point Lodge

[Quoted text hidden]

---

From: "misfire: Slabbed Catches Up with
Aaron Broussard..."
Sept. 14

The day after recipt of second service
of Cause of action against him.

sop



**sop81_1**
September 14, 2011 7:24 pm

like scientology!
*

I'll add here in case it is not self evident that I have built complete dossiers on all
the players in this social group and I intend through time to roll out each and
every one in excruciating detail as long as the lawsuit in Canada is an
outstanding issue for Slabbed. The reason for this is that this band of gay men act
as a unit that will also scatter like cockroaches when the heat is applied. This is
especially true of Carl Finley for example as his role in *Paulsen* illustrates.

sop

He threatens to punish us and everyone we know
or he thinks we know if we don't give
up our legal rights in the Nova Scotia
Supreme Court.

*SOP gets a cyber first.*

*Jan. 15, 2012*

*from body of blog piece.*

At this point I'll disclose Leary and Perret evidently went postal when I disclosed that counter letters **do not evidence ownership in Nova Scotia.** This would not be the first time I have broken bad financial news on the internet and I hate to say this but I laughed hysterically at the latest nasty grams sent me by the girls and yes when I publish their affidavits everyone will understand why using the term "girls" to describe Leary and Perret is dead on accurate.

Stay tuned.

sop

*legal papers*

*More threats and attempts at intimidation, 2 days after service of notice of hearing and was we threatens to publish affidavits included in notice to ridicule and intimidate.*

*From:*

**Trout Point lawsuit could hit rough waters in USA Jan. 28, 2012**



**eyewigger**  PERMALINK
January 29, 2012 2:03 pm

Simply brilliant sharkpuppet, and insightful as well. Now I see the Trout Point sham more clearly.

It was and is Broussard's corrupt conduct that is the proximate cause of any of the alleged wrongs that Trout Point, Leary and Perret claim to have suffered.

Looks like these guys failed or refused to sue the proper party, the person whose actions are the root of all media coverage and various blog comments.

So my question is whether Slabbed and any of the commenters will join to third party Broussard if in fact Leary comes down here in an attempt to enforce this fraudulent Judgement. I have already concluded that Slabbed and the commenters will sue Trout Point, Leary, Perret, Abel and any one else who is a part of this bullshit should they step foot down here.

As a side note, if I were management of either the Times-Picayune or WVUE, I'd be serioulsy questioning the competence of their Canadian counsel given all we know about the fraud perpetrated by Leary et al upon the Canadian Courts.

**He approves all comments. more threats as hearing approaches**



Trout Point lawsuit could hit
rough waters in US.
Jan. 28, 2012

**sop81_1**

January 29, 2012 10:40 am

I almost pity Charles Leary as he is a front for the real evil bastard in Vaughn Perret and both are simple freeloaders hitched to Danny Abel along with Shane D'Antoni and his family

I do pity Judge Pierre Muise for even if he were well intentioned, (and I do not think he is) he is gonna come out on the end of this looking very badly IMHO.

I've been telling Leary for months that if he wanted a piece of me he had to come down here to get some. And by down here it won't be in the courtroom of a corrupt local judge like Ross LaDart no sir. All I need is a level playing field and the facts will take care of everything else from there.

I personally think Leary is scared of his own shadow and neither he nor Perret have the sack to come to Mississippi to attempt to enforce that judgment as they are cowards. When I'm done even Perret's niece, who filed an affidavit in that Fox 8 case, will understand her uncle is a grifting scumbag pussy.

sop

_more threats and attempts at intimidation._

"Poor Roy"

Jan. 26, 2012

**whitmergate**

January 26, 2012 10:16 PM

What if WVUE had done a story about how Leary and Perret aggressively market Trout Point as a Gay destination ? And is allegedly owned and managed by gays ? No mention of Aaron Broussard. Do you think the Board of Directors of the Community School would refuse Mr. Loeb's donation? In fact, I think it is remiss on Mr. Loeb's part not to disclose this part of the Trout Point experience to the Board. Why the secrecy Mr. Loeb ?

For me, this information would have no bearing ... but can we assume that the Directors of this School to be as tolerant as I ?

Gay = moral turpitude — recurring theme for all here. Also another threatening message to David Loeb. We will appose you.



*

"Poor Boy"
Son 2C0

**sop81_1**

January 27, 2012, 12:54 pm

I'll I can tell you Pres is I received two frantic emails from Tele both of which strongly indicated the person behind those handles was in fear for their life.

This isn't a loss just for Slabbed either. Tele, under different handles has made substantial contributions to YRHT, AZ and The Lens. The connection of the Lens to Fox 8 is especially troubling in light of what we are learning about the doings up north.

And while I agree the myopic focus on internet commenters proves beyond the shadow of a doubt that Theriot, Broussard and the rest are complete cyber morons, it does not change the effect, which is to silence those that helped expose publicly the wrong doing.

We're to the point where Broussard and his henchmen are balls deep in a heap of trouble but they ultimately succeeded in silencing those they dubbed their worst critics, except one person that is. ☺

sop

mocking but suggesting we are capable of murder - Political (assassination



**sop81_1** PERMALINK

January 27, 2012 4:29 am

Their fraudulent actions in Canada cross over into more torts than what AMV has described in her civil rights case against the Parish and that does not count criminal implications. I'll add that Telemachus has sent me email indicating that he/she is in fear for her life as a result of the actions perpetrated by Leary, who I think we've demonstrated is clearly acting as Aaron Broussard's straw man in Canada.

When Charles Leary, while denying Broussard was involved managing the Lodge, began threatening former employee Joyce Case Harlow after she spoke with me, I advised her, both via email and publicly on this blog to contact the FBI. After she called the NOLA office of the FBI I'll add the harassment stopped, except for an occasional defamatory comment such as the one they left about her on the Trout Point Blog recently.

I have yet to meet or even speak with the good guys but given the latest turn of events my advice to Whitmergate, Unslabbed and Telemachus is to go pay the FBI a visit.

Judge Pierre Muise should be proud he signed off on court orders that had the impact of putting people's lives at risk and impeded a major FBI investigation down here in NOLA. Keep that Muise surname circled folks.

sop

---

*Handwritten annotations:*

FOIA Request
Jan. 26, 2012

Justice Muise recklessly or
through some sort of illegal
conspiracy put peoples lives in
danger and obstructing
justice!

*

true g his NS criminal activity

I hope
we slow & mid 2009

Earlier he tells her to contact FBI
not for illegal documents but & why to FBI destruction
alleged slow & mid 2009

~ bold face lie!

