Trout Point Lodge, Nova Scotia, Canada: hotel review – Telegraph

http://www.telegraph.co.uk/travel/destinations/northamerica/canada/9013012/Trout-Point-Lodge-No...

## 2 comments

DISQUS **COMMENTS**

### Add a comment

Comment with a Telegraph account

**Alternatively...**

Comment with one of your accounts

**Login | Register with the Telegraph**

D **Disqus**  f **Connect**  t  **Twitter**

### Showing 2 comments

Order by  [ newest first  ‡ ]

Real-time updating is enabled. (Pause)

☑ Follow with email
☑ Follow with RSS

**Ignatz Tedesco**
Yesterday 10:17 PM

Recommend

Report

Trout Point Lodge linked to money laundering in massive federal probe. Have a nice day. :-)

http://www.nola.com/crime/inde...

**David Nash**
01/14/2012 03:35 PM

Recommend

Report

The ratings don't always seem to make sense after the very positive comments.

DISQUS **COMMENTS**

### Social Media Reactions

**Canada Meta Guide** on  twitter
Yesterday 06:22 PM

#LCnovascotia: Good review for Trout Point Lodge in Nova Scotia from the Telegraph online http://t.co/KEX9fJJQ



**Beyond c**
**forums**

Air Travel

Business Tra

Timeshares ,

› See all

---

**Recently Reviewed**
**Hotels around Nova**
**Scotia**

Prince George Hotel
●●●●○ 285 Reviews
Last reviewed Jan 17, 2012
#3 of 31 hotels in Halifax

Residence Inn Halifax
Downtown
●●●●○ 89 Reviews
Last reviewed Jan 16, 2012
#8 of 31 hotels in Halifax

The Westin Nova Scotian
●●●●○ 469 Reviews
Last reviewed Jan 17, 2012
#17 of 31 hotels in Halifax

Citadel Halifax Hotel and
Conference Centre
●●●○○ 138 Reviews
Last reviewed Jan 15, 2012
#24 of 31 hotels in Halifax

Delta Barrington
●●●●○ 113 Reviews
Last reviewed Jan 15, 2012
#20 of 31 hotels in Halifax

Delta Halifax
●●●●○ 95 Reviews
Last reviewed Jan 14, 2012
#18 of 31 hotels in Halifax

Namaste Nova Integrated
Wellness Retreat
●●●●● 8 Reviews
Last reviewed Jan 10, 2012
#3 of 132 in Nova Scotia,
Canada

The Lord Nelson Hotel &
Suites
●●●●○ 179 Reviews
Last reviewed Jan 11, 2012
#12 of 31 hotels in Halifax

Atlantica Hotel Halifax
●●●●○ 101 Reviews
Last reviewed Jan 8, 2012
#14 of 31 hotels in Halifax

Holiday Inn Halifax
Harbourview
●●●●○ 90 Reviews

---

maryann-ns
Halifax...
posts: 2,210
reviews: 29

much, methinks". In other words they are talking and protesting
so much that they are being less and less believed".

They (TPL) would have been way better off saying nothing.

△ Report inappropriate content                    Save this Post

---

**12. Re: Trout Point Lodge**
Dec 29, 2011, 10:52 AM



**Destination Expert ?**
for South Ayrshire, Glasgow

Purple C
Glasgow...
posts: 11,820
reviews: 149

Looks like they mean business, though I'm not sure if they have
gone ahead and successfully sued anyone. I do wonder if some
guests don't do sufficient research ahead of a stay there and have
unreasonable expectations of such a wilderness resort?

tripadvisor.co.uk/ShowTopic-g1-i12105-k50219...

Edited: 10:54 am, December 29, 2011

△ Report inappropriate content                    Save this Post

---

**13. Re: Trout Point Lodge**
Jan 17, 2012, 4:01 PM

Ignatz T
Mt Herman LA
posts: 1

Trout Point was implicated today in money laundering in a federal
indictment handed down against own of the propperty owners at
the development.

nola.com/crime/index.ssf/2012/01/aaron_brous...

△ Report inappropriate content                    Save this Post

---

**11-13 of 13 replies**

« ‹ 1 **2** »



File   Edit   View   History   Bookmarks   Window   Help

http://twitter.com/#!/search/realtime/%22trout%20point%22

No.1 Free Po...   Yahoo!.com   Google   Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (218)▾   Popular▾

Twitter / Search - "trout point" - All Tweets

(100%)   Tue 4:48 PM   cat

Q▾ Google

**twitter**   "trout point"   🔍

Have an account?   **Sign in**

Happy Birthday Muhammad Ali

Evan Bourne

LoveYouLRDS FamiliaPhandFamiliaLS

Zayn Arco Iris Malik

About   Help   Blog   Status   Jobs   Terms   Privacy   Advertisers
Businesses   Media   Developers   Resources   © 2012 Twitter

**LChovascotia** Lindsey Champion
Good review for **Trout Point** Lodge in Nova Scotia from the
Telegraph online telegraph.co.uk/travel/destina...
2 hours ago

**CalvYane** Calvin Yanez
tgr.ph/xqZRwM **Trout Point** Lodge, Nova Scotia, Canada: hotel
review - Telegraph.co.uk
13 hours ago

**SLABBEDblog** SLABBED
@realestateHants I'll have more on **Trout Point**'s connection to the
NOLA corruption scandal soon.
15 hours ago

**realestateHants** Larry Matthews
**Trout Point** Lodge, Nova Scotia, Canada: hotel review - Telegraph |
wp.me/p1WuWc-BY
15 hours ago

**realestateHants** Larry Matthews
**Trout Point** Lodge, Nova Scotia, Canada: hotel review - Telegraph |
@scoopit via @SLABBEDblog bit.ly/yhrCJR
15 hours ago

**realestateHants** Larry Matthews
**Trout Point** Lodge, Nova Scotia, Canada: hotel review - Telegraph |
Nova Scotia Fishing fb.me/CwWbQ0W5
15 hours ago

**SLABBEDblog** SLABBED
**Trout Point** Lodge, Nova Scotia - Telegraph deletes comments on
connection to NOLA corruption. telegraph.co.uk/travel/destina...
☆ Telegraph
22 hours ago

Join Scoop.it    Login



# Nova Scotia Fishing
"Sport fishing in Nova Scotia" ⊙
Curated by Larry Matthews

604 Views    Share    Tags    Suggest    ⤶    Follow

---

www.winnipegfreepress.com - January 27, 8:32 PM

## Residents say Cape Breton seawall is 'one wave away from failure' - Winnipeg Free Press

 " *Residents say Cape Breton seawall is 'one wave away from failure'Winnipeg Free PressBut Fisheries and Oceans says the wall is not its responsibility.*"

 Larry Matthews

🖥 5 💬 ⤴

---

slabbed.wordpress.com - January 27, 8:31 PM

## Aaron Broussard never had any management involvement with ...

 " *Aaron Broussard never had any management involvement with Trout Point Lodge no siree. You say any different and we'll sue your ass in Nova Scotia · BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point Lodge ...*"

Larry Matthews

🖥 5 💬 ⤴

---

responsibleaquaculture.wordpress.com - January 27, 8:30 PM

## Group opposed to Eastern Shore, Nova Scotia salmon farms fishing ...

 " *Group opposed to Eastern Shore, Nova Scotia salmon farms fishing for support. January 26, 2012 Leave a Comment. Three proposed Eastern Shore, Nova Scotia open-pen salmon farms are raising concerns similar to those expressed ...*"

