28 Jan
»

SLABBEDblog SLABBED
Blog Post: Jim Brown's Weekly Column: Our Lives Were Changed by 9/11 bit.ly/yPoKFV
28 Jan
»

SLABBEDblog SLABBED
Blog Post: Oh shit I've gone and done it now..... bit.ly/xUthcE
28 Jan
»

SLABBEDblog SLABBED
Blog Post: If I was a newspaper reporter I'd ask Jim Letten why St Charles Parish DA Harry Morel Jr decided to call... bit.ly/xQfkzi
28 Jan
»

SLABBEDblog SLABBED
Blog Post: Charles Leary of Trout Point comes out of hiding: Comments to blog in Nova Scotia over the widening sca... bit.ly/zLdQhk
28 Jan
»

SLABBEDblog SLABBED
Blog Post: Friday Music: Special dedication to Charlie and Vaughn bit.ly/A6ldHS
28 Jan
»

SLABBEDblog SLABBED
Blog Post: **Slabbed** solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point... bit.ly/wLeeZD
28 Jan
»

SLABBEDblog SLABBED
Blog Post: I'll be honest and say I tried to pass this Dean Kelly deal off.... bit.ly/A1Wg0H
28 Jan
»

SLABBEDblog SLABBED
Blog Post: I'd like to thank the academy, my wonderful wife and Nowdy. But I'd especially like to thank Vaughn Perr... bit.ly/AzCxv0
28 Jan
»

SLABBEDblog SLABBED
Blog Post: Its a Thursday Musical Repeat: Dedicated to Freddy and his boy Garlandfill bit.ly/zyCfjb
28 Jan
»

20 hours ago

»

ImTheOnlyKay Kay

Closed my eyes to go to sleep and Teddy sits on my chest and starts licking my nose! I turn my face away he bitch **slabbed** me in the face!

21 hours ago

»

anicoletovar alexandrea tovar

@

@mariahcrystalxo right! That's ok cause we finna be cute **slabbed** out WITH OUR BABIES IN THE CAR going to the park & ish ;) lmfao

21 hours ago

»

Dionetnu Dione Deans

Willie Mays Autographed/Hand Signed 1952 Topps Card Vintage Auto JSA **Slabbed #X11641**: This is a 1952 Topps card ... amzn.to/nlmhqM

21 hours ago

»

SLABBEDblog SLABBED

Here is some more Charles Leary / Trout Point Lodge Jackassery: Why due process is important to a clean court system wp.me/pcLYh-8D5

23 hours ago

»

coolkid_hershey cool'ass hershey★

@

@OverDosedBASED wanna get **slabbed** with this dick ? :)) i gota big head but ill take yo bitch tho <3

23 hours ago

»

Nattynicole2 Natalie Edwards

Got fitted at Marlow White today, dinner at all **slabbed** up in lv with my momma, now layin on the couch back home watching tv. Good day.

23 hours ago

»

MVPSportsCardz MVP Sports Cards

2011 Leaf Ink Baseball Box Each box contains: (4) Hand Signed previously released trading cards **slabbed**... fb.me/128rEXuPW

28 Jan

»

SLABBEDblog SLABBED

Blog Post: Lets kick off the New Year Gretna style and examine city government at its worst. bit.ly/whw2ov

28 Jan

SLABBEDblog SLABBED

Blog Post: Happy New Year to the **Slabbed** Nation bit.ly/z13X6x

28 Jan

»

From: "Here is more Charles Leary..." Jan. 27, 2012 Slabbed blog

Judge Muise is evidently too dumb to see the blatant inconsistencies in his own court record, but like a pre schooler he colored all over Leary's motion whittling the time away while acting as if he were actually doing something productive for his community. Muise appears to be a **good fit with your typical Mississippi Justice Court Judge.**

R

There is a reason we have the SPEECH Act here in the US. In fact I see the need for additional protections.

sop

Goes with circled tweet on preceding page.

