In the County of Yarmouth
Nova Scotia
Canada

## Affidavit of Charles L. Leary

BEFORE ME, personally came and appeared Charles L. Leary, a person of the full age of majority and domiciled in Kemptville, Yarmouth County, Nova Scotia, who, after being duly sworn, did depose and say:

1. I am a managing director of Trout Point Lodge, Limited.
2. As part of monitoring the online presence and reputation of my business, I have read the blog "Slabbed" since January, 2010. The blog used to appear at the url slabbed.wordpress.com. The blog now appears at slabbed.org. All or nearly all the blog posts and comments from the wordpress.com site now appear at slabbed.org and bear their original date & time stamps.
3. I personally downloaded and printed the Slabbed blog publications attached as Exhibits to this affidavit.
4. Attached hereto as Exhibit 1 is a Slabbed post dated August 3, 2011, entitled "I've just been informed . . .". I recall reading this post on or around August 3, 2011.
5. Attached hereto as Exhibit 2 is a Slabbed blog post dated September 22, 2011 entitled "Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard." I recall reading this post on September 22, 2011. This was after Mr. Handshoe was personally served with the Amended Notice of Action and Statement of Claim on September 13, 2011.
6. In a comment to the post mentioned in paragraph 5 above, identified as the "reply" to comment number 15, as Sop81_1, Handshoe states: "I did not publish the girls last amended complaint against me for a reason. I was the only person who received papers but the girls also sued an email address knowing full well not only who they were suing but also the fact this person has cooperated with the FBI in their investigation into Broussard era corruption. . . .I do not know who gave them advice on their tactics but it is going to come back and bite them in their sorry asses big time."
7. In comments on this post, there are words from Timothy Gillespie. I know Timothy Gillespie and have done business with him. I have personal knowledge that he is a long-term resident of



Shelburne, Nova Scotia, where among other things he publishes as web site called "South Coast Today."

8. In comments on this post, there are comments from Joyce Case Harlow. I know Joyce Case Harlow. She was an employee of Trout Point Lodge between about 2002 and 2004. I would describe her as disgruntled.

9. In comments on this post, there are comments from "Novelle Ecosse." "Novelle Ecosse started to put comments on the Slabbed blog in August, 2011 if not earlier. I have read comments from Novelle Ecosse in which she states that she lives in Nova Scotia.

10. Attached hereto as Exhibit 3 is a true copy of an article that appeared in Nova Scotia's *Frank* magazine. I purchased the magazine and read the article when it was still on newsstands and at Nova Scotia supermarkets in late August, 2011. The edition was on newsstands until September 13, 2011 and was also published on the Internet, where it remains available. This article includes statements made by Mr. Handshoe to reporter Andrew Speller.

11. Attached hereto as Exhibit 4 is a true copy of an email I received from Oliver Moore. I know Oliver Moore. He is the Atlantic Bureau Chief for the *Globe & Mail* newspaper. He is based in Halifax, Nova Scotia.

12. Attached hereto as Exhibit 5 is a true copy of an email I received from Bill Power. I have spoken to Mr. Power several time by telephone. He was a business reporter for the Halifax, Nova Scotia *Chronicle-Herald* newspaper.

Sworn to and subscribed before me, a Commissioner of Oaths of the Supreme Court of Nova Scotia, this 14th day of June, 2012.

Charles L. Leary

NANCY TYNDALL-BUI
Commissioner of The
Court of Nova Scot:

This is Google's cache of http://www.slabbed.org/2011/08/03/ive-just-been-informed/. It is a snapshot of the page as it appeared on 11 Jun 2012 09:38:49 GMT. The current page could have changed in the meantime.
Learn more

Text-only version

# Slabbed

Alternative New Media for the Gulf South

20 12    No. _____
This is Exhibit " 1 " referred to
in the affidavit of Charles Leary
(sworn/affirmed) before me
on June 19,    20 12

_____
Signature

## I've just been informed.....

with 19 comments

That the newest chapter of the Slabbed Nation has been formed in Nova Scotia and those good folks are wanting to see a conclusion of some kind to our earlier posts on Trout Point Lodge and its connections to the Jefferson Parish Political Corruption Scandal. How can I deny our newest fans such a request? Simple I can't.

