IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia**
**Limited Company; VAUGHN PERRET and**
**CHARLES LEARY**                                                                **PLAINTIFFS**

**VERSUS**                               **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                             **DEFENDANT**

**MOTION FOR TIME TO REPLY TO DEFENDANT'S MEMORANDUM IN**
**OPPOSITION OF MOTION FOR SUMMARY JUDGMENT OF PLAINTIFFS**

COMES NOW Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret and Charles Leary, and file this its motion for 7 days additional time in which to file its Reply to Defendant, Doug K. Handshoe's, Memorandum in Opposition of Motion for Summary Judgment of Plaintiffs [Docket Nos. 6, 11] and in support would show that the Reply is presently due Wednesday, July 4, 2012 and that Plaintiffs need an additional 7 days time. Accordingly, Plaintiffs move for 7 days time until July 11, 2012 in which to file its Reply.

Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret and Charles Leary, would further advise that counsel for Defendant, Doug K. Handshoe, does not oppose this motion.

{GP003081.1}

Respectfully submitted, this the 2nd day of July, 2012.

                                      Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, Judgment Creditors

                                      By:    s/ Henry Laird
                                                    Henry Laird, Mississippi Bar No. 1774

**CERTIFICATE OF SERVICE**

  I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 2nd day of July, 2012.

              s/ Henry Laird
              Henry Laird (MSB No. 1774)
              Email: hlaird@joneswalker.com
              Jaklyn Wrigley (MSB No. 103773)
              Email: jwrigley@joneswalker.com
              Jones, Walker, Waechter, Poitevent,
              Carrère & Denègre, LLP
              2510 14th Street, Suite 1125 (39501)
              Post Office Drawer 160
              Gulfport, MS 39502
              Telephone: (228) 864-3094
              Facsimile: (228) 864-0516