IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY**                                                                 **PLAINTIFFS**

**VERSUS**                              **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                                                       **DEFENDANT**

---

### MOTION TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, DOUG K. HANDSHOE

---

COMES NOW Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret and Charles Leary, and file this its motion for 14 days additional time in which to file its Response to Defendant, Doug K. Handshoe's, Motion for Summary Judgment [Docket No. 8] and in support would show that the Response is presently due Wednesday, July 11, 2012 and that Plaintiffs need an additional 14 days time within which to prepare the response and to obtain affidavits and counter-affidavits from Nova Scotia supporting its response.  Accordingly, Plaintiffs move for 14 days time until July 25, 2012 in which to file its Response.

Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret and Charles Leary, would further advise that they have conferred with counsel for Defendant, Doug K. Handshoe, and he opposes the requested additional time.

{GP003082.1}

Respectfully submitted, this the 2nd day of July, 2012.

                                        Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, Judgment Creditors

                                        By:    s/ Henry Laird
                                                  Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

  I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 2nd day of July, 2012.

           s/ Henry Laird
           Henry Laird (MSB No. 1774)
           Email: hlaird@joneswalker.com
           Jaklyn Wrigley (MSB No. 103773)
           Email: jwrigley@joneswalker.com
           Jones, Walker, Waechter, Poitevent,
           Carrère & Denègre, LLP
           2510 14th Street, Suite 1125 (39501)
           Post Office Drawer 160
           Gulfport, MS 39502
           Telephone: (228) 864-3094
           Facsimile: (228) 864-0516