IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia**
**Limited Company; VAUGHN PERRET and**
**CHARLES LEARY**                                                       **PLAINTIFFS**

**VERSUS**                          **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                                     **DEFENDANT**

**AMENDED MOTION TIME TO RESPOND TO MOTION FOR**
**SUMMARY JUDGMENT OF DEFENDANT, DOUG K. HANDSHOE**

COMES NOW Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret; and Charles Leary and file this their amended motion for 14 days additional time in which to file its Response to Defendant, Doug K. Handshoe's, Motion for Summary Judgment [Docket No. 8] and in support would show that the Response is presently due Wednesday, July 11, 2012 and that Plaintiffs need an additional 14 days time within which to prepare the response and to obtain affidavits and counter-affidavits from Nova Scotia supporting its response. Accordingly, Plaintiffs move for 14 days time until July 25, 2012 in which to file its Response.

Counsel for Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret; and Charles Leary, would further show that he has conferred with counsel for Defendant, Doug K. Handshoe, and Defendant does not oppose the requested additional time. The original motion was filed in mistaken belief that the Defendant opposed to the additional time requested.

{GP003082.1}

Respectfully submitted, this the 3rd day of July, 2012.

                                      Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, Judgment Creditors

                                      By:    s/ Henry Laird
                                                    Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

  I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

  This the 3rd day of July, 2012.

              s/ Henry Laird
              Henry Laird (MSB No. 1774)
              Email: hlaird@joneswalker.com
              Jaklyn Wrigley (MSB No. 103773)
              Email: jwrigley@joneswalker.com
              Jones, Walker, Waechter, Poitevent,
              Carrère & Denègre, LLP
              2510 14th Street, Suite 1125 (39501)
              Post Office Drawer 160
              Gulfport, MS 39502
              Telephone: (228) 864-3094
              Facsimile: (228) 864-0516