IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

        Plaintiff,        Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,

        Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Douglas Handshoe, who respectfully move this Honorable Court for an extension of time until the 21st day of July, to file Reply Memorandum to Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment. Mover respectfully represents that no previous extensions have been requested; and opposing counsel has been contacted and does not oppose this extension, especially considering his own request for extensions.

Respectfully submitted this 3rd day of July, 2012,

**THE TRUITT LAW FIRM**
A Limited Liability Company

S/*Jack E. "Bobby" Truitt*

_____
JACK E. TRUITT, BAR NO. 18476
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for defendant, Douglas Handshoe

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on July 3, 2012.

S/*Jack E. "Bobby" Truitt*

_____