**EXHIBIT "A"**

# The Times-Picayune

**NEW ORLEANS EDITION · 75¢**

NEWS AT NOLA.COM

SATURDAY, JANUARY 16, 2010

## IT'S ON!

Saints vs. Cardinals — 3:30 p.m. Today

## Newspaper retracts assertion about lodge

The Times-Picayune has published a variety of stories in print and online since Jan. 6 about an ethics complaint against former Jefferson Parish President Aaron Broussard claiming that he owns a Nova Scotia vacation lodge that he rented to parish contractors. The newspaper retracts publication identifying Aaron Broussard as having an ownership interest in Trout Point Lodge; asserting Trout Point Lodge was rented to Jefferson Parish contractors; indicating that Roy D'Aquila has any part in Trout Point Lodge ownership or management; indicating that Kempt Wilderness Lodge Services has any ownership or management relationship with Trout Point Lodge; and identifying a photo of the lodge online as "Broussard-lodge.jpg." The Times-Picayune apologizes for publishing this material.

### Payton's legacy will be defined in '2nd season'

Sean Payton embraced one goal when he took the Saints' head coaching job in 2006. He wanted to transform the club into an annual playoff contender.

"There are 10 or so teams consistently in the mix to win the Super...