site:slabbed.org nova scotia - Google Search          http://www.google.com/search?num=100&hl=en&site=&sourc...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

site:slabbed.org nova scotia                                          Sign in

### Search

About 1,580 results (0.42 seconds)

Web

Images

Maps

Videos

News

Shopping

More

Show search tools

Ad related to site:slabbed.org nova scotia                    Why this ad?
**Scotiabank Official Site - You're Richer Than You Think.**
www.scotiabank.com/
Come Visit a Branch Near You Today!
Mortgages that fit your life          Credit Cards with no annual fees
Earn 1% cashback on debit purchases   Scotiabank Borrowing Solutions

**Is Shelburne Nova Scotia mayor Alan Delaney a racist? IMHO the ...**
www.slabbed.org/.../is-shelburne-nova-scotia-mayor-alan-delaney-a-...
11 Apr 2012 – Simply put, one doesn't hear much about the doings in a small town in
southern **Nova Scotia** anywhere in the States and since the Canadian ...

**PRAKA Nova Scotia « Slabbed**
www.slabbed.org/tag/praka-nova-scotia/
1 Mar 2012 – Southern **Nova Scotia** is a tiny place from a population standpoint so it in
inevitable certain names from the libel tourism cesspool begin to ...

**Nova Scotia « Slabbed**
www.slabbed.org/tag/nova-scotia/
15 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to **Nova Scotia** ...

**Town of Shelburne Nova Scotia « Slabbed**
www.slabbed.org/tag/town-of-shelburne-nova-scotia/
11 Apr 2012 – Simply put, one doesn't hear much about the doings in a small town in
southern **Nova Scotia** anywhere in the States and since the Canadian ...

**BREAKING: Nova Scotia Justice Suzanne Hood awards Trout Point ...**
www.slabbed.org/.../breaking-nova-scotia-justice-suzanne-hood-awar...
1 Feb 2012 – BREAKING: **Nova Scotia** Justice Suzanne Hood awards Trout Point
Lodge damages against Slabbed and authorizes injunctive relief.

**Nova Scotia Supreme Court « Slabbed**
www.slabbed.org/tag/nova-scotia-supreme-court/
20 Feb 2012 – Posts Tagged '**Nova Scotia Supreme Court**'. The Libel Tourists had it out
for more people than just ol' Sop..... with 8 comments. From the case ...

**East Kempt Nova Scotia « Slabbed**
www.slabbed.org/tag/east-kempt-nova-scotia/
23 Jan 2012 – Tagged with East Kempt **Nova Scotia**, Unindicted Co-conspirators, USA v
... at the Trout Point Development near East Kempt **Nova Scotia.**

**Province of Nova Scotia « Slabbed**
www.slabbed.org/tag/province-of-nova-scotia/
16 Feb 2012 – Posts Tagged 'Province of **Nova Scotia**'. Life would be no ... There must
be no shield law for journalists in that libel tourism haven **Nova Scotia.**



EXHIBIT
"B"

12-07-09 12:10 PM

810                                                    XA∃ 91:00 0102/10/21

**Nova Scotia Supreme Court Judge Leon "Pierre" Muise « Slabbed**
www.slabbed.org/.../nova-scotia-supreme-court-judge-leon-pierre-m...
27 Jan 2012 – Sadly this is not the case in **Nova Scotia**. As proof allow me to offer this
uncontested motion filed by Charles Leary on behalf of all the owners at ...

**BREAKING: Aaron Broussard Laundered his money through Nova ...**
www.slabbed.org/.../breaking-aaron-broussard-laundered-his-money...
17 Jan 2012 – Folks all I can say is Leary and his wife Vaughn Perret, owners of the
Trout Point Lodge in **Nova Scotia** and fiscal agents for Broussard's real ...

**The Nova Scotia SouthCoast Today picks up the latest - Slabbed**
www.slabbed.org/.../the-nova-scotia-southcoast-today-picks-up-the-l...
17 Jan 2012 – I say that because SlipperySlabbed has an official **Nova Scotia** court
transcript ... Their Canadian sabre rattling is useless and the **Nova Scotia** ...

**South Coast Today Nova Scotia on the Broussard Arraignment ...**
www.slabbed.org/.../south-coast-today-nova-scotia-on-the-broussard ...
1 Mar 2012 – Southern **Nova Scotia** is a tiny place from a population standpoint so it In
inevitable certain names from the libel tourism cesspool begin to ...

**BREAKING: Trout Point Lodge asks Nova Scotia Judge Suzanne ...**
www.slabbed.org/.../breaking-trout-point-lodge-asks-nova-scotia-jud...
30 Jan 2012 – When the pair complained to the Justice that Slabbed had access to
public court documents from **Nova Scotia**, Hood reminded them that the ...

**Old line media reaction in Nova Scotia to yesterday's developments ...**
www.slabbed.org/.../old-line-media-reaction-in-nova-scotia-to-yester...
2 Feb 2012 – And naturally it was the New Media that told the story correctly as the
SouthCoast Today they have a must read story on **Nova Scotia's** record ...

**The media in Nova Scotia pick up on the Broussard indictment and ...**
www.slabbed.org/.../the-media-in-nova-scotia-pick-up-on-the-brouss...
15 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to **Nova Scotia** ...

**Lets disclose another branch of the Louisiana to Nova Scotia ...**
www.slabbed.org/.../lets-disclose-another-branch-of-the-louisiana-to-...
29 Jan 2012 – Lets disclose another branch of the Louisiana to **Nova Scotia** political ...
It is true that here in Southwest **Nova Scotia**, all of the the feverish ...

**Slabbed explores former Jefferson Parish President Aaron Broussard's**
www.slabbed.org/.../slabbed-explores-former-jefferson-parish-presid...
22 Jan 2012 – Those deals happened to mention Broussard's business interests in **Nova
Scotia** and Slabbed has explored those in great detail. Readers of ...

[PDF] **Trout Point Lodge of Nova Scotia, Relais & Chateaux**
www.slabbed.org/../Google-Cache-TPL-Blog-post-2-years-of-defam...
File Format: PDF/Adobe Acrobat - Quick View
24 Feb 2012 – Remote **Nova Scotia** nature retreat earns top kudos from UK travel press
... that Broussard owned a "lodge" in **Nova Scotia** that he had rented to ...

**Aaron Broussard never had any management involvement with ...**
www.slabbed.org/.../aaron-broussard-never-has-any-management-...
25 Jan 2012 – I'd like to kick start the conversation by saying that thanks to those
nut-job-fruitloops in **Nova Scotia** I intend to expose each and every one of ...

**Slabbed explores former Jefferson Parish President Aaron Broussard's**
www.slabbed.org/.../slabbed-explores-former-jefferson-parish-presid...
24 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

#### 22 « January « 2012 « Slabbed
www.slabbed.org/2012/01/22/
22 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in Nova Scotia Part 1: In the deep south 'reality' is ...

#### Trout Point Lodge Limited Perret Leary v Louisiana Media Company ...
www.slabbed.org/.../trout-point-lodge-limited-perret-leary-v-louisian...
1 Mar 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

#### And so it was 10 plus years ago at Trout Point Lodge.... « Slabbed
www.slabbed.org/.../and-so-it-was-10-plus-years-ago-at-trout-point-l...
30 Jan 2012 – Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

#### 25 « January « 2012 « Slabbed
www.slabbed.org/2012/01/25/
25 Jan 2012 – It takes moolah to bring home the docs and if you want to see more of the
doings in Nova Scotia then I need you help. You can find me by ...

#### Trout Point Lodge « Slabbed
www.slabbed.org/tag/trout-point-lodge/
21 Jun 2012 – Documents filed with the courts and Nova Scotia and Louisiana ... The
beleaguered former politician visited Nova Scotia frequently, joining ...

#### January « 2012 « Slabbed
www.slabbed.org/2012/01/page/2/
30 Jan 2012 – Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

#### Justice Leon Pierre Muise « Slabbed
www.slabbed.org/tag/justice-leon-pierre-muise/
1 Mar 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

#### [PDF] Trout Point figure fingered for expensive vacations on public's dime
www.slabbed.org/.../Google-Cache-www.southcoasttoday.ca-Trout-P...
File Format: PDF/Adobe Acrobat - Quick View
26 Mar 2012 – New Orleans and a series of court cases in distant Nova Scotia, appears
to heading fo additional legal troubles after a former senior official in ...

#### Trout Point Lodge v Louisiana Media Company LLC « Slabbed
www.slabbed.org/.../trout-point-lodge-v-louisiana-media-company-ll...
6 Feb 2012 – BREAKING: Trout Point Lodge asks Nova Scotia Judge Suzanne Hood
for $1000000 in damages against Slabbed plus a cyber execution for ...

#### Justice Suzanne Hood « Slabbed
www.slabbed.org/tag/justice-suzanne-hood/
1 Mar 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

#### Trout Point Lodge v Slabbed New Media « Slabbed
www.slabbed.org/tag/trout-point-lodge-v-slabbed-new media/
6 Feb 2012 – Folks I get the feeling the 99% in Nova Scotia tire of their courts becoming
refuges for criminals trying to silence journalism in the public interest.

#### BREAKING: "Cry havoc! And let slip the dogs of war." Trout Point ...
www.slabbed.org/.../breaking-cry-havoc-and-let-slip-the-dogs-of-wa...
25 Jan 2012 – IMHO the entire court exercise in Nova Scotia has been to help Aaron
Broussard identify those that were speaking out on his corrupt activities ...

### Libel Tourism Havens « Slabbed
www.slabbed.org/tag/libel tourism-havens/
26 Mar 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

### Trident Nova Scotia « Slabbed
www.slabbed.org/tag/trident-nova-scotia/
10 Nov 2011 – Posts Tagged 'Trident Nova Scotia'. Since everyone is teasing these
days.... with one comment. I'll join the crowd and disclose my gabby ...

### The South Coast Today reports on the Fox 8 settlement with the ...
www.slabbed.org/.../the-south-coast-today-reports-on-the-fox-8-settl. .
24 Feb 2012 – Broussard loved Nova Scotia, vacationed and brought friends there. ... to
day one of Broussard's Nova Scotia adventure in the late 1990's and ...

