Pierre Léon Muise
(902) 742-0501
(902) 742-0582
E-mail: surettwm@gov.ns.ca

164 Main Street
Yarmouth, Nova Scotia
B5A 1C2

www.courts.ns.ca

# FAX COVER SHEET

**TO:** Charles Leary

**FROM:** WINNIE SURETTE/JUDICAL ASSISTANT TO JUSTICE PIERRE L. MUISE

**RE:** Trout Point v. Doug Handshoe

Number of Pages Transmitted Include this Page: 2

## KINDLY NOTIFY THE ABOVE IF ALL PAGES ARE NOT RECEIVED

The information and material are confidential and intended for the recipient of this facsimile only. Please advise the originator of this facsimile if the communication has been received in error.

EXHIBIT
"D"

20 12   No. _____
This is Exhibit " D " referred to
in the affidavit of Charles Leary
(sworn/affirmed) before me
on _____ 10 , 20 12
ELAINE L. D'ENTREMONT
COMMISSIONER OF THE SUPREME
Signature COURT OF NOVA SCOTIA

filing
#353654



**Recipient Information**

**To:** Ms Winnie Surrette
Company: Nova Scotia Supreme Court
Fax #: 9027420678

**Sender Information**

**From: Douglas Handshoe**
Company: Slabbed New Media LLC
Email address: earning04@gmail.com
Sent on: Tuesday, January 31 2012 at 9:45 AM EST

Ms Surrette, I am a party to the above referenced action. I have been led to believe that Justice Hood has committed to delivering an oral decision this morning from the damages hearing which occured in Yarmouth on January 30 involving me. I was not noticed about this hearing but I was also not noticed in similar proceedings before Judge Pierre Muise so I am used to getting information about legal proceedings involving my investigative blog second hand. As a party, I am hoping that you would call me immediately upon the rendering of the decision. My telephone number and email are below. Thank you for your consideration, Regards, Doug Handshoe Slabbed New Media, LLC Post Office Box 788 Wiggins, MS 39577 earning04@gmail.com (228) 323-1598