In the County of Yarmouth, Nova Scotia, Canada

## Affidavit of Vaughn Perret

BEFORE ME, personally came and appeared Vaughn Perret, a person of the full age of majority and domiciled in Kemptville, Yarmouth County, Nova Scotia, who, after being duly sworn, did depose and say:

1. I am President and Managing Director of Trout Point Lodge. I am an on-site proprietor and chef for the hotel.

2. I have never participated in any pay-to-play scheme involving Aaron Broussard and government contractors. I have no knowledge whatsoever of such a scheme. To my personal knowledge as an officer and hands-on proprietor, Trout Point Lodge has never participated in such a scheme, or been used in such a scheme.

3. I have never co-owned or managed any property used to funnel kickbacks from contractors doing business with Jefferson Parish.

4. I have never participated in money laundering, whether involving Aaron Broussard or in any other way.

5. Trout Point Lodge is a private, Nova Scotia corporation and does not publish financial information.

6. Doug Handshoe would have no way to know the financial performance or condition of Trout Point Lodge.

7. I was never involved with schemes to illicitly obtain money. Trout Point Lodge was never involved in such schemes either.

8. Charles Leary, Trout Point Lodge, and I sued the Times-Picayune and its parent Advance Publications in Nova Scotia Supreme Court for defamation and other causes of action.

9. This lawsuit was amicably settled out of court in April, 2011.

10. I cannot reveal the terms of the settlement; by agreement the terms are confidential.

11. I can say that the terms did not include having Advance Publications seek to shut down the Slabbed blog or to contact the Go Daddy web hosting company. I

12. know from publications on Slabbed that Advance served take-down notice on Slabbed's host, and Slabbed reported that it lost its host also in April, 2011. Handshoe blames Charles Leary and I for losing his host.

13. Klout is a service that monitors social networking on the Internet, including prominently

Twitter. Attached hereto as Exhibit "A" is the Klout assessment of Slabbed's Twitter account. ~~presented the same picture in the evidence book for the January 30, 2012 hearing.~~ It states that Slabbed's Twitter account is influential about 12 topics, with the top 3 being Louisiana, Insurance, and Nova Scotia.

14. Trout Point Lodge sued Louisiana Media Company as a sole plaintiff in Nova Scotia Supreme Court. I represented Trout Point Lodge.

15. Part of Louisiana Media's defence was that the TV station WVUE's news stories were not about Trout Point Lodge, they were about Aaron Broussard, even though they showed video of Trout Point's web site.

16. Louisiana Media was represented by the Halifax law firm Stewart McKelvey.

17. Handshoe published on Slabbed on April 19, 2011: "In other news the law firm of Stewart McKelvey was on our old Trout Point posts today, no doubt looking for pretext to file a ham sandwich defamation claim against us in Nova Scotia." I believe Handshoe monitors who and where his readers are.

18. That law suit was amicably settled out of court earlier this year.

19. Handshoe says on Slabbed that he has been paying someone in Nova Scotia to copy court documents from the Louisiana Media file. This includes in the time period before the January 30, 2012 damages assessment hearing.

20. On February 17, 2012, WVUE Fox 8 News in New Orleans broadcast the following on it 4pm, 5pm, 9pm, and 10 pm news broadcasts. I personally viewed one such broadcast:

> In January of 2010, Fox 8 News reported a story on whether contractors with Jefferson Parish ever vacationed at former Parish President Aaron Broussard's investment properties in Nova Scotia, Canada.
>
> In the story, we showed video of Trout Point Lodge from its web site while reporting that Broussard owned investment properties nearby.
>
> Broussard's properties are not part of Trout Point Lodge. Fox 8 News regrets any implication that Trout Point Lodge was associated with a Metropolitan Crime Commission complaint associated with the Broussard scandal.

Sworn to and subscribed before me, a Commissioner of Oaths of the Supreme Court of Nova Scotia, this _16th_ day of July, 2012.

Vaughn Perret

NANCY TYNDALL-BULLERWi.
Commissioner of The Supreme
Court of Nova Scotia