

OR

Compare your Klout with Slabbed Blog!





20___ No. ____
This is Exhibit " A " referred to
in the affidavit of _Vaughan Perret_
(sworn/affirmed) before me
on _July 10th_ 20 _12_

_[signature]_
Signature



# Slabbed Blog

I'm Sop, a private practice CPA and blogger. Located in the heart of Soggy Bottom, I cover issues that impact Louisiana and South Mississippi.
UT: 30.855079,-89.13818



EXHIBIT
"A"

Influence network



tweet
share

Influential about 12 topics

**Louisiana**

**Insurance**

**Nova Scotia**

tweet
share

# See more! Log into Klout now!

OR

## Featured Users on Klout

65



George Lopez


75


Tyra Banks


82


Paris Hilton

70



Sharon Osbourne



53



Chi-Hua Chien



69



Katie Couric





Like    200k

```
<div style="display:none;"> <img src="//pixel.quantserve.com/pixel/
p-aeKjlJXBiuePA.gif" border="0" height="1" width="1"
alt="Quantcast"/> </div>
```