# accusations of criminality and moral laxities

money laundering, Advance fee fraud, *securities fraud*, perjury, says we *took advantage of biggest investor*(DAbel), bilked local contractors and suppliers, defrauded investors, Trout Point Lodge is at heart of political corruption scandal, accusations of nefarious business practices including lying to guest and cheating them over our 18 percent service charge, entrenched corrupt interest, we buy the media,, grifters, grafters, scammers, fabricating reviews, responsible somehow for failure of SWASDA, connected to the River Birch garbage dump scandal, Coastal Shoring scandal home elevation controversy,  trident and Plaquemines parish port scandal, illegal document destruction, forum shopping, anti-free speech, fleecers, slap suiters, stole govt. monies, connected to judicial scandal in jefferson, accuses of viol. guest privacy, ethics violations, investment fraud, organized crime, common thugs, thieves, obstruction of Justice, campaign finance fraud, advance fee fraud, racketeering, co-conspirators, suggest there is something ulterior like conspiring with judge Muise in obtaining identities of hateful defamers, abusing legal process, evil bastard, freeloaders, cowards,  intimidation and intending at minimum to physically injure people if not murder!!

**Hoping to dirty us so that those near will fear getting involved or helping us,**

APPENDIX 1