In the County of Yarmouth, Nova Scotia, Canada

## Affidavit of Daniel Gillis

BEFORE ME, personally came and appeared Daniel Gillis, a person of the full age of majority and domiciled in Port Hawkesbury, Nova Scotia, who, after being duly sworn, did depose and say:

1. I am a student at Dalhousie University in Halifax, Nova Scotia.
2. I am presently in my third year of employment at Trout Point Lodge in Kemptville, Nova Scotia.
3. In the summer of 2011, I was employed at Trout Point Lodge.
4. I use the Internet frequently. Sometime in early August, 2011, I was curious about Trout Point's online reputation. I conducted a search for Trout Point Lodge related material on the Internet.
5. I was not prompted to do this search by my employers, but only on my own initiative.
6. My employers had never mentioned Slabbed to me.
7. I encountered the Slabbed blog prominently in Google search engine searches for "Trout Point Lodge."
8. I read the blog and was disturbed by its contents, which were all about allegations of the Lodge and my bosses Charles Leary and Vaughn Perret being involved in political corruption, deceiving investors, use of illegal monies, and other criminal activities.
9. The blog also said that they were being sued by the federal government for misdirecting monies and that Charles Leary had perjured himself in a Nova Scotia court.
10. The blog also said that they had strong-armed a newspaper into printing lies, and that retractions about them were untrue.
11. My roommate Kenzie Gunn, a Nova Scotia native, also read the blog. I observed him do so.
12. The place where I work doesn't resemble that place and those people described by the Slabbed blog based on my personal experience of working day to day at the Lodge and with Charles Leary and Vaughn Perret over an extended period of time.
13. I brought Slabbed and its allegations up to my employers in August, 2011.

Sworn to and subscribed before me, a Commissioner of Oaths of the Supreme Court of Nova Scotia, this 3rd day of July, 2012.

NANCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia

Daniel Gillis