IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                                              PLAINTIFFS

VERSUS                                    CIVIL ACTION NO:  1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                                                          DEFENDANT

## MOTION OF PLAINTIFFS TROUT POINT LODGE, LTD.,  A NOVA SCOTIA LIMITED COMPANY; VAUGHN PERRET; AND CHARLES LEARY TO STRIKE REPLY MEMORANDUM OF DEFENDANT DOUGLAS K. HANDSHOE

COME NOW Plaintiffs, Trout Point Lodge, Ltd., a Nova Scotia Limited Company; Vaughn Perret; and Charles Leary, and move to strike Reply Memorandum of Defendant Douglas K. Handshoe [Docket No. 19] on the ground it is a surrebuttal brief not allowed by Uniform District Court Rule 7(b)(4).

Respectfully submitted, this the 28th day of July, 2012.

                                Trout Point Lodge, Limited, Vaughn Perret and
                                Charles Leary


                                By:     s/  Henry Laird
                                              Henry Laird, Mississippi Bar No. 1774

{GP003615.1}                        1

## CERTIFICATE OF SERVICE

      I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Plaintiffs' Motion to Strike by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 28th day of July, 2012.

                                        s/ Henry Laird
                                        Henry Laird

Henry Laird (MSB No. 1774)
Email: hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email: jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516