## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY**                                                    **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                  **DEFENDANT**

---

## MOTION OF PLAINTIFFS TROUT POINT LODGE, LTD.,  A NOVA SCOTIA LIMITED COMPANY; VAUGHN PERRET; AND CHARLES LEARY TO WITHDRAW THEIR MOTION TO STRIKE REPLY MEMORANDUM OF DEFENDANT DOUGLAS K. HANDSHOE

---

COME NOW Plaintiffs, Trout Point Lodge, Ltd., a Nova Scotia Limited Company; Vaughn Perret; and Charles Leary, and move to withdraw their motion to strike reply memorandum of Defendant Douglas K. Handshoe [Docket No. 23] on the ground that the parties are attempting to resolve the issues raised in that motion.

Respectfully submitted, this the 30th day of July, 2012.

> Trout Point Lodge, Limited, Vaughn Perret and
> Charles Leary
>
>
> By:    s/  Henry Laird
>           Henry Laird, Mississippi Bar No. 1774

**CERTIFICATE OF SERVICE**

I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Plaintiffs' Withdraw their Motion to Strike by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466
Email:  ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433
Email:  mail@truittlaw.com

This the 30th  day of July, 2012.

s/  Henry Laird
Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email:  jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516