# Slabbed

Alternative New Media for the Gulf South

## Gone but not forgotten: Trout Point figure fingered for expensive vacations on public's dime.

with 4 comments

Folks I found this South Coast Today story in the google cache and it is quite the interesting read. It is in the cache and no longer online at the South Coast Today and the publisher, Tim Gillespie would not comment on the record on its removal though we can certainly speculate. I personally think it was this part that sent certain Goatherders blasting off into orbit:

> All of the media sources had asserted or insinuated that Broussard was part owner of Trout Point Lodge, allegations which were vigorously denied by Leary, Perret and the firm which owns the Lodge. Documents filed with the courts and Nova Scotia and Louisiana government agencies show that Broussard and various business partners owned properties and businesses in the Trout Point Road area adjacent to the Lodge and that the Lodge acted as a rental agent for Broussard's properties.
>
> Broussard and his New Orleans political friends were often guests at the Lodge, but there were no records produced in court which showed any ownership.
>
> The beleaguered former politician visited Nova Scotia frequently, joining Perret and Leary as directors of a non-profit organization attempting to build a hiking trial near the Lodge and Broussard's properties and was reported to have accompanied the pair on a visit to Shelburne, where he was introduced as a "silent partner" in plans by the pair to convert the former Cox Warehouse into a whiskey brewery. One local official recalls the silent partner telling her that Shelburne was a nice town but "not ready for the likes of him."

I'll add Slabbed has never asserted that Broussard owns Trout Point Lodge, not that it would surprise me if it turned out that he did, but to this point I've seen no evidence of such but I doubt Leary nor Perret had a problem with that part. IMHO the silent partner stuff likely caused Perret to blow a rag as is his wont, but no man is rich enough to buy back his past, including the proprietors at Trout Point Lodge who once upon a time openly touted their business associations with Broussard to the media in both the US and Canada.

Along those lines Slabbed has ascertained from the court records in Leary and Perret's defamation case against Fox 8 in Nova Scotia that the Cox Warehouse was the subject of a certain affidavit sworn by the plaintiffs that is of the fanciful variety of the type we've previously highlighted on Slabbed. Let's circle that tidbit for now. Along those lines Slabbed has also learned the Fox 8 court record indicates the Lodge itself may be for sale. I plan on exploring possible reasons for that in greater detail in a subsequent post. I did note they established an investor page where they actually belatedly mention the sale of Cerro Coyote.

In any event the whole South Coast Today story is well worth the read. Should it disappear from the google cache as often happens here is a pdf for posterity sake for those so interested.

sop

**Share this:**

Case 1:12-cv-00090-LG-JMR Document 27-5 Filed 08/06/12 Page 2 of 5



0

Written by sop81_1

April 2, 2012 at 5:41 pm

Posted in Sop

Tagged with Aaron Broussard, Charles Leary, Town of Shelburne Nova Scotia, Trout Point Development, Trout Point Lodge, USA v Broussard, Vaughn Perret

« Monday morning tease
I have the following update from the legal front….. »

## 4 Responses

Subscribe to comments with RSS.

1. Loved the line in the article: "non-profit organization attempting to build a hiking trial" TRIAL, yep I understand! Do the lawyers have all the gear for a long hiking TRIAL?

   

   **Golfhack**

   April 3, 2012 at 10:47 am

   Reply

2. Going to be a long "Rawhide" drive for the goatherders. Do you think they will float the herd down the Mighty Miss,take covered wagons or via rail.

   Hopefully they will get an escort by Dudley Do-Right through the "…deep south of the United States…" where they affy in their Complaint's paragraph 87 a lot of unstable, crazy homophobic people live.

   I wish I could be a fly on the humble walls of the Southern Division of the Southern District of Mississippi when the Honorable U.S District Judge first reads that infamous paragraph.

   Gitty up lil' goats gitty up. Got lots of grass and good newspapers, like the TP, for you'll to eat round here. We'll leave the patrol lights on for ya' and yall stay a piece won't ya.



**lockemuptight**

April 3, 2012 at 11:14 am

Reply

- Lockem the reality here is far more bizarre than you think. 

    I'll make time to share later.

    sop

    

    **sop81_1**

    April 3, 2012 at 12:38 pm

    Reply

3. Just guessing here but could it have been pulled and only in Cache because of some of the same tactics that the people at the "point" have used in the past and are currently using with….. some unmentioned blog?

    

    **Rat Bastard**

April 3, 2012 at 8:49 pm

Reply

## Leave a Reply

Enter your comment here...

## Archives by date

### April 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

« Mar    May »

Search for: [_____] Search

## Reader Feedback / Legal

- Contact

## Support Slabbed



## Slabbed supports the Creative Commons



Slabbed by Slabbed New Media LLC is licensed under a Creative Commons Attribution-ShareAlike 3.0 United States License.
Permissions beyond the scope of this license may be available at www.slabbed.org/contact.

## Subscribe to Slabbed

Email Address

Subscribe

## Recent Posts

- Worth repeating take note: People are still upset about this Whitmer plea…..

- Paul Rioux sings his swan song before leaving the T-P: "Audit slams Jefferson Parish Housing Authority payments to governing board, legislator's company"
- Let's talk more about Broussard's grand jury leak "fishing expedition"
- I heard there was a major scandal brewing over at the Jefferson Parish Housing Board…..(Updated)
- Wednesday Music: Ladies, gentlemen and Goatherders of all ages……

## Recent Comments

- Lockemuptight on Paul Rioux sings his swan song before leaving the T-P: "Audit slams Jefferson Parish Housing Authority payments to governing board, legislator's company"
- Tom on Paul Rioux sings his swan song before leaving the T-P: "Audit slams Jefferson Parish Housing Authority payments to governing board, legislator's company"
- Tom on Worth repeating take note: People are still upset about this Whitmer plea…..
- Lockemuptight on Paul Rioux sings his swan song before leaving the T-P: "Audit slams Jefferson Parish Housing Authority payments to governing board, legislator's company"
- Lockemuptight on Worth repeating take note: People are still upset about this Whitmer plea…..
- Tom on Worth repeating take note: People are still upset about this Whitmer plea…..
- Tom on Worth repeating take note: People are still upset about this Whitmer plea…..
- Lockemuptight on Worth repeating take note: People are still upset about this Whitmer plea…..
- whitmergate on I heard there was a major scandal brewing over at the Jefferson Parish Housing Board…..(Updated)
- Lockemuptight on Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?
- whitmergate on Feeling blue that Aaron Broussard shook you down for money to build vacation hotels and lodges overseas?
- whitmergate on I heard there was a major scandal brewing over at the Jefferson Parish Housing Board…..(Updated)
- Tom on I heard there was a major scandal brewing over at the Jefferson Parish Housing Board…..(Updated)
- Tom on Let's talk more about Broussard's grand jury leak "fishing expedition"
- whitmergate on The Wino sends the following word from the gutter



## Meta

- Log in
- Entries RSS
- Comments RSS
- WordPress.org

© 2007–2012 Slabbed New Media LLC