

Home    Contact    Projects    Representative Cases    Resume

### EDUCATION
Tulane University School of Law, New Orleans, Louisiana - Juris Doctor 1977
Tulane University, New Orleans, Louisiana - Bachelor of Arts, History, 1974
The Johns Hopkins University, 1971 - 1973

### BAR ADMISSIONS
All Louisiana State Courts
United States District Court for the Eastern District of Louisiana
United States District Court for the Middle District of Louisiana
Federal Bankruptcy Court
United States Court of Federal Claims
United States Fifth Circuit Court of Appeal
United States Federal Circuit Court of Appeals
United States Supreme Court

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| March 2011 to present | David C. Loeb, Attorney at Law, of counsel to Couhig Partners<br>Land Use; Construction; Design Professional Liability; Commercial Litigation |
| 2004 - 2011 | Couhig Partners, LLP, New Orleans, Louisiana. |
| 2002 - 2003 | Milling, Benson, Woodward, LLP, New Orleans, Louisiana. |
| 1993 - 2001 | Molaison, Loeb, Greenberg & Zelenka, LLP, Gretna, Louisiana. |
| 1989 - 1993 | Chehardy, Sherman, Ellis, Breslin & Murray, Metairie, Louisiana. |
| 1985 - 1989 | Gauthier, Murphy, Sherman, Chehardy & McCabe, Metairie, Louisiana. |
| 1979 - 1984 | Edwards, Cullen & Loeb, Gretna, Louisiana. |

| | |
|---|---|
| 1977 - 1985 | Jefferson Parish District Attorney's Office, Jefferson Parish, Louisiana. Assistant District Attorney. |

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

Louisiana State Bar Association
Jefferson Bar Association
404-10 Group
National Association of Home Builders
Home Builders Association of Greater New Orleans
Self Storage Association of Louisiana
Jefferson Coalition for Alternative Schools
Jefferson Chamber of Commerce
Rotary Club of New Orleans

## BUSINESS INTERESTS

Avondale Self Storage, L.L.C.
Supreme Toyota, Scion of Hammond
2633 Napoleon, L.P.
Homeplace Development, L.L.C.
Alvera Properties, L.L.C.
La Ferme d'Acadie

## DIRECTORSHIPS (PAST AND PRESENT)

Jefferson Parish Community School
    Alternative school for expelled 6th-8th graders
I CAN Help, Inc.
    Non-Profit to support Intensive Probation Drug Court
Jefferson Chamber of Commerce
Jefferson Chamber of Commerce Government Committee
Jefferson Chamber of Commerce Political Action Committee
National Association of Home Builders
Louisiana Home Builders Association
La Ferme d'Acadie
St. Paul's Episcopal School
New Orleans Yacht Club

## TEACHING EXPERIENCE

| | |
|---|---|
| Gretna Police Academy<br>    Civil Liability of Police<br>    1998 to present | Jefferson Bar Association<br>    Wetlands Regulation<br>    April, 1995 |
| Home Builder's Association of Greater New Orleans<br>    Legal Aspects of Management of Multi Family Housing<br>    August 1998 | Gretna Police Academy<br>    Director - Legal Aspects<br>    1983-1986 |

| | |
|---|---|
| Home Builder's Association of Greater New Orleans<br>    Private Works Act and New Home Warranty Act<br>    1998 to present | Jefferson Board of Realtors<br>    Wetlands Regulation |
| HBA Gulf Coast Conference<br>    Wetlands Seminar<br>    November, 2001<br>    October, 2002 | Jefferson Bar Association<br>    Regulatory Takings<br>    April 2002 |
| Jefferson Bar Association<br>    Private Works Act<br>    December 1996 | National Association of Home Builders<br>    Breaking Regulatory Barriers<br>    January 2003 |

### Links

Couhig Partners
Avondale Self Storage
Supreme Automotive Group
Home Builders Association of GNO
Self Storage Association of Louisiana
404-10 Group