IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                                                   PLAINTIFFS

VERSUS                                        CIVIL ACTION NO:  1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                                                            DEFENDANT

---

**MOTION OF PLAINTIFFS TROUT POINT LODGE, LTD.,  A NOVA SCOTIA LIMITED COMPANY; VAUGHN PERRET; AND CHARLES LEARY TO STRIKE SUPPLEMENTAL REPLY MEMORANDUM OF DEFENDANT, DOUGLAS K. HANDSHOE   [Docket No. 27]**

---

COME NOW Plaintiffs, Trout Point Lodge, Ltd., a Nova Scotia Limited Company; Vaughn Perret; and Charles Leary, and subject to their motion to file additional briefs on cross motions for summary judgment or in the alternative to strike brief of Defendant [Docket No. 26], file this their motion to strike Supplemental Reply Memorandum of Defendant, Douglas K. Handshoe, [Docket No. 27] and in support would show that Defendant already filed two reply briefs [Docket Nos. 16 and 19] so that his latest brief [Docket No. 27] exceeds the briefing limitations of Local District Court Rule 7(b)(4), i.e. Defendant has now filed three briefs.

Respectfully submitted, this the 7th day of August, 2012.

                                        Trout Point Lodge, Limited, Vaughn Perret and
                                        Charles Leary


                              By:    s/  Henry Laird
                                      Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

      I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Plaintiffs' Withdraw their Motion to Strike by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466
Email:  ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433
Email:  mail@truittlaw.com

      This the 7th day of August, 2012.

                                            s/  Henry Laird
                                            Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email:  jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516