In the County of Yarmouth, Nova Scotia, Canada

## Affidavit of Vaughn Perret

BEFORE ME, personally came and appeared Vaughn Perret, a person of the full age of majority and domiciled in Kemptville, Yarmouth County, Nova Scotia, who, after being duly sworn, did depose and say:

1. I am President and Managing Director of Trout Point Lodge. I am an on-site proprietor and chef for the hotel.

2. In preparation for the Supreme Court damages assessment hearing on January 30, 2012, in Yarmouth, Nova Scotia, I prepared several documents based on Slabbed publications referring to Trout Point Lodge, Charles Leary, and me up to late January, 2012.

3. Attached hereto as Exhibit "A" is a true copy of the list of crimes and ethical lapses Handshoe attributes to us, which I prepared for the hearing.

4. Attached hereto as Exhibit "B" is a true copy of a list of discriminatory slurs Handshoe published in reference to Charles Leary and myself, which I prepared for the hearing.

5. The publications of Doug Handshoe these two lists are based on are in the book presented into evidence in court on January 30, 2012.

Sworn to and subscribed before me, a Commissioner of Oaths of the Supreme Court of Nova Scotia, this 21ˢᵗ day of August, 2012.

_____
NANCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia

_____
Vaughn Perret

Exhibit "A"

criminal accusations and moral laxity

money laundering, Advance fee fraud, *securities fraud*, perjury, says we *took advantage of biggest investor*(DAbel), bilked local contractors and suppliers, defrauded investors, lodge is at heart of political corruption scandal, accusations of nefarious business practices including lying to guest and cheating them over our 18 percent service charge, entrenched corrupt interest, we buy the media,

grifters, grafters, scammers, fabricating reviews, responsible somehow for failure of SWSDA, connected to the River Birch garbage dump scandal, coastal shoring scandal, trident and plaq par scandal port, illegal document destruction, forum shopping, anti-free speech, fleecers, slap suiters, stole govt., connected to judicial scandal in jefferson, accuses of viol. guest privacy, ethics violations, investment fraud, organized crime, common thugs, thieves, obstruction of Justice, campaign finance fraud, advance fee fraud, racketeering, co-conspirators, suggest there is something ulterior like conspiring with judge Muise,

accusing of intended murder, abusing legal process, evil bastard, freeloaders, cowards

accuses judge of wrongdoing completely, hoping to dirty us so and those near that all will fear!!

some examples of urls, most accusations can also be seen in context in the table of defendants publications

**money laundering-** too numerous to count-http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/

**Advance fee fraud-**http://slabbed.wordpress.com/2011/09/09/if-i-may-be-so-bold-those-that-arent-following-sop-on-the-etm-yahoo-message-board-are-missing-out-on-some-great-fun/

**Perjury-** http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/

**bilked biggest investor-** http://slabbed.wordpress.com/2011/08/15/actually-matt-you-had-this-one-called-right-to-begin-with-slabbed-travels-back-in-time-with-the-girls-and-ties-a-few-things-together-a-trout-point-lodge-jefferson-parish-political-corruption-scan/

**bilked local contractors and suppliers-**https://slabbed.wordpress.com/2011/08/24/the-problem-with-lying-is-keeping-all-of-them-straight-a-jefferson-parish-political-corruption-trout-point-lodge-scandal-update-part-3/

**defrauded investors- too numerous to count-**http://slabbed.wordpress.com/2011/04/26/slabbed-takes-a-look-at-the-trout-point-business-venture-lets-start-at-the-end-and-work-back/

**lodge is at heart of political corruption scandal- too numerous, reddit, trip advisor, the independent, the telegraph**

**etc. -** http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

**accusations of nefarious business practices-**

**Investment fraud- numerous times -**http://slabbed.wordpress.com/2012/01/14/if-you-were-sold-a-stake-in-either-la-ferme-dacadie-or-cerro-coyote-slabbed-wants-to-hear-from-you/

**thieves**- http://slabbed.wordpress.com/2011/04/18/yes-i-can-verify-that-trout-point-lodges-charles-leary-and-the-soon-to-be-indicted-aaron-broussard-were-thick-as-thieves-up-in-nova-scotia/

20____ No. ____
This is Exhibit " A " referred to
in the affidavit of _Marsha Perret_
(sworn/affirmed) before me
on _August 21st_, 20_12_

_____
Signature

NCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia

Exhibit "3"

top bitch, bottom bitch, bitches, first class bitches, girls, girlfriends, wife, blow buddies, bottom boy, faggot scum, team girls,

20___    No. _____
This is Exhibit " 3 " referred to
in the affidavit of Vaughan Perret
(sworn/affirmed) before me
on August 21st 20 12

_Signature_

NANCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia