IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BETWEEN

TROUT POINT LODGE, LIMITED, CHARLES LEARY & VAUGHN PERRET

PLAINTIFFS

V.

DOUG K. HANDSHOE

DEFENDANT

CIVIL ACTION NO. 1:12-CV-90LG-JMR

**AFFIDAVIT OF SHERI LEIGH WHITE**

I Sheri Leigh White of Halifax, Nova Scotia make oath and say as follows:

1. I am familiar with the lodge operated by Trout Point Lodge Limited in East Kemptville, Nova Scotia and have stayed there on previous occasions.

2. In the summer of 2011 I searched for information on Google with respect to Trout Point Lodge. I believe my search was simply "trout point".

3. One of the first responses indicated some information relating to a bankruptcy in some fashion connected with Trout Point and referenced a website referred to as "slabbed". I believe the address was "www.slabbed.wordpress.com".

4. I visited the "slabbed" website and read a number of the posts. Many of the posts claimed that the owners of Trout Point Lodge Limited were connected with political corruption in Louisiana. Other posts on the site turned to homophobic ranting involving the owners of Trout Point Lodge Limited who were sometimes referred to as "the girls". There were also violent videos attached to the blog where characters are making numerous threats to an anonymous victim.

5. The content of the website was upsetting and terrifying.

6. After my initial review of the website I visited it on at least one other occasion to see if the conduct was continuing and noted further postings on the site of with much of the same kind of derogatory information.

SWORN before me at Halifax, in the
Province of Nova Scotia,
this 21 day of August, 2012

_____
A Notary Public in and for the Province
of Nova Scotia

Name: Fraser MacFadyen
My commission does not expire

D. FRASER MacFADYEN
A Notary Public in and for the
Province of Nova Scotia

_____
**SHERI LEIGH WHITE**

2512955.v2