*Handwritten margin notes (top right):* "Claims wife are controlled are people The by "Louisiana" in weare of Sops in Louisiana it activities

*Handwritten margin notes (top center):* Well known lawyer who threatening to go Postal at the federal house at which alleged house Court house judicial officers even he can understand Sops 10 Sirs

*Handwritten margin notes (left):* "Root Roy" D'Aguila From D.A. Ben 2.Q

**Ashton O'Dwyer**
January 26, 2012 6:39 pm

Pardon me for being obtuse, but while I can comprehend, and put my arms around, "curatorships" awarded to Aaron Broussard in Jefferson Parish by upstanding Members of the State Judiciary, like "The Honorable" Glen Ansardi (and others). And while I can understane the Judge's benevolent bestowing of undeserved financial benefits on Mr. Broussard because of illicit relationships between and among Mr. Broussard and the Judge's family, I have some TROUBLE connecting the dots to Nova Scotia. Will someone enlighten me, please. Thank you. Ashton O'Dwyer.

**sop81_1**
January 26, 2012 7:02 pm

Mainly because D'quilla was benefiting from them Ashton. He is also has enough stroke to tell Charles and Vaughn what to do at Broussard's request. The original allegation was Broussard was making Parish venders rent his property at Trout Point. I think D'Aquilla's letter proves not only that Leary and Perret were Aaron Broussard's strawmen but they were also complicit in the alleged criminal activity.

sop

*Malicious* — 1785, tweets in Tur Tcatt — cat

File  Edit  View  History  Bookmarks  Window  Help

http://twitter.com/#!/search/realtime/slabbed

Twitter / Search - slabbed - All Tweets

Ni Fest &c WasN.com  Google  Apple  Yahoo  Google Maps  YouTube  Wikipedia  News (1036)▾  Popular▾

Q▾ Google

Have an account? **Sign in**

# twitter

slabbed

## Results for slabbed

Tweets · All ▾

Refine results »

**Rosamondrlt** Rosamond Bergman
Ichiro Suzuki Signed Bat - 2001 SP Game Rookie Card Holo & PSA DNA **Slabbed** #83139362 - Autographed MLB Bats: Thi...
amzn.to/p9G2ZJ
*39 minutes ago*

**Zulasee** Zula Brochard
Frank Frisch & Willie Mays Autographed/Hand Signed 3x5 Index Card PSA/DNA **Slabbed** #83118327: This is a 3x5 Index...
amzn.to/pktEEY
*47 minutes ago*

**SLABBEDblog** SLABBED
For those about to be rocked **Slabbed** salutes you.
youtube.com/watch?v=fKhTk0...
*1 hour ago*

**SLABBEDblog** SLABBED
**Slabbed's** google search string of the day. google.com/search? q=vaugh... @troutpointlodge #AaronBroussard #JeffersonParishCorruption
*1 hour ago*

close ✖

**@SLABBEDblog**
SLABBED

**Slabbed's** google search string of the day. google.com/search? q=vaugh... @ troutpointlodge #AaronBroussard #JeffersonParishCorruption

*1 hour ago via web*

tweeted Im 29 day before damages hearing click on q=vaugh and it opens to google search page which follows these.

safari   File   Edit   View   History   Bookmarks   Window   Help

Sun Jan 29 6:49 PM

Not Free Per...    Yasol.com    Google    Apple    Yahoo!    Google Maps    YouTube    Wikipedia    News (1,036)    Popular

http://www.google.com/search?q=vaughn+perret+grifting+scumbag+pussy

vaughn perret grifting scumbag pussy – Google Search

Q~ Google

Foodvacation Canada              + Share

**Google**

vaughn perret grifting scumbag pussy

Search          About 873 results (0.38 seconds)

Everything

Images

Maps

Videos

News

Shopping

More

Show search tools

**ec price/wordlist - MIT**
www.mit.edu/~ecprice/wordlist.100000
... perplex perplexed perplexing perplexity perrault perreagaux **perret** perri ...... pussi pussie **pussies** pusssy pussycam pussycat pussycats pussyman ...... sculptural sculpture sculptured sculptures scum **scumbag** scumthorpe scuola ...... vatu vaucluse vaud vaudeville **vaughan** **vaughn** vault vaultcom vaulted ...

**C S A I L People - CSAIL People - MIT**
people.csail.mit.edu/jrennie/20Newsgroups/vocabulary.txt
... eapu gnuish copro rams himem somenone apprecied **perret** eicn etna ecole ...... microunity eficm **scumbag** stashed carport hurricane wheeling guzzis exotics ..... galamaga tatum bichette jerald palermo giants manwaring herahera **vaughn** ...... fluence **pussy** oaf snarling jouko looses assward koharski goofballs mckinzie ...

**Let's talk a bit more about the Billy's Hill Trail Society. Trout Point ...**
slabbed.wordpress.com/.../lets-talk-a-bit-more-about-the-billys-hill-tr...
22 Sep 2011 – ... society along with Trout Point Lodge, Charles Leary and **Vaughn**
**Perret**. .... with defamation suits by almost every **grifter**, **scumbag**, scammer, ...

**Slabbed solves the mystery on the shores of the Tusket River in ...**
slabbed.wordpress.com/.../slabbed-solves-the-mystery-on-the-shores-...
8 Sep 2011 – In a way this is a simple story that had the **twist** of a controlling **grifter** in
**Vaughn Perret** mixed into the middle of the narrative. Vaughn is a literal ...
You've visited this page 2 times. Last visit: 1/28/12

**South Coast Today**
www.southcoasttoday.ca/
5 days ago – One of the several lawsuits filed recently by Trout Point Lodge
entrepreneurs Charles Leary and **Vaughn Perret** is due to play out on an ...
You've visited this page 7 times. Last visit: 1/25/12

Threat and expression of malice

# Well folks, this Trout Point thing has really rattled some cages.

APRIL 18, 2011

sop81 1 PERMALINK

April 18, 2011 12:28 pm

I'd add that at no point did the Times Picayune contact me with their concerns preferring instead to complain straight to the host of the new site. Google finds Slabbed no matter whom we're hosting with and if I have to come back to wordpress to drive the wooden stakes in then I have no problem doing that

tags: Charles Leary, Danny Abel, Slabbed, The Times Picayune, Trout Poin



**Foodvacation Canada <foodvacation@gmail.com>**

# FW: La Ferme D'Acadie
2 messages

---

**David Loeb <dloeb@dloeblaw.com>**                    **Tue, Jan 24, 2012 at 5:04 PM**
To: Vaughn Perret <foodvacation@gmail.com>

Any idea what this is?