Larry Matthews

🖥 5 💬 ⤴

---

slabbed.wordpress.com - January 27, 8:32 PM

## BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point ...

 " *I am now able to roll outs parts 3 and 4 of my series on Aaron Broussard's business activities in Nova Scotia including Broussard's use of his straw men at Trout Point Lodge to obtain personal data on those who posted about ...*"

 Larry Matthews

🖥 5 💬 ⤴

---

www.seafoodsource.com (via @seafoodnation) - January 27, 8:30 PM

## Scottish firm plans Nova Scotia fish farm - SeafoodSource.com

 " *Nick Joy wants to prove the farmed salmon naysayers wrong.*"

 Larry Matthews

🖥 5 💬 ⤴

---

www.youtube.com (via @JohnGibson76) - January 26, 12:37 PM

## Nova Scotia Rainbow Trout Ice Fishing

" *1st catch of the 2010 year. Caught in Nova Scotia (Nova Scotia Rainbow Trout Ice Fishing: http://t.co/ku4TodP0 via @youtube*

*first Rainbow of the year!*"

 Larry Matthews

 Larry Matthews

🖥 5 💬 ⤴

---

slabbed.wordpress.com - January 26, 12:33 PM

## Slabbed explores former Jefferson Parish



notunlikeresearch.typepad.com - January 23, 8:56 PM

## When human lives are an ingredient in the

## President Aaron ...



" *Opening this summer is Trout Point Lodge, a luxurious 10-room retreat at the edge of the Tobeatic Wilderness Preserve, near East Kemptville in southwestern Nova Scotia. The log-and-stone lodge is on the shore of the Tusket ...* "

 Larry Matthews

www.hrvatskikorijen.com - January 23, 8:55 PM

## The Brunch Sail



" *The menu includes: assorted miniature muffins, homemade breads, cakes, miniature bagels, sliced Nova Scotia salmon, ham and cheese platters, etc. This special brunch sail is a truly unique experience.* "

 Larry Matthews

bitesizedtravel.wordpress.com (via @FPQT) - January 22, 11:28 AM

## Vintage travel: Cape Breton, Nova Scotia



" *The Nova Scotia Archives has an amazing digital collection, which includes this honey of a travel promotion poster from 1930.* "

 Larry Matthews

www.youtube.com (via @magnassd) - January 22, 11:26 AM

## Nova Scotia Seafood: Lobster and Planked Salmon

" *Discover the world's finest seafood. This video shows you instructions for cooking lobsters and our famous planked salmon.* "

Larry Matthews

## product - Something Not ...



" *I've thought about this too -- Nova Scotia has many memorials to fishermen lost at sea -- and I agree that it is an important puzzle. It would not surprise me to learn that variation in exposure to risks in the workplace explains as ...* "

 Larry Matthews

www.cocacolacoupons.net - January 22, 11:28 AM

## Fishing, A True Adventure | coca cola coupons

" *Students have a lot of shops and establishments that sell fishing machines and tools. Angling in Nova scotia is seperated into two groups. These folks are the Lake Drinking water Angling, and the Sodium Drinking water ...* "

 Larry Matthews

destincharterfishing.org - January 22, 11:26 AM

## Challenging Bass Fishing | Destin Charter Fishing

 " *The geographical diversity discovered in Nova scotia also offers options for saltwater angling, ice angling, and fly-fishing. Smallmouth bass is one of the well-liked varieties found from Ontario, Scotland's Excellent Lakes ...* "

 Larry Matthews

funvacationideas.com (via @LuxAcc) - January 22, 11:25 AM

## Nova Scotia Vacations And The Charming Fishing Villages | Canada

 " *If you're looking for a world that will set you back in time where life is slow and relaxed, then traveling to Nova Scotia should be on your to do list.* "

 Larry Matthews

www.sardinesociety.com - January 21, 12:42 PM

## Society for the Appreciation of the Lowly Tinned Sardine: MEDIA ...

" *MIGHTY POWER OF SMALL FISH EXPLORED IN NEW TV DOCUMENTARY. Halifax, Nova Scotia - January 9, 2012 – Most people have tried them at least once and we often claim to feel squeezed like one. Some people eat ...* "

 Larry Matthews

www.ctv.ca (via @lidiamach) - January 21, 12:41 PM

## Jan. 16: Nova Scotia Sea Bass | CTV News

" *Vancouver chef and social activist Mark Brand is the host of "Gastown Gamble," a new reality series on the OWN network. Here, Brand shares recipes from the series. (Jan.* "



slabbed.wordpress.com · January 21, 12:42 PM

## Its the Slabbed question of the day......???? « slabbed



*" ... every crawfish enthusiast knows. I am certain Car 54 is chasing every lead they get that way as Stephanie Grace intimates in her column today on the topic of Aaron Broussard, Nova Scotia and the Trout Point Development."*

Larry Matthews
5 

bowrivershuttles.blogspot.com (via @bowrivershuttle) · January 21, 12:42 PM

## Bow River Shuttles: Ten & Two, eh? Vol 2 No 2



*" Ten & Two, eh?Vol 2 No 2.This time around, it's 100% Atlantic Salmon and Nova Scotia's Cape Breton Island http://t.co/NE8QqRYv..."*

Larry Matthews
5 

www.redeyechicago.com · January 21, 12:41 PM

## Seafood spot face-off - RedEye Chicago (blog)



*" RedEye Chicago (blog)Seafood spot face-offRedEye Chicago (blog)Other seafood comes from places such as Nova Scotia, which Dugan says is his best year-round source for the lobster used in his lobster roll ($20)."*

Larry Matthews
5 

www.theadvance.ca · January 20, 1:45 PM

## Fishermen urged to join association - Queens County Advance



*" Queens County AdvanceFishermen urged to join associationQueens County Advance18 meeting Mood took a swipe at Nova Scotia Fisheries Minister Sterling Belliveau who recently told the media that while he supports the concept of an association,..."*

Larry Matthews
6 

thechronicleherald.ca · January 20, 1:44 PM

www.utsandiego.com · January 21, 12:41 PM

## Alabama Rig causing bass fishing frenzy - U-T San Diego



*" Alabama Rig causing bass fishing frenzyU-T San DiegoLegend has it a Montauk, NY captain was inspired to build an umbrella rig for stripers after seeing Nova Scotia fishermen troll strips of beer cans suspended from a metal bar to imitate a school..."*

Larry Matthews
5 

thechronicleherald.ca · January 20, 1:45 PM

## Canso to join District of Guysborough on July 1 - TheChronicleHerald.ca



*" TheChronicleHerald.caCanso to join District of Guysborough on July 1TheChronicleHerald.caCanso was once a bustling fishing port but fell on hard times with the decline of groundfish stocks and the closure of a local fish plant."*

Larry Matthews
6 

www.wineaccess.ca · January 19, 8:12 PM

## Nova Scotia gets its first appellation



*" Tidal Bay appellation named in honour of shoreline and the world's highest tidal waters..."*

Larry Matthews
5 



# Mining companies seek fuel tax rebates for off-road vehicles - TheChronicleHerald.ca

*"Mining companies seek fuel tax rebates for off-road vehiclesTheChronicleHerald.caNova Scotia mining companies are calling on the government to amend the province's fuel tax legislation to provide mining and quarrying vehicles with a fuel tax refund."*

Larry Matthews



www.tenandtwomagazine.com (via @SandTAssoc) · January 19, 8:11 PM

# Ten & Two Magazine - The Angler's Journey

*"Ten & Two - The Angler's Journey. Ten & Two is a leading angler's culture and lifestyle magazine."*



- ADVERTISE WITH US -

Larry Matthews



Previous  1  2  3  4 ... 11  Next

| About Scoop.it | Follow us | How it Works | Legal | Developers |
|---|---|---|---|---|
| Contact Scoop.it | Facebook | FAQ | Terms of Use | API |
| Blog | Twitter | Plan & Pricing | Privacy Policy | |
| Team | Google + | | Copyright Policy | |
| Scoop.it on the web | | | | |

3. Destinations»
4. North America»
5. Canada

# Trout Point Lodge, Nova Scotia, Canada: hotel review

## Nigel Richardson visits Trout Point Lodge, a wilderness retreat on the edge of Canada's Kejimkujik National Park.



All eight rooms have local handmade furniture, including beds made of logs and twigs, and wood-burning fireplaces or stoves



By Nigel Richardson

8:00AM GMT 14 Jan 2012

1 Comment

**Overall rating:** 8/10

### Overview

This is a wilderness lodge with a difference, memorably designed and serving food not to fill your hiking boots but to tickle your palate. It is the brainchild of a couple of foodies from Louisiana. There are cookery breaks, canoeing, hiking, river swimming and a riverside sauna and hot tub.