- Resources ·
- © 2012 Twitter

done around midnigt time stamp is from my computer which is on Spanish time + 5 hrs

# Results for slabbed

- Tweets · 
- Top

1 new tweet

- Refine results »

»

ChampD97 Champ D 97
Yung Pigg - **Slabbed** Up ft. Kottonmouth: youtu.be/MCfcIcOWVFY via **@youtube**
1 hour ago

mocking as we approach court date, showing total disrespect for proceeding

SLABBEDblog SLABBED
I hear the FBI is providing witness protection to certain **Slabbed** commenters whose privacy was violated by **@troutpointlodge**
1 hour ago

»

thisweekads weekly ads online
Cal Ripken, Jr. Autographed 1982 Topps Rookie Card Gem 10 PSA/DNA **Slabbed** - Signed MLB Baseball Cards ... tinyurl.com/6pxavy3
1 hour ago

»

Editilla the Pun
**#GETDOWNGETBACKUPAGAIN** YOUS!!! RT **@SLABBEDblog** Trout Point lawsuit could hit rough waters in U.S.A. | South Coast Today wp.me/pcLYh-8Dl
1 hour ago

»

a friend of his in Shelburne making public legal arguments to dissuade us from going forward

**D'AQUILA, VOLK, MULLINS & CONTRERAS**
A PROFESSIONAL LAW CORPORATION

ROY M. D'AQUILA
JEROME M. VOLK, JR.
ELLEN MULLINS(1)
ROBERTO A. CONTRERAS(2)

RONALD J. VEGA(3)
ERIC D. SMITH, JR.
J. CHRISTOPHER FORD

3329 FLORIDA AVENUE
KENNER, LOUISIANA 70065

(504) 469-6699
FAX (504) 467-1866
rdaquila@ddvlaw.com

EDWARD J. DEMARTINI
(1932 – 2004)

(1) ALSO ADMITTED IN ALABAMA
(2) ALSO ADMITTED IN REPUBLIC OF PANAMA
(3) LL.M. IN TAXATION

May 24, 2010

**VIA FACSIMILE ONLY (800) 980-0713**

**Trout Point Lodge**
P.O. Box 456
Kemptville, NS B0W 1Y0
Canada
Attention: Charles and Vaughn

*Re: Kempt Wilderness Lodge*

Dear Charles and Vaughn:

Attached is a copy of the insurance for the Kempt Wilderness Lodge/Caretaker's Cottage.

When Aaron was in Nova Scotia back in 2008, we discussed the possibility of placing this property on a rider or endorsement on the main insurance policy of Trout Point Lodge. I have some notes that Aaron brought back indicating that this was possible to do at the time.

At the present time, we pay about $2,000.00 per year for this insurance and we do not have enough revenue from the lot assessments to pay the note on the property as well as the taxes and insurance.

Would you please check to see if this property can be insured as an endorsement on the Trout Point insurance at a reasonable amount? If that is possible, let me know what we need to do in order to accomplish this.

Thank you for your continued cooperation.

Very truly yours,
**D'AQUILA, VOLK, MULLINS & CONTRERAS**
**A Professional Law Corporation**

**ROY M. D'AQUILA**

Attachment
RMD/kd
cc: Aaron F. Broussard

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:11-CR-299** |
| **v.** | * | **SECTION: HH** |
| **KAREN PARKER**<br>**a/k/a Karen Parker Broussard** | * | |

* * *

**FACTUAL BASIS**

Should this matter have proceeded to trial, the Government would have proven, through the introduction of competent testimony and admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the Superseding Bill of Information now pending against the defendant:

***Background Information***

Beginning in 1992, the defendant, **KAREN PARKER, a/k/a Karen Parker Broussard** ("defendant" or "**PARKER**") began working as an administrative assistant for the Jefferson Parish Council. On or about July 31, 2003, **PARKER** resigned from her position as an administrative assistant for Jefferson Parish Councilman Aaron F. Broussard ("Broussard") and began working for Broussard's campaign for Jefferson Parish President. On or about October 4, 2003, Broussard was elected Parish President of Jefferson Parish. Approximately four years later, on or about October

***Broussard Uses His Public Office for Private Gain***

Additionally, from approximately 2004 through 2010, Broussard received monies, totaling hundreds of thousands of dollars, that were characterized as, among other things, "retainers," "consulting fees" or "finder's fees" with various contractors and vendors, all of whom were doing business with Jefferson Parish during the period of time Broussard was the President of Jefferson Parish. Moreover, Broussard was a majority owner in a holding company which owned an investment property in Canada. Broussard received income from this Canadian property. This property was partially funded by individuals and/or entities who were contractors and/or vendors doing business with Jefferson Parish during the period of time Broussard was the Jefferson Parish President.