Along those lines I was watching Dennis Woltering's Sunday morning show on WWL TeeVee and man o man did the segment on Coastal Shoring have some old friends of Slabbed in it from State Senator Julie Quinn, who was looking particularly hot in her mini skirt, to Danny Abel who evidently represents Coastal Shoring. That case may be worth following on PACER given the circumstances.

Stay tuned.

sop

**Share this:**    Share    Facebook    Digg    Reddit    0

Written by sop81_1

August 3, 2011 at 4:33 pm

Posted in Sop

Tagged with Aaron Broussard, Atlantic Canada Opportunities Agency, Charles Leary, Danny Abel, Jefferson Parish Political Corruption Scandal, La Ferme D'Acadie &. Charles Leary v. The Atlantic Canada Opportunities, Trout Point Lodge, Vaughn Perret

« Wednesday Music: An oldie but a goodie.....
Thursday Music: Strap yerselves in..... »

## 19 Responses

Subscribe to comments with RSS.

This is Google's cache of http://www.slabbed.org/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-trout-point-lodge-charles-leary-and-aaron-broussard/. It is a snapshot of the page as it appeared on 12 Jun 2012 14:14:31 GMT. The current page could have changed in the meantime. Learn more

Text-only version

# Slabbed

2

20___  No. ___
This is Exhibit " 2 " referred to
in the affidavit of Charles Leary
(sworn/affirmed) before me
on 19 March 20 12
[signature]
Signature

Alternative New Media for the Gulf South

## Let's talk a bit more about the Billy's Hill Trail Society, Trout Point Lodge, Charles Leary and Aaron Broussard.

with 17 comments

Let's hop into the wayback machine folks to explore one of the things that got me interested in the connection between soon to be indicted Aaron Broussard of Jefferson parish Political corruption Scandal infamy and his fiscal agents in Nova Scotia at Trout Point Lodge, namely the Billy's Hill Trail Society. You see while Charles Leary was threatening the Times Picayune with a defamation suit as is his habit we uncovered Aaron Broussard's name openly listed on the internet as a member of the non-profit society along with Trout Point Lodge, Charles Leary and Vaughn Perret. This makes sense as Broussard owned two adjacent cabins to Trout Point that were serviced by the Lodge so drawing visitors to the area via the trails made sense.

I say this because as soon as I posted the link to Slabbed it was broken by Leary who controls the Acadian Farms website. I think it is rich that the website for their failed goat farm has become a great source to expose a few lies that have come from Nova Scotia. You see you can run and break links but you can't hide folks as Wayback Machine has the way Leary's Billy's Hill page looked like when Aaron Broussard was a bit more fashionable.

Of course this does not answer the question what is the function of the Billy's Hill Trail Society. Luckily for us a reader sent me a link from the Town of Yarmouth, specifically the South West Shore Development Authority, an economic development agency with its share of troubles. Before we get to that I'd like to direct everyone to page 9 of the following PDF which contains the following blurb:

> Billy's Hill Hiking Trail (Julie) Municipal working with Trout Point Lodge and Nova Scotia Department of Environment and Lobour to develop a +/-8km hiking trail/loop into the Tobeatic Wilderness Area. Have received a letter of support from the Department, presently working on writing the "Trail Development Proposal".

Now it is easy to see why Trout Point Lodge, its owners along with owners of the adjacent Lodges serviced by Trout Point would have an interest in cutting wilderness trails around their property since it would possibly draw more visitors but what I don't get is why Aaron Broussard was good enough to be Leary and Perret's business buddy before he got in trouble but after he is simply some guy down the road.

And speaking of the South West Shore Development Authority I had to laugh hard because it appears the good people in Nova Scotia have been suckered on a movie studio scam just like the good people in

Jefferson Parish. IN fact I have this from yesterday's ChronicleHerald out of Halifax:

> The province will conduct a forensic audit into the South West Shore Development Authority, specifically to learn what happened to money that was given to the regional development agency and why so many creditors have been left in the lurch.
>
> The special audit will begin within the next month, according to a news release issued Tuesday by the Economic and Rural Development Department.
>
> "People and small businesses in (southwestern Nova Scotia) deserve answers," said Percy Paris, the department's minister, in the release.
>
> "This forensic audit will get to the bottom of what went on at SWSDA."
>
> The South West Shore Development Authority went under last year, leaving dozens of unsecured creditors owed a total of $2,324,805.80.