### 02 « April « 2012 « Slabbed
www.slabbed.org/2012/04/02/
2 Apr 2012 – Documents filed with the courts and Nova Scotia and Louisiana ... The
beleaguered former politician visited Nova Scotia frequently, joining ...

### 27 « February « 2012 « Slabbed
www.slabbed.org/2012/02/27/
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their Nova Scotia court "victory", ...

### 02 « February « 2012 « Slabbed
www.slabbed.org/2012/02/02/
2 Feb 2012 – Folks I get the feeling the 99% in Nova Scotia tire of their courts becoming
refuges for criminals trying to silence journalism in the public interest.

### Kempt Wilderness Lodge Services « Slabbed
www.slabbed.org/tag/kempt wilderness-lodge-services/
5 Apr 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

### 30 « January « 2012 « Slabbed
www.slabbed.org/2012/01/30/
30 Jan 2012 – BREAKING: Trout Point Lodge asks Nova Scotia Judge Suzanne Hood
for $1000000 in damages against Slabbed plus a cyber execution for ...

### Gone but not forgotten: Trout Point figure fingered for expensive ...
www.slabbed.org/.../gone-but-not-forgotten-trout-point-figure-finger...
2 Apr 2012 – Documents filed with the courts and Nova Scotia and Louisiana ... The
beleaguered former politician visited Nova Scotia frequently, joining ...

### 15 « January « 2012 « Slabbed
www.slabbed.org/2012/01/15/
15 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to Nova Scotia ...

### "The Almighty says this must be a fashionable fight. It's drawn the ...
www.slabbed.org/.../the-almighty-says-this-must-be-a-fashionable-fig...
26 Mar 2012 – Bobby is highly respected by his peers and I think he is just the guy for
the job of not only getting that specious Nova Scotia court judgment ...

### Vaughn Perret « Slabbed
www.slabbed.org/tag/vaughn-perret/page/3/
30 Jan 2012 – Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

Charles Leary « Slabbed
www.slabbed.org/tag/charles-leary/
22 May 2012 – Documents filed with the courts and Nova Scotia and Louisiana ... The
beleaguered former politician visited Nova Scotia frequently, joining ...

A sneak peek at some behind the scenes at Slabbed « Slabbed
www.slabbed.org/.../a-sneak-peek-at-some-behind-the-scenes-at-slab...
24 Jan 2012 – How weird would it be, if you were a goatherd or cheese maker in rural
Nova Scotia, to learn that your workplace had been funded with money ...

SLAPP « Slabbed
www.slabbed.org/tag/slapp/page/2/
22 Jan 2012 – Slabbed again in the news in Nova Scotia. ... Meantime the lame stream
media in Nova Scotia continues to remain clueless at the doings in ...

Charles Leary « Slabbed
www.slabbed.org/tag/charles-leary/page/3/
30 Jan 2012 – Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

Peter Butler Jr. « Slabbed
www.slabbed.org/tag/peter-butler-jr/
29 Feb 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to Nova Scotia ...

La Ferme D'Acadie « Slabbed
www.slabbed.org/tag/la-ferme-dacadie/
24 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in Nova Scotia Part 2: You own 100% of 2% of ...

Vaughn Perret « Slabbed
www.slabbed.org/tag/vaughn-perret/
18 Apr 2012 – Documents filed with the courts and Nova Scotia and Louisiana ... The
beleaguered former politician visited Nova Scotia frequently, joining ...

Trout Point Lodge « Slabbed
www.slabbed.org/tag/trout-point-lodge/page/3/
30 Jan 2012 – Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

Racism « Slabbed
www.slabbed.org/tag/racism/
11 Apr 2012 – Simply put, one doesn't hear much about the doings in a small town in
southern Nova Scotia anywhere in the States and since the Canadian ...

Ralph Fontcuberta Jr. « Slabbed
www.slabbed.org/tag/ralph-fontcuberta-jr/
23 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to Nova Scotia ...

February « 2012 « Slabbed
www.slabbed.org/2012/02/page/2/
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their Nova Scotia court "victory", ...

River Bend Lodge « Slabbed
www.slabbed.org/tag/river-bend-lodge/
13 Jan 2012 – Nova Scotia resident on the Nova Scotia main stream media and the
ChronicleHerald in particular. "Since this post initially went up, I have ...

Trout Point « Slabbed
www.slabbed.org/tag/trout-point/
19 Jan 2012 – Two **Nova Scotia** firms are being named in news stories about the new
fraud allegations which surfaced Tuesday regarding former Jefferson ...

SLAPP « Slabbed
www.slabbed.org/tag/slapp/
26 Mar 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout ...
Southern **Nova Scotia** is a tiny place from a population standpoint so it ...

Trout Point Development « Slabbed
www.slabbed.org/tag/trout-point-development/
17 May 2012 – Documents filed with the courts and **Nova Scotia** and Louisiana ... The
beleaguered former politician visited **Nova Scotia** frequently, joining ...

Lets talk a bit more about the Fox 8 settlement with the Goatherders ...
www.slabbed.org/.../lets-talk-a-bit-more-about-the-fox-8-settlement ...
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their **Nova Scotia** court "victory", ...

Eat me « Slabbed
www.slabbed.org/tag/eat-me/
25 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

Trout Point Lodge v Slabbed New Media « Slabbed
www.slabbed.org/tag/trout-point-lodge-v-slabbed-new-media/.../2/
25 Jan 2012 – IMHO the entire court exercise in **Nova Scotia** has been to help Aaron
Broussard identify those that were speaking out on his corrupt activities ...

USA v Parker « Slabbed
www.slabbed.org/tag/usa-v-parker/page/2/
24 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

From a big picture standpoint the girls are simply continuing - Slabbed
www.slabbed.org/.../from-a-big-picture-standpoint-the-girls-are-simp...
2 Feb 2012 – Old line media reaction in **Nova Scotia** to yesterday's developments was
fast and mostly incorrect as the girls go on the PR offensive. » ...

[PDF] IN THE CIRCUIT COURT OF HANCOCK COUNTY
www.slabbed.org/wp.../03/TPL-v-DKH-Circuit-Court-removal.pdf
File Format: PDF/Adobe Acrobat - Quick View
23 Mar 2012 – Lodge, Limited A **Nova Scotia** Limited Com an ' Vau hn Perret and
Charles Lea v. Dou K. Handshoe,. Civil Action N0. 12-0103. A copy of the ...

Libel Tourism « Slabbed
www.slabbed.org/tag/libel-tourism/
17 May 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia**
folks to ... South Coast Today **Nova Scotia** on the Broussard Arraignment: ...

1st Amendment Rights « Slabbed
www.slabbed.org/tag/1st-amendment-rights/
24 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

Canadian Goose and Gander: A Guest Editorial by Timothy Gillespie ...
www.slabbed.org/.../canadian-goose-and-gander-a-guest-editorial-by...
31 Jan 2012 – While in a **Nova Scotia** courtroom yesterday, testifying under oath about
their outrage at the alleged smears, innuendo and defamatory ...

Poor Roy D'Aquila got butterflies on his tummy tum tum when he ...
www.slabbed.org/.../poor-roy-daquila-got-butterflies-on-his-tummy-...
26 Jan 2012 – Properties owned in "hole or in part by Aaron Broussard and/or **Nova
Scotia** Enterprises have regularly been available for rental year-round ...

Karen Parker « Slabbed
www.slabbed.org/tag/karen-parker/
9 Mar 2012 – Folks all I can say is Leary and his wife Vaughn Perret, owners of the Trout
Point Lodge in **Nova Scotia** and fiscal agents for Broussard's real ...

"The face of the enemy frightens me only when I see how much it ...
www.slabbed.org/.../the-face-of-the-enemy-frightens-me-only-when-...
4 Apr 2012 – ... they have done likewise to the source for his original story, an unnamed
official with the Town of Shelburne **Nova Scotia** as I again quote from ...

No Obit for Roy D'Aquila???? (Updated) « Slabbed
www.slabbed.org/.../no-obit-for-roy-daquila-rampant-speculation-ha...
31 Jan 2012 – I've been thinking about **Nova Scotia**. ... Anono it may be big time Tory in
official circles but the people from **Nova Scotia** that I have interacted ...

03 « October « 2011 « Slabbed
www.slabbed.org/2011/10/03/
3 Oct 2011 – Slabbed again in the news in **Nova Scotia**. ... Meantime the lame stream
media in **Nova Scotia** continues to remain clueless at the doings in ...

Vaughn Perret « Slabbed
www.slabbed.org/tag/vaughn-perret/page/4/
22 Jan 2012 – Two **Nova Scotia** firms are being named in news stories about the new
fraud allegations which surfaced Tuesday regarding former Jefferson ...

Aaron Broussard « Slabbed
www.slabbed.org/tag/aaron-broussard/page/2/
9 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

trout point « Search Results « Slabbed
www.slabbed.org/page/2/?s=trout+point
29 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their **Nova Scotia** court "victory", ...

slabb o « Search Results « Slabbed
www.slabbed.org/page/16/?s=slabb+o
30 Jan 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

He'll likely be remembered here being a part of the gang that ...
www.slabbed.org/.../hell-likely-be-remembered-here-for-being-a-par...
29 Jan 2012 – 6 regarding an ethics complaint against former Jefferson Parish President
Aaron Broussard claiming that he owns a **Nova Scotia** vacation ...

slabb « Search Results « Slabbed
www.slabbed.org/page/16/?s=slabb+
30 Jan 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

Jefferson Parish Political Corruption Scandal « Slabbed
www.slabbed.org/tag/jefferson-parish-political-corruption-.../2/
9 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

[PDF] [ttt]
www.slabbed.org/wp-content/uploads/...leary-21sep2011-aff.pdf
File Format: PDF/Adobe Acrobat - Quick View
**Nova Scotia**. I am also a Montlging. Director of Trout Point Lodge. Limited. I have
personal knowledge of '1-to evidence allintlicd in this affidavit except where ...

broussard « Search Results « Slabbed
www.slabbed.org/?s=broussard&paged=6
22 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 1: In the deep south 'reality' is ...