*David is an investor and friend. for over 12 years.*

David C. Loeb

Attorney at Law

643 Magazine Street

Suite 300

New Orleans, LA 70130

504-534-LOEB (5632)

504-588-9750 fax

dloeb@dloeblaw.com

www.dloeblaw.com

www.couhigpartners.com

**Confidentiality Notice:** This email message (and/or the documents accompanying it) may contain confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, do not read it,

immediately notify the sender by return email that you have received it, and then delete it.  Thank you

---

**From:** Doug Handshoe [mailto:dkhcpa@gmail.com]
**Sent:** Tuesday, January 24, 2012 7:59 AM
**To:** dloeb@dloeblaw.com
**Subject:** La Ferme D'Acadie

Mr Loeb:

Doug Handshoe here with Slabbed New Media, publisher of Slabbed.  Your name has come up a couple of times on my blog regarding the nature of the ownership of La Ferme D'Acadie and indeed today, for the second time, your resume has been linked on Slabbed in connection with that topic.

I am interested in discussing  this matter further including, if possible, obtaining a copy of your ownership agreement in La Ferme D'Acadie. I am willing to publish a redacted version as I did in the post I did on Cerro Coyote, the company that owned the Costa Rican boutique hotel.

If you are willing to share information I'd certainly love to discuss this topic with you at length on or off the record.

Doug

Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577

228-323-1598

http://slabbed.wordpress.com

os://mail.google.com/mail/?ui=2&ik=9095a0cc87&view=pt&q=loeb&qs=true&search=query&th=1351...

2/3

Gmail - FW: La Ferme D'Acadie

**foodvacation Canada <foodvacation@gmail.com>**          **Tue, Jan 24, 2012 at 5:11 PM**
To: David Loeb <dloeb@dloeblaw.com>

Hi David:

Take a look at: http://troutpointlodge.wordpress.com/2012/01/16/2-years-defamation-harassment-damage-business-reputation/

We'll try to call you later today . . .

All the best,

Charlie and Vaughn

[Quoted text hidden]

From Poor Roy D'Aguila
Jan. 26, 2012



**sop81_1**

January 26, 2012 9:07 pm

I tell ya what Ignatius, since you are feeling needy tonight I uploaded David Loeb's affidavit just for you.

http://slabbed.files.wordpress.com/2012/01/loeb.pdf

Of all these shithouse friends of Broussard I've gotten the most dirt on Dave.

And who notarized that Loeb affidavit. Bill Hall that's who.

http://www.nola.com/crime/index.ssf/2011/08/panel_that_polices_judges_gets.h

Yes put him in charge of policing corrupt 22nd JDC judges. And people actually wonder why it is such a corrupt cesspool.

sop

David didn't respond so he starts assassinating his character and his making his an example of him being right xxx not a xxx

*

Offered for lack of tendency for veracity on its face, the letter could not be construed to illustrate Broussard managed the lodge

Skip to content

- Home
- So you want to sue Slabbed
- About
- Contact
- Insurance
- Cases
- Katrina Cases
- Stories
- Places
- Open Thread

# Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia

January 25, 2012
tags: Charles Leary, Danny Abel, Eat me, Roy D'Aqailla, Trout Point Lodge, USA v Broussard, Vaughn Perret
by sop81_1

Aaron Broussard never had any management involvement with Trout Po...ent and we'll sue your ass in Nova Scotia... slapped [Anonymous.al

MAY 24 2010  1 46PM   DVMC LAW OFFICES                          NO 2169   P. 1/10

## D'AQUILA, VOLK, MULLINS & CONTRERAS
### A PROFESSIONAL LAW CORPORATION

ROY M. D'AQUILA
JEROME M. VOLK, JR.
ELLEN MULLINS (2)
ROBERTO A. CONTRERAS (3)

RONALD J. VEGA (4)
ERIC D. SMITH, JR
J CHRISTOPHER FORD

EDWARD J. DEMARTINI
(1932 – 2004)

3329 FLORIDA AVENUE
KENNER, LOUISIANA 70065

(504) 469-6499
FAX (504) 467-1866
rdaquila@dvmclaw.com

May 24, 2010

**VIA FACSIMILE ONLY (800) 239-0713**

**Trout Point Lodge**
P.O. Box 456
Kemptville, NS B0W 1Y0
Canada
Attention: Charles and Vaughn

*Re: Kempt Wilderness Lodge*

Dear Charles and Vaughn:

Attached is a copy of the insurance for the Kempt Wilderness Lodge/Caretaker's Cottage.

When Aaron was in Nova Scotia back in 2008, we discussed the possibility of placing this property on a rider or endorsement on the main insurance policy of Trout Point Lodge. I have some notes that Aaron brought back indicating that this was possible to do at the time.

At the present time, we pay about $2,000.00 per year for this insurance and we do not have enough revenue from the lot assessments to pay the note on the property as well as the taxes and insurance.

Would you please check to see if this property can be insured as an endorsement on the Trout Point insurance at a reasonable amount? If that is possible, let me know what we need to do in order to accomplish this.

Thank you for your continued cooperation

Very truly yours,

**D'AQUILA, VOLK, MULLINS & CONTRERAS**
*A Professional Law Corporation*

ROY M. D'AQUILA

Attachment
RMD/kd
cc:    Aaron F. Broussard

**Share this:**       Twitter       StumbleUpon       Facebook       LinkedIn

**Like this:**       Like   Be the first to like this post.

from → Sop

← BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge obtains orders in a Canadian court for information on US bloggers

...ss the hat….. →

10 Comments leave one →



1.

sop81_1 permalink*
January 25, 2012 8:07 pm

✳   ✳   ✳   ✳

I'd like to kick start the conversation by saying that thanks to those nut-job-fruitloops in Nova Scotia I intend to expose each and every one of Aaron Broussards co conspirators right here on these pages.

David Loeb et tu brute? — *Day after he emailed David Loeb, asking if he will betray us - Veiled threat! Also attempt at possible witness intimidation*

http://slabbed.wordpress.com/2012/01/16/lets-circle-this-tidbit-for-now/

sop

*more veiled threats to friends to reign us in or else, he wants us to abandon our action in NS.*



2.

whitmergate permalink
January 26, 2012 12:59 am

I knew there was something about that letter:

Aaron Broussard got bulk of private legal work, appointed by Jefferson Parish judges
Published: Sunday, February 14, 2010, 5:56 AM
By Paul Purpura, The Times-Picayune
http://www.nola.com/politics/index.ssf/2010/02/aaron_broussard_got_bulk_of_pr.html

"Former Jefferson Parish President Aaron Broussard, who ran one of the largest local governments in the state until his abrupt resignation Jan. 8 amid a federal investigation of his administration, received more private legal work from parish judges during his tenure than any other lawyer, an investigation into the parish's curatorships revealed.

Aaron Broussard got more private legal work from parish judges during his tenure as parish president than any other lawyer.

Broussard received more than 500 curatorships in the past decade, more than any lawyer listed on a roster of curatorship appointments obtained from the Jefferson Parish clerk of court. Curators are appointed by the court to represent absent defendants in civil cases.