**Location** 9/10
Lodge and grounds occupy 100 acres alongside a Unesco Biosphere Reserve, which is next to Kejimkujik National Park. The Tusket and Napier Rivers flow through, dark with tannin. Beeches, birches and maples are reflected in their glassy waters. Light pollution is minimal, making the (organised) stargazing sensational.

**Style/character** 7/10
The main lodge, built in what they like to call "haute rustic" style, is apparently modelled on the Great Camps built along North America's Atlantic coast by settlers and pioneers: huge logs of eastern spruce, chiselled granite and sandstone, the effect softened by Tiffany lamps and oriental rugs.

# Related Articles

- Halifax: the Titanic's undertaker

  11 Jan 2012

- High life on the Train de Charlevoix

  10 Jan 2012

- Canada in an RV

  18 Sep 2011

- Rocky Mountains by rail: steel beauty

  02 Sep 2011

- Wildlife and landscapes of Canada

  16 Aug 2011

- Ottawa: a capital keeping track of the past

  22 Jun 2011

**Service** 7/10
Friendly and informal, whether you're getting the inside track from the owners, Charles Leary and Vaughn Perret, or the gossip from the locally recruited staff.

**Rooms** 6.5/10
All eight rooms have local handmade furniture, including beds made of logs and twigs, and wood-burning fireplaces or stoves. No televisions. Some are cosy, the bigger ones a bit austere.

**Food and drink** 9/10
An innovatory mix of Cajun, Creole and Acadian (French Nova Scotian) dishes using local seafood, plants, mushrooms and herbs from the garden, and homemade cheeses and breads. The four-course fixed menu, which may include oysters, trout and bread pudding, changes daily. The wine list is extensive but a bit pricey.

**Value for money** 6/10
It's in the middle of nowhere, so you can't just eat out, which makes the combined cost for accommodation and food pretty steep. On the other hand, the dinners are first-class and the whole experience memorable.

Doubles from £147 per night, room only. There are also cottages from £246. But always ask about offers. Breakfast and dinner cost an additional £132 for two.

**Access for guests with disabilities**

Two ground-floor rooms are "semi-accessible" and there are boardwalks alongside the river.

**The details**

Trout Point Lodge, Yarmouth County, Nova Scotia (001 902761 2142, troutpoint.com).

X Share & bookmark

Delicious

Facebook

Google

Messenger

Reddit

# Canada

Twitter

- **Travel »**

Digg

- **Hotels »**

Fark

- **North America »**

LinkedIn

Google Buzz

- **North American hotels »**

StumbleUpon

- **Nigel Richardson »**

Y! Buzz

What are these?



Recommend

Share | 5

2

**Wildlife and landscapes of Canada** ...ons/northamerica/canada/9013012/Trout-Point-Lodge-Nova-Scotia-Canada-hotel-review.html



# North America holiday planner 2011

**Showing 1 comment**  

Order by   newest first ⬍


Real-time updating is **enabled**. (Pause)

🗐 **Follow with email**

🗐 **Follow with RSS**


**David Nash**

Recommend

Report

01/14/2012 03:35 PM

The ratings don't always seem to make sense after the very positive comments.

# Social Media Reactions


**SLABBED** on   twitter

Today 10:15 PM

Trout Point Lodge, Nova Scotia - Telegraph deletes comments on connection to NOLA corruption. http://t.co/EVWihA0o @Telegraph


**Trout Point Lodge** on   twitter

Today 01:45 AM

Trout Point Lodge, Nova Scotia, Canada: hotel review - Telegraph http://t.co/AoRZhJJQ via @Telegraph


**Canada Meta Guide** on   twitter

Yesterday 03:29 PM

#MalloryOnTravel: Trout Point Lodge, Nova Scotia, Canada: hotel review http://t.co/8M2a9DtK travel ttot tips


**Iain Mallory** on   twitter

Yesterday 03:24 PM

Trout Point Lodge, Nova Scotia, #Canada: hotel review http://t.co/mogtGmlw #travel #ttot #tips

**cathleen mackay** on   twitter

Yesterday 01:33 PM

Trout Point Lodge Nova Scotia Canada hotel review Telegraph: Nigel Richardson visits Trout Point Lodge a wildern...
http://t.co/bpYDrU82

**RASC Light Pollution** on   twitter

File   Edit   View   History   Bookmarks   Window   Help

http://twitter.com/#!/SLABBEDblog

No.1 Free Pa...   Yasn.com   Google   Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (718)▾   Popular▾

SLABBED (slabbedblog) on Twitter

**twitter**        Search   🔍        Have an account?   **Sign In**

Q▾ Google

📶 ◀ 🔋 (100%) Tue 4:45 PM   cat



24 Sep

**SLABBEDblog** SLABBED
Team Trout Point begins another PR offensive: The Halifax
Chronicalherald covers the Trout Point Lodge Trip Advisor ...
wp.me/pcLYh-89y

24 Sep

**SLABBEDblog** SLABBED
@chronicleherald carrys PR water for the scammers at Trout Point:
Vacationers at N.S. lodge must sign waivers j.mp/p3x5s3

24 Sep

**SLABBEDblog** SLABBED
Saturday Music: Dedicated to Chris Roberts and Bill Townsend
wp.me/pcLYh-89u

24 Sep

**SLABBEDblog** SLABBED
Friday Evening Music: Special Canadian reader request dedicated
to the Charles Leary and Vaughn Perret wp.me/pcLYh-89o

24 Sep

**SLABBEDblog** SLABBED
The Green Green Gra$$ of Jefferson Parish. A Jefferson Parish
Council Pay-to-Play update wp.me/pcLYh-89e

24 Sep

**SLABBEDblog** SLABBED
Chronic Coulorphobia: It's Getting Real Scary. A Lockemuptight
guest post wp.me/pcLYh-893

23 Sep

**SLABBEDblog** SLABBED
I'd like to make a gerenal announcement about George Peterson



File   Edit   View   History   Bookmarks   Window   Help

http://twitter.com/#!/SLABBEDblog

SLABBED (slabbedblog) on Twitter

No.1 Free De...  Yahoo.com  Google  Apple  Yahoo!  Google Maps  YouTube  Wikipedia  News (718)▾  Popular▾

Q▾ Google

Have an account?  **Sign in**

**twitter**    Search    Q

**SLABBEDblog** SLABBED
Exactly how stupid is Charles Leary @troutpointlodge? Slabbed counts the ways LMAO!!!!! reddit.com/r/canada/comme... I am Spartacus!
24 Sep