***Misprison of a Felony Regarding Theft Concerning Programs Receiving Federal Funds***

As set forth above, **PARKER**, Broussard, and Wilkinson knew, from approximately 2004 through 2010, that she was not qualified, trained, or certified to be a Paralegal Supervisor in Jefferson Parish and did not do any work as a Paralegal Supervisor in Jefferson Parish. In hiring, retaining, and paying **PARKER** as a Paralegal Supervisor, Broussard and Wilkinson intentionally stole or committed theft with Jefferson Parish taxpayer funds. Though **PARKER** was aware that she was stealing or committing theft of property valued at $5,000 or more which was owned by or under the care, custody, and control of the Parish of Jefferson (because she did not perform any work as a Paralegal Supervisor), **PARKER** did not report this crime to federal authorities and, indeed, concealed this crime from the authorities by, among other things, continuing to accept her salary and/or salary increases on an annual basis, and signing various forms, including official U.S.

RECEIVED
STATE OF LOUISIANA
DEC 17 2010
DIVISION OF ADMINISTRATIVE LAW
Hand Delivered at 5pm

**STATE OF LOUISIANA**
**DIVISION OF ADMINISTRATIVE LAW**

**LOUISIANA BOARD OF ETHICS** * **DOCKET NO.**

**IN THE MATTER OF**

**AARON BROUSSARD** * **AGENCY TRACKING NO. 2010-029**

**CHARGES**

The Louisiana Board of Ethics ( "Board"), acting pursuant to La. R.S. 42:1141C and a majority vote of its members at its meeting on the 16th day of December, 2010, files the following charges against Aaron Broussard, Respondent:

**Count I.**

At a time when Aaron Broussard served as Parish President for Jefferson Parish he violated La. R.S. 42:1111A when, for the years of 2007 through 2009, he received a thing of economic value in the form of a gift certificate valued at $4500 from the personal funds of Jefferson Parish employees, an amount that he was not entitled to receive by his employees for the performance of his public duties.

In accordance with La. R.S. 42:1141C (3)(b)(iv), the Board designates Aneatra Boykin as the Board's trial attorney in this matter.

**WHEREFORE,** the Louisiana Board of Ethics requests that the Ethics Adjudicatory Board (a) conduct a hearing on the foregoing charges; (b) determine that Aaron Broussard has violated La. R.S. 42:1111A with respect to each of the foregoing counts; and (c) assess an appropriate penalty

in accordance with the recommendation of the Louisiana Board of Ethics to be submitted at the

hearing.

Frank P. Simoneaux
Chair, Louisiana Board of Ethics
P.O. Box 4368
Baton Rouge, LA 70821
Telephone: (225) 219-5600
Facsimile: (225) 381-7271

RECEIVED
STATE OF LOUISIANA
DEC 17 2010
DIVISION OF ADMINISTRATIVE LAW
Hand Delivered at 5pm

STATE OF LOUISIANA
DIVISION OF ADMINISTRATIVE LAW

| | | |
|---|---|---|
| LOUISIANA BOARD OF ETHICS | * | DOCKET NO. |
| | * | |
| IN THE MATTER OF | * | |
| | * | AGENCY TRACKING NO. 2010-707 |
| AARON BROUSSARD | * | |

---

## CHARGES

The Louisiana Board of Ethics ( "Board"), acting pursuant to La. R.S. 42:1141C and a majority vote of its members at its meeting on the 16th day of December, 2010, files the following charges against Aaron Broussard, Respondent:

**Count I.**

At a time when Aaron Broussard, served as President of Jefferson Parish, he violated La. R.S. 42:1111C(2)(d) when, in 2009, he received a thing of economic value in the form of payments from Lagniappe Industries, LLC for or in consideration of services rendered or to be rendered to or for Lagniappe Industries, LLC at a time when Lagniappe Industries, LLC, had a contractual or other business or financial relationship with his agency, Jefferson Parish.