Now I am curious as to what role, if any, the Billy's Hill trail project had in this mess. It is never the crime folks, rather it is the coverup that lands people in trouble.

sop

**Share this:**  Share   Facebook   Digg   Reddit   0

Written by sop81_1

September 22, 2011 at 8:14 am

Posted in Sop

Tagged with Aaron Broussard, Billy's Hill Trail Society, Charles Leary, Jefferson Parish Political Corruption Scandal, South West Shore Development Authority, Trout Point Lodge, Vaughn Perret

« Folks I get the feeling today is gonna be ugly on the markets
The Hayride goes postal on John Alario. A corruption makes for strange bedfellows update. :-) »

# 17 Responses

Subscribe to comments with RSS.

1. Slabbed... as the person most responsible for the uncovering of the corruption at SWSDA (filed complaints with provincial govt and ombudsmans office [prompting two separate investigations] have written in four years dozens of news stories about SWSDA and CEO scammer Frank Anderson (who destroyed a perfectly good on-land aquaculture project to build the foolish white elephant movie studio), let me opine for your readers here.

    Not likely that Billy Hills crew had any involvement in the Shelburne mess. As for the trails project, can't say where that went. One of the shakedown scams Anderson had going (with the assistance of ACOA and his conservative (PC) party cronies in govt) was to be the "gatekeeper" of any funding proposals to ACOA, dept econ devel, etc etc. There was a time when you couldn't shit in SW Nova

Scotia without permission from Frank In that environment, there was strong liklihood that ANY ACOA pitch went through SWSDA and Anderson.

Using a tried and true tactic of those caught with their jammies down, Anderson – then one of his lawyers – threatened defamation suits to loosen my grip on their asses. Didn't seem to work then – and not likely to work now in case any wise guys get that crazy idea. He sued the new econ devel minister when the guy got Anderson fired from his grift palace.

On another note, Anderson's pal (and neighbor) and leader of the "Yarmouth mafia" Richard Hurlburt, had a court date today on charges of fraud, forgery and other indelicacies. There are those who say that, after the audit, they might share cells.

You might enjoy: http://www.shelburnecountytoday.com/content/cartoons

or http://www.shelburnecountytoday.com/content/swsda-gift-keeps-giving-taking

Timothy Gillespie
publisher
http://www.ShelburneCountyTODAY.com


**timothyjgillespie**

September 22, 2011 at 8:52 am

Reply

2. Thanks for clarifying Timothy. Let it not be said the Slabbed blog has a hate agenda going on here. You know the first five words in that sentence are not going to make the cut and paste when this becomes a quote elsewhere, C'est la vie.

    Defamation lawsuits are cheap to file and expensive to defend here in Canada. I think in time your legal battles will become a footnote for why SLAPP legislation went through. There is work being done in this area.

    Recently a reader provided a link to your court case, it implying you suck at being your own lawyer. Any thoughts to share on this? How are you faring?


**Novelle Ecosse**

September 22, 2011 at 10:13 am

Reply

3. Hey Timothy somehow it does not surprise me you are the goto guy on this story. I have found no evidence the Billy's Hill project ever got off the ground but if the money for the Development Authority was being shiphoned off into other larger boondoggles that may be the reason.

I tell you good people from Nova Scotia the similarities with the doings down here are almost scary.

http://seattletimes.nwsource.com/html/localnews/2009928441_aplasaintstaxcredits.html

sop



sop81_1

September 22, 2011 at 11:32 am

Reply

4. Novelle... thanks for asking about the suit.

the suit is case of defamation broughtle by a bonnie and clyde team who were fleecing rubes for $10-20k of swampland. after joyce case did some great research – and sent letters to all victims, i wrote and wrote and wrote about it.

found out that bonnie and clyde were also then in sup ct on a crazy claim by clyde that he was screwed out of $6mill by lawyers. judge ruled that his claims and crazy defense was the most lying and character asassination he'd ever seen in court bonnie had to come upwith $$ to pay judgement there. part of thecase were alleged perjured affidavits filed by bonnie

found out that, while fleecing folks, clyde was under court order probation from a civil and criminal fraud conviction to commit no other frauds

clyde was removed from the case (they said he didnt exist) then proceeded to file defamation suit against my wife, couse she was named on my phone bill. $8k later, he disappeared.