Danny Abel « Slabbed
www.slabbed.org/tag/danny-abel/page/3/
1 Feb 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an hour
from the Evangeline Trail, co-owned by New Orleanians who used to ...

SLAPP Suits « Slabbed
www.slabbed.org/tag/slapp-suits/
8 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

trout point « Search Results « Slabbed
www.slabbed.org/?s=trout+point&paged=5
22 Jan 2012 – Two **Nova Scotia** firms are being named in news stories about the new
fraud allegations which surfaced Tuesday regarding former Jefferson ...

trout point « Search Results « Slabbed
www.slabbed.org/?s=trout+point&paged=4
30 Jan 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

trout point « Search Results « Slabbed
www.slabbed.org/?s=trout+point
21 Jun 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

Older Entries - Slabbed
www.slabbed.org/page/18/?pushpress=hub
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their **Nova Scotia** court "victory", ...

Its the Slabbed question of the day......???? « Slabbed
www.slabbed.org/2012/01/19/its-the-slabbed-question-of-the-day/
19 Jan 2012 – Why would Shane D'Antoni aka Shane Gates drive crawfish all the way
from Louisiana to **Nova Scotia** on occasion? I have a friend in DC ...

Public Works LLC « Slabbed
www.slabbed.org/tag/public-works-llc/
23 Jan 2012 – Folks all I can say is Leary and his wife Vaughn Perret, owners of the
Trout Point Lodge in **Nova Scotia** and fiscal agents for Broussard's real ...

Pravi Desai « Slabbed
www.slabbed.org/tag/pravi-desai/
15 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to **Nova Scotia** ...

Here is some more Charles Leary / Trout Point Lodge Jackassery ...
www.slabbed.org/.../here-is-some-more-charles-leary-trout-point-lod...
27 Jan 2012 – Sadly this is not the case in **Nova Scotia**. As proof allow me to offer this
uncontested motion filed by Charles Leary on behalf of all the owners at ...

### Bill Powers « Slabbed
www.slabbed.org/tag/bill-powers/
2 Feb 2012 – Old line media reaction in **Nova Scotia** to yesterday's developments was
fast and mostly incorrect as the girls go on the PR offensive.

### trout point lodge « Search Results « Slabbed
www.slabbed.org/?s=trout+point+lodge
21 Jun 2012 – Documents filed with the courts and **Nova Scotia** and Louisiana ... The
beleaguered former politician visited **Nova Scotia** frequently, joining ...

### Fox 8 « Slabbed
www.slabbed.org/tag/fox-8/
25 Jan 2012 – IMHO the entire court exercise in **Nova Scotia** has been to help Aaron
Broussard identify those that were speaking out on his corrupt activities ...

### Newer Entries - Slabbed
www.slabbed.org/page/23/?archives-list=1
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their **Nova Scotia** court "victory", ...

### Newer Entries - Slabbed
www.slabbed.org/page/30/?archives-list&archives-type=tags
30 Jan 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

### rocks « Search Results « Slabbed
www.slabbed.org/?s=rocks
14 May 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

### Aaron Broussard « Slabbed
www.slabbed.org/tag/aaron-broussard/page/4/
26 Jan 2012 – IMHO the entire court exercise in **Nova Scotia** has been to help Aaron
Broussard identify those that were speaking out on his corrupt activities ...

### Older Entries - Slabbed
www.slabbed.org/page/29/?ak_action=accept_mobile
25 Jan 2012 –
+You+say+any+different+and+we%27ll+sue+your+ass+in+**Nova**+**Scotia**2012-01
-25+22%3A35%3A28sop81_1http%3A%2F%2Fslabbed.

1  2  3  4  5      **Next**

Advanced search      Search Help      Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy & Terms
About Google

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

site:slabbed.org nova scotia                                        Sign in ▉

## Search

Page 2 of about 1,580 results (0.35 seconds)

Web

Images

Maps

Videos

News

Shopping

More

Show search tools

Ad related to site:slabbed.org nova scotia                      Why this ad?

**Scotiabank Official Site - You're Richer Than You Think.**
www.**scotiabank**.com/
Come Visit a Branch Near You Today!

Mortgages that fit your life              Credit Cards with no annual fees
Earn 1% cashback on debit purchases       Scotiabank Borrowing Solutions

**Carl Finley « Slabbed**
www.slabbed.org/tag/carl-finley/
9 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

**Danny Abel « Slabbed**
www.slabbed.org/tag/danny-abel/page/2/
12 Feb 2012 – From the **Nova Scotia** court case Trout Point Lodge, Limited, Charles
Leary and Vaughn Perret v Louisiana Media Company LLC. Click the pic ...

**Goatherders « Search Results « Slabbed**
www.slabbed.org/page/2/?s=Goatherders
8 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

**Money Laundering « Slabbed**
www.slabbed.org/tag/money-laundering/
6 Feb 2012 – Jimmy aka one of the goat herders inquired in comments about the lack of
a **Nova Scotia** connection in the superseding indictment released ...

**Aaron Broussard « Slabbed**
www.slabbed.org/tag/aaron-broussard/
5 days ago – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

**Here is some more Charles Leary / Trout Point Lodge ... - Slabbed**
www.slabbed.org/page/28/?p=ujvqilwjklon
30 Jan 2012 – **Nova Scotia** Nirvana; Trout Point Lodge is rich in Louisiana roots, an
hour from the Evangeline Trail, co-owned by New Orleanians who used to ...

**Roy D'Aquila « Slabbed**
www.slabbed.org/tag/roy-daquila/
5 Apr 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout ...
Southern **Nova Scotia** is a tiny place from a population standpoint so it ...

**Trout Point figure dead in New Orleans: SouthCoast Today « Slabbed**
www.slabbed.org/.../trout-point-figure-dead-in-new-orleans-southcoa...
1 Feb 2012 – So is D'Aquila's **Nova Scotia** interest now tied up in his estate? Does an
accounting have to be made regarding his interest in the **Nova Scotia**?

Trout Point L.P. « Slabbed
www.slabbed.org/tag/trout-point-l-p/
5 Feb 2012 – So I called the **Nova Scotia** judiciary a "judicial hellhole" among other
things while the case against me there was being adjudicated. I knew that ...

Roy D'Aguilla « Slabbed
www.slabbed.org/tag/roy-daguilla/
26 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to **Nova Scotia** ...

Eric Paulsen « Slabbed
www.slabbed.org/tag/eric-paulsen/
26 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

Sop gets a cyber first: Behavioral finance/economics intersects with ...
www.slabbed.org/.../sop-gets-a-cyber-first-behavioral-finance-econo...
15 Jan 2012 – And since they can't find out my sources, they can't intimidate them into
silence as has been their MO since going to **Nova Scotia**. My own ...

Lets catch up with some of the latest news « Slabbed
www.slabbed.org/2012/.../lets-catch-up-with-some-of-the-latest-news...
23 Mar 2012 – Other allegations involve Broussard's **Nova Scotia** property holdings at
the Trout Point Development near East Kempt **Nova Scotia**. And that ...

Cerro Coyote « Slabbed
www.slabbed.org/tag/cerro-coyote/
23 Jan 2012 – ... business dealings at the Trout Point Development near East Kempt
**Nova Scotia**. Grace made some very insightful points including this one: ...

trout point « Search Results « Slabbed
www.slabbed.org/page/3/?s=trout+point
3 Feb 2012 – Folks I get the feeling the 99% in **Nova Scotia** tire of their courts becoming
refuges for criminals trying to silence journalism in the public interest.

roy d'aguila « Search Results « Slabbed
www.slabbed.org/?s=roy+d'aguila
5 Apr 2012 – Jimmy aka one of the goat herders inquired in comments about the lack of
a **Nova Scotia** connection in the superseding indictment released ...

Pink Star Barro « Slabbed
www.slabbed.org/tag/pink-star-barro/
1 Mar 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout ...
Southern **Nova Scotia** is a tiny place from a population standpoint so it ...

Slabbed New Media v Trout Point Lodge Charles Leary and Vaughn ...
www.slabbed.org/  /slabbed-new-media-v-trout-point-lodge-charles-...
24 Apr 2012 – Parties will file dispositive motions within thirty days of receipt of the
official transcript of the underlying proceeding held in **Nova Scotia**,Canada.

Defamation « Slabbed
www.slabbed.org/tag/defamation/
14 Mar 2012 – There has been a bit of chatter here on Slabbed and elsewhere about the
**Nova Scotia** court case, much of it by people who have no clue what ...

Jefferson Parish Political Corruption Scandal « Slabbed
www.slabbed.org/tag/jefferson-parish-political-corruption.../4/
30 Jan 2012 – BREAKING: Trout Point Lodge asks **Nova Scotia** Judge Suzanne Hood
for $1000000 in damages against Slabbed plus a cyber execution for ...

Richard Brennan « Slabbed
www.slabbed.org/tag/richard-brennan/
5 Feb 2012 – So I called the **Nova Scotia** judiciary a "judicial hellhole" among other
things while the case against me there was being adjudicated. I knew that ...

broussard « Search Results « Slabbed
www.slabbed.org/page/4/?s=broussard
27 Feb 2012 – Folks having read the Goatherders press release online about the
"victory" over Fox 8, and especially after their **Nova Scotia** court "victory", ...

04 « February « 2012 « Slabbed
www.slabbed.org/2012/02/04/
4 Feb 2012 – There has been a bit of chatter here on Slabbed and elsewhere about the
**Nova Scotia** court case, much of it by people who have no clue what ...

BREAKING: Certain NOLA Media outlets are reporting a - Slabbed
www.slabbed.org/.../breaking-certain-nola-media-outlets-are-reportin...
3 Feb 2012 – Nothing whatsoever about **Nova Scotia** or co-conspirators not already
identified. Based on my "quick and dirty" review, the only "new" things I ...