Lawyer in firm handled most of Broussard work:
Court records show that in recent years, Ronald Vega, an attorney in the D'Aquila firm, handled much of the curator work for which Broussard was appointed. That firm received payments for Broussard's curatorships, according to a fee disbursement list provided by the clerk of court."



3.

Lightning K permalink
January 26, 2012 8:16 am

Does the fact that most of the work was done not by Broussard but by somebody else in another law firm raise an issue of judicial ethics? Quite often, though not always, appointed curators must appear in court.

Aaron Broussard never had any management control without Document 6-1 our Filed 06/20/12 labreal box accused
1/29/12 6:33 PM

Considering the sheer number of appointments, it would have become apparent to one or more of the judges that the work was not being done by Broussard, the lawyer who he/she appointed to represent the absent party. This doesn't strike me as being entirely kosher.



4. sop81_1 permalink*
January 26, 2012 8:24 am

Ronald Vega traces his professional roots to the Gautheir law firm. David Loeb, to both Gauthier and Chehardy Sherman. If you trace back this social circle you will find that everyone of these Broussard cronies trace their linage back to one or both of those places.

Remember a long time ago I posted about the old Gauthier firm and promised to connect it to the happenings in the JP scandal?

Honey we're home!

sop



5. imaangry permalink
January 26, 2012 8:37 am

SOP, if you want to start linking all of the lawyers to dirty dealings in Jefferson Parish, you could start a whole new blog just dedicated to that.

It, to some degree, is still like that with the lawyers and judges in Jefferson Parish, although it has gotten somewhat better with the clean sweeping in 24th JDC (Green, Benge, Bodenheimer, Porteous).

It is so nice, though, to see the girls get theirs. To think that they vehemently denied any connection to the Broussard scandal. You have exposed them so well, and I am sure that there is more to come. I hope that miscreant, bullies like them will crawl back to the Canadian spider hole they came from.



6. Ashton O'Dwyer permalink
January 26, 2012 9:38 am

Oh! And PLEASE don't forget the "crooked-as-a-snake" SCUM-BAG, The "Dis-Honorable" Ross LaDart, who the Louisiana Judiciary Commission (which hasn't met a "crooked" judge it didn't like) and "Lettenemgo" of the U.S. Department of "Injustice" has allowed to remain on the Bench of the 24th Judicial District Court, notwithstanding MISCONDUCT in the "Younce v. Pacific Gulf Marine Inc." case, in AMV's case, and in other cases. I wonder how many curatorships LaDart awarded Broussard in the past 10 years, Ashton O'Dwyer.



7.

anonomouse permalink
January 27, 2012 8:07 pm

Um, the question of judicial ethics came to my mind. Someone could start a Wrinkled Robe review with all the natural talent now on display.



8.

sop81_1 permalink*
January 27, 2012 8:48 pm

Anono you've been with us for a while but for those readers interested in courthouse corruption in Jefferson Parish.

http://slabbed.wordpress.com/?s=wrinkled+robe

And the Wrinkled Robe post that had the au natural talent on display.

http://slabbed.wordpress.com/2010/08/31/say-not-delay-in-porteous-impeachment-trial-exposes-other-wrinkles/

You simply can't make this stuff up.

sop

## Trackbacks

1. Aaron Broussard never had any management involvement with ... | Nova Scotia Fishing | Scoop.it
2. Aaron Broussard never had any management involvement with ... « larrymatthews

# Leave a Reply

*↑ Nova Scotia blogs reporting his post* (handwritten)

Email (required)                                                    (Not published)

Name (required)

Website

MAY. 24. 2010  1:46PM      DVMC LAW OFFICES                                    NO. 2169   P. 1/10

# D'AQUILA, VOLK, MULLINS & CONTRERAS
### A PROFESSIONAL LAW CORPORATION

ROY M. D'AQUILA
JEROME M. VOLK, JR.
ELLEN MULLINS (1)
ROBERTO A. CONTRERAS (2)

RONALD J. VEGA (3)
ERIC D. SMITH, JR.
J. CHRISTOPHER FORD

3329 FLORIDA AVENUE
KENNER, LOUISIANA 70065

(504) 469-6699
FAX (504) 467-1866
rdaquila@ddvlaw.com

EDWARD J. DEMARTINI
(1932 – 2004)

(1) ALSO ADMITTED IN ALABAMA
(2) ALSO ADMITTED IN REPUBLIC OF PANAMA
(3) LL.M. IN TAXATION

May 24, 2010

<u>**VIA FACSIMILE ONLY (800) 980-0713**</u>

**Trout Point Lodge**
P.O. Box 456
Kemptville, NS B0W 1Y0
Canada
Attention:  Charles and Vaughn

*Re: Kempt Wilderness Lodge*

Dear Charles and Vaughn:

Attached is a copy of the insurance for the Kempt Wilderness Lodge/Caretaker's Cottage.

When Aaron was in Nova Scotia back in 2008, we discussed the possibility of placing this property on a rider or endorsement on the main insurance policy of Trout Point Lodge. I have some notes that Aaron brought back indicating that this was possible to do at the time.

At the present time, we pay about $2,000.00 per year for this insurance and we do not have enough revenue from the lot assessments to pay the note on the property as well as the taxes and insurance.

Would you please check to see if this property can be insured as an endorsement on the Trout Point insurance at a reasonable amount?  If that is possible, let me know what we need to do in order to accomplish this.

Thank you for your continued cooperation.

Very truly yours,
**D'AQUILA, VOLK, MULLINS & CONTRERAS**
A Professional Law Corporation

ROY M. D'AQUILA

Attachment
RMD/kd
cc:   Aaron F. Broussard

Where and how published
Some examples

Tripadvisor 1 hotel review, 2 comments in forum
The where and how

Rip-off report 2 fraudulent review

reddit- long discussion on what bad "girls" we are

The Telegraph- 2 bad comments with one link to his blog
and others and at least one tweet

The Independent, comment

Globe and Mail sent emails

Chronicle herald sent emails

frank, voice and email

wolfville watch poster

twitter- tweeter constant def remarks

South Coast today/Shelburne County Today

yahoo at least two fraudulent review  review

Google at least one fraudulent hotel review

Some examples

List of methods of defamation

Telephone conversations

emails

blogs

bulletin boards, Tripadvisor, Reddit

tweets

ALL - RANDOM | PICS - REDDIT.COM - FUNNY - POLITICS - GAMING - ASKREDDIT - WORLDNEWS - VIDEOS - IAMA - TODAYILEARNED - **MORE »**

**reddit**    **CANADA** | **comments** | **related** | **other discussions (** want to join? register in seconds | English

**52** High end resort in NS requires you sign a waiver stating you will not review it online! (thechronicleherald.ca)
submitted 13 hours ago by spankr
**42 comments** share

## all 42 comments

sorted by:
**old**

[–] spankr [S] 4 points 12 hours ago
Some more background.
permalink

_(handwritten) Doug Handshoe SOP_

[–] sop81_1 10 points 9 hours ago
Spankr thank you for linking my post. There is so much more to this story on the Lodge. The owners have sued my blog and several other media outlets in New Orleans for factually reporting the connection of the Lodge and its owners to the largest corruption scandal to hit the metro area in literally a generation.