**DhaniBagels** Dhani Bagels ⟲ by SLABBEDblog
FDNY just passed by Liberty Plaza honking their horns with their fists in the air! SOLIDARITY! #ourwallstreet #occupywallstreet
24 Sep

**danariely** danariely ⟲ by SLABBEDblog
Testing "the Ikea effect" – why do we value things we assemble more highly than premades? – boingboing.net/2011/09/23/tes... via @BoingBoing
24 Sep

**SLABBEDblog** SLABBED
@CitizenWilliams This is also why #SPEECH was passed last yeat by Congress. Canadian courts have a terrible rep in US for libel tourism.
24 Sep

**SLABBEDblog** SLABBED
@CitizenWilliams That concept does not exist in Canadian jurisprudece except in Quebec. Easy to abuse of the justice system to shut ppl up.
24 Sep

**SLABBEDblog** SLABBED
@CitizenWilliams Thanks for the follow CW. Some of your fellow NS tweeps are too scared of being #slapp to publicly follow us.
24 Sep



SLABBED (slabbedblog) on Twitter

twitter

Search

Have an account? Sign in

**SLABBEDblog** SLABBED
The Trout Point PR beating continues: The Shelburne County Today reports on the tussle between the girls and Trip Ad.... wp.me/pcLYh-8a8
26 Sep

**SLABBEDblog** SLABBED
Blood in the water, Vomit on the floor...... wp.me/pcLYh-8a3
26 Sep

**SLABBEDblog** SLABBED
Please bear with us while we fix technical difficulties on Twitter wp.me/pcLYh-8a1
26 Sep

**SLABBEDblog** SLABBED
@Editilla #whodat youdat
26 Sep

**OccupyWallStNYC** #OCCUPYWALLSTREET ♺ by SLABBEDblog
I think this pretty much summarizes the mood here: #itson #OccupyWallStreet #sep17 yfrog.com/hwiedusj
26 Sep

**SLABBEDblog** SLABBED
George Peterson, in his own words. wp.me/pcLYh-89Y
25 Sep

**SLABBEDblog** SLABBED
ripoffreport.com/bed-breakfast/...
24 Sep

**RoryOMalley** Rory O'Malley ♺ by SLABBEDblog

SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

twitter

Search

Have an account? **Sign in**

**SLABBEDblog** SLABBED
Anyone else check out Nova Scotia's Trident Holdings?
3 Oct

**SLABBEDblog** SLABBED
Slabbed again in the news in Nova Scotia. wp.me/pcLYh-8bN
3 Oct

**SLABBEDblog** SLABBED
Monday Music Twofer: Bringing it back down south. wp.me/pcLYh-8bl
3 Oct

**SLABBEDblog** SLABBED
Anne Marie Vandenweghe wins again in her quest to gain access to public records: A Judge Ross LaDart is so fucked up....
wp.me/pcLYh-8bE
3 Oct

**SLABBEDblog** SLABBED
Coming today in Slabbed: 99 scores some great court docs on the closing of Old Gentilly. Plus Judge Feldman. Stay tuned.
#RIverbirch #magnum
3 Oct

**BloombergNow** BloombergNow ↻ by SLABBEDblog
Koch Brothers Flout Law Getting Richer With Secret Iran Sales
bloom.bg/oemxCn
3 Oct

**SLABBEDblog** SLABBED
Worth Repeating Take Note: Repeat adds some valuable insight.
wp.me/pcLYh-8bA
2 Oct



SLABBED (slabbedblog) on Twitter

**twitter**

Search

Have an account? Sign in

http://twitter.com/#!/SLABBEDblog

No.1 Free Pe...   Yahoo.com   Google   Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (726)▾   Popular▾

**SLABBEDblog** SLABBED
Wednesday Music: Dedicated to our favorite grifters in Nova Scotia and their failed business ventures wp.me/pcLYh-8d0
12 Oct

**SLABBEDblog** SLABBED
La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubborn.…
wp.me/pcLYh-8cQ
12 Oct

**SLABBEDblog** SLABBED
Tuesday Music: How about some Redbone wp.me/pcLYh-8cM
11 Oct

**SLABBEDblog** SLABBED
La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubborn.…
wp.me/pcLYh-8cK
11 Oct

**SLABBEDblog** SLABBED
Congratulations you found Slabbed. What's next? wp.me/pcLYh-8cF
11 Oct

**SLABBEDblog** SLABBED
Luckily for everyone while I've been out Dambala has been on fire over at American Zombie wp.me/pcLYh-8cC
11 Oct

**OccupyWallStNYC** #OCCUPYWALLSTREET ♺ by SLABBEDblog
Hats off 2 the over 250 Columbia profs who pledged #solidarity 2 #occupywallstreet scribd.com/doc/68042482/F…
9 Oct



http://twitter.com/#!/SLABBEDblog

SLABBED (slabbedblog) on Twitter

**twitter**    Search

Have an account? **Sign in**

**SLABBEDblog** SLABBED
@chronicleherald Large protest in Halifax today against Mayor Shithead and his band of thugs. Slabbed has boots on the ground. :-) #ows
12 Nov

**chronicleherald** chronicleherald ⟲ by SLABBEDblog
pic.twitter.com/TQ1Ru9pQ
12 Nov

**SLABBEDblog** SLABBED
Police violence against peaceful Occupy Nova Scotia protesters. Halifax's Mayor officially a sack of shit. #ows calgary.ctv.ca/servlet/an/loc...
12 Nov

**SLABBEDblog** SLABBED
File this one under Party is only skin deep: North Mississippi Nabob Gray Tollison switches to the GOP wp.me/pcLYh-Bk4
11 Nov

**SLABBEDblog** SLABBED
La ferme pue pire que la route putes un vagin: "The distinction between past, present, and future is only a stubborn.... wp.me/pcLYh-8jP
11 Nov

**SLABBEDblog** SLABBED
Veterans days across the greater Slabbed Nation wp.me/pcLYh-8jU
11 Nov

**SLABBEDblog** SLABBED
The Office of Disciplinary Counsel is right to seek former Judge





**twitter**   Search 🔍

SLABBED (slabbedblog) on Twitter

Have an account? **Sign in**   Q▾ Google

close ✕

## SLABBED
@SLABBEDblog  view full profile →
UT: 30.855079,-89.13818

*I'm Sop, a private practice CPA and blogger. Located in the heart of Soggy Bottom, I cover issues that impact Louisiana and South Mississippi.*
http://slabbed.org/

**3,608** Tweets   **180** Following   **251** Followers   **5** Listed

### Recent images · view all

### Recent Tweets

**SLABBEDblog** SLABBED
#Editilla we have all sorts of stuff on IESI in archives, esp their lobbyists. :-) Rainey needs to bone up on IESI's corp history.
1 hour ago

**SLABBEDblog** SLABBED
Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony. wp.me/pcLYh-8x4
1 hour ago

**SLABBEDblog** SLABBED
@Opinionatedcath @frankcorder can better answer that. He says 2 have qualified. 3 GOPers including Palazzo.
13 Jan

**SLABBEDblog** SLABBED
BREAKING: Karen Parker rolls over on her ex-hubby Aaron Broussard. Turn up the heat please. :-) wp.me/pcLYh-8vp
13 Jan

**SLABBEDblog** SLABBED
Future post title. You own 100% of 2% of nothing. :-) The girls at #troutpoint are reportedly in a tizzy today. #broussard #RICO
13 Jan