**Or, in the Alternative**

**Count II.**

At a time when Aaron Broussard, served as President of Jefferson Parish, he violated La. R.S. 42:1115A(1) when, in 2009, he received a thing of economic value in the form of a gift or gratuity from Lagniappe Industries, LLC at a time when Lagniappe Industries, LLC, had a contractual or other business or financial relationship with his agency, Jefferson Parish.

In accordance with La. R.S. 42:1141C (3)(b)(iv), the Board designates Alesia Ardoin and Michael Dupree as the Board's trial attorneys in this matter.

**WHEREFORE**, the Louisiana Board of Ethics requests that the Ethics Adjudicatory Board (a) conduct a hearing on the foregoing charges; (b) determine that Aaron Broussard has violated La. R.S. 42:1111C(2)(d) or in the alternative R.S. 42:1115A(1) with respect to either of the foregoing counts; and (c) assess an appropriate penalty in accordance with the recommendation of the Louisiana Board of Ethics to be submitted at the hearing.

Frank P. Simoneaux
Chair, Louisiana Board of Ethics
P.O. Box 4368
Baton Rouge, LA 70821
Telephone: (225) 219-5600
Facsimile: (225) 381-7271

**CERTIFICATE:**

I hereby certify that a copy of this document has been forwarded to the Respondent by registered/certified mail in accordance with La. R.S. 42:1141E(1)(a), on this 16th day of December, 2010.

Alesia Ardoin
Trial Attorney

## accusations of criminality and moral laxities

money laundering, Advance fee fraud, *securities fraud*, perjury, says we *took advantage of biggest investor*(DAbel), bilked local contractors and suppliers, defrauded investors, Trout Point Lodge is at heart of political corruption scandal, accusations of nefarious business practices including lying to guest and cheating them over our 18 percent service charge, entrenched corrupt interest, we buy the media,, grifters, grafters, scammers, fabricating reviews, responsible somehow for failure of SWASDA, connected to the River Birch garbage dump scandal, Coastal Shoring scandal home elevation controversy, trident and Plaquemines parish port scandal, illegal document destruction, forum shopping, anti-free speech, fleecers, slap suiters, stole govt. monies, connected to judicial scandal in jefferson, accuses of viol. guest privacy, ethics violations, investment fraud, organized crime, common thugs, thieves, obstruction of Justice, campaign finance fraud, advance fee fraud, racketeering, co-conspirators, suggest there is something ulterior like conspiring with judge Muise in obtaining identities of hateful defamers, abusing legal process, evil bastard, freeloaders, cowards, intimidation and intending at minimum to physically injure people if not murder!!

**Hoping to dirty us so that those near will fear getting involved or helping us,**

**some examples of urls, most accusations can also be seen in context in the attached table of defendants publications**

**money laundering**- too numerous to count-**http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/**

**Advance fee fraud**-http://slabbed.wordpress.com/2011/09/09/if-i-may-be-so-bold-those-that-arent-following-sop-on-the-etm-yahoo-message-board-are-missing-out-on-some-great-fun/

**Perjury**- **http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/**

**bilked biggest investor**- http://slabbed.wordpress.com/2011/08/15/actually-matt-you-had-this-one-called-right-to-begin-with-slabbed-travels-back-in-time-with-the-girls-and-ties-a-few-things-together-a-trout-point-lodge-jefferson-parish-political-corruption-scan/

**bilked local contractors and suppliers**- https://slabbed.wordpress.com/2011/08/24/the-problem-with-lying-is-keeping-all-of-them-straight-a-jefferson-parish-political-corruption-trout-point-lodge-scandal-update-part-3/

**defrauded investors- too numerous to count-** **http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/**

**lodge is at heart of political corruption scandal- too**

**numerous, reddit, trip advisor, the independent, the telegraph etc. -** http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

**accusations of nefarious business practices- investment fraud- numerous times -**http://slabbed.wordpress.com/2012/01/14/if-you-were-sold-a-stake-in-either-la-ferme-dacadie-or-cerro-coyote-slabbed-wants-to-hear-from-you/

**thieves**- http://slabbed.wordpress.com/2011/04/18/yes-i-can-verify-that-trout-point-lodges-charles-leary-and-the-soon-to-be-indicted-aaron-broussard-were-thick-as-thieves-up-in-nova-scotia/

Foodvacation Canada <foodvacation@gmail.com>

# Fwd: [DMCA #932099]: Notice of Infringement from National Geographic

4 messages

**Susan Borke <sborke@ngs.org>** Tue, Sep 13, 2011 at 4:56 PM
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

For your information.