in a hearing brought by the EBay scammers mouthpiece for summary judgement,my defence was tossed out for being so "personal" and "attacking their lawyer" and claiming SLAPP and other very unlawyerly things" as to have the judge permantly seal it. In the 30 days he gave to amend, the Canad suprem ct ruled that "public good" was now a defense in canada. Since then

– i deposed carmen blinn and blogged in reference and withinn days was served a contempt compaint. in court of appeals,i prevailed with unanimous decision (judge said that, even if i didn't do what i was charged with, please agree not to do it again

blinns scumbag lawyer(whose firm handled all the real esate stuff,but would not know a defamation suit if it crawled up his ass, warned me very early on not no destiroy ANY emails, etc. then he tried to get access to my hard drive. i fought it,proved he had violated his privledge and, rather than being cross x'd by me,had to withdraw. turns out the judge in that little town had justwritten canada's new electronic discovry rules. i agreed to let them see my drive if done by a pro and they passed on paying $30k to see what sneaky shit i was up to. judge told replacement lawyer to tell mr hotshot to stop bring crap cases to court which his underlings and the judges had to sort out.

after a court order from a complaint by me of non-production of discovery that they provide alll emails to me, was informed that bonnie's harddrive had mysteriously crashed, losing everything.

after clamoring to the courts that the case needed to be done speedily to lessen damage to bonnie &

clyde i was deposed for 1/2 day of 2-day session (at which their lawyershowed up 2 hrs late) 18 months ago and told thatI would have the transcripts asap. havn't heard from them since, but will make a motion for trail date soon. Even repping myself, (with consult with some real pros) it has cost $12k and I want my $$back.

I may be a shit-ass poor lawyer, but have have won EVERY court appearance I made. I have calif state courtdecisions with my name on them and don't take crap from anyone. I have been threatend with defamation suits by almost every grifter, scumbag, scammer, idiot politican etc I have written unflatteringly about, most recently two suit-prone businessmen in nova scotia. if any crazy cocksuckers in canada or elswhere think it is a good idea to push me too far, i'd suggest a re-think.

If this whole thing means I suck at anything, it is probably the ability to eat the crap dished out by hucksters, hustlers and con artists. any takers?

**Timothy Gillespie**

September 23, 2011 at 5:09 am

Reply

5. I have often wondered what happened to Bonnie and Clyde , Timothy ? ......would not be surprized if they showed up here on Baffin, trying to sell tundra plots on Ebay, (and just in case " CAUTION NOTE -to unsuspecting buyers, you cannot buy land on Baffin, you can only lease after you name gets drawn from a hat ! )

I wouldn't mind however, would love to take that so called lawyer of theirs on again who didn't know what "next door " meant ...lol...lol ( the ref: they/he said the white sand beach was next door ...it was actually 10 miles away : ) Lying, just does not cut it !!

And what dim wit said you sucked as a lawyer Timothy ?? Obviously they didn't see you in action !!

**Joyce Case Harlow**

September 23, 2011 at 7:08 am

Reply

6. Timothy your experience deserves its own post as it highlights the abuses of the Canadian justice system that resulted in SPEECH becoming law here in the US.

I'll add to the extent one of the first US bloggers, Thomas Paine, literally self inserted his neck in a noose for writing critical things about King George, such abuses are repugnant to the our cultural sensibilities here in the US and repugnant really isn't strong enough a word here.

Our forefathers literally put their lives on the line to leave us the legacy of the First Amendment to the Constitution. To the extent miscreants from the US would shop their cases to Canada to circumvent that is beyond the pale.

sop



**sop81_1**

September 23, 2011 at 8:17 am

Reply

7. Wait a moment...Why are you invoking the protections of such an outdated document as the U.S. Constitution? I thought we have progressed beyond that. These poor homosexual gentlemen have been afflicted and should be treated as the protected class that they are. Isn't that the socially just solution to their horrible plight in life? I am perplexed by the stance here.

Completely TIC.

**vonzippa**

September 23, 2011 at 8:36 am

Reply

8. Timothy, I recall hearing about an E-bay land swindle but was this ever done up as an investigative piece, by anyone? Marketplace for example?

You mentioned the Supreme Court recently allowed "public good" to be used as a defense. Yet look at our media, and look at the media outlets Slabbed is taking on here. First hint of a lawsuit and they ditch the story, either retraction or apology. Yet these are public good stories dealing with tax payer monies.