The Libel Tourists had it out for more people than just ol' Sop ...
www.slabbed.org/.../the-libel-tourist-had-it-out-for-more-people-than...
20 Feb 2012 – Remember Andrew commenting here about Timothy being a poor pro se
defendant in his SLAPP suit by those Americans selling **Nova Scotia** ...

Shane D'Antoni aka Shane Gates « Slabbed
www.slabbed.org/tag/shane-dantoni-aka-shane-gates/
2 Mar 2012 – Why would Shane D'Antoni aka Shane Gates drive crawfish all the way
from Louisiana to **Nova Scotia** on occasion? I have a friend in DC ...

Paulsen v State Farm « Slabbed
www.slabbed.org/tag/paulsen-v-state-farm/
24 Jan 2012 – Posts Tagged 'Paulsen v State Farm'. Slabbed explores former Jefferson
Parish President Aaron Broussard's business activities in **Nova Scotia** ...

Louisiana Media Company LLC « Slabbed
www.slabbed.org/tag/louisiana-media-company-llc/
20 Jun 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

Karen Parker Broussard « Slabbed
www.slabbed.org/tag/karen-parker-broussard/
is still out there for viewing along with a February 1, 2012 post on their home cooking of
yours truly in that libel tourism paradise known as **Nova Scotia**.

BREAKING: Charles Leary, Vaughn Perret and Trout Point Lodge ...
www.slabbed.org/.../breaking-charles-leary-vaughn-perret-and-trout-...
2 Feb 2012 – Folks I get the feeling the 99% in **Nova Scotia** tire of their courts becoming
refuges for criminals trying to silence journalism in the public interest.

Did I mention with all the shit going down a few of us are engaged in ...
www.slabbed.org/.../did-i-mention-with-all-the-shit-going-down-a-fe...
12 Jan 2012 – I'll add gratis that there is no such law in **Nova Scotia** which means those
pieces of paper evidencing ownership that some of our readers ...

January « 2012 « Slabbed
www.slabbed.org/2012/01/page/4/
24 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 2: You own 100% of 2% of ...

### D'Aquila Volk Mullins & Contreras « Slabbed
www.slabbed.org/tag/daquila-volk-mullins-contreras/
29 Jan 2012 – 6 regarding an ethics complaint against former Jefferson Parish President
Aaron Broussard claiming that he owns a **Nova Scotia** vacation ...

### 08 « March « 2012 « Slabbed
www.slabbed.org/2012/03/08/
8 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

### Danny Abel « Slabbed
www.slabbed.org/tag/danny-abel/
17 May 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia**
folks to go along with the offices at the Super 8 motel on Clearview ...

### Pass the hat..... « Slabbed
www.slabbed.org/2012/01/25/pass-the-hat/
25 Jan 2012 – It takes moolah to bring home the docs and if you want to see more of the
doings in **Nova Scotia** then I need your help. You can find me by ...

### Fox 8 and WWL TeeVee is reporting Karen Parker will be in court to ...
www.slabbed.org/.../fox-8-and-wwl-teevee-is-reporting-karen-parker...
17 Jan 2012 – Worth noting is Miss Parker was cut in by her then hubby Aaron
Broussard on his portion of the development at Trout Point in **Nova Scotia**, ...

### Aaron Broussard « Slabbed
www.slabbed.org/tag/aaron-broussard/page/3/
6 Feb 2012 – BREAKING: **Nova Scotia** Justice Suzanne Hood awards Trout Point
Lodge ... BREAKING: Trout Point Lodge asks **Nova Scotia** Judge Suzanne ...

### How about a bit more Jefferson Parish Lagniappe? DA Paul - Slabbed
www.slabbed.org/.../how-about-a-bit-more-jefferson-parish-lagniapp...
13 Jan 2010 – **Nova Scotia**. What are these guys the Creole Mafia? Code words used
that everyone local knows but nobody outside the city has even heard of ...

### BREAKING: Louisiana Ethics Board files charges against Fred ...
www.slabbed.org/.../breaking-louisiana-ethics-board-files-charges-ag...
22 May 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

### To amplify a point 'Gate and I are making ......... « Slabbed
www.slabbed.org/2012/.../to-amplify-a-point-gate-and-i-are-making/
18 Apr 2012 – Trout Point Lodge of **Nova Scotia** Inn at Coyote Mountain Alhambra
Vistas Vacation Rentals Chicory Farm. Our Senior Partners have owned ...

### Aaron Broussard « Slabbed
www.slabbed.org/tag/aaron-broussard/page/5/
15 Jan 2012 – I love local lore and history folks so the story in today's SouthCoast Today
on Aaron Broussard's legal troubles and connections to **Nova Scotia** ...

### And he "sniffed the reeking buns of Angel acted like it was cocaine ...
www.slabbed.org/.../and-he-sniffed-the-reeking-buns-of-angel-acted-...
5 Dec 2011 – Our Lodge offers an unparalleled place for relaxation and enjoyment of
**Nova Scotia's** outdoors – Trout Point's 100 acre wooded estate borders ...

### La ferme pue pire que la route putes un vagin: "The ... - Slabbed
www.slabbed.org/.../la-ferme-pue-pire-que-la-route-putes-un-vagin-t...
11 Nov 2011 – I can't judge whether the bungling in **Nova Scotia** is willful as I and many
others such as our own Gambitman suggest is the case in the ...

La ferme pue pire que la route putes un vagin: "The ... - Slabbed
www.slabbed.org/.../la-ferme-pue-pire-que-la-route-putes-un-vagin-t...
12 Oct 2011 – The excerpts above are property of DvL Publishing **Nova Scotia**. ...
Wednesday Music: Dedicated to our favorite grifters in **Nova Scotia** and their ...

22 « April « 2011 « Slabbed
www.slabbed.org/2011/04/22/
22 Apr 2011 – ... but that can wait as Slabbed will take Rich Rainey's now retracted
reporting on the Aaron Broussard/**Nova Scotia** connections to a new level.

Danny Abel « Slabbed
www.slabbed.org/tag/danny-abel/page/4/
19 Jan 2012 – Two **Nova Scotia** firms are being named in news stories about the new
fraud allegations which surfaced Tuesday regarding former Jefferson ...

The Goatherders try to shut down Slabbed's twitter account: Does ...
www.slabbed.org/.../the-goatherders-try-to-shut-down-slabbeds-twit...
8 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks
to go along with the offices at the Super 8 motel on Clearview ...

Older Entries - Slabbed
www.slabbed.org/page/32/?p=ibsfivez
23 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in **Nova Scotia** Part 1: In the deep south 'reality' is ...

The Times Picayune retracts their reporting on Aaron Broussard's ...
www.slabbed.org/.../the-times-picayune-retracts-their-reporting-on-a...
19 Jan 2010 – 6 regarding an ethics complaint against former Jefferson Parish President
Aaron Broussard claiming that he owns a **Nova Scotia** vacation ...

Trident Holdings « Slabbed
www.slabbed.org/tag/trident-holdings/
1 Dec 2011 – Slabbed again in the news in **Nova Scotia**. ... Meantime the lame stream
media in **Nova Scotia** continues to remain clueless at the doings in ...

I have the following update from Legal « Slabbed
www.slabbed.org/2012/04/.../i-have-the-following-update-from-legal...
24 Apr 2012 – Parties will file dispositive motions within thirty days of receipt of the
official transcript of the underlying proceeding held in **Nova Scotia**,Canada.

How ironic that on the day after the drive by shooting of the M&M ...
www.slabbed.org/.../how-ironic-that-on-the-day-after-the-drive-by-s...
22 Apr 2011 – ... but that can wait as Slabbed will take Rich Rainey's now retracted
reporting on the Aaron Broussard/**Nova Scotia** connections to a new level.

I've just been informed..... « Slabbed
www.slabbed.org/2011/08/03/ive-just-been-informed/
3 Aug 2011 – That the newest chapter of the Slabbed Nation has been formed in **Nova
Scotia** and those good folks are wanting to see a conclusion of some ...

Why would the Plaintiffs be interested in the Jacqueline Patterson ...
www.slabbed.org/.../why-would-the-plaintiffs-be-interested-in-the-ja...
15 Feb 2012 – 1/6/10: The Times Picayune runs a Richard Rainey story, later retracted
that connected Aaron Broussard to certain property in **Nova Scotia**.

Its official (Updated) « Slabbed
www.slabbed.org/2012/03/27/its-official/
27 Mar 2012 – from the prejudicial purview of the Supreme Court of **Nova Scotia** — to
where—— wait for it——to the humble halls of the Southern Division of ...

**La Ferme D'Acadie & Charles Leary v. The Atlantic Canada - Slabbed**
www.slabbed.org/.../la-ferme-dacadie-charles-leary-v-the-atlantic-can...
3 Feb 2012 – While Rainey focuses his articles on the curious Nova Scotia ... Our first stop is the courts in Nova Scotia and the suit against one of the girls ...

**Slabbed again in the news in Nova Scotia. « Slabbed**
www.slabbed.org/2011/10/.../slabbed-again-in-the-news-in-nova-scot...
3 Oct 2011 – Like Kirk Cheyfitz we're not backing down and in fact I have a comprehensive post coming that features the early days in Nova Scotia where the ...

**04 « April « 2012 « Slabbed**
www.slabbed.org/2012/04/04/
4 Apr 2012 – ... an unnamed official with the Town of Shelburne Nova Scotia as I again quote from today's SouthCoast Today story: Read the rest of this entry ...

[PDF] **01011104 - Slabbed**
www.slabbed.org/wp-content/uploads/2012/02/01011104.pdf
File Format: PDF/Adobe Acrobat - Quick View
Tab 1 Map from Service Nova Scotia and Municipal Relations of various properties located on Trout Point Road;. Tab 2 Indenture between Trout Point Lodge ...

**Slabbed's travails with the Goat Herders makes the NOLA New Media**
www.slabbed.org/.../slabbeds-travails-with-the-goat-herders-makes-th...
6 Feb 2012 – Was their case in Nova Scotia on auto pilot or did anyone down here notice what was being dug up in discovery? The major focus on the Goat ...