I am shielded from defamation judgments from Canada via the US SPEECH law so I will not back down in my reporting on the Lodge. Leary and his partners have also threatened other Canadian bloggers that picked up my reporting with SLAPP suits and unfortunately since they lack the free speech protections I enjoy under US law has successfully shut them up.

Here are 2 links to my blog Slabbed which explain the connection of the lodge to what we call the Jefferson Parish Political Corrruption Scandal.

http://slabbed.wordpress.com/2011/09/08/slabbe solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

http://slabbed.wordpress.com/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-trout-point-lodge-charles-leary-and-aaron-broussard/

Thanks to all that clicked over to Slabbed to find out the rest of the story.

Doug Handshoe aka Sop @ Slabbed Slabbed New Media LLC
permalink  parent

[–] maxtrix 4 points 7 hours ago

---

search reddit

this post was submitted on 24 Sep 2011
**52 points** (72% like it)
84 up votes 32 down votes
shortlink: http://redd.it/kq1r5

☐ remember me  recover password    login

## canada
[ + frontpage ]  47,426 readers
We decided on this description politely.

**Using url shorteners usually results in your post/comment being sent directly to the spam filter. Message the mods if it does, but try to use real urls when you can.**

OpenParliament.ca- Keep tabs on Parliament.

First Session of the 41st Parliament

IRC channel for Canadian Redditors, #reddit-canada on Freenode

Canadian Subreddits:

- Ontario
- Quebec
- Nova Scotia
- Manitoba
- British Columbia
- Prince Edward Island
- New Brunswick
- Newfoundland
- Saskatchewan
- Alberta
- Yukon
- Nunavut

---

- Toronto
- Ottawa
- Hamilton
- London
- Niagara
- Kingston
- Kitchener
- Montreal
- Vancouver
- Calgary
- Edmonton

Interesting reading to say the least... Little bit of constructive criticism though, if you want to add any credence to your reporting, stop calling the two owners (who are openly gay) "girls".

Makes you look more like a bigot than a reporter, and brings down the credibility of the "reporting".

permalink   parent

[-] **sop81_1**  2 points 6 hours ago

Oh Matrix, if you only knew them like we do down South. Didn't you know that Leary told a court in Nova Scotia everyone there was a bigot and he wasn't winning in court because he was gay?

In the case of Leary and Perret the word Girls fits to a T. I knew going in I'd take a hit or two for using it but it is what it is. Appreciate the friendly advice nonetheless.

Some of those names of the property owners at Trout Point have well documented connections to organized crime here in the US. From my standpoint fleshing all this out only gets better from here.

sop

permalink   parent

[-] **maxtrix**  2 points 6 hours ago

> Didn't you know that Leary told a court in Nova Scotia everyone there was a bigot and he wasn't winning in court because he was gay?

So why prove them right? All I am saying is that if what you are typing is to be taken as more than just unprofessional conspiracy theories, lose the unnecessary labels. When your readers read this, if comes across as someone who has a bone to pick other than a legitimate "news piece"

permalink   parent

[-] **sop81_1**  2 points 6 hours ago*

- Saskatoon
- Winnipeg
- Halifax
- St. John, NB
- St. Johns, NL
- Waterloo
- Mississauga
- Windsor
- University of Calgary
- Victoria, BC
- Guelph
- Kelowna
- Durham region, ON
- Fredericton
- Brampton

Hockey:

- Vancouver Canucks
- Montreal Canadiens aka Habs
- Calgary Flames
- Ottawa Senators
- Winnipeg Jets
- Edmonton Oilers
- Toronto Maple Leafs

Sister subreddits:

- United Kingdom
- Australia
- New Zealand
- Ireland
- Mexico

- UK Politics
- Europe

a community for 3 years



reddit this ad

**Submit a link**

Prove them right??? That Nova Scotians are bigots? Heck anyone with a brain knows that is not the case anymore than the generalization that Southerners are all bigots.

I'm very happy to let the reader judge my work based on the quality of the information I present. I'm not into style points Matrix. I'll leave that kind of writing for the journalists that write entire stories that say nothing but are completely PC.

sop

permalink  parent

to anything interesting: news article, blog entry, video, picture...

**MODERATORS**          message the moderators

qgyh2
aenea
RockonParker
XLII
Canada_Moderator
davidreiss666

[–] **dorianb**  24 points 12 hours ago

Wow, this just BEGS for many more negative 'reviews'.

permalink

[–] **Officeworker**  7 points 11 hours ago

Have fun.

http://www.tripadvisor.com/Hotel_Review-g499228-d250110-Reviews-Trout_Point_Lodge_of_Nova_Scotia-Kemptville_Nova_Scotia.html

permalink  parent

[–] **DrJulianBashir**  8 points 10 hours ago

Man... it looks like they PACKED that site with bogus good reviews.

permalink  parent

[–] **ngwoo**  1 point 15 minutes ago

I went to the trouble of writing a review to describe the Lovecraftian horrors I found in the bathtub only to discover you need to sign in to submit. Crap.

permalink  parent

[–] **spankr** [S] 3 points 11 hours ago

Indeed - it's like a Streisand effect... I looked at staying there for a "cooking holiday" but found the prices to be unreasonable for what you get.

permalink  parent

[–] **mattyvee**  1 point 12 hours ago

I can see how online reviews could be frustrating for a business owner, especially on sites where a owner can't reply. I stayed at a really nice inn recently and one of the online reviews gave it 3/5 stars because "the pillows were too soft". As long as the reader is looking at the reviews with the knowledge that a great deal of people are impossible to please/dumb, a lot of negative reviews can be disregarded.

permalink

[–] **alkimija**  10 points 11 hours ago

The guy's just trying to block justifiably bad reviews. Won't work.