**SLABBEDblog** SLABBED
@frankcorder I hoped I was wrong but the tea leaves told another story. #gonefishin'
13 Jan

**SLABBEDblog** SLABBED
@calee99 I try. :-) What a day here! (and that doesn't count Gene).
13 Jan

**SLABBEDblog** SLABBED
@calee99 @MSyallpolitics @MichaelNewsomSH Don't feel bad, they ignore me too. :-)
13 Jan

**sunherald** Sun Herald ↄ by SLABBEDblog
Taylor won't seek old Congressional seat this year: Former Democratic U.S. Rep. Gene Taylor told the Sun Herald ...
bit.ly/A3dBw0
13 Jan

Safari  File  Edit  View  History  Bookmarks  Window  Help

🔋 (100%)  Tue 4:49 PM  cat

http://twitter.com/#!/search/realtime/%22trout%20point%22

Not Find Pa...  MacHome  Google  Apple  Yahoo!  Google Maps  YouTube  Wikipedia  News (718)▾  Popular

Twitter / Search - "trout point" - All Tweets

Q▾ Google



**twitter**

"trout point"  🔍

Have an account? **Sign in** ▾

cookery breaks, canoeing, hik... bit.ly/z4CS21 Click For Article:

14 Jan

**cindyloumackay** cathleen mackay
**Trout Point Lodge, Nova Scotia, Canada: hotel review: Nigel
Richardson visits Trout Point Lodge, a wilderness re...**
bit.ly/zGHX7C

14 Jan

**KWesleyHowe** Kenneth Howe
**Trout Point Lodge, Nova Scotia, Canada: hotel review: Nigel
Richardson visits Trout Point Lodge, a wilderness re...** bit.ly/x8Itn9

14 Jan

**tweet_travels** Tweet Travels
**Trout Point Lodge, Nova Scotia, Canada: hotel review**
bit.ly/TsOyJ

14 Jan

**CanadaTopReport** Canada Top Report
**Trout Point Lodge, Nova Scotia, Canada: hotel review -
Telegraph.co.uk** bit.ly/zJkkiQ

14 Jan

**SLABBEDblog** SLABBED
@SLABBEDblog Dear Concerned. The link we posted speaks for
itself. Sorry you were fleeced. ~ sop
slabbed.wordpress.com/2011/04/28/sla...

13 Jan

Older Tweet results for **"trout point"** are unavailable.



SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

twitter

Search

New an account? Sign in

close ✕

SLABBED

@SLABBEDblog view full profile →

Ut: 30.855079,-89.13818

*I'm Sop, a private practice CPA and blogger.
Located in the heart of Soggy Bottom, I cover
issues that impact Louisiana and South Mississippi.*
http://slabbed.org/

3,608   180   251   5
Tweets  Following  Followers  Listed

Recent images · view all

Recent Tweets

**SLABBEDblog** SLABBED
@Editilla we have all sorts of stuff on IESI in archives, esp their lobbyists. :-) Rainey needs to bone up on IESI's corp history.
1 hour ago

**SLABBEDblog** SLABBED
Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to plead guilty to Misprison of Felony. wp.me/pcLYh-8x4
1 hour ago

**SLABBEDblog** SLABBED
Saturday Music: Dedicated to Aaron and his grifting friends. wp.me/pcLYh-8yJ
15 Jan

**SLABBEDblog** SLABBED
Tater Nuts problems just keep getting worser and worser. A periodic report on Ocean Springs Alderman James Hagan and…
wp.me/pcLYh-8vF
14 Jan

**SLABBEDblog** SLABBED
If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote Slabbed wants to hear from you! wp.me/pcLYh-8vz
14 Jan

**SLABBEDblog** SLABBED
Time to hang it all out part deux: Cato get the timestamp, Tim Whitmer is cooperating with Team Fed. wp.me/pcLYh-8vv
14 Jan

**SLABBEDblog** SLABBED
BREAKING: Big D Fazzio gets new lawyers. He is digging deep folks. wp.me/pcLYh-8vs
14 Jan

**zerohedge** zerohedge  ⟲ by SLABBEDblog
EVERYONE should read the S&P FAQ.
14 Jan

**Editilla** the Pun  ⟲ by SLABBEDblog
"I understand the depth and breadth, albeit shallow, of this 'Tebow Mania.' Hardly logical, barely sentient, nearly rabid." ~Spock on Tebow
14 Jan

close ✕

Tweets · Top ·

Refine results »



**canadanim** Nim Singh
**Trout Point lodge** in Nova Scotia gets Telegraph review
ow.ly/2bsaYW
2 hours ago



**SLABBEDblog** SLABBED
**The owners of the lodge have sued several media outlets over their coverage of the connections of the owners to a hug…**
disq.us/4zwrxe
21 hours ago



**SLABBEDblog** SLABBED
Sop gets a cyber first: Behavioral finance/economics intersects with Slabbed. An Aaron Broussard/**Trout Point Lodge U…**
wp.me/pcLYh-8vL
23 hours ago



**meta_guide_ca** Canada Meta Guide
#MalloryOnTravel: **Trout Point Lodge**, Nova Scotia, Canada: hotel review bit.ly/yYD3xj travel ttot tips
15 Jan



**cindyloumackay** cathleen mackay
**Trout Point Lodge** Nova Scotia Canada hotel review Telegraph: Nigel Richardson visits **Trout Point Lodge** a wildern…
bit.ly/wDGvPL
15 Jan



**RASC_LPA** RASC Light Pollution
Thinking of visiting #Kejimkujik National Park and #Darksky Preserve? Here's an accomodation option.
telegraph.co.uk/travel/destina…
15 Jan

---

@SLABBEDblog
SLABBED

The owners of the lodge have sued several media outlets over their coverage of the connections of the owners to a hug… disq.us/4zwrxe

21 hours ago via DISQUS



£100pp/wk, Hotels from
£44pp/night

delivered direct to your
door

## DISQUS COMMENTS

## 1 comments

Add a comment
Comment with a Telegraph account

**Login | Register with the Telegraph**

Alternatively...
Comment with one of your accounts

DISQUS   Connect   Twitter

Showing 1 comment

Order by   newest first

☐ Follow with email

☐ Follow with RSS



**David Nash**
01/14/2012 03:35 PM

The ratings don't always seem to make sense after the very positive comments.

Recommend

Report

### Social Media Reactions

**SLABBED** on ⚬ twitter
Today 10:15 PM

Trout Point Lodge, Nova Scotia - Telegraph deletes comments on connection to NOLA corruption.

**Trout Point Lodge** on ⚬ twitter
Today 01:45 AM

Trout Point Lodge, Nova Scotia - Telegraph http://t.co/AoRZnJuQ @Telegraph

**Canada Meta Guide** on ⚬ twitter
Yesterday 03:29 PM

Trout Point Lodge, Nova Scotia, Canada: hotel review - Telegraph http://t.co/iEVWhhA0o @Telegraph

*[handwritten notes:]* tweet Posted on just
Telegraph web site
after review appears
Trout Point
He posted comment
here twice which
was removed this
He tweets fact

http://twitter.com/#!/SLABBEDblog

SLABBED (slabbedblog) on Twitter

Search

**twitter**

**SLABBEDblog** SLABBED
@Editilla @skooks @saintsnola Agree. Vilma bit today and we
could also stand to upgrade Shanle.
15 Jan

**SLABBEDblog** SLABBED
@saintsnola @Editilla @skooks Me either but it is what it is. Hard
hit yes but dirty no.
15 Jan

**SLABBEDblog** SLABBED
@Editilla @skooks @saintsnola We are 3 net TO better but not 4.
Pierre's fumble was the difference in the game.
15 Jan