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

---------- Forwarded message ----------
From: **Raegan Mathis** <rmathis@ngs.org>
Date: Tue, Sep 13, 2011 at 10:48 AM
Subject: Fwd: [DMCA #932099]: Notice of Infringement from National Geographic
To: Susan Borke <sborke@ngs.org>, jfrancis@ngs.org, ccckingwoo@ngs.org

Please see the Wordpress response below to the issue regarding Charles Leary's photo.

They have removed the photo from the posting and the separate link that was hosting it.

Regards,

Raegan

---------- Forwarded message ----------
From: **Anthony - WordPress.com** <dmca@automattic.com>
Date: Tue, Sep 13, 2011 at 9:51 AM
Subject: [DMCA #932099]: Notice of Infringement from National Geographic
To: rmathis@ngs.org

Hi,

> http://slabbed.files.wordpress.com/2011/09/charles-leary-tpl.jpg

Access to the above image file has been disabled.

--
Anthony
WordPress.com

--
Raegan Mathis
National Geographic
Specialist | Rights Clearance
202.775.6173 | office
202.857.5874 | fax
rmathis@ngs.org| email

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

---

**foodvacation Canada <foodvacation@gmail.com>** **Tue, Sep 13, 2011 at 5:11 PM**
To: jng@ashoka.org

National Geographic has had their copyrighted photo removed (see below). That photo has now been replaced by the blog owner with the photo of Vaughn Perret and I that is Ashoka's copyrighted material.

We had no expectation when we allowed our photograph to be taken by Ashoka staff, that it would be used to defame us. We would greatly appreciate any assistance in having Ashoka's copyrighted material removed from the slabbed blog.

The new url where the photograph is being used is: http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/

This is in addition to use at the previously reported url.

Sincerely,

Charles Leary

---------- Forwarded message ----------
From: **Susan Borke** <sborke@ngs.org>
Date: Tue, Sep 13, 2011 at 11:56 AM
Subject: Fwd: [DMCA #932099]: Notice of Infringement from National Geographic
[Quoted text hidden]

---

**foodvacation Canada <foodvacation@gmail.com>** **Tue, Sep 13, 2011 at 6:04 PM**
To: Susan Borke <sborke@ngs.org>

Dear Ms. Broke:

FYI, Mr. Handshoe, the publisher of the blog, is now featuring the flickr page.
See: http://slabbed.wordpress.com/2011/09/13/hey-everyone-make-certain-to-check-out-charles-learys-picture-on-flickr/

Perhaps NG could remove mine and Mr. Perret's photos from flickr?

Best,

Charles Leary
[Quoted text hidden]

---

**Susan Borke <sborke@ngs.org>** **Tue, Sep 13, 2011 at 6:25 PM**
To: foodvacation Canada <foodvacation@gmail.com>
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

We are working on taking down the Flickr stream.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use
recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain
information that is privileged, confidential or otherwise protected from disclosure. Any
review, dissemination or use of this transmission or its content by persons other than the
intended addressee(s) is strictly prohibited. If you have received this transmission in error,
please notify me immediately, e-mail the original to me at the sender's address above by
replying to this message and including the text of the transmission received, and
permanently delete the original and any copies as well as destroy any printouts of this email.


[Quoted text hidden]



Foodvacation Canada <foodvacation@gmail.com>

# defamatory use of NGS copyrighted photo

7 messages

**foodvacation Canada <foodvacation@gmail.com>** **Wed, Sep 7, 2011 at 3:06 PM**
To: infringementnotice@nationalgeographic.com

Terrence B. Adamson
Executive Vice President, Law, Business and Governmental Affairs
NGT Library, Inc.
1145 Seventeenth Street, NW
Washington, DC 20036-4688

**Urgent--Misuse of copyrighted material**

Mr. Adamson:

If you are not the correct person at the society to contact, please forward this message on to that person.