The same poster who intimated you sucked as a lawyer also posted a link to a retraction you filed about TPL. The implication being you were forced to run that.

That makes no sense. You had already killed the story, 404, poof, gone, off the net. So why would someone trying to protect their reputation then provide you with a line by line account of where you got the facts wrong? Isn't it better to leave the story dead than rehash the news you want buried?

Are you also aware your name is being smeared on the net? I am not going to reference tag words or sites because activities like these need legal action, not endorsement. This also troubles me.

Your courage is admirable, both of you, and I hope the laws settle these matters in your favour.

**Novelle Ecosse**

September 23, 2011 at 8:51 am

Reply

9. Vonzippa you're never gonna be able to pigeon hole me bud. I live life in 3 dimensions. Unfortunately too many people are stuck in 1.

sop



**sop81_1**

September 23, 2011 at 9:13 am

Reply

10. The marketplace ended up being the net in this case, from the time they were exposed we were receiving numerous emails and phone calls from prospective buyers who decided to Google Carmen Blinns name . Needless to say, no sale ..
We took our airtight Ebay fraud case to the RCMP,…… they were busy chasing 4 wheelers, so screw them , we fought it ourselves ( Timothy in the forefront )…….To smear or not to smear …..who cares,…. he knows who he is ….I know who I am ……and we know who they are…. those who only think they are protecting their reputations : ) ……and really people… its not hard to check people out these days on the net …easy to get references…..as long as you use your real name ….and why do so many people not use their real names when blogging is beyond me ? . When I have something to say I'll be saying it to your face.
People can make all the accusations they want but when you know you can walk into a court room with numerous reliable character witnesses, who gives a hoot !!

**Joyce Case Harlow**

September 23, 2011 at 9:13 am

Reply

11. Vonzippa, here is how effective Slapp suits work. This week our NS media ran a story about some protest against a white woman getting hired to work at a black organization, she taking a leadership executive roll that paid $60,000. The furor supposedly was a race issue.

That in turn caused someone to slip an envelope full of clippings on this woman's record of employment.

The organization in turn announces they are searching for a new candidate but privacy laws prevent them from commenting on this matter.

Where she ends up next is anybody's guess but the bottom line is we don't know the full story and likely never will. God help the employers she next applies at because they are setting themselves up for a lawsuit if they refuse to hire her based on innuendo. And that is why we need SLAPP protections, so the truth gets out and people can make their own assessments based on the truth.

**Novelle Ecosse**

September 23, 2011 at 9:14 am

Reply

12. Novelle... you write... You had already killed the story, 404, poof, gone, off the net. So why would someone trying to protect their reputation then provide you with a line by line account of where you got the facts wrong? Isn't it better to leave the story dead than rehash the news you want buried?

    I ask the same question. It is my estimation that the strategy used in relation to the retraction matter will prove to be far less productive than some may have postulated. I've got a great memory.

    Pls feel free to alert me to ANY mention of my name or reputation on the web
    timothy.gillespie@ns.sympatico.ca


**Timothy Gillespie**

September 23, 2011 at 1:01 pm

Reply

13. SOP: Not trying to. Just trying to keep it real. It is my job to analyze things in three dimensions. That is why I, and I am sure the majority of those that read and post here regularly, enjoy this site so much – the ability for different viewpoints and ideas to be aired and considered thoughtfully – all in search for the truth. I saw this as an opportunity to present what I saw as a bit of a two-sided card, that's all.

    Novelle: I agree.


**vonzippa**

September 23, 2011 at 1:14 pm

Reply

14. A two sided card? TIC? Acronyms with 115 different translations are a dangerous thing.

    http://www.acronymfinder.com/TIC.html

    If you want to crawl inside their brains and present a case Vonzippa I'm all ears.

    I'd like to take this opportunity to tell everyone that our 3 friends from Canada and me are holding a few secrets and one of those is that Leary and Perret really fucked up big time trying to get revenge for the factual reporting here on Slabbed. The short of it is they gave me grounds to sue in US Federal District Court right here in Mississippi and after I consult with counsel next week, should I

sue, it will not only be Trout Point Lodge, Leary, Perret and Abel as defendants but also John Does 1-100 aka the silent owners of Trout Point Lodge for whom Leary, Perret and Abel serve in their role of strawmen. And unlike bullshit defamation judgments from Canada the girls won't have SPEECH to protect them.

sop



**sop81_1**

September 23, 2011 at 3:45 pm

Reply

15. Strawmen????????????? You have to be joking. If they are not the owners do they have any standing to sue for financial losses. I as well as others would love to know who owns the SOB Lodge especially if they are local .