**Worth repeating take note: Let's talk Paul Connick Sr. and his son ...**
www.slabbed.org/.../worth-repeating-take-note-lets-talk-paul-connick...
18 Jan 2012 – From my comment on Slabbed solves the mystery on the shores of the Tusket River in Nova Scotia as we reveal the Trout Point connection to ...

**USA v Broussard « Slabbed**
www.slabbed.org/tag/usa-v-broussard/
4 Jun 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

**Abel willing and ready for the Sunday Morning Slabb.... « Slabbed**
www.slabbed.org/.../abel-willing-and-ready-for-the-sunday-morning...
12 Feb 2012 – From the Nova Scotia court case Trout Point Lodge, Limited, Charles Leary and Vaughn Perret v Louisiana Media Company LLC. Click the pic ...

**We have breaking news from Nova Scotia!!!!!!!!!!! - Slabbed**
www.slabbed.org/2011/.../we-have-breaking-news-from-nova-scotia/
24 Aug 2011 – We have breaking news from Nova Scotia!!!!!!!!!!! with 6 comments. Folks a quick programming note. I'm working on Part 3 of my series on Trout ...

**11 « April « 2012 « Slabbed**
www.slabbed.org/2012/04/11/
11 Apr 2012 – Is Shelburne Nova Scotia mayor Alan Delaney a racist? IMHO the Slabbed Nation is uniquely equipped to answer this question.

**26 « March « 2012 « Slabbed**
www.slabbed.org/2012/03/26/
26 Mar 2012 – ... the specious libel judgment the managers of Trout Point Lodge obtained against me in the SLAPP happy libel tourism haven of Nova Scotia.

**La ferme pue pire que la route putes un vagin: "The ... - Slabbed**
www.slabbed.org/.../la-ferme-pue-pire-que-la-route-putes-un-vagin-t...
11 Oct 2011 – The excerpts above are property of DvL Publishing Nova Scotia. It is published here on Slabbed for journalistic and educational purposes ...

Fox 8 Settles with the Goatherders « Slabbed
www.slabbed.org/2012/02/17/fox-8-settles-with-the-goatherders/
17 Feb 2012 – Jefferson Parish President Aaron Broussard owns a Nova Scotia
vacation lodge that the Metropolitan Crime Commission suspects he rents to ...

02 « March « 2012 « Slabbed
www.slabbed.org/2012/03/02/
2 Mar 2012 – ... It was in fact this post which contained a good bit on Coastal Shoring
that finally pushed the Goatherders to SLAPP sue me in Nova Scotia.

USA v Parker « Slabbed
www.slabbed.org/tag/usa-v-parker/
4 Jun 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

On tap today « Slabbed
www.slabbed.org/2012/03/30/on tap today/
30 Mar 2012 – 13 Responses. Subscribe to comments with RSS. Bet he can spell and
identify Nova Scotia. Hillie's Date. March 30, 2012 at 8:01 am. Reply ...

Rosemary Barbour « Slabbed
www.slabbed.org/tag/rosemary-barbour/
10 Nov 2011 – ... my research into Billy Nungesser's strange relationship with the
politically connected Trident Nova Scotia for both our friends in Plaquemines ...

I'd like to thank everyone who visited Slabbed.Org « Slabbed
www.slabbed.org/.../id-like-to-thank-everyone-who-visited-slabbed-...
30 Jan 2012 – Something tells me the FBI has been hip to the Nova Scotia ecotourism
scene as well, likely dating back several months. I'm proud we've been ...

I am getting word from Nova Scotia..... « Slabbed
www.slabbed.org/2011/08/30/i-am-getting-word-from-nova-scotia/
30 Aug 2011 – I am getting word from Nova Scotia..... with 6 comments. Evidently this
little project is making news in Canada. Stay tuned folks. sop. Share this: ...

Paul Connick Sr. « Slabbed
www.slabbed.org/tag/paul-connick-sr/
18 Jan 2012 – From my comment on Slabbed solves the mystery on the shores of the
Tusket River in Nova Scotia as we reveal the Trout Point connection to ...

Louisiana Ethics Commission « Slabbed
www.slabbed.org/tag/louisiana-ethics-commission/
10 Nov 2011 – ... my research into Billy Nungesser's strange relationship with the
politically connected Trident Nova Scotia for both our friends in Plaquemines ...

Anne Dangle « Slabbed
www.slabbed.org/tag/anne-dangle/
19 Jun 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the Nova Scotia Supreme Court and ...

Waste Management v River Birch Heebe and Ward « Slabbed
www.slabbed.org/.../waste-management-v-river-birch-heebe-and-war...
18 Jan 2012 – From my comment on Slabbed solves the mystery on the shores of the
Tusket River in Nova Scotia as we reveal the Trout Point connection to ...

It's Mardi Gras! Time to let loose with a few blasts from the past ...
www.slabbed.org/.../its-mardi-gras-time-to-let-loose-with-a-few-blast...
21 Feb 2012 – All from the Goatherders v Fox 8 case in Nova Scotia. Click to get the
associated PDF file. Happy Mardi Gras – sop. Letter from Broussard's ...

01 « March « 2012 « Slabbed
www.slabbed.org/2012/03/01/
1 Mar 2012 – South Coast Today Nova Scotia on the Broussard Arraignment: Trout ...
Southern Nova Scotia is a tiny place from a population standpoint so it ...

Slabbed finds Danny Abel and Aaron Broussard together in the ...
www.slabbed.org/.../slabbed-finds-danny-abel-and-aaron-broussard-t...
19 Apr 2011 – For now lets give Mr brown the benefit of the doubt. His comment mirrors
some stuff I've heard from Nova Scotia. sop, sop81_1, August 8, 2011 ...

You have the right to remain silent...... « Slabbed
www.slabbed.org/2012/01/20/you-have-the-right-to-remain-silent/
20 Jan 2012 – Maybe our readers can give some suggestions as to a few things those
SLAPP happy gutter punks can do in Nova Scotia to make things a bit ...

Scott McQuaig « Slabbed
www.slabbed.org/tag/scott-mcquaig/
9 Mar 2012 – ... it was in fact this post which contained a good bit on Coastal Shoring
that finally pushed the Goatherders to SLAPP sue me in Nova Scotia.

We have breaking news from Nova Scotia!!!!!!!!!!!! - Slabbed
www.slabbed.org/page/38/?ak_action=reject_mobile
24 Aug 2011 – While Rainey focuses his articles on the curious Nova Scotia connection
involving Broussard and the complaint to the Louisiana Ethics ...

The Times Picayune « Slabbed
www.slabbed.org/tag/the-times-picayune/
3 days ago – 6 regarding an ethics complaint against former Jefferson Parish President
Aaron Broussard claiming that he owns a Nova Scotia vacation ...

James "Dutchie" Connick « Slabbed
www.slabbed.org/tag/james-dutchie-connick/
18 Jan 2012 – From my comment on Slabbed solves the mystery on the shores of the
Tusket River in Nova Scotia as we reveal the Trout Point connection to ...

Remember when Slabbed broke to the world that Tim Whitmer was ...
www.slabbed.org/.../remember-when-slabbed-broke-to-the-world-tha...
20 Jan 2012 – ... John Parish and now to St Bernard, Plaquemines and maybe a few
others and of course to Sop's favorite place in the world: NOVA SCOTIA.

If you were sold a stake in either La Ferme D'Acadie or Cerro Coyote ...
www.slabbed.org/.../if-you-were-sold-a-stake-in-either-la-ferme-daca...
14 Jan 2012 – The Trout Point investors are also shit out of luck as the Lodge is listed as
a Nova Scotia "Ltd" and "LP" whose owners are Perret and Leary.

February « 2012 « Slabbed
www.slabbed.org/2012/02/
29 Feb 2012 – ... Nova Scotia vacation property off Trout Point Road near the Tobeatic
Wilderness in East Kempt, Nova Scotia in illegal enrichment schemes, ...

Aaron the peeps have been telling tales on you........ « Slabbed
www.slabbed.org/.../aaron-the-peeps-have-been-telling-tales-on-you/
3 Feb 2012 – ... do bitches in Nova Scotia. It occured to me that there are lots of you
folks in the Slabbed Nation whom I have not had the pleasure of meeting.

Wednesday Music: Dedicated to our favorite grifters in Nova Scotia ...
www.slabbed.org/.../wednesday-music-dedicated-to-our-favorite-grif...
12 Oct 2011 – Wednesday Music: Dedicated to our favorite grifters in Nova Scotia and
their failed business ventures. with 3 comments ...

### Well folks, this Trout Point thing has really rattled some cages ...
www.slabbed.org/.../well-folks-this-trout-point-thing-has-really-rattle...
18 Apr 2011 – In **Nova Scotia**? I've disclosed them... would you be willing to release anymore details? I don't think there's anything more to release.

### The American Zombie releases a plethora of Sneaky Snakes of ...
www.slabbed.org/...the-american-zombie-releases-a-plethora-of-snea...
27 Feb 2012 – Aaron was fishing with some Goat Herders in **Nova Scotia** and there was an accident and he trying to get unhooked today at his arraignment: ...

### Danny Abel, Shane Gates aka Shane D'Antoni, Charles Leary ...
www.slabbed.org/.../danny-abel-shane-gate-aka-shane-dantoni-charle...
26 Jan 2012 – Team Fed included the **Nova Scotia** references for a reason. How long do you reckon ppl like D'Aquilla and Abel have been talking on a party ...

### Newer Entries - Slabbed
www.slabbed.org/page/40/
6 Dec 2011 – Our Lodge offers an unparalleled place for relaxation and enjoyment of **Nova Scotia's** outdoors – Trout Point's 100 acre wooded estate borders ...

### Thursday Links: Topics we've previously covered. « Slabbed
www.slabbed.org/.../thursday-links-topics-wove-previously-covered/
22 Mar 2012 – (4)the Super Indictment concerning Broussard's **Nova Scotia** property and allegations thereon has apparently vanished. Sounds like a very ...