However a good point is made regarding online reviews. *Anyone* can post a review, there is no verification process that the person posting the review is genuine. The fake positive reviews by owners and paid reviewers on Trip Advisor is notorious.

permalink

[–] **spankr** [S] 2 points 11 hours ago

*Trout Point Lodge*
*Stay the Night*

*Thursday 03 November 2011*
*Dating*
*Shop*



http://www.independent.co.uk/incoming/article6246027.ece/ALTERNATES/w202h90/on-the-move.jpg
http://www.independent.co.uk/news/media/online/download-the-new-free-app-for-the-independent-for-your-android-phone-iphone-or-blackberry-2255149.html
<a href="http://dmgt.grapeshot.co.uk/independent/redirect.cgi?target=http://ad.doubleclick.net/uk/jump/indy.uk/;sz=728x90,468x60;key=GS_CHANNELS;tile=1;ord=' + ord + '?" target="_blank"> <img src="http://dmgt.grapeshot.co.uk/independent/redirect.cgi?target=http://ad.doubleclick.net/uk/ad/indy.uk/;sz=728x90,468x60;key=GS_CHANNELS;tile=1;ord=' + ord + '?" width="728" height="90" border="0" alt="Click here...">Click here...</a>



NEWS
OPINION
ENVIRONMENT
SPORT
LIFE & STYLE
ARTS & ENTS
TRAVEL
  News & Advice
  Simon Calder
  48 Hours In
  Africa
  Americas
  Asia
  Australasia & Pacific
  Europe
  Middle East
  UK
  Hotels
  Skiing
MONEY
INDYBEST
BLOGS
STUDENT

1 of 6



**Hot Topics**
Syria St Paul's Cathedral Europe Libya Phone Hacking
Travel | Hotels

# Stay The Night: Trout Point Lodge

With its Acadian history and rather Scottish setting, this luxury
lodge could only be found in Nova Scotia, says Sarah Barrell

SUNDAY 30 OCTOBER 2011

Send

Recommend

3

**Share**

**2**

0

PRINT
A A A
EMAIL

**Latest in Hotels**

Stay The Night: Trout Point Lodge
Stay The Night: Hotel Lone, Istria
24-hour room service: The Pig: New Forest, Hampshire
Stay The Night: Phoenicia Hotel, Beirut
24-Hour Room Service: The Nam Hai, Hoi An, Vietnam
Stay The Night: Ayii Anargyri Spa Resort, Cyprus
The Big Six: Luxury trekking lodges
24-hour room service: Viceroy Anguilla, Leeward Islands
Being Modern: Boutique hotels
Stay The Night: The Wheatsheaf, Gloucestershire
Ads by Google

**Amsterdam Condos Nightly**
Find Affordable Rooms Starting From
$30/Day. Browse & Book Online Now!
www.Airbnb.com/Amsterdam
**£100K+ Pension In Spain?**
Want Increased Benefits & Returns?
Move To QROPS, Free Guide & Advice!
QROPSpensiondesigner.com/Spain
**HSBC Offshore**
Living Abroad Can Be Challenging -

2 o 6 6

Find Out How HSBC Can Assist You.
Offshore HSBC.com/Expat-Experts
**10 Hotels in Riyadh**
Book your Hotel in Riyadh online.
No reservation costs. Great rates!
Booking.com/Riyadh-Hotels





**Suggested Topics**
  Justice
  Hunting
  Hotels

Trout Point Lodge sits pretty on the edge of a wilderness preserve that goes by a characteristically

3 4 6

unpronounceable First Nations name: "Kejimkujik" – or "keji" as it's locally known.

This plush and pioneering Canadian retreat was set up by a partnership of American food entrepreneurs, Daniel Abel, Charles Leary, and Vaughn Perret, a grand log and stone cabin that's somewhere between a traditional North American hunting lodge and a rural boutique hotel. It could not be more seductively set, deep in old growth Atlantic forest on the confluence of two, boulder-strewn rivers that are coloured deep amber with peat. This is a superb spot for exploring the Big Canadian outdoors in comfort; a mossy, misty rather Scottish landscape that is characteristic of Nova Scotia. For the first time this year, Trout Point will be open over winter, when its myriad open fires, lakeside hot tub, barrel sauna and magical boreal forest will surely come into its own.

But be warned: sign a rather innocuous form that is issued at check-in and you lose rights to publish reviews of the hotel on Trip Advisor or similar. This left this otherwise pleased punter feeling pretty perplexed.

*[handwritten: Privacy Policy partially meant to construct fire wall between us + our guest and Handshoe and people like him.]*

### The rooms

In keeping with its rustic shell, hewn from Canadian spruce and Nova Scotia granite, Trout Point's interior comes with Flintstones' dimension furnishings. This "haute rustic" design comprises log-and-twig chairs, tables and beds created in a local village, large Oriental rugs and mismatched art – everything from brightly painted boreal scenes to artsy portraits of the owner and his dog. Its seven generously proportioned rooms are set over two levels around porches, patios; public rooms are lit with cavernous fires. Two more suites are set in a large chalet downriver.

### The food and drink

Trout Point's gastronomy looms large on the North American culinary scene. The owners – organic farmers, cookbook writers and restaurateurs – have won numerous accolades, representing three of only a handful of Americans who are members of the French Cheesemakers Guild. The trio have roots in New Orleans and came to Nova Scotia seeking their Acadian heritage – Louisiana's Cajun culture descends from Atlantic Canada's 17th century French colonists. Food is a mix of Creole, French and modern North American, with seasonal ingredients drawn from the lodge's organic garden and surrounding forest. Expect breakfasts of home-smoked salmon, thick homemade yoghurt and plump Canadian berries (from C$30/£19). Dinners focus on superb Nova Scotia seafood: crab, lobster, scallops (two courses from C$60/£37). The North American and Nova Scotia wine menu won Wine Spectator magazine's 2010 Award of Excellence.

### The extras

Trout Point's Cooking and Wine School holds regular classes, focusing on everything from seafood to cheese-making. In winter, the surrounding Tobeatic Wilderness Preserve and Kejimkujik National Park becomes a wonderland for snowshoeing and cross-country skiing. Keji recently became a dark sky preserve, so expect crystal clear star spotting, with astronomy walks organised around the sparkling river. You could even spot the aurora borealis – especially next year when record northern lights' activity is predicted.

### The access

The main lodge's ground floor rooms are wheelchair accessible. The river has decked walkways.

### The bill

From C$185 (£115) per night, room-only. Bridge & Wickers (020-7483 6555;

bridgeandwickers.co.uk) offers one week in Nova Scotia from £1,786 per person, including seven nights accommodation (three nights at Trout Point), car hire and flights.

*More info: novascotiatourism.com*

**The address**

189 Trout Point Road, 203 East Kemptville, Yarmouth County, Nova Scotia B0W 1Y0 (001 902 761 2142; troutpoint.com).

Send

Recommend

3

Share

2

0

**Comments**

MORE IN HOTELS »

Ads by Google

**Travel Insurance Spain**
Great deals for expats in Spain & Portugal. Buy online today!
www.ibexinsure.com/

**Hotels in Pisa**
Book Now your Hotel in Pisa
Save up to 75% on your Booking!
hotels initalia it/Pisa_Italy

**Best hotel in Chisinau**
Luxury stay in Chisinau
Budapest Hotel in Chisinau70-100€
www.budapest-hotel.md/

**Lunenburg Oceanfront**
Rum Point. Estate sized lots in a tranquil oceanfront community.
www.rumpoint.ca

**Independent Comment**

# Add New Comment

Required: Please login below to comment.