**SLABBEDblog** SLABBED
@Editilla @skooks @saintsnola We wrote turnover checks even
Breesus could not cash.
15 Jan

**SLABBEDblog** SLABBED
@Editilla @skooks @saintsnola 5 turnovers, net 4 give aways.
Lucky we were ever in the game.
15 Jan

**SLABBEDblog** SLABBED
@Editilla @skooks @saintsnola Net 4 turnovers. At least give GW
something to work with. #webeatourselves
15 Jan

**rufuspolk** Rufus Polk  ↕ by SLABBEDblog
Romney's Bain made millions as S.C. steelmaker went bankrupt |
McClatchy bit.ly/zjwa9e
15 Jan

close ✕

**SLABBED**
@SLABBEDblog view full profile →
UT: 30.855079,-89.13818

*I'm Sop, a private practice CPA and blogger.
Located in the heart of Soggy Bottom, I cover
issues that impact Louisiana and South Mississippi.*
http://slabbed.org/

3,608        180          5
Tweets      Following   Listed

            251
            Followers

Recent images · view all

Recent Tweets

**SLABBEDblog** SLABBED
@Editilla we have all sorts of stuff on IESI in
archives, esp their lobbyists. :-) Rainey needs
to bone up on IESI's corp history.
1 hour ago

**SLABBEDblog** SLABBED
Fox 8 and WWL TeeVee is reporting Karen
Parker will be in court to plead guilty to
Misprison of Felony. wp.me/pcLYh-8x4
1 hour ago

ari   File   Edit   View   History   Bookmarks   Window   Help

http://twitter.com/#!/SLABBEDblog

SLABBED (slabbedblog) on Twitter

**twitter**   Search

**SLABBEDblog** @SLABBED
Pontchartrain Nice feedback and much appreciated. Now we have Dutchie in play I hear :-)

**SLABBEDblog** @SLABBED
Pontchartrain Anytime Pete.

**SLABBEDblog** @SLABBED
New U.S govt fraud charges point to Nova Scotia southcoasttoday.ca/content/new-us...

**SLABBEDblog** @SLABBED
The Nova Scotia SouthCoast Today picks up the latest developments wp.me/pcLYh-8xs

**nytimes**
Organizers Say 1 Million Signed Petition to Recall Gov. Walker in Wisconsin nyti.ms/xs6WNp

**SLABBEDblog** @SLABBED
Editilla TroutPointLodge I am in the process of contacting that pinhead Judge Muise for comment. Leary has not replied to my email.

**SLABBEDblog** @SLABBED
Trout Point Lodge, Nova Scotia, Canada: hotel review - Telegraph nola.com/crime/index.ss...   Telegraph :Money:Laundering :ConMen

@SLABBEDblog

We have a winner folks and he is a new, albeit politically connected owner at the Trout Point development! He shudda read Slabbed.

Sign in

Thu Jan 26 11:05 PM

*[handwritten note:]* admits sending via email a letter party at a Trout Point admits of contacting a Justice



SLABBED (slabbedblog) on Twitter

Safari   File   Edit   View   History   Bookmarks   Window   Help

http://twitter.com/#!/SLABBEDblog

Not Free Po...   Yasni.com   Google   Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (717)▼   Popular▼

twitter

Search

Have an account?   Sign In

13 hours ago

**fivethirtyeight** Nate Silver ↻ by SLABBEDblog
New SC forecast: Romney 35.1 (88% chance of winning), Newt
23.0, Paul 16.1, Santorum 13.5, Perry 9.3 nyti.ms/uMJlwU
22 hours ago

**skooks** skooks ↻ by SLABBEDblog
Murdoch uses internet to advcate for censoring the internet #sopa
mobile.pcmag.com/device2/articl...
21 hours ago

**SLABBEDblog** SLABBED
Trout Point Lodge, Nova Scotia - Telegraph deletes comments on
connection to NOLA corruption. telegraph.co.uk/travel/destina...
@Telegraph
21 hours ago

**SLABBEDblog** SLABBED
@rufuspolk yawn...:-)
16 Jan

**rufuspolk** Rufus Polk ↻ by SLABBEDblog
In Canada, unlike the U.S., the American dream lives on
theglobeandmail.com/report-on-busi... via @globeandmail
16 Jan

**SLABBEDblog** SLABBED
New Orleans corruption charges with roots in Nova Scotia
southcoasttoday.ca/content/new-or...
16 Jan

**ReformedBroker** Downtown Josh Brown ↻ by SLABBEDblog
RT @clusterstock: S&P TO ASIA: You're Next by @bySamRo
read.bi/xHrBIC
16 Jan



SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

**twitter**   Search

Have an account? **Sign in**

Close ✕

**Rufus Polk**
@rufuspolk view full profile →
Wallonia region of Belgium

*Expat New Orleanian in Belgium who likes to read. Posting about lots of things, including the Balkans, Gabon, Timor-Leste, and Uganda.*
http://twitter.com/rufuspolk

**23,381**   **1,333**   **744**   **21**
Tweets   Following   Followers   Listed

Recent Tweets

**rufuspolk** Rufus Polk
Factbox: Five facts about Belgium's economy reut.rs/AkARBX via @reuters
16 Jan

**rufuspolk** Rufus Polk
Crisis kills revival in Europe microcosm Belgium (Reuters) chicagotribune.com/news/sns-rt-us...
16 Jan

**rufuspolk** Rufus Polk
Uganda gets new World Bank manager observer.ug/index.php?opti...
16 Jan

More Tweets from @rufuspolk →

**SLABBEDblog** SLABBED
@Editilla Good morning Bro. I'm fixing to blow the lid off that MDL. Stay tuned. :-)
16 Jan

**SLABBEDblog** SLABBED
So Bobby Jindal is holding this fundraiser for Billy Nungesser on Tuesday..... wp.me/pcLYh-8wv
16 Jan

**LeeZurik** Lee Zurik ⇄ by SLABBEDblog
Think I feel worse today. #saints and #nola could have hosted nfc champ game.
16 Jan

**SLABBEDblog** SLABBED
Sorry folks, I could not resist. wp.me/pcLYh-8wo
16 Jan

**SLABBEDblog** SLABBED
Well folks I guess that bad faith insurance shill @AaronRodgers12 won't be doing a discount double check. #FYYFF youtube.com/watch?v=j9Rv7c...
16 Jan

**SLABBEDblog** SLABBED
_SHOOTOUT_AT_THE_SLABBED_CORRAL eroticazelda.com/_PIGGIES/_SHOO... via @zeldafaybaker
15 Jan

**SLABBEDblog** SLABBED
Sunday Video: Brokeback Bayou wp.me/pcLYh-8wi
16 Jan



SLABBED (slabbedblog) on Twitter

twitter

Search

Pardon me folks while I take a nice victory lap. #troutpoint

17 Jan

**SLABBEDblog** SLABBED
@TroutPointLodge @jwhoughtaling Yes by all means John buy their
trouble. I can get a twofer that way. nola.com/crime/index.ss...

17 Jan

**SLABBEDblog** SLABBED
In this special episode of Magnum JD the girls at Trout Point reach
out to Magnum wp.me/pcLYh-8xn

17 Jan

**TroutPointLodge** Trout Point Lodge ↻ by SLABBEDblog
@jwhoughtaling We know that you too LOVE Slabbed just like Trout
Point. Take a look at slipperySlabbed.wordpress.com and feel free
to contribute!

17 Jan

**SLABBEDblog** SLABBED
And suddenly all the NS crickets that were chirping about Sop
"bleating" have gone quiet. Behold the power of true free speech
boyz.