My business--Trout Point Lodge--was a finalist in the NGS 2009 Geotourism Challenge sponsored by the Center for Sustainable Destinations.

I was also a Delegate to the 2010 Geoturism Summit.

In attending the Summit, I allowed NGS to take my photographic portrait, with the understanding that such photos would be the copyrighted property of the Society, and would not be used by third parties without permission. The Society posted such photos at http://www.flickr.com/photos/48032856@N03/page2/

I have filed a civil action in Nova Scotia Supreme Court against Doug Handshoe, the owner of a blog--slabbed.wordpress.com--which has been defaming me and my business for the past year or more. The defamation is serious, and includes accusations of fraud, involvement in political corruption, money laundering, etc. The blog "slabbed" also contains speech that Justice Muise of the Supreme Court, in a May, 2011 decision, found:

> In addition in the case at hand, the blogs contain comments based on the actual or perceived sexual orientation of the intended targets. Those comments are clearly meant to be derogatory and insulting. I will not reproduce them here. It is the type of expression that engenders harmful results such as discrimination and hatred. It is not the type of free expression that deserves protection and fostering.

Justice Muise also found the publications *prima facie* defamatory. The transcript of the decision is available if you would like to see it.

Yesterday, Mr. Handshoe used a copyrighted portrait of me, property of the NGS, on his blog's front page, with a post entitled:

**We have a winner and he is still a loser after all these years.....**

The url is: http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/

I am writing to ask that the Society immediately take action to have the photograph removed from publication on the slabbed blog, and to take any other legal action it deems necessary. The photo is being used to defame me, now not only in words, but also in image.

The host of the blog is Automattic, Inc. of California. http://automattic.com/dmca/

Sincerely,

Charles Leary, PhD
(902) 482-8360

---

**Susan Borke <sborke@ngs.org>** **Thu, Sep 8, 2011 at 2:20 PM**
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>, Taranjit Kaur <tkaur@ngs.org>

Dear Dr. Leary,

The notice you have sent has come to me for review and investigation. I want to acknowledge receipt to you and request your patience while I investigate this matter. As it is atypical for NG to post anything on Flickr, I need to understand more about the image origin and activity around it. I will follow-up with you as soon as I have more information.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

On Wed, Sep 7, 2011 at 3:27 PM, Carol King Woodward <ckingwoo@ngs.org> wrote:

Susan,

This email was forwarded to me. I am not sure if I would forward it to you?

Thank you!

Carol

---------- Forwarded message ----------
From: **Taranjit Kaur** <tkaur@ngs.org>
Date: Wed, Sep 7, 2011 at 11:06 AM
Subject: Fwd: defamatory use of NGS copyrighted photo
To: Carol King Woodward <ckingwoo@ngs.org>
Cc: NGDMRights <ngdmrights@ngs.org>

---------- Forwarded message ----------
From: **Infringement Notice** <infringementnotice@nationalgeographic.com>
Date: Wed, Sep 7, 2011 at 10:15 AM
Subject: Fwd: defamatory use of NGS copyrighted photo
To: NGDMRights <ngdmrights@ngs.org>
[Quoted text hidden]

--
Taranjit Kaur
Rights Specialist
National Geographic Image Collection
Tel: 202-857-7293
Fax: 202-429-5750
tkaur@ngs.org

National Geographic images are now available online. Visit our website at http://ngsimages.com.

--
Carol King Woodward
Visual Editor, Communications
National Geographic Society
202.457.8486 | ckingwoo@ngs.org

---

**foodvacation Canada <foodvacation@gmail.com>** **Thu, Sep 8, 2011 at 2:25 PM**
To: Susan Borke <sborke@ngs.org>

Dear Ms. Borke:

Thank you for your response. I, too, was surprised by the postings to Flickr. I assume that this was done by the Center for Sustainable Destinations or person in charge of the Geotourism Summit.

The portraits were taken of all finalists at your photo studio at NGS Headquarters.

The connection of this photo to defamatory material and hate speech is quite unsettling, and I hope that you can respond quickly.

Don't hesitate to contact me with any further questions.