As far as the meaning of TIC- its why Elton La Gasse makes funny faces at JP Council meetings.



**lockemuptight**

September 23, 2011 at 4:43 pm

Reply

> o Lockem we have news report where people like Peter Butler Jr claimed to own part of the Lodge. I did not publish the girls last amended complaint against me for a reason. I was the only person who received papers but the girls also sued an email address knowing full well not only who they were suing but also the fact this person has cooperated with the FBI in their investigation into Broussard era corruption.
>
> I do not know who gave them advice on their tactics but it is going to come back and bite them in their sorry asses big time.
>
> sop
>
> 
>
> **sop81_1**
>
> September 23, 2011 at 4:56 pm
>
> Reply

16. Sop, I am a law abiding citizen and as such don't have as much as a parking ticket against me to give me the depth of experience one perhaps should have in these matters.

Perhaps you can answer this. If one has both employment and social interactions with court staff including judges does this make them more vulnerable or less vulnerable to acts of retribution?

Cause I am thinking it could easily be assumed that if you are on first name basis with Supreme Court Justices and crown attorneys you are blabbing about things you shouldn't be blabbing about.

Could you just state for the record whether tips are coming from courtroom insiders.

**Novelle Ecosse**

September 24, 2011 at 5:13 am

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

Notify me of follow-up comments by email.

Notify me of new posts by email.

## Archives by date

September 2011
S M T W T F S

<u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>
<u>11</u> <u>12</u> <u>13</u> <u>14</u> <u>15</u> <u>16</u> <u>17</u>
<u>18</u> <u>19</u> <u>20</u> <u>21</u> <u>22</u> <u>23</u> <u>24</u>
<u>25</u> <u>26</u> <u>27</u> <u>28</u> <u>29</u> <u>30</u>

<u>« Aug</u>    <u>Oct »</u>

Search for:         Search

## Reader Feedback / Legal

- <u>Contact</u>

## Support Slabbed



## Slabbed supports the Creative Commons



Slabbed by <u>Slabbed New Media LLC</u> is licensed under a <u>Creative Commons Attribution-ShareAlike 3.0 United States License</u>.
Permissions beyond the scope of this license may be available at <u>www.slabbed.org/contact</u>.

## Subscribe to Slabbed

Email Address

Subscribe

## Recent Posts

- <u>NUNNY!!!!!!!!!!!!!!!!</u>
- <u>35741</u>
- <u>Daily tweet</u>
- <u>In this episode of Magnum J.D.: Has Magnum been replaced on the judicial campaign cash beat?</u>
- <u>And today's commercial message......</u>

## Recent Comments

- imaangry on <u>In this episode of Magnum J.D.: Has Magnum been replaced on the judicial campaign cash beat?</u>
- imaangry on <u>In our continuing episode of Magnum J.D. Baldwin v Costner: In fact Bull Durham, we're all amused.</u>
- imaangry on <u>In our continuing episode of Magnum J.D. Baldwin v Costner: In fact Bull Durham, we're all amused.</u>
- imaangry on <u>All signs indicate a Ray Ray indictment is at hand</u>

- sop81_1 on <u>In this episode of Magnum J.D.: Has Magnum been replaced on the judicial campaign cash beat?</u>
- whitmergate on <u>Times Picayune employees to hit the chop shop this week.</u>
- whitmergate on <u>Citizens for Good Government updates the fight with Councilman Lagasse over pay to play in Jefferson Parish</u>
- whitmergate on <u>Citizens for Good Government updates the fight with Councilman Lagasse over pay to play in Jefferson Parish</u>
- whitmergate on <u>In this episode of Magnum J.D.: Has Magnum been replaced on the judicial campaign cash beat?</u>
- whitmergate on <u>All signs indicate a Ray Ray indictment is at hand</u>
- whitmergate on <u>All signs indicate a Ray Ray indictment is at hand</u>
- <u>Dambala</u> on <u>All signs indicate a Ray Ray indictment is at hand</u>
- whitmergate on <u>Citizens for Good Government updates the fight with Councilman Lagasse over pay to play in Jefferson Parish</u>
- whitmergate on <u>In our continuing episode of Magnum J.D. Baldwin v Costner: In fact Bull Durham, we're all amused.</u>
- whitmergate on <u>In our continuing episode of Magnum J.D. Baldwin v Costner: In fact Bull Durham, we're all amused.</u>



## Meta

- <u>Log in</u>
- <u>Entries RSS</u>
- <u>Comments RSS</u>
- <u>WordPress.org</u>

© 2007–2012 Slabbed New Media LLC

# Fear & Loathing at Trout Point



Vaughn Perret (left) & Charles Leary & their Trout Point Lodge (below).