### Tuesday Video: It was touch and go with the Goatherders - Slabbed
www.slabbed.org/.../tuesday-video-it-was-touch-and-go-with-the-goa...
6 Mar 2012 – **Nova Scotia** banks ... Goatherders in Costa Rica ... When I first read the Government's statement filed into Karen Parker's (x-wife of Aaron ...

### [PDF] STATE OF LOUISIANA PARISH OF JEFFERSON
www.slabbed.org/wp.. /TPL-v-Fox-8-Affidavit-of-Bennett-Powell.pd...
File Format: PDF/Adobe Acrobat - Quick View
that I, Bennett Powell, identified Aaron Broussart's **Nova Scotia** property as "Trout Point Lodge." Ioever identified the Broussard property as "Trout Point Lodge." ...

### Scotiabank « Slabbed
www.slabbed.org/tag/scotiabank/
31 May 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

**Previous**     1  2  3  4  5     **Next**

Advanced search     Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy & Terms
About Google

site:slabbed.org nova scotia - Google Search                              http://www.google.com/search?q=site:slabbed.org+nova+scoti...

| +You | Search | Images | Maps | Play | YouTube | News | Gmail | Documents | Calendar | More |

site:slabbed.org nova scotia                                                    Sign in

## Search
Page 3 of about 1,580 results (0.29 seconds)

Web

Images

Maps

Videos

News

Shopping

More

Show search tools

Ad related to site:slabbed.org nova scotia                              Why this ad?

### Scotiabank Official Site - You're Richer Than You Think.
www.scotiabank.com/
Come Visit a Branch Near You Today!

Mortgages that fit your life          Credit Cards with no annual fees
Earn 1% cashback on debit purchases   Scotiabank Borrowing Solutions

### Prostate Cancer on my mind: Let's examine the latest Aaron - Slabbed
www.slabbed.org/.../prostate-cancer-on-my-mind-lets-examine-the-la...
8 Mar 2012 – ... my mind is open to the possibility these Goatherders are the biggest
bunch of first class bitch girly men in the entire South (plus Nova Scotia).

### coastal shoring « Search Results « Slabbed
www.slabbed.org/?s=coastal+shoring
17 May 2012 – Slabbed reveals the post that finally got me sued in Nova Scotia by
Aaron Broussard's grifting business associates at Trout Point Lodge.

### OK who squealed? Channel 6 picks up coverage of the turmoil in ...
www.slabbed.org/.../ok-who-squealed-channel-6-picks-up-coverage-...
23 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in Nova Scotia Part 2: You own 100% of 2% of ...

### Tim Coulon « Slabbed
www.slabbed.org/tag/tim-coulon/
29 Feb 2012 – Jimmy aka one of the goat herders inquired in comments about the lack
of a Nova Scotia connection in the superseding indictment released ...

### 03 « December « 2011 « Slabbed
www.slabbed.org/2011/12/03/
3 Dec 2011 – ... the end result of what Broussard had to say on his ownership of a
vacation lodge in Nova Scotia run by (and since sold to) Trout Point Lodge.

### Steve Mortillaro « Slabbed
www.slabbed.org/tag/steve-mortillaro/
3 Dec 2011 – ... the end result of what Broussard had to say on his ownership of a
vacation lodge in Nova Scotia run by (and since sold to) Trout Point Lodge.

### Give me something for lagniappe – the Times Picayune links Tim ...
www.slabbed.org/.../give-me-something-for-lagniappe-the-times-pica...
22 Feb 2010 – And just in case you forgot , Broussard coined his Nova Scotia
investment properties, "PUBLIC WORKS". Now there's a double entendre to ...

### 05 « December « 2011 « Slabbed
www.slabbed.org/2011/12/05/
5 Dec 2011 – Our Lodge offers an unparalleled place for relaxation and enjoyment of
Nova Scotia's outdoors – Trout Point's 100 acre wooded estate borders ...

**Yesterday was a perfect world. Time to chat about this little project ...**
www.slabbed.org/.../yesterday-was-a-perfect-world-time-to-chat-abo...
9 Dec 2011 -- My personal experience with the people in **Nova Scotia** has been
universally positive except for the American grifter/interlopers that exploit the ...

**Congratulations you found Slabbed. What's next? « Slabbed**
www.slabbed.org/.../congratulations-you-found-slabbed-whats-next/
11 Oct 2011 -- That post was the last straw for Abel, who tried his hand at Libel Tourism
by suing us via his straw girl puppets at the Lodge in **Nova Scotia**.

**About all this brouhaha surrounding Jeri Kershenstine's arrest ...**
www.slabbed.org/.../about-all-this-brouhaha-surrounding-jeri-kershe...
2 Mar 2012 -- ... It was in fact this post which contained a good bit on Coastal Shoring
that finally pushed the Goatherders to SLAPP sue me in **Nova Scotia.**

**Local Weiner on display: Kenner City Councilman Joe Stagni ...**
www.slabbed.org/.../local-weiner-on-display-kenner-city-councilman...
28 Jun 2011 -- They might as well be in **Nova Scotia** or Iceland or something, ha, that's
a good one. (Obviously, there's no real link between the Hoboken ...

**Slabbed reveals the post that finally got me sued in Nova Scotia by ...**
www.slabbed.org/.../slabbed-reveals-the-post-finally-got-me-sued-in-...
3 Nov 2011 -- Slabbed reveals the post that finally got me sued in **Nova Scotia** by Aaron
Broussard's grifting business associates at Trout Point Lodge.

**former judge Alan Green « Slabbed**
www.slabbed.org/tag/former-judge-alan-green/
31 Oct 2011 -- ... complaint against Aaron Broussard for making parish venders rent his
vacation property at the Trout Point development in **Nova Scotia.**

**Trout Point Lodge Trip Advisor: Let the traveler to Nova Scotia ...**
www.slabbed.org/.../trout-point-lodge-trip-advisor-let-the-traveler-to...
18 Sep 2011 -- Lodge Owners Vaughn Perret & Charles Leary owners of "Trout Point
Lodge" in **Nova Scotia** have much to learn about Customer Service.

**May « 2012 « Slabbed**
www.slabbed.org/2012/05/
31 May 2012 -- South Coast Today Nova Scotia on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

**31 « May « 2012 « Slabbed**
www.slabbed.org/2012/05/31/
31 May 2012 -- South Coast Today Nova Scotia on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

**Louisiana Board of Ethics « Slabbed**
www.slabbed.org/tag/louisiana-board-of-ethics/
19 Jun 2012 -- Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

**Drew Broach takes a nostalgic trip down wrinkled robe lane as the ...**
www.slabbed.org/.../drew-broach-takes-a-nostalgic-trip-down-wrinkl...
31 Oct 2011 -- ... complaint against Aaron Broussard for making parish venders rent his
vacation property at the Trout Point development in **Nova Scotia.**

**Daniel Becnel Jr « Slabbed**
www.slabbed.org/tag/daniel-becnel-jr/
26 Sep 2011 -- Kinda mirrors the crash and burn now occurring on the shores of the
Tusket River in **Nova Scotia** huh. To paraphrase Nowdy the past isn't dead ...

Liljeberg v Health Services Acquisition Corp « Slabbed
www.slabbed.org/tag/liljeberg-v-health-services-acquisition-corp/
31 Oct 2011 – ... complaint against Aaron Broussard for making parish venders rent his
vacation property at the Trout Point development in **Nova Scotia**.

To further amplify the point 'Gate, Steve, Patricia and I are making ...
www.slabbed.org/.../to-further-amplify-the-point-gate-steve-patricia-...
31 May 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal. Canada's ...

Broussard Indictment Links: "This is the end of the beginning" as Val ...
www.slabbed.org/.../broussard-indictment-links-this-is-the-end-of-the...
3 Dec 2011 – ... the end result of what Broussard had to say on his ownership of a
vacation lodge in **Nova Scotia** run by (and since sold to) Trout Point Lodge.

Older Entries - Slabbed
www.slabbed.org/page/8/
22 May 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

Cruising the coast with Butch and Baby Butch Ward: Poor, poor ...
www.slabbed.org/.../cruising-the-coast-with-butch-and-baby-butch-w...
8 Apr 2010 – And they come bearing gifts for the ethically challenged. Sounds harmless
enough. May I refer you to River Birch and **Nova Scotia**? 'nuff said.

Jeri Kershenstine « Slabbed
www.slabbed.org/tag/jeri-kershenstine/
17 May 2012 – Slabbed reveals the post that finally got me sued in **Nova Scotia** by
Aaron Broussard's grifting business associates at Trout Point Lodge.

06 « April « 2012 « Slabbed
www.slabbed.org/2012/04/06/
6 Apr 2012 – Tagged with Aaron Broussard, Charles Leary, Thugs, Town of Shelburne
**Nova Scotia**, Trout Point Development, Trout Point Lodge, USA v ...

Tweet: Speaking of State Farm....... - Slabbed
www.slabbed.org/page/29/?archives-list&archives-type=tags
25 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's
business activities in Nova Scotia Part 2: You own 100% of 2% of ...

garland robinette « Search Results « Slabbed
www.slabbed.org/page/2/?s=garland+robinette
24 Sep 2011 – Fair enough, **Nova Scotia**, while possessive of wonderful natural scenery
and warm friendly people isn't known as a mecca of 5 star resorts so I ...

Anyone else notice Chehardy Sherman de-Norma'd their website ...
www.slabbed.org/.../anyone-else-notice-chehardy-sherman-de-norma...
5 Feb 2010 – The TP wrote a correcton that made it seem like everything reported about
**Nova Scotia** was false. Well, it wasn't. It's something else what other ...

April « 2012 « Slabbed
www.slabbed.org/2012/04/page/3/
11 Apr 2012 – Is Shelburne **Nova Scotia** mayor Alan Delaney a racist? IMHO the
Slabbed Nation is uniquely equipped to answer this question.