5 / 6

Type your comment here.
Image

**Post as …**

## Showing 1 comment

Sort by          Popular now          Best rating          Newest first          Oldest
first          ✉ Subscribe by email ⬚ Subscribe by RSS
Real-time updating is **enabled**. (Pause)

 **SLABBED** 1 day ago

The owners of Trout Point also like to file defamation lawsuits against
anyone that reports on their unsavory business practices or their
connection to a major political scandal in New Orleans Louisiana.

How do they treat their guests that are not with the media? Check the
following link.

http://www.postadvertising.com...

Flag
Like Reply

Please enable JavaScript to view the <a href="http://disqus.com/?ref_noscript">comments

City, hotel name, etc.                                             SEARCH

# Nova Scotia Forum: Trout Point Lodge

**Recently          Delete all
viewed**


Trout Point Lodge...

80 Reviews


Inverary Resort

130 Reviews

Kingsbrae Arms...

2 Reviews

More

**Save**

**Top questions
about NOVA
SCOTIA**

What documentation do I
require to enter Canada ? Do I
need a passport ?

Collected by our
Destination Experts

blondie091
3,717 forum posts

Fundygirlr
570 forum posts

Members who are knowledgeable
about this destination and
volunteer their time to answer
travelers' questions.

**Beyond destination
forums**

Air Travel

Business Travel

Timeshares / Vacation Rentals

› See all

**Search in** [ Nova Scotia forums ⬍ ]

Forums    Canada forums    Nova Scotia forum

**Ask a question**                            [ Watch this Topic ]

Comments 10 #13
We're horseshoe's

182

---

Nova Scotia
posts: 885
reviews: 80

❝ **Trout Point Lodge** ❞
Sep 24, 2011, 7:41 AM

thechronicleherald.ca/Business/1264860.html

Anyone else see this in the Chronicle Herald this morning?

                                            [ Reply ]

⚠ Report inappropriate content                Save this Post

## 13 replies

Expand view

Halifax...
posts: 2,219
reviews: 29

### 11. Re: Trout Point Lodge
Sep 27, 2011, 10:11 AM

What is the quote from MacBeth? "The lady doth protest too much, methinks". In other words they are talking and protesting so much that they are being less and less believed.

They (TPL) would have been way better off saying nothing.

Report inappropriate content                    Reply

Save this Post

Glasgow...
posts: 11,875
reviews: 151

### 12. Re: Trout Point Lodge
Dec 29, 2011, 10:52 AM

 **Destination Expert ?**
for South Ayrshire, Glasgow

Looks like they mean business, though I'm not sure if they have gone ahead and successfully sued anyone. I do wonder if some guests don't do sufficient research ahead of a stay there and have unreasonable expectations of such a wilderness resort?

tripadvisor.co.uk/ShowTopic-g1-i12105-k50219...

Edited: 10:54 am, December 29, 2011

Report inappropriate content                    Reply

Save this Post

### 13. Re: Trout Point Lodge
Jan 17, 2012, 4:01 PM

-:- Message from TripAdvisor staff -:-

This post was determined to be inappropriate by the TripAdvisor community and has been removed.

To review the TripAdvisor Forums Posting Guidelines, please follow this link:
http://www.tripadvisor.com/pages/forums_posting_guidelines.html

Our staff may also remove posts that do not follow our posting guidelines, and we reserve the right to remove any post for any reason. Thanks for being a part of the TripAdvisor travel community!

**Removed on:** 10:08 am, January 19, 2012

Report inappropriate content

## Reply to: Trout Point Lodge

Your message    Read our community guidelines

Get notified by e-mail when a reply is posted

Submit    Preview

*[Handwritten notes:]* Published here too. didn't get it before removed. Published as Ignatz of Mt. Herman

Ripoff report also has as the town has as the town Mt. Herman – We used to live in Mt. Herman / LA before 1998 – A remote small town w/few people

2 of 2

posts: 11,450
reviews: 134

⚠ Report inappropriate content

[REPLY]

Save this Post

**9. Re: Trout Point Lodge**
Sep 26, 2011, 4:34 PM

Who knows? I guess you would actually have to see the waiver to see what ridiculous restrictions they have in place.

What I find amazing is that out of 75 reviews, 55 are rated as excellent and only 14 are either poor or terrible.

As a traveller, I read all the reviews, sort them out and make my own opinion as to whether or not I want to stay at a place. Having them place some restrictions on my freedom to voice an opinion on my stay makes me very wary of staying there.

K.C.NovaScoti...
Nova Scotia
posts: 862
reviews: 75

⚠ Report inappropriate content

[REPLY]

Save this Post

**10. Re: Trout Point Lodge**
Sep 26, 2011, 10:41 PM

These guys trying to silence their customers isn't the half of it. It appears the lodge is connected some sort of way to a major corruption investigation in New Orleans.

...wordpress.com/2011/...

...wordpress.com/2011/...

Be very wary.

*lead to his web page →*

Ignatz T
Mt Herman LA
posts: 1

⚠ Report inappropriate content

[REPLY]

Save this Post

1-10 of 10 replies

1

**Reply to: Trout Point Lodge**

✈ SeatGuru   🚶 Family Vacation Critic   See all sites   Best beach houses of 2011 »

◎ Other TripAdvisor sites:   ≈ Cruise Critic

*Published on TripAdvisor forum entitled "Trout Point Lodge", the discussion was about TPL's Privacy Policy*

# FindLaw.

Learn About the Law | Find a Lawyer | FindLaw Answers | Legal Forms | News | Blogs

» ARE YOU A LEGAL PROFESSIONAL?
Visit Our Professional Site
Law firm marketing

Search FindLaw    [Search]

FindLaw » Legal Pulse » Wildlife Preservation » Story

## FindLaw. Legal Pulse

THE TELEGRAPH 1 DAY AGO

# Trout Point Lodge, Nova Scotia, Canada: hotel review

Overview This is a wilderness lodge with a difference, memorably designed and serving food not to fill your hiking boots but to tickle your palate. It is the brainchild of a couple of foodies from Louisiana. There are cookery breaks, canoeing.... FULL ARTICLE AT THE TELEGRAPH

Share this page

SHARE    SHARE ON FACEBOOK

EMAIL    SHARE ON TWITTER

## Search FindLaw News





### Related Photos



## Related Articles from FindLaw

**Ore. wind farm a first under new eagle kill rules** 1 WEEK AGO

The Bend Bulletin reports (http://bit.ly/ADNYs2) the West Butte Power project plans to retrofit power poles where wires are so close together that golden eagles can stretch their 7-foot wingspan and get electrocuted. The Fish and Wildlife Service says...