17 Jan

**SLABBEDblog** SLABBED
@Editilla Now back to being the progeny of hillbillies. Them two Ivy
Leaguers @troutpointlodge are finding out who is the superior
blogger.

17 Jan

**SLABBEDblog** SLABBED
Tuesday Music: A special reader dedication to Aaron Broussard
and the Trout Point Lodge guys of Danny Abel, Charles ...
wp.me/pcLYh-8xj

17 Jan

**@SLABBEDblog**
SLABBED

We have a winner folks and he is a
new, albeit politically connected
owner at the Trout Point
development! He shudda read
Slabbed.

24 Jan via web



Suggesting that Broussard, former president of Jefferson Parish, is a money launderer

@SLABBEDblog
SLABBED

We have a winner folks and he is a new, albeit politically connected owner at the Trout Point development! He shudda read Slabbed.

24 Jan via web

**twitter** Search

NOLAnews NOLA.com ↻ by SLABBEDblog
Wikipedia, other giant websites will go dark Wednesday to protest SOPA and PIPA bit.ly/xkbZGl
17 Jan

SLABBEDblog SLABBED
Aaron Broussard used office to secure large sums from Jefferson Parish contractors | NOLA.com nola.com/crime/index.ss...
17 Jan

SLABBEDblog SLABBED
@realestatehants @telegraph @globeandmail @troutpointlodge implicated in money laundering via NOLA.com nola.com/crime/index.ss...
17 Jan

SLABBEDblog SLABBED
BREAKING: Aaron Broussard Laundered his money through Nova Scotia!!!! A Trout Point Update wp.me/pcLYh-8x8
17 Jan

WWLTV WWL-TV ↻ by SLABBEDblog
RT @MikePerlstein: Ex-Jeff prez Broussard in ct just hrs after ex-wife pleads guilty. Cryptically said he feels like a cliff diver w/o water
17 Jan

MHarrisPerry Melissa Harris-Perry ↻ by SLABBEDblog
Remember the Gingrich claim about working low wage jobs teaching work ethic? Check out this new report on retail. tinyurl.com/7ch2ktt
17 Jan

SLABBEDblog SLABBED
rt @:WWLTV: Eyewitness News: Parker/Broussard plea Watch online: bit.ly/nl8ug8" @realestatehants @telegraph @globeandmail

SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

File Edit View History Bookmarks Window Help

Thu Jan 26 11:04 PM

SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

twitter

Search

BAI

**calee99** Anita Lee ↻ by SLABBEDblog
#BP to 🌀CityofGulfport; Claim denied. bit.ly/AwCRuU
24 Jan

**SLABBEDblog** SLABBED
@calee99 🌀CityofGulfport Sound like State Farm after Katrina.
24 Jan

**SLABBEDblog** SLABBED
@StephGraceTP @editilla Is there an Edwin Edwrads connection to
land near the Trout Point Development? Oh hell yeah!!
youtube.com/watch?v=cX5Vcl...
24 Jan

**SLABBEDblog** SLABBED
Byron Lee and Nancy Cassagne come on down! wp.me/pcLYh-8Ag
24 Jan

**SLABBEDblog** SLABBED
youtube.com/watch?v=hxkSLd... sop wp.me/scLYh-32996
24 Jan

**SLABBEDblog** SLABBED
Slabbed explores former Jefferson Parish President Aaron
Broussard's business activities in Nova Scotia Part 2: You ...
wp.me/pcLYh-8zW
24 Jan

**SLABBEDblog** SLABBED
Part 2 of Slabbed explores former Jefferson Parish President Aaron
Broussard's business activities in Nova Scotia is in the can for
tomorrow
24 Jan

---

Have an account? **Sign In**

close ✕

**jeffamy** Jeff Amy
@SLABBEDblog: Want to buy some hurricane
bait way out yonder?
24 Jan

in reply to ↑

**@SLABBEDblog**
SLABBED

@jeffamy Not I, though their
restaurants are very good.
Increased competition can't help
things either.
24 Jan via Twitter for Android

Safari File Edit View History Bookmarks Window Help

SLABBED (slabbedblog) on Twitter

http://twitter.com/#!/SLABBEDblog

Mac Free Pr... Yashi.com Google Apple Yahoo Google Maps YouTube Wikipedia News (934)▾ Popular▾

twitter

Search

torndrrow

**HuffPostPol** HuffPost Politics  ↻ by SLABBEDblog
Gingrich touts his status as a Washington outsider, but he lives
inside the Capital Beltway huff.to/zYXiXN #FLDebate
24-Jan

**SLABBEDblog** SLABBED
@StateFarmSucks5 Back at ya dear. :-)
24-Jan

**ritholtz** Barry Ritholtz  ↻ by SLABBEDblog
Fukushima Cover Up Unravels: Too Much Radiation to Cover Up
dlvr.it/r16sOSB $$
24-Jan

**SLABBEDblog** SLABBED
Been missing @StateFarmSucks5 lately on my timeline. Glad to
see you are out and about
24-Jan

**djoalpha11** David O.Leary  ↻ by SLABBEDblog
@ReformedBroker Repub debate is on Comedy Channel...
24-Jan

**SLABBEDblog** SLABBED
I think we're rolling to our best site traffic day since June 2010.
Appreciate the link @skooks As always, youtube.com/watch?
v=uSuXlq...
24-Jan

**SLABBEDblog** SLABBED
@jeffamy Margaritaville is coming out of the ground so we'll find out
if the analysts are right.
24-Jan

close ✕

Have an account? **Sign in** ▾

**jeffamy** Jeff Amy
@SLABBEDblog: Want to buy some hurricane
bait way out yonder?
24-Jan

in reply to ▾

**@SLABBEDblog**
SLABBED

@jeffamy Not I, though their
restaurants are very good.
Increased competition can't help
things either.

24-Jan via Twitter for Android



2 days before

meeting

http://twitter.com/#!/search/realtime/slabbed

Next Prev + Dashl.com  Google  Apple  Yahoo!  Google Maps  YouTube  Wikipedia  News (1,028)▼  Popular▼

Q▼ Google

Have an account? **Sign in**

**twitter** ▸

slabbed  🔍

**SLABBEDblog** SLABBED
Blog Post: Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much... bit.ly/xuBKxy
28 Jan

**SLABBEDblog** SLABBED
Blog Post: Hey everyone make certain to check out Charles Leary's picture on Flickr..... bit.ly/yEyOYf
28 Jan

**SLABBEDblog** SLABBED
Blog Post: Tuesday Music: The Emperor has no clothes.... bit.ly/xu17dz
28 Jan

**SLABBEDblog** SLABBED
Blog Post: In this episode of Magnum J.D.: The long arm of the law co starring Charlie Foti. bit.ly/AmNka6
28 Jan

**SLABBEDblog** SLABBED
Blog Post: It is a stubborn, stubborn fact that Clancy Dubos is a complete sellout like Garlandfill. bit.ly/A1Pu6R
28 Jan

**SLABBEDblog** SLABBED
Blog Post: Gidget's guys: Goober nails the Vitty endorsement of Nunny bit.ly/xt9sW6
28 Jan

**SLABBEDblog** SLABBED
Blog Post: In this episode of Magnum JD: Wanna quick check? Check with James.... bit.ly/wqKrWa

File Edit View History Bookmarks Window Help

Nol Free Pe... Yasi.com Google Apple Yahoo! Google Maps YouTube Wikipedia News (674)▼ Popular▼