Sincerely,

Charles Leary
[Quoted text hidden]

---

**Susan Borke <sborke@ngs.org>** **Fri, Sep 9, 2011 at 4:45 PM**
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

NG is sending the appropriate DMCA notice to WordPress regarding this photograph. Thank you for bringing the matter to our attention.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874



Trout Point <trout.point.lodge@gmail.com>

# use of copyrighted material in defamatory publications

12 messages

**Trout Point Lodge <trout.point.lodge@gmail.com>** **Thu, Sep 8, 2011 at 9:46 PM**
To: privacy@changemakers.net

Legal Affairs
Ashoka's Changemakers

I am one of the owners of Trout Point Lodge and a 2009 Geotourism Challenge finalist.

Vaughn Perret and I were also delegates to the 2010 Geotourism Summit.

At that Summit, employees of Ashoka took our photograph with our permission. It was assumed that this would be used to promote Changemakers and geotourism.

This photo--located at http://www.changemakers.com/es/stories/trout-point-lodge-making-change-happen-place-place--has now, however, been republished by someone who is stalking, harassing, threatening, and defaming us. We have filed a civil law suit in Nova Scotia against the owner/publisher of the blog slabbed.wordpress.com, who has now used this photograph to defame us not only in words, but now visually as well. The blog is also full of anti-gay hate speech.

The urls of the publication with the photograph is:

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/
and

A justice of the Supreme Court of Nova Scotia has already decided:

> in the case at hand, the blogs contain comments based on the actual or perceived sexual orientation of the intended targets. Those comments are clearly meant to be derogatory and insulting. I will not reproduce them here. It is the type of expression that engenders harmful results such as discrimination and hatred. It is not the type of free expression that deserves protection and fostering.

We are requesting that Ashoka immediately take steps to have the republication of your copyrighted material removed from the slabbed blog. The blog is currently hosted by Automattic, Inc. of California. Their DMCA policy can be found at: http://automattic.com/dmca/

Sincerely,

Charles Leary
(902) 482-8360

--
Trout Point Lodge, Relais & Chateaux
www.troutpoint.com
NGS Geotourism Challenge finalist

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>** **Thu, Sep 8, 2011 at 9:46 PM**
To: trout.point.lodge@gmail.com

Delivery to the following recipient failed permanently:

privacy@changemakers.net

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 No such user - psmtp (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.52.34.50 with SMTP id w18mr1145001vdi.505.1315511210333; Thu, 08 Sep 2011 12:46:50 -0700 (PDT)
Received: by 10.52.116.102 with HTTP; Thu, 8 Sep 2011 12:46:50 -0700 (PDT)
Date: Thu, 8 Sep 2011 16:46:50 -0300
Message-ID: <CAPbn8xSSTq0FWpskUhcnXyV6bsYF mgbO3_8GFLBj9uWzRtHd_Q@mail.gmail.com>
Subject: use of copyrighted material in defamatory publications
From: Trout Point Lodge <trout.point.lodge@gmail.com>
To: privacy@changemakers.net
Content-Type: multipart/alternative; boundary=20cf30780c1263d80e04ac735277
[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>** **Thu, Sep 8, 2011 at 9:53 PM**
To: dgoldstone@ashoka.org

---------- Forwarded message ----------
From: **Trout Point Lodge** <trout.point.lodge@gmail.com>
Date: Thu, Sep 8, 2011 at 4:46 PM
Subject: use of copyrighted material in defamatory publications

[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>** **Tue, Sep 13, 2011 at 1:11 AM**
To: "trout.point.lodge@gmail.com" <trout.point.lodge@gmail.com>
Cc: Danielle Goldstone <dgoldstone@ashoka.org>

Dear Charles,

Your e-mail below that you sent to Ashoka's Changemakers has been forwarded to me. We have been in touch with our legal counsel regarding your request.

Best regards,

Jonathan

**Jonathan Ng**

Legal Director* I Ashoka

1700 N. Moore St., Suite 2000 I Arlington, VA 22209

T: 703.527.8300 I F: 703.527.8383 I jng@ashoka.org

Skype: jonathan.ng.12

www.ashoka.org

*Admitted to practice law only in New York State

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>** **Tue, Sep 13, 2011 at 3:07 AM**
To: Jonathan Ng <jng@ashoka.org>

Mr. Ng:

Thank you. I look forward to hearing from you.