Litigious American ex-pat Trout Point Lodge proprietors **Charles Leary** and **Vaughn Perret** are at it again, and now they have **Louisiana** blogger **Doug Handshoe** in their sights.

According to a self-penned Statement of Claim filed at **Yarmouth Supreme Court** in late **August**, they allege Doug, the owner and operator of a blog at slabbed.org, has been posting homophobic and threatening messages about the pair on his website, while using a variety of pseudonyms.

If you recall, the pair filed suit against the **New Orleans Times-Picayune** last year, claiming over 500 instances of libel in relation to anonymous comments on the paper's website connected to a series of stories the paper wrote on N.O. politician **Aaron Broussard**'s Nova Scotia ties (Frank 585). The suit was settled out of court, ending in the paper printing a retraction.

In this latest suit, Charles and Vaughn say that the defendant (Doug the blogger) "repeatedly" threatened physical contact and vengeance. In particular, the defendant referred to himself as a 'ballbuster'," says the suit.



Andrew Speller

"The defendant wrote and published the bold-faced phrase, 'It's on,' above an Arnold Schwarzenegger 'Terminator' movie clip, while referring to the plaintiffs. The defendant also made biblical references to **Ezekial 25:17**, with its talk of vengeance, with audio taken from the movie, '**Pulp Fiction**,' and to the violent, vengeful acts depicted in a violent **Bruce Willis** motion picture (**Die Hard**), with the caption, 'Yippie-Ki-Yay, Motherfucker'."

The pair feels that the posted comments were defamatory, and tarnished both of their reputations, as well as the reputation of the Trout Point Lodge.

"Have I been screwing with them? Of course I have," Doug tells me via phone from Louisiana.

"I was prepared for this lawsuit. I was warned that I was going to be sued, and I consider this (lawsuit) a gift," he says, adding that he's re-posted much of the suit's text to his website.

The ballsy blogger says he's been all over the state searching for evidence of nefarious activities on the part of Chuck and Vaughn, and the suit is simply the culmination of his amateur gumshoe work.

"My blog is the search for the truth," Doug bleats.

"This is a constitutional issue, and in this case, the **Constitution** and the **First Amendment** are on my side."

It will be for smarter people than myself to decide whether or not the **U.S. Constitution** extends its tentacles to a matter being argued in Yarmouth Supreme Court. Nonetheless, Charles and Vaughn say the blogger's actions have left them unwilling to extend their tentacles in their home country.



"Combined with the hate speech, homophobic, and anti-gay rhetoric and innuendo of the defendant's publications, Leary and Perret feared imminent contact and harm from obviously mentally unstable individuals from the **Deep South** of the **United States**," says the suit.

They're seeking general, special, as well as exemplary and punitive damages, plus costs.

Calls to the plaintiffs went unanswered at presstime.

speller@frankmagazine.ca

**Frank News Tips Hotline:**

**1-888-335-5505**

September 13, 2011   Frank Magazine   23



4

## FW: Trout Point Lodge

**Moore, Oliver** <OMoore@globeandmail.com>
To: "foodvacation@gmail.com" <foodvacation@gmail.com>
                                                                    Wed, Jan 11, 2012 at 7:01 PM

Hi Charlie. Below you'll find the message he sent me. I did not respond

All the best
--om.