All eyes on the Stink Tank « Slabbed
www.slabbed.org/2011/09/06/all-eyes-on-the-stink-tank/
6 Sep 2011 – Luckily for members of the Slabbed Nation in far flung locales such as
**Nova Scotia** and OxPatch, you can listen over the internet by clicking ...

slabb o « Search Results « Slabbed
www.slabbed.org/page/18/?s=slabb+o
20 Jan 2012 – Why would Shane D'Antoni aka Shane Gates drive crawfish all the way
from Louisiana to **Nova Scotia** on occasion? I have a friend in DC ...

CLUE – the Grand Jury version « Slabbed
www.slabbed.org/2011/02/21/clue-the-grand-jury-version/
21 Feb 2011 – According to the 7/22/01 TP, Peter Butler was an investor in at least one
of the (unidentified) properties at Trout Point Lodge, **Nova Scotia**, ...

Tuesday Music: One hit wonders « Slabbed
www.slabbed.org/2012/04/10/tuesday-music-one-hit-wonders/
10 Apr 2012 – Is Shelburne **Nova Scotia** mayor Alan Delaney a racist? IMHO the
Slabbed Nation is uniquely equipped to answer this question. » ...

Monday Music: Dedicated to the girls. :-) « Slabbed
www.slabbed.org/2012/01/30/monday-music-dedicated-to-the-girls/
30 Jan 2012 – BREAKING: Trout Point Lodge asks **Nova Scotia** Judge Suzanne Hood
for $1000000 in damages against Slabbed plus a cyber execution for ...

Coastal Shoring « Slabbed
www.slabbed.org/tag/coastal-shoring/
19 May 2012 – Slabbed reveals the post that finally got me sued in **Nova Scotia** by
Aaron Broussard's grifting business associates at Trout Point Lodge.

Payroll Fraud « Slabbed
www.slabbed.org/tag/payroll-fraud/
4 Jun 2012 – Jimmy aka one of the goat herders inquired in comments about the lack of
a **Nova Scotia** connection in the superseding indictment released ...

So yesterday Karen Parker's revelations in court caused all hell to ...
www.slabbed.org/.../so-yesterday-karen-parkers-revelations-in-court-...
18 Jan 2012 – The **Nova Scotia** SouthCoast Today picks up the latest developments ·
Wednesday Music Twofer: Holst it Cato! "For they have sown the wind, ...

April « 2012 « Slabbed
www.slabbed.org/2012/04/page/4/?chocaid=397
5 Apr 2012 – Documents filed with the courts and **Nova Scotia** and Louisiana ... The
beleaguered former politician visited **Nova Scotia** frequently, joining ...

American Zombie: Just extend the rope « Slabbed
www.slabbed.org/2012/04/06/american-zombie-just-extend-the-rope/
6 Apr 2012 – Tagged with Aaron Broussard, Charles Leary, Thugs, Town of Shelburne
**Nova Scotia**, Trout Point Development, Trout Point Lodge, USA v ...

Caroline Fayard « Slabbed
www.slabbed.org/tag/caroline-fayard/
22 May 2012 – ... my research into Billy Nungesser's strange relationship with the
politically connected Trident **Nova Scotia** for both our friends in Plaquemines ...

Newer Entries - Slabbed
www.slabbed.org/page/46/?archives-list&archives-type=tags
3 Nov 2011 – Slabbed reveals the post that finally got me sued in **Nova Scotia** by Aaron
Broussard's grifting business associates at Trout Point Lodge.

Plaintiff's seize Louisiana Citizen's Bank Accounts: Jimbo the Clown ...
www.slabbed.org/.../plaintiffs-seize-louisiana-citizens-bank-accounts-...
11 Apr 2012 – Is Shelburne **Nova Scotia** mayor Alan Delaney a racist? IMHO the
Slabbed Nation is uniquely equipped to answer this question. Wednesday ...

Tuesday Music: A special reader dedication to Aaron Broussard and ...
www.slabbed.org/.../tuesday-music-a-special-reader-dedication-to-aar...
17 Jan 2012 – BREAKING: Aaron Broussard Laundered his money through **Nova Scotia**!!!! A Trout Point Update · In this special episode of Magnum JD the ...

May « 2012 « Slabbed
www.slabbed.org/2012/05/page/2/
24 May 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the deception of Justice Muise of the **Nova Scotia** Supreme Court and ...

Getting SLAPPED by low life scuddabeans is nothing new around ...
www.slabbed.org/ .../getting-slapped-by-low-life-scuddabeans-is-noth...
16 Feb 2012 – Life would be no fun without a daily document. There must be no shield law for journalists in that libel tourism haven **Nova Scotia**. » ...

Louisiana Home Elevation Grant Program « Slabbed
www.slabbed.org/tag/louisiana-home-elevation-grant-program/
19 May 2012 – Slabbed reveals the post that finally got me sued in **Nova Scotia** by Aaron Broussard's grifting business associates at Trout Point Lodge.

Category - Sop « Slabbed
www.slabbed.org/category/sop/page/4/
9 Mar 2012 – It appears the Able Law Firm now has a branch office in **Nova Scotia** folks to go along with the offices at the Super 8 motel on Clearview ...

Saturday Music: Dedicated to all our Canadian friends. « Slabbed
www.slabbed.org/.../saturday-music-dedicated-to-all-our-canadian-fri...
21 Jan 2012 – Slabbed explores former Jefferson Parish President Aaron Broussard's business activities in **Nova Scotia** Part 1: In the deep south 'reality' is ...

The Goatherders have sent a message for the consideration of the ...
www.slabbed.org/.../the-goatherders-have-sent-a-message-for-the-...
12 Apr 2012 – Their behavior towards trade vendors as reported to me by those that have transacted business with them in **Nova Scotia** mirrors what I heard ...

Pigs love mud and the greedy little piggies at West Jefferson - Slabbed
www.slabbed.org/2010/02/25/pigs-love-mud/
25 Feb 2010 – Is this the same Peter Butler, Jr. who incorporated PRAKA-**NOVA SCOTIA**, LLC , August 3, 2009 ? Is this the same Peter Butler, Jr. who has ...

33234 - Slabbed
www.slabbed.org/2012/01/30/33234/
30 Jan 2012 – BREAKING: Trout Point Lodge asks **Nova Scotia** Judge Suzanne Hood for $1000000 in damages against Slabbed plus a cyber execution for ...

Shane D'Antoni « Slabbed
www.slabbed.org/tag/shane-dantoni/
14 Sep 2011 – While Rainey focuses his articles on the curious **Nova Scotia** ... Our first stop is the courts in **Nova Scotia** and the suit against one of the girls ...

State of Louisiana v Jerl Kershenstine « Slabbed
www.slabbed.org/tag/state-of-louisiana-v-jerl-kershenstine/
19 May 2012 – ... it was in fact this post which contained a good bit on Coastal Shoring that finally pushed the Goatherders to SLAPP sue me in **Nova Scotia**.

From the reader mailbag: Nova Scotia, Paulsen v State Farm and ...
www.slabbed.org/.../from-the-reader-mailbag-nova-scotia-paulsen-v-...
1 Jun 2011 – It was kicked off with a 16.65 percent interest in a lot in East Kemptville, **Nova Scotia**, which was transferred to Kempt Wilderness Lodge for a ...

### Thursday Music (Updated) « Slabbed
www.slabbed.org/2012/03/01/thursday-music/
1 Mar 2012 – South Coast Today **Nova Scotia** on the Broussard Arraignment: Trout
Point figure pleads not guilty in New Orleans fraud scandal · No, Slabbed ...

### 16 « February « 2012 « Slabbed
www.slabbed.org/2012/02/16/
16 Feb 2012 – There must be no shield law for journalists in that libel tourism haven
**Nova Scotia**. with one comment. Maybe this is why Jacqueline Patterson ...

### The reaction on Twitter to Slabbed becoming the most infamous ...
www.slabbed.org/.../the-reaction-on-twitter-to-slabbed-becoming-the...
1 Feb 2012 – BREAKING: **Nova Scotia** Justice Suzanne Hood awards Trout Point
Lodge damages against Slabbed and authorizes injunctive relief.

### Sunday Video: Brokeback Bayou « Slabbed
www.slabbed.org/2012/01/15/sunday-video-brokeback-bayou/
15 Jan 2012 – Tagged with Jordan Jefferson, Les Miles, LSU Football, Man Love. « The
media in **Nova Scotia** pick up on the Broussard indictment and State ...

### Since SLAPP suits have become fashionable down south: Henry L ...
www.slabbed.org/.../since-slapp-suits-have-become-fashionable-dow...
14 Mar 2012 – A year later Broussard and his band of Goatherders filed suit in **Nova
Scotia** against me with the exact same goal. That story is still unfolding.

### Former Broussard CAO Tim Whitmer spilling his guts links: "He ...
www.slabbed.org/.../former-broussard-cao-tim-whitmer-spilling-his-. . .
21 Jan 2012 – Val wherever you are we are forever indebted to you for your hard hitting
extraction of information especially about Lil' Napoleon's **Nova Scotia** ...

### fazzio « Search Results « Slabbed
www.slabbed.org/?s=fazzio
19 Jun 2012 – Sadly, Louisiana Media Company LLC aka Fox 8 was complicit in the
deception of Justice Mulse of the **Nova Scotia** Supreme Court and ...

### Newer Entries - Slabbed
www.slabbed.org/page/46/
2 Nov 2011 – **Nova Scotia** resident on the **Nova Scotia** main stream media and the ...
Sop to an outraged reader in **Nova Scotia** regarding the glowing ...

### Dane Ciolino « Slabbed
www.slabbed.org/tag/dane-ciolino/
6 Feb 2012 – Jimmy aka one of the goat herders inquired in comments about the lack of
a **Nova Scotia** connection in the superseding indictment released ...

### March « 2012 « Slabbed
www.slabbed.org/2012/03/
30 Mar 2012 – ... the specious libel judgment the managers of Trout Point Lodge
obtained against me in the SLAPP happy libel tourism haven of **Nova Scotia**.

### slabb o « Search Results « Slabbed
www.slabbed.org/page/33/?s=slabb+o
12 Sep 2011 – Charles Leary of Trout Point comes out of hiding: Comments to blog in
**Nova Scotia** over the widening scandal at Trout Point Lodge ...