**Bird plane runs afoul of federal regulators** 1 WEEK AGO

The conservationists also give the birds their first nourishment, thus imprinting themselves as "parent." The first thing they hear is a recording of a crane's brood call combined with the purr of the small plane's engine. The birds are later...

**Like magic, Harry Potter's owl spotted across US** 1 WEEK AGO

"For me, it symbolizes wilderness at its best." Missouri and Kansas typically draw just a few snowy owls every three or four years, but reports this year have been widespread, Robbins said. Birders

Case 1:12-cv-00090-LG-JMR   Document 6-10   Filed 06/19/12   Page 44 of 47

File   Edit   View   History   Bookmarks   Window   Help

Its the Slabbed question of the day.....???? « slabbed | Nova Scotia Fishing | Scoop.it

http://anonymouse.org/cgi-bin/anon-www.cgi/http://www.scoop.it/t/nova-scotia-fishing/p/1021250287

Scoop.it

# Nova Scotia Fishing
**"Sport fishing in Nova Scotia"**
Curated by Larry Matthews

531 Views ▾    Share   Tags   Sugg



Join Scoop.it      Login

**Follow**

## Its the Slabbed question of the day.....????
**« slabbed**

slabbed.wordpress.com - Today, 4:42 PM

*"... every crayfish enthusiast knows. I am
certain Car 54 is chasing every lead they get
that way as Stephanie Grace intimates in her
column today on the topic of Aaron Broussard,
Nova Scotia and the Trout Point
Development."*

Larry Matthews

Show Original

File   Edit   View   History   Bookmarks   Window   Help

slabbed [Anonymoused]

file:///Users/vplodge/Documents/slb/girl%20photos,%20lbel%20tourism,%20la%20ferme.webarchive

No.1 Free Pe...   Yahoo!.com   Google   Apple   Yahoo   Google Maps   YouTube   Wikipedia   News (87/3) ▾   Popular ▾

# Friday Music: "Maaaahhh you got purty lips"

OCTOBER 7, 2011

by sop81_1

tags: Aaron Broussard, Charles Leary, Friday Music, La Ferme D'Acadie, Trident Holdings, Trout Point Lodge, Vaughn Perret



**@Editilla**
the Pun

Follow @Editilla

**@SLABBEDblog** Just make sure you whisper in their ear, for me, "Maaaahhh you got purty lips," as you ride them to Hell like Dorthy's bicycle.

⟳ September 21, 2011 5:45 pm via web   ↰ Reply   ♺ Retweet   ☆ Favorite

Anything for you Bro.

Project NOLA

Ta-Nehisi Coates

Talking Points Memo

The Audit (CJR)

The Dead Pelican

The Hayride

The Jefferson Report

The Lens

Yall Politics

Your Right Hand Thief

ECONOMICS & FINANCE

Greenbackd

Naked Capitalism

File Edit View History Bookmarks Window Help

🔋 (97%) Fri Jan 20 9:45 PM 🔍 cat

Mail Free Pe... Yahoo! Google Apple Yahoo! Google Maps YouTube Wikipedia News (542)▾ Popular▾

http://twitter.com/#!/search/%22troud%20polnt%22

Twitter / Search – "trout point"

twitter🐦 | "trout point" | 🔍

Have an account? Sign in ▾

# Results for "trout point"

Tweets · Top ▾

Refine results ▾

**TroutPointLodge** Trout Point Lodge
WHERE Canada – Perks & Quirks: Culinary Escape to Trout
Point Lodge, Nova Scotia shar.es/MVNJEt
7 minutes ago

**cindyloumackay** cathleen mackay
Sleepover | Culinary Escape to Trout Point Lodge, Nova Scotia. ...
At this luxury lodge in rural Nova Scotia, di... bit.ly/Aft3ps
36 minutes ago

**Capt_Neumo** Cathie A. Neumiller
And excit food! RT @Where_Halifax: Perks & Quirks: Culinary
Escape to Trout Point Lodge, Nova Scotia shar.es/MVN4Z8
1 hour ago

**wherecanada** Where Canada
Learn to make cheese and smoke salmon on the ultimate culinary
school vacation @TroutPointLodge – stjo.es/zaZOo9 #novascotia
4 hours ago

**SLABBEDblog** SLABBED
The SouthCoast Today picks up more coverage of the unfolding
Money Laundering Scandal involving the Trout Point deve…
wp.me/pcLYh-By3
19 Jan

**realestateHants** Larry Matthews
Nova Scotia blog receives a correction from Trout Point | @scoopit
via @SlipperyHand bit.ly/ymBrJU

## Follow ""trout point"" and more on Twitter

Twitter delivers instant updates on what's
happening around the world. Sign up today
and follow your interests!

[ Sign up » ]

**Trends:**

#ThingsICantStand
#room101
#FrasesQueArruinanUnaPrimeraCita
Tara Reid
Becky and Kylie
RIP Etta James
Danny Baker
Smith Pulls Bill
The Internet Kills
Happy Birthday Dad

About  Help  Blog  Status  Jobs  Terms  Privacy  Advertisers
Businesses  Media  Developers  Resources  © 2012 Twitter

File   Edit   View   History   Bookmarks   Window   Help

Trout Point Lodge, Nova Scotia, Canada: hotel review – Telegraph

http://www.telegraph.co.uk/travel/destinations/northamerica/canada/9013012/Trout-Point-Lodge-Nov...

No.1 Free Pla... Yahoo!   Google   Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (753)▾   Popular▾

Q▾ Google

**Zmanda Cloud Backup**
Backup SQL Server
Exchange, SharePoint

zmanda

EU Compliant

Search - enhanced by Google

Log in | Register | Subscribe

The Telegraph   Wednesday 18 January 2012

# TRAVEL
PLAN WITH THE EXPERTS · BOOK WITH CONFIDENCE

| Travel Home | Cruises | Hotels | Destinations | Show And Ski | Holiday Types | Travel News | Deals |

UK   Europe   North America   Central America/Caribbean   S America   Africa/Indian Ocean   Asia   Australia/Pacific   Middle East

HOME ▸ TRAVEL ▸ DESTINATIONS ▸ NORTH AMERICA ▸ CANADA

## Trout Point Lodge, Nova Scotia, Canada: hotel review

Nigel Richardson visits Trout Point Lodge, a wilderness retreat on the edge of
Canada's Kejimkujik National Park.

Book   Hotels   Cruises   Cottages

Why book with us?

Where (hotel, city, address, landmark or map)

Check in:          Check out:
21 January 2012    23 January 2012

Rooms:             Guests:
1                  2

Search

✓ Trusted, expert reviews
✓ Best price guarantee
✓ ABTA and ATOL bonded
✓ No booking fees
✓ 1000s of holiday offers