🕮 🕘 ⚡ 🔋 📶 ⚙️ 🔊 💲 🔍 Q▼ Google

Sun Jan 22 2:14 AM  cat

http://twitter.com/#!/search/slabbed

Twitter / Search – slabbed

**twitter**  slabbed  🔍

## Results for slabbed

Tweets · Top ·                                          Refine results »

**Lisenpg** Lise Eagle
Jimmie Foxx Autographed/Hand Signed 3x5 Index Card PSA/DNA
**Slabbed**: This is 3x5 index card that has been hand si...
amzn.to/uJHkV6B
1 hour ago

**Jannieurz** Jannie Michele
Signed Mantle Photo - & Joe DiMaggio Postcard PSA DNA
**Slabbed** #12180751 - Autographed MLB Photos: This is a Post...
amzn.to/scosqO
2 hours ago

**MarielSebek2** Mariel Sebek
Ichiro Suzuki Autographed Baseball Bat - 2001 SP Game Rookie
Card Holo & PSA DNA **Slabbed** #83139363 - Autographed...
amzn.to/wj8sKT

**realestateHants** Larry Matthews
Its the **Slabbed** question of the day ......???? « **slabbed**
wp.me/p1WuWc-Fq
8 hours ago

**realestateHants** Larry Matthews
Its the **Slabbed** question of the day .....???? « **slabbed** | @scoopit
bit.ly/z8lOBh
8 hours ago

**SLABBEDblog** SLABBED

---

## Follow "slabbed" and more on Twitter

Twitter delivers instant updates on what's happening around the world. Sign up today and follow your interests!

**Sign up »**

Have an account?  **Sign in**

**People results for slabbed** · view all

**DjSlab1** DjSlab1 · Unfollow
I'm in New Orleans 7p-12a M-F & Sun 10a-2p on Q93...

**Slabs_XIX** SLABS · Follow
I'm the motorized super-sattan in your dreams

**slabpizza** Slab Pizza · Follow
highly addictive, freaking awesome pizza !!!

**MarbleSlab_TN** Marble Slab Creamery · Follow
MSC Catering Consultant delivering customized gour...

**Popular images & videos**
These results include media shared by people you don't follow.

Display media

**Trends:**
#CanSomeoneExplainToMeWhy
We Need Mitt

---

*[handwritten:]* NS blogs
Pickins up on defamatory Post

*(handwritten: What does this suggest about us? 11:30)*

SLABBEDblog SLABBED
hear the FBI is providing witness protection to certain **Slabbed** commenters whose privacy was violated by @troutpointlodge
2 minutes ago
»

thisweekads weekly ads online
Cal Ripken, Jr. Autographed 1982 Topps Rookie Card Gem 10 PSA/DNA **Slabbed** - Signed MLB Baseball Cards ... tinyurl.com/6pxavy3
32 minutes ago
»

Editilla the Pun
#GETDOWNGETBACKUPAGAIN YOUS!!! RT @SLABBEDblog Trout Point lawsuit could hit rough waters in U.S.A.| South Coast Today wp.me/pcLYh-8Dl
35 minutes ago
»

SLABBEDblog SLABBED
Trout Point lawsuit could hit rough waters in U.S.A.! South Coast Today wp.me/pcLYh-8Dl
1 hour ago
»

AMNJuicyyyDe ♥Saxon Carter♥ (De')
LOVE CARS my mommy & daddy are into them & I have brothers who **slabbed** out. Watchu expect from me?
1 hour ago
»

SLABBEDblog SLABBED
I thank all the tweeps that have opened up their wallets for independent investigative journalism via **slabbed**.org :-)
5 hours ago
»

Just_Tweetin_ February 7th!
Accidentally **slabbed** on this lady...i promise it wasnt on purpose...just a habit lol
6 hours ago

mintmark Coins Currency
1946 thru 1964 roosevelt dime set. p.d.s.N.G.C. **SLABBED** MS66!!!FULL SET: US $780.00 End Date... bit.ly/wd7N6
10 hours ago
»

iyesawthat WST...
pport **slabbed**.org goo.gl/fb/EqEpm
11 hours ago
»

mintmark Coins Currency

*(handwritten: acknowledges recieving monies to pursue the defamation of us.)*



mintmark Coins Currency
1946 thru 1964 roosevelt dime set. p.d.s.N.G.C. **SLABBED** MS66!!!FULL SET: US $780.00 End Date... bit.ly/wd7N6
9 hours ago
»



mintmark Coins Currency
1946 thru 1964 roosevelt dime set. p.d.s.N.G.C. **SLABBED** MS66!!!FULL SET: US $780.00 End Date... bit.ly/cEt5Sa
9 hours ago
»



Aletacat Aleta Modha
Ty Cobb Autographed Government Postcard PSA/DNA 8/10/56 **Slabbed** #83118313 - MLB Cut Signatures: This is a Govern...
amzn.to/vcUMJo
10 hours ago
»



wesawthat WST...
support **slabbed**.org goo.gl/fb/FqEpm
10 hours ago
»



SLABBEDblog SLABBED
Blog Post: If you value independent investigative journalism please support **Slabbed** bit.ly/yXqPj1
10 hours ago
»

Soliciting monies to continue investigative defamation. not really journalism.



thisweekads weekly ads online
Cal Ripken, Jr. Autographed 1982 Topps Rookie Card Gem 10 PSA/DNA **Slabbed** - Signed MLB Baseball Cards ... tinyurl.com/6pxayy3
12 hours ago
»



CoinCollecCBT Maximus Yanez
Not All **Slabbed** Coins Are Equal
12 hours ago
»



Avissfd Avis Amrein
Jackie Robinson Autographed HOF Postcard PSA/DNA **Slabbed** #83151008 - MLB Cut Signatures: This is a 1964 HOF Plaq...
amzn.to/uZ7y5O
13 hours ago
»



SLABBEDblog SLABBED
Gulfport lawyer Jim Davis files suit against BP wp.me/pcLYh-8D7
15 hours ago
»



SLABBEDblog SLABBED
Blog Post: Oh yeah and by the way Charles and Vaughn. Fuck you, fuck you very much... bit.ly/xuBKxy
28 Jan
»

*retweeting same t as tweet 13 Sept service*

SLABBEDblog SLABBED
Blog Post: Hey everyone make certain to check out Charles Leary's picture on Flickr..... bit.ly/yEyOYf
28 Jan

*drawing people to Charles Leary's image.*

SLABBEDblog SLABBED
Blog Post: Tuesday Music: The Emperor has no clothes.... bit.ly/xu17dz
28 Jan
»

SLABBEDblog SLABBED
Blog Post: In this episode of Magnum J.D.: The long arm of the law co starring Charlie Foti. bit.ly/AmNka6
28 Jan
»

SLABBEDblog SLABBED
Blog Post: It is a stubborn, stubborn fact that Clancy Dubos is a complete sellout like Garlandfill. bit.ly/A1Pu6R
Jan
»

SLABBEDblog SLABBED
Blog Post: Gidget's guys: Goober nails the Vitty endorsement of Nunny bit.ly/xt9sW6
28 Jan
»

SLABBEDblog SLABBED
Blog Post: In this episode of Magnum JD: Wanna quick check? Check with James.... bit.ly/wqKrWa
28 Jan
»

SLABBEDblog SLABBED
Blog Post: It's a Magnum Monday Music! bit.ly/zj20Jl
28 Jan
»

SLABBEDblog SLABBED
Blog Post: Sunday Music: Dedicated to the whores at Entercom Communications bit.ly/zMyhj8
Jan



SLABBEDblog SLABBED
Blog Post: Justice Court Judge Nell Cowart suspended for 2 months, fined over $2,000 bit.ly/AAiG1L