The same blog also used a photo that was the National Geographic Society's copyrighted material, and the Society's legal affairs dept. has told me that they sent a DMCA notice to

Automattic, Inc.

Sincerely,

Charles Leary
[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**      **Thu, Sep 15, 2011 at 6:59 PM**
To: Jonathan Ng <jng@ashoka.org>

Dear Jonathan:

Any news from legal counsel?

Best,

Charles

On Mon, Sep 12, 2011 at 8:11 PM, Jonathan Ng <jng@ashoka.org> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>**      **Thu, Sep 15, 2011 at 7:05 PM**
To: Trout Point Lodge <trout.point.lodge@gmail.com>

Hi Charles,

I followed up again this morning. We are also eager to make sure this issue is addressed quickly.

Regards,
Jonathan


[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**      **Thu, Sep 15, 2011 at 7:07 PM**
To: Jonathan Ng <jng@ashoka.org>

Thank you,

Charles
[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**          **Fri, Sep 23, 2011 at 10:43 PM**
To: Jonathan Ng <jng@ashoka.org>

Dear Mr. Ng:

Will Ashoka be submitted a DMCA Notice to Automattic, Inc. regarding use of its copyrighted photograph of Mr. Perret and I.

This is a simply procedure, and we find Automattic to be very responsive.

Neither of us anticipated when we gave Changemakers permission to take our photograph that it would be used to defame us.

Just checking to see if there is any news . . .

Best,

Charles Leary

On Mon, Sep 12, 2011 at 8:11 PM, Jonathan Ng <jng@ashoka.org> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>**                    **Wed, Sep 28, 2011 at 6:46 PM**
To: Trout Point Lodge <trout.point.lodge@gmail.com>

Dear Charles:

We will be submitting a DMCA notice to Wordpress.com requesting them to remove the photo taken from our Changemakers's website.

Best regards,

Jonathan

**Jonathan Ng**

Legal Director

Ashoka

1700 N. Moore St., Suite 2000

Arlington, VA 22209

T: 703.600.8304 E: jng@ashoka.org

Skype: jonathan.ng.12

*www.ashoka.org*

---

**From:** Trout Point Lodge [mailto:trout.point.lodge@gmail.com]
**Sent:** Friday, September 23, 2011 4:43 PM
**To:** Jonathan Ng
**Subject:** Re: use of copyrighted material in defamatory publications

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>** **Wed, Sep 28, 2011 at 7:15 PM**
To: Jonathan Ng <jng@ashoka.org>

Thank you.

Best,

Charles
[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>** **Fri, Sep 30, 2011 at 6:50 PM**
To: Jonathan Ng <jng@ashoka.org>

Dear Mr. Ng:

Could you please keep me update on any response from Automattic, Inc/Wordpress? As of today, the photo still appears in publications.

Best,

Charles Leary
[Quoted text hidden]

---

Trout Point <trout.point.lodge@gmail.com>

# FW: [DMCA #954855]: Notice of Infringement from Ashoka's Changemakers

5 messages

**Jonathan Ng <jng@ashoka.org>** **Mon, Oct 3, 2011 at 8:54 PM**
To: Trout Point Lodge <trout.point.lodge@gmail.com>

FYI.

-----Original Message-----
From: Anthony - WordPress.com [mailto:dmca@automattic.com]
Sent: Monday, October 03, 2011 2:53 PM
To: Jonathan Ng
Cc: Chelsea Brownridge
Subject: [DMCA #954855]: Notice of Infringement from Ashoka's Changemakers

Hi,

> The copy of the URL containing our copyrighted material is located at:
>
> http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/
>
> The photo taken by Changemakers is located at the following URL:
>
> http://www.changemakers.com/es/stories/trout-point-lodge-making-change-happen-place-place

In accordance with the valid DMCA notice you have submitted, access to the infringing material(s) has been disabled. Please note the notice will be forwarded to the owner of the site in question and may be formally challenged. Should the notice be challenged, we will notify you immediately.

--

Anthony

WordPress.com