**From:** Doug Handshoe [dkhcpa@gmail.com]
**Sent:** September 8, 2011 4:48 PM
**To:** Moore, Oliver
**Subject:** Trout Point Lodge

20___   No. _____
This is Exhibit "4" referred to
in the affidavit of Charles Leary
(sworn/affirmed) before me
on _19 June_ 20 12

_signature_

Mr Miller:

I am a blogger in South Mississippi that covers issues impacting this area, including the major political corruption scandal that has also ensnared Trout Point Lodge, a place you recently wrote a review on. I read your piece and was wondering in light of the experience that Story Worldwide CEO Kirk Cheyfitz had at the Lodge if Vaughn Perret and Charles Leary ghost wrote the article that appeared under your name or if they paid the Globe and Mail for the publicity?

http://slabbed.wordpress.com/2011/08/31/kirk-cheyfitz-ceo-of-story-worldwide-writes-a-review-of-trout-point-lodge-for-post-advertising/

Before I question the journalistic integrity of your newspaper in a post on this topic I'd really like your thoughts and comments on this matter in hopes that I can correctly report how Trout Point, which shafted the Canadian Government on loans and has mechanic liens attached to the property, can gain so much favorable coverage in Nova Scotia's main newspaper.

I thank you in advance for your prompt reply.

Doug

Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577

228-323-1598

http://slabbed.wordpress.com

---

**foodvacation Canada** <foodvacation@gmail.com>
To: "Moore, Oliver" <OMoore@globeandmail.com>   Wed, Jan 11, 2012 at 8:04 PM

Thank you!

Charlie
[Quoted text hidden]

---

**Moore, Oliver** <OMoore@globeandmail.com>
To: foodvacation Canada <foodvacation@gmail.com>   Wed, Jan 11, 2012 at 9:53 PM

No problem. You'll notice that he struggles a bit with accuracy, getting my name wrong and describing the Globe and an NS paper
Cheers
-om.

---

**From:** foodvacation Canada [foodvacation@gmail.com]
**Sent:** January 11, 2012 3:04 PM
**To:** Moore, Oliver
**Subject:** Re: FW: Trout Point Lodge

[Quoted text hidden]



## FW: Trout Point Lodge

Bill Power <bpower@herald.ca>  
To: foodvacation@gmail.com

Fri, Jan 13, 2012 at 4:01 PM

Charles:
Here is copy of email sent to me after story appeared about Trout Point. I don't remember the context. Sorry. I emailed back that I would look at links, but I don't remember checking them out and could not locate the subsequent email that included links. But it was busy and I confess I paid little attention...cheers...Bill Power

20 _12_   No. _____
This is Exhibit " _5_ " referred to
in the affidavit of _Charles Leary_
(sworn/affirmed) before me
on _19 June_ 20 _12_

_signature_

**From:** Doug Handshoe [mailto:dkhcpa@gmail.com]  
**Sent:** Sat 9/24/2011 8:30 AM  
**To:** Bill Power  
**Subject:** Trout Point Lodge

Hi Bill:

I am Doug Handshoe with Slabbed New Media, one of many media outlets Charles Leary, Vaugn Perret and their silent partners at Trout Point Lodge are currently suing for defamation for writing factual things about them. I saw your single sourced story this morning on Trout Point and just wanted to let you know we'll be profiling your report on Slabbed.

Now I am used to reporters blowing stories, it happens all the time. But since you mentioned the positive reviews on Trout Point on Trip Advisor did you determine how many of those Leary and Perret self authored? My favorite is the one written in the dead of winter that spoke glowingly of the roaring fire etc at a time the Lodge was closed for instance. The whole deal is pretty transparently phoney but since TripAdvisor got wise to their scam Leary and Perret no longer like the company.

In case you actually want to learn what is happening in your own back yard instead of being a PR front for a scam that is the subject of a current investigation by the State of Louisiana and the US Attorney you may want to check out the following links:

http://www.postadvertising.com/2011/08/which-5-star-resort-wants-to-censor-your-comments/

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

http://slabbed.wordpress.com/2011/09/22/lets-talk-a-bit-more-about-the-billys-hill-trail-society-trout-point-lodge-charles-leary-and-aaron-broussard/

As far as being sued by Leary and Perret goes, to the extent Canada is notorious for tourism libel and SLAPP suits, court judgments on such matters from Canada are no longer enforceable in the US so this topic will remain on the pages of Slabbed until the federal and state investigations are resolved and indictments are returned.

Doug Handshoe  
Slabbed New Media LLC  
Post Office Box 788  
Wiggins, MS 39577

228-323-1598

slabbed.wordpress.com

This e-mail message (including attachments, if any) is confidential. Any unauthorized distribution or disclosure to anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender and delete it and any attachments from your computer system and records.

P Please consider the environment before printing this e-mail