### I have a reply for the Times Picayune and their lawyer Steve Gaynor ...
www.slabbed.org/.../i-have-a-reply-for-the-times-picayune-and-their-...
18 Apr 2011 – Yes. I can verify that Trout Point Lodge's Charles Leary and the soon to
be indicted Aaron Broussard were "thick as thieves" up in **Nova Scotia**.

Slabbed solves the mystery on the shores of the Tusket River in **Nova**
www.slabbed.org/.../slabbed-solves-the-mystery-on-the-shores-of-the...
8 Sep 2011 — Mr. Broussard reaffirms that he has properly disclosed his ownership of
property in **Nova Scotia** on his Louisiana Board of Ethics Personal ...

FEEeeeuuuu! Southaven Mayor Greg Davis leaves a bad taste in ...
www.slabbed.org/.../eeeeeeuuuu-southaven-mayor-leaves-a-bad-tast...
17 Nov 2011 — Given a bunch of grifting gay men in Jefferson Parish/**Nova Scotia** tried
venue shopping a defamation case against me to a judicial hellhole in ...

slabb « Search Results « Slabbed
www.slabbed.org/page/22/?s=slabb+
11 Dec 2011 — My personal experience with the people in **Nova Scotia** has been
universally positive except for the American grifter/interlopers that exploit the ...

Thursday Music: Dedicated to Aaron, Danny, Vaughn, Charlie and ...
www.slabbed.org/.../thursday-music-dedicated-to-aaron-danny-vaug...
3 Nov 2011 — Slabbed reveals the post that finally got me sued in **Nova Scotia** by Aaron
Broussard's grifting business associates at Trout Point Lodge.

Are there more charges coming against Goatherder Aaron - Slabbed
www.slabbed.org/.../are-there-more-charges-coming-against-goather...
9 Mar 2012 — Anyway what do you think ever happened to the Super Indictment
mentioning his **Nova Scotia** properties and is that still in the present case and ...

Laissez les bons temps rouler! Slabbed travels back in time with the ...
www.slabbed.org/.../laissez-les-bons-temps-rouler-slabbed-travels-ba...
17 Aug 2011 — ... Point Lodge Cookbook, based on Creole dishes he and his business
partners serve at their lodge in **Nova Scotia**. The athletically built Shane ...

Deonne DuBarry « Slabbed
www.slabbed.org/tag/deonne-dubarry/
12 Oct 2011 — Kinda mirrors the crash and burn now occurring on the shores of the
Tusket River in **Nova Scotia** huh. To paraphrase Nowdy the past isn't dead ...

Monday Video: Its on! « Slabbed
www.slabbed.org/2011/04/18/monday-video-its-on/
18 Apr 2011 — Yes, I can verify that Trout Point Lodge's Charles Leary and the soon to
be indicted Aaron Broussard were "thick as thieves" up in **Nova Scotia**.

Charles Leary of Trout Point comes out of hiding: Comments to blog ...
www.slabbed.org/.../charles-leary-of-trout-point-comes-out-of-hidin...
9 Sep 2011 — Charles Leary of Trout Point comes out of hiding: Comments to blog in
**Nova Scotia** over the widening scandal at Trout Point Lodge ...

Older Entries - Slabbed
www.slabbed.org/page/51/?css=css&rev=0
11 Oct 2011 — That post was the last straw for Abel, who tried his hand at Libel Tourism
by suing us via his straw girl puppets at the Lodge in **Nova Scotia**.

Tuesday Music: Since we're doing Alison Krauss « Slabbed
www.slabbed.org/.../tuesday-music-since-were-doing-alison-krauss/
4 Oct 2011 — ... Tuesday Music, Washington DC. « Slabbed again in the news in **Nova
Scotia**. File this one under she'll remain clueless until the bitter end...

slabb « Search Results « Slabbed
www.slabbed.org/page/38/?s=slabb+
3 Aug 2011 — That the newest chapter of the Slabbed Nation has been formed in **Nova
Scotia** and those good folks are wanting to see a conclusion of some ...

Well now, this explains things... « Slabbed
www.slabbed.org/2011/10/12/well-now-this-explains-things/
12 Oct 2011 – Wednesday Music: Dedicated to our favorite grifters in **Nova Scotia** and
their failed business ventures · When it comes to corrupt, sack of shit ...

The Plaquemines Citizen issues an Amber Alert for Nunny! Last ...
www.slabbed.org/.../the-plaquemines-citizen-issues-an-amber-alert-fo...
30 Aug 2011 – I am getting word from **Nova Scotia**..... Tuesday Music: Dedicated to the
Charles Leary and Vaughn Perret at Trout Point Lodge » ...

marie « Search Results « Slabbed
www.slabbed.org/page/2/?s=marie
3 Oct 2011 – While Rainey focuses his articles on the curious **Nova Scotia** ... Our first
stop is the courts in **Nova Scotia** and the suit against one of the girls ...

slabb o « Search Results « Slabbed
www.slabbed.org/page/25/?s=slabb+o
10 Nov 2011 – Slabbed reveals the post that finally got me sued in **Nova Scotia** by
Aaron Broussard's grifting business associates at Trout Point Lodge.

Calvin Fayard « Slabbed
www.slabbed.org/tag/calvin-fayard/
8 Sep 2011 – Slabbed solves the mystery on the shores of the Tusket River in **Nova
Scotia** as we reveal the Trout Point connection to the Jefferson Parish ...

Nancy Rhett « Slabbed
www.slabbed.org/tag/nancy-rhett/
8 Sep 2011 – Luckily for members of the Slabbed Nation in far flung locales such as
**Nova Scotia** and OxPatch, you can listen over the internet by clicking ...

dane ciolino « Search Results « Slabbed
www.slabbed.org/?s=dane+ciolino
11 Jun 2012 – Jimmy aka one of the goat herders inquired in comments about the lack of
a **Nova Scotia** connection in the superseding indictment released ...

Putting in the fix for Riverbirch and the landfill's diverse ownership ...
www.slabbed.org/.../putting-in-the-fix-for-riverbirch-and-the-landfill...
14 Jun 2010 – I can only imagine them fishing together in **Nova Scotia**... A conspiracy is
generally defined as an agreement between two or more persons to ...

If "the best place to hide a needle is in a haystack of needles" then ...
www.slabbed.org/.../if-the-best-place-to-hide-a-needle-is-in-a-haystac...
11 Feb 2011 – The one for the **Nova Scotia** properties will have to be sent to the US
Dept of State for review so if you would kindly sign that one first?

April « 2012 « Slabbed
www.slabbed.org/2012/04/
30 Apr 2012 – Parties will file dispositive motions within thirty days of receipt of the
official transcript of the underlying proceeding held in **Nova Scotia**,Canada.

If I was a newspaper reporter I'd ask Jim Letten why St Charles ...
www.slabbed.org/.../if-i-was-a-newspaper-reporter-id-ask-jim-letten-...
9 Sep 2011 – Charles Leary of Trout Point comes out of hiding: Comments to blog in
**Nova Scotia** over the widening scandal at Trout Point Lodge · If I may be ...

It all began with a dime drop to Raphael. Slabbed takes a look back ...
www.slabbed.org/2010/02/.../it-all-began-with-dime-drop-to-raphael/
15 Feb 2010 – 1/6/10: The Times Picayune runs a Richard Rainey story, later retracted
that connected Aaron Broussard to certain property in **Nova Scotia**.

Kirk Cheyfitz of Story Worldwide has updated his post on Trout Point ...
www.slabbed.org/.../kirk-cheyfitz-of-story-worldwide-has-updated-h...
15 Sep 2011 – And then once it is spread around that the cute Dixie Chick is hiding out
in **Nova Scotia**, I'll accuse them of what, bigotry? Just trying to follow ...

Let's talk a bit more about the Billy's Hill Trail Society, Trout Point ...
www.slabbed.org/.../lets-talk-a-bit-more-about-the-billys-hill-trail-soc...
22 Sep 2011 – "People and small businesses in (southwestern **Nova Scotia**) deserve ...
There was a time when you couldn't shit in SW **Nova Scotia** without ...

Lets talk Lawrence Chehardy calling it quits and catch up on some ...
www.slabbed.org/.../lets-talk-lawrence-chehardy-calling-it-quits-and-...
26 Jun 2010 – **Nova Scotia**. Law practices. Enough there to keep entire FBI busy for
quite some time. And now there is The Oil Spill money. More fodder.

Citizens for Good Government updates the fight with Councilman ...
www.slabbed.org/.../citizens-for-good-government-updates-the-fight...
11 Jun 2012 – ... fuck Broussard's Waterloo ... and fuck LargeASSe and his cronies'
Cayman Island bank accounts (or is it **Nova Scotia** and/or Costa Rico) ...

slabb o « Search Results « Slabbed
www.slabbed.org/page/24/?s=slabb+o
18 Nov 2011 – I can't judge whether the bungling in **Nova Scotia** is willful as I and many
others such as our own Gambitman suggest is the case in the ...

Mirror, mirror on the wall server, was it one enterprise office after all ...
www.slabbed.org/.../mirror-mirror-on-the-wall-server-was-it-one-ent...
18 Feb 2011 – **Nova Scotia** properties owned and operated by Broussard ( wire fraud )
Payroll fraud and the two aforementioned items ( conspiracy) ...

Friday Music: Special dedication to Charlie and Vaughn « Slabbed
www.slabbed.org/.../friday-music-special-dedication-to-charlie-and-v...
9 Sep 2011 – Slabbed solves the mystery on the shores of the Tusket River in **Nova
Scotia** as we reveal the Trout Point connection to the Jefferson Parish ...

The legendary Slabbed legal team spot on again, Team Broussard ...
www.slabbed.org/.../the-legendary-slabbed-legal-team-spot-on-again...
17 May 2012 – ... member of the Federal Judiciary ... this is not Judge Hood, who in
**Nova Scotia** is better known as a Canadian Director of Drama Queen farce ...

**Previous**        1  2  3  4  5              **Next**

Advanced search        Search Help        Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy & Terms
About Google