June 14, 2005

███████

Re: Nova Scotia Enterprises, L.L.C.
Notice to Waive Right of First Offer (Section 6.1.4.)

Dear ██:

Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

███████████

MEMBER

6/16/05
DATE

065

# FAX

**ATTN.** AARON BROUSSARD

**Fax Number** 94671866

**Phone Number**

**FROM** ████████

**Fax Number** ████████

**Phone Number** ████████

**SUBJECT**

**Number of Pages** 2

**Date.** 6/17/2005

**MESSAGE**

066

June 14, 2005

██████████

Re:  *Nova Scotia Enterprises, L.L.C.*
     *Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ██

    Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

███████████████

**MEMBER**

6/21/05

**DATE**

067

June 14, 2005



Re: *Nova Scotia Enterprises, L.L.C.*
Notice to Waive Right of First Offer (Section 6.1.4.)

Dear ███

    Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

██████████████████
**MEMBER**

*June 15, 2005*
**DATE**

068

June 14, 2005



Re: *Nova Scotia Enterprises, L.L.C.*
*Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ▮:

     Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

**MEMBER**

_6/16/05_

**DATE**

June 14, 2005

██████████████

Re: *Nova Scotia Enterprises, L.L.C.*
*Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ████:

Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

**MEMBER** ██████████████████

6/17/05

**DATE**

070

June 14, 2005

███████████

Re: *Nova Scotia Enterprises, L.L.C.*
*Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ███:

Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

███████████

**MEMBER** ████████

6-15-05

**DATE**

071

June 14, 2005



Re:  Nova Scotia Enterprises, L.L.C.
Notice to Waive Right of First Offer (Section 6.1.4.)

Dear ███:

        Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

<u>MEMBER</u>

<u>6-15-05</u>
**DATE**

June 14, 2005

███████████

Re: *Nova Scotia Enterprises, L.L.C.*
    *Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ███:

      Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

███████████████████████████

**MEMBER**

6.16.05

**DATE**

June 14, 2005

███████████

Re: *Nova Scotia Enterprises, L.L.C.*
    *Notice to Waive Right of First Offer (Section 6.1.4.)*

Dear ███ :

    Please accept this notification as my formal waiver of exercising my option under Section 6.1.4. of our Operating Agreement to match the offer tendered to Aaron F. Broussard for his Membership Interest as outlined in his letter and attachment dated June 14, 2005; AND FURTHER, I am not recommending that the Company, Nova Scotia Enterprises, L.L.C., match said offer or acquire the interest of Aaron F. Broussard.

███████████████████

**MEMBER** ████████

6/20/05.

**DATE**

074

315

| Period | | | | | | | | | | Broussard | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2002-2003** | | | | | | | | | | | | |
| Summer | $6,550.00 | $6,550.00 | $6,550.00 | $6,550.00 | $6,550.00 | $3,275.00 | $3,275.00 | $6,550.00 | | | | $6,550.00 |
| Winter | $782.60 | $782.60 | $782.60 | $782.60 | $782.60 | $391.30 | $425.96 | $782.60 | | $782.60 | $713.28 | $782.60 |
| **2003-2004** | | | | | | | | | | | | |
| Summer | $6,871.00 | $6,871.02 | $6,871.02 | $6,871.02 | $6,871.02 | $3,435.51 | $3,435.51 | $6,871.02 | | | | $6,871.02 |
| Winter | $2,104.48 | $2,104.48 | $2,104.48 | $2,104.48 | $2,104.48 | $1,052.24 | $1,052.24 | $2,104.48 | | | | $2,104.48 |
| **2004-2005** | | | | | | | | | | | | |
| Summer | $6,357.45 | $6,357.45 | $6,357.45 | $6,357.45 | $6,357.45 | $3,178.72 | $3,178.72 | $6,357.45 | | | | $6,357.45 |
| Winter | $2,114.42 | $2,144.42 | $2,114.42 | $2,114.42 | $2,114.42 | $1,057.21 | $1,057.21 | $2,114.42 | | | | $2,114.42 |
| **2005** | $5,332.05 | $5,332.05 | $5,332.05 | $5,332.05 | $5,332.05 | $2,666.02 | $2,666.02 | $5,332.05 | | | | $5,332.05 |
| **2006** | $7,350.00 | $7,350.00 | $7,350.00 | $7,350.00 | $7,350.00 | $3,675.00 | $3,676.00 | | | | | $7,350.00 |
| **2007** | $9,873.50 | $9,873.50 | $9,873.50 | $9,873.50 | $9,873.50 | $4,936.75 | $4,936.75 | | $9,873.50 | | | $9,873.50 |
| **TOTAL** | $47,335.50 | $47,335.50 | $47,365.52 | $47,335.52 | $47,335.52 | $23,702.41 | $23,687.75 | $30,112.02 | $9,873.50 | $782.60 | $713.28 | $47,335.52 |

Nova Justice Enterprises
member contributions

June 13, 2005

Aaron F. Broussard
3329 Florida Ave.
Kenner, LA 70065

RE: Offer to Purchase 42% interest
in Nova Scotia Enterprises, L.L.C.

Dear Aaron:

Pursuant to our conversation,  I hereby tender an offer to acquire your forty-two (42%) percent membership interest in Nova Scotia Enterprises, L.L.C. for the amount of One Hundred Ninety-Seven Thousand Two Hundred Forty Two and 50/100 ($197,242.50) Dollars to be paid in the form of a non-interest bearing promissory note due and payable on December 31, 2011.

Please notify me of your acceptance of this offer and verification that said transfer is authorized by Nova Scotia Enterprises, L.L.C.

Awaiting your reply, I remain

Sincerely,



# AARON F. BROUSSARD

June 20, 2005



Re: *Offer to Purchase 42% Interest*
*in Nova Scotia Enterprises, L.L.C.*

by

Dear

I received your offer of June 13, 2005 and accept your offer to transfer to you the entirety of my 42% Membership Interest in Nova Scotia Enterprises, L.L.C., for the amount of $197,242.50, payable in the form of a non-interest bearing Promissory Note, due and payable on December 31, 2011.

Please be advised that all other Members of Nova Scotia Enterprises, L.L.C., have been informed of this transfer, and under the terms and conditions of the Operating Agreement, have waived the exercising of their option both individually and on behalf of Nova Scotia Enterprises, L.L.C., to acquire any of my Membership Interest.

I have enclosed a Transfer, which evidences my transfer of the Membership Interest to _____, along with the Promissory Note to be signed by that Limited Liability Company.

Thank you for your cooperation.

Sincerely,

AARON F. BROUSSARD

# TRANSFER OF MEMBERSHIP INTEREST

**THIS TRANSFER OF MEMBERSHIP INTEREST** is entered into on June 20, 2005.

This Transfer of Membership Interest is made pursuant to the offer to purchase dated June 13, 2005, on behalf of ███████ and the "Right of First Offer" under Section 6.1.4 of the Operating Agreement. The undersigned hereby states that all other Members of Nova Scotia Enterprises, L.L.C. have waived their option to acquire the Membership Interest both individually and on behalf of the Company.

I, Aaron F. Broussard, hereby grant, bargain, sell, transfer, and convey, into ███████ L.L.C., the entirety of my 42% Membership Interest in Nova Scotia Enterprises, L.L.C.

The consideration for this transfer is one certain Promissory Note dated June 20, 2005, in the original principal sum of $197,242.50, bearing no interest, with the entirety of the amount of principal due and payable on December 31, 2011.

This Transfer of Membership Interest is pursuant to my Acceptance Letter dated June 20, 2005, sent to ███████

This Transfer of Membership Interest is entered into on this 20th day of June, 2005.

_signature_

**AARON F. BROUSSARD**
Transferor

Sworn to and subscribed before
me on this 20th day of June, 2005.

**PROMISSORY NOTE**

$197,242.50                                                      June 20, 2005

For value received, I/We promise to pay to the order of Aaron F.
Broussard the sum of ONE HUNDRED NINTY SEVEN THOUSAND TWO HUNDRED FORTY
TWO AND 50/100 DOLLARS($197,242.50)with interest at the rate of zero
(0%) per cent per annum, payable at 3329 Florida Avenue, Kenner,
Louisiana 70065 in 1 final installment of principal which is due and
payable on December 31, 2011.

Failure to pay any installment on this note as herein provided shall
render, at the option of the holder hereof, all remaining installments
at once due and exigible without any putting in default.

In the event it becomes necessary to place this note, or any renewal
thereof, in the hand of an attorney for collection or suit, I/We agree
to pay twenty-five (25%) per cent on the amount of this note as
attorney's fees, which fees are agreed to be part of the principal
obligation of this note.

In the event of the death, insolvency, act of bankruptcy, or any
bankruptcy proceedings by or against, application for a respite or
receiver by or against any party to this note, in any capacity, this
note shall immediately mature and be exigible, at the option of the
holder hereof without notice or demand, any agreement or extension
notwithstanding.

The makers of this note and the endorsers, guarantors and sureties
hereon hereby severally waive presentment for payment, demand, notice of
non-payment, protest, and all pleas of division and discussion, confess
judgment in favor of mortgagee and agree that the time of payment hereof
may be extended from time to time, one or more times, without notice of
such extension or extensions and without previous consent hereby binding
themselves, in solido, unconditionally and as original promisors, for
the payment thereof in principal, interest, cost and attorney's fees.

All parties hereto further severally agree that this note evidences and
sets forth their entire agreement with the holder hereof, that they
hereby consent to all the terms and conditions hereof, and that no
modification hereof shall be binding unless hereon endorsed in writing
and signed by the parties.

No delays on the part of the holder hereof in exercising any rights
hereunder shall operate as a waiver of such rights.

BY: █████████████████

6-22-05

AARON IS PUTTING ORIGINAL
NOTE IN HIS PERSONAL
SAFETY DEPOSIT BOX.

# EXHIBIT B



4941

**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

▲ **FIRST BANK**
AND TRUST
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 584-3506

14-228-650

4/28/2009

PAY
TO THE
ORDER OF    Mardi Gras Productions                              $ **5,546.78

Five Thousand Five Hundred Forty-Six and 78/100******************************************* DOLLARS

Mardi Gras Productions
1201 Annunciation Street
New Orleans, LA 70130

*Donna B. Gordon*
AUTHORIZED SIGNATURE

MEMO    Reimbursement for Tahoe Ski Trip

⑆004941⑆ ⑈                  ⑉ 0214⑈

DDA Debits - 05/04/2009 - ███ 0214 - 4941 - $5,546.78

FOR DEPOSIT ONLY
HANCOCK BANK ████ 8513
COMMERCIAL CHECKING

DDA Debits - 05/04/2009 - ███ 0214 - 4941 - $5,546.78



DDA Debits – 04/09/2009 – ░ 0214 – 4897 – $2,497.03



DDA Debits – 04/09/2009 – ░ 0214 – 4897 – $2,497.03



**DDA Debits - 04/09/2009 - ■ 0214 - 4897 - $2,497.03**



**DDA Debits - 04/09/2009 - ■ 0214 - 4897 - $2,497.03**



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

▲ FIRST BANK
AND TRUST
507 Pelican Street, New Orleans, Louisiana
First Bank By Phone (504) 391-3900

14-228-650

4852

2/18/2009

PAY
TO THE
ORDER OF   Rada's World of Travel                    $ **4,313.06

Four Thousand Three Hundred Thirteen and 06/100******************************************** DOLLARS

Rada's World of Travel
903 Williams Blvd.
Kenner, LA 70065

*Donna B Gordon*
AUTHORIZED SIGNATURE

MEMO   Inv. 33735

⑈004852⑈      ⑆      ⑆   0244⑈      ⑈0000431306⑈

DDA Debits – 02/20/2009 – ███ 0214 – 4852 – $4,313.06

---

FEB 19 '09

0520 37215

REGIONS BANK 02/19/09

5100776002

DDA Debits – 02/20/2009 – ███ 0214 – 4852 – $4,313.06



**AARON BROUSSARD, PARISH PRESIDENT CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

▲ FIRST BANK
A N D   T R U S T
909 Poydras Street, New Orleans, Louisiana
Free Bank By Phone (504) 584-5908

14-228-650

4847

2/16/2009

PAY
TO THE
ORDER OF     Rada's World of Travel                    $ **3,826.00

Three Thousand Eight Hundred Twenty-Six and 00/100********************************************** DOLLARS

Rada's World of Travel
903 Williams Blvd.
Kenner, LA 70065

*Donna B Gordon*
AUTHORIZED SIGNATURE

MEMO     Inv. #'s33655 & Inv.#33678

⑈00484 7⑈   ⑆              ⑇    ⑈ 0 2 1 4⑈        ⑈0000 38 2600⑈

DDA Debits - 02/19/2009 - ███ 0214 - 4847 - $3,826.00

FEB 18
09

REGIONS BANK 02/18/09
0826   S9 ████████ 1
5000109332

0530
28022

FOR DEPOSIT ONLY
T.N. INC.
RADA'S WORLD OF TRAVEL

DDA Debits - 02/19/2009 - ███ 0214 - 4847 - $3,826.00



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-204690

3343

11/14/05

PAY TO THE
ORDER OF    Rader Travel                              $ 2,505.00

522787781  12  111505  4652561727

Twenty five hundred five and 00/100                          DOLLARS

MEMO: travel expenses / inv #-30284 / 30016

Donna Gordon

⑆003343⑆ ⑈ ⑈ 0 214⑈ ⑆0000 250 500⑈





AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
16-226/650

3317

8/19/2005

PAY TO THE
ORDER OF    Rada's World of Travel                              $ **2,100.00

Two Thousand One Hundred and 00/100**********************************    DOLLARS

Rada's World of Travel
903 Williams Blvd.
Kenner, LA 70065

MEMO:
Invoice # 30270

Donna Gordon



FIRST BANK & TRUST

REGIONS BIRMINGHAM AL
08-24-05



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/650

3142

2/17/2005

PAY TO THE
ORDER OF    Rada's World of Travel                                    $ **1,915.00

One Thousand Nine Hundred Fifteen and 00/100************************************************    DOLLARS

Rada's World of Travel
903 Williams Blvd.
Kenner, LA  70065

MEMO:
Lake Tahoe trip                                    J Boudreau

⑊003142⑊  ⑊                    ⑊     0214⑊         ⑊0000191500⑊





DDA Debits – 03/16/2006 – ████ 0214 – 3416 – $900.00



DDA Debits – 03/16/2006 – ████ 0214 – 3416 – $900.00



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/650

3192

4/6/2005

PAY TO THE
ORDER OF    Joe Barcelona                                    $  **810.00

Eight Hundred Ten and 00/100********************************************************************  DOLLARS

Joe Barcelona
10117 Jane Court        0050.2728
River Ridge, LA 70123   CHECK AMT        810.00
                        4/13/2005  10:08

MEMO:   Maintenance for fish tank- Dec.- Feb.

J. Boudreau

⑆003192⑈  ⑆                  ⑇  ⑆0214⑈  ⑈000008 1000⑈





**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-326/650

3622

1/9/2007

PAY TO THE
ORDER OF     Endymion                                      $ **700.00

Seven Hundred and 00/100********************************************************* DOLLARS

Endymion

MEMO:  Four ball tickets                    *Donna B Gordon*

⑈003622⑈ ⑆███████⑆ █████0214⑈          ⑆00000070000⑆

DDA Debits - 02/12/2007 - ███████0214 - 3622 - $700.00



DDA Debits - 02/12/2007 - ███████0214 - 3622 - $700.00



**DDA Debits - 02/16/2005 - ██████0214 - 3115 - $280.00**



**DDA Debits - 02/16/2005 - ██████0214 - 3115 - $280.00**



**AARON BROUSSARD, PARISH PRESIDENT CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-328/650

3639

1/22/2007

PAY TO THE ORDER OF   Krewe of Argus        $ **300.00

Three Hundred and 00/100************************************************************************************ DOLLARS

Krewe of Argus
5860 Citrus Blvd., #D
Box 169
River Ridge, LA 70123

MEMO:   Dues

Donna B. Gorden

⑆003639⑆ ⑆[redacted]⑆ 0214⑆   ⑈00000030000⑈

DDA Debits – 01/29/2007 – [redacted]0214 – 3639 – $300.00

---

FIRST BANK & TRUST

OMNI BANK
METAIRIE LA 70003
7454 61-25-07           6740 01

0810-0014-6
ENT=2234 TRC=2293 PK=04

PAY TO THE ORDER OF
OMNI BANK
HARAHAN, LA 70123-2345
FOR DEPOSIT ONLY
KREWE OF ARGUS, INC.
6740

DDA Debits – 01/29/2007 – [redacted]0214 – 3639 – $300.00



**AARON BROUSSARD, PARISH PRESIDENT CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-428/650

3650

2/5/2007

PAY TO THE ORDER OF   Krewe of Bacchus

$ **250.00

Two Hundred Fifty and 00/100**************************************************************************   DOLLARS

Krewe of Bacchus
1215 Prytania Street
Ste. 227
New Orleans, LA  70130

MEMO:   2 tickets to Rendevous

*Donna B Gordon*

⑈003650⑈          ⑆ 0214⑈

DDA Debits - 02/09/2007 - ▉0214 - 3650 - $250.00



FIRST BANK & TRUST

FOR DEPOSIT ONLY
KREWE OF BACCHUS
75-4

DDA Debits - 02/09/2007 - ▉0214 - 3650 - $250.00



DDA Debits — 03/01/2007 — ███ 0214 – 3658 – $400.00

DDA Debits — 03/01/2007 — ███ 0214 – 3658 – $400.00



4814

**FIRST BANK**
A N D   T R U S T
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 584-5900

AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

14-228-650

1/22/2009

PAY
TO THE
ORDER OF    Krewe of Argus                                    $ **300.00

Three Hundred and 00/100*************************************************** DOLLARS

Krewe of Argus
5860 Citrus Blvd., #D
Box 169
River Ridge, LA 70123

MEMO    Ruth's Chris Dinner (2 couples)          *Donna B. Gordon*
                                                  AUTHORIZED SIGNATURE

⑈004814⑈ ⑆           ⑇      0214⑈

DDA Debits - 02/09/2009 - ▇ 0214 - 4814 - $300.00

1727>▇          <MET LA

DDA Debits - 02/09/2009 - ▇ 0214 - 4814 - $300.00



**4851**

**▲ FIRST BANK**
A N D T R U S T
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 584-5908

AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

14-228-650

2/16/2009

PAY
TO THE
ORDER OF       Endymion                                                                $  **390.00

Three Hundred Ninety and 00/100************************************************************  **DOLLARS**

Endymion
333 Edwards Avenue
Harahan, LA  70123

*Donna B Gordon*
AUTHORIZED SIGNATURE

MEMO      2 tickets

⑈004851⑈  ⬛⬛⬛⬛:  ⬛0214⑈  ⑈0000039000⑈

DDA Debits - 03/05/2009 - ⬛⬛0214 - 4851 - $390.00



DDA Debits - 03/05/2009 - ⬛⬛0214 - 4851 - $390.00



**DDA Debits - 04/22/2009 - ████0214 - 4913 - $320.00**



**DDA Debits - 04/22/2009 - ████0214 - 4913 - $320.00**



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-1281650

3265

7/5/2005

PAY TO THE
ORDER OF    Deck the Walls

$  **389.73

Three Hundred Eighty-Nine and 73/100**************************************************************************    DOLLARS

Deck the Walls

MEMO:    Framing

"003265"  :          :         0244"     "0000038473"



FIRST BANK & TRUST

ENDORSE HERE

Lamere's Gallery Inc.
dba Deck the Walls
For Deposit Only

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONS



**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-22/650

3292

8/1/2005

PAY TO THE
ORDER OF    Welldone                                          $  **2,920.16

Two Thousand Nine Hundred Twenty and 16/100******************************************************************  DOLLARS

Welldone
10515 Lyons Street
River Ridge, LA 70123

MEMO:  Professional Art Services                    J. Boudreau

⑈003292⑈  ⑆            ⑇  ⑈0214⑈        ⑈0000292016⑈

DDA Debits – 08/10/2005 – ▇0214 – 3292 – $2,920.16



DDA Debits – 08/10/2005 – ▇0214 – 3292 – $2,920.16



DDA Debits - 03/01/2007 - ███ 0214 - 3686 - $796.17



DDA Debits - 03/01/2007 - ██ 0214 - 3686 - $796.17



**AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

**FIRST BANK**
14-220/650

3903

6/14/2007

PAY TO THE
ORDER OF   Welldone                                      $ *4,632.85

Four Thousand Six Hundred Thirty-Two and 85/100************************************************   DOLLARS

Welldone
10515 Lyons Street
River Ridge, LA 70123

MEMO: Professional Art Services-Inv.#070504.ABS

*Donna B. Gordon*

⑈003903⑈  ⑆          ⑆      0214⑈      ⑈000046328 5⑈

DDA Debits - 06/20/2007 - ████0214 - 3903 - $4,632.85



DDA Debits - 06/20/2007 - ████0214 - 3903 - $4,632.85



**AARON BROUSSARD, PARISH PRESIDENT CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/650

3939

6/21/2007

PAY TO THE ORDER OF   The Frame Shoppe

$ **1,337.87

One Thousand Three Hundred Thirty-Seven and 87/100******************************************************   DOLLARS

The Frame Shoppe
3030 Severn Avenue
Metairie, La

MEMO:   Framing

*Donna B. Gordon*

⑈"003939⑈' ⑈             ⑈ 0214⑈'   ⑈"00001 33787⑈'

DDA Debits - 06/27/2007 - ■0214 - 3939 - $1,337.87



DDA Debits - 06/27/2007 - ■0214 - 3939 - $1,337.87



**AARON BROUSSARD, PARISH PRESIDENT CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-2284/650

3960

6/22/2007

PAY TO THE ORDER OF   Welldone

$ **2,210.95

Two Thousand Two Hundred Ten and 95/100************************************************************************ DOLLARS

Welldone
10515 Lyons Street
River Ridge, LA 70123

*Donna B. Garden*

MEMO:   Professional Art Services-Inv.#070618-AB4

⑈003960⑈ ⑆ ⑆ ⑈0214⑈ ⑈0000 22 1095⑈

DDA Debits – 06/29/2007 – ▮0214 – 3960 – $2,210.95



DDA Debits – 06/29/2007 – ▮0214 – 3960 – $2,210.95



**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-228/650

3994

7/6/2007

PAY TO THE
ORDER OF      Welldone                                                    $ **2,793.75

Two Thousand Seven Hundred Ninety-Three and 75/100********************************************      DOLLARS

Welldone
10515 Lyons Street
River Ridge, LA 70123

MEMO: Professional Art Services-Inv.#070618-AB5                    Donna B. Gordon

⑈003994⑈ ⑆ ⑆ ⑉0214⑈ ⑈0000279375⑈

DDA Debits - 07/11/2007 - ███ 0214 - 3994 - $2,793.75



DDA Debits - 07/11/2007 - ███ 0214 - 3994 - $2,793.75



DDA Debits - 08/01/2007 - ███ 0214 - 4051 - $3,248.58



DDA Debits - 08/01/2007 - ███ 0214 - 4051 - $3,248.58



DDA Debits - 08/20/2007 - ▮0214 - 4091 - $3,967.61



DDA Debits - 08/20/2007 - ▮0214 - 4091 - $3,967.61



**4813**

AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

▲ **FIRST BANK**
A N D   T R U S T
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 544-5908

14-228-650

1/22/2009

PAY
TO THE
ORDER OF     The Frame Shoppe

$ **1,187.27

One Thousand One Hundred Eighty-Seven and 27/100************************************************ DOLLARS

The Frame Shoppe
1401 West Esplanade Avenue
Kenner, LA 70065

*Denna B Gordon*
AUTHORIZED SIGNATURE

MEMO     Framing

⑆004813⑆ ⑆         ⑆         ⑈0214⑆

DDA Debits - 01/29/2009 - ████0214 - 4813 - $1,187.27

PAY TO THE ORDER OF
DNNI BANK
KENNER, LA  70065-2409
0055035234
FOR DEPOSIT ONLY
LA MERE'S GALLERY, INC.
DEATREE FRAME SHOPPE
0003

<MET LA

DDA Debits - 01/29/2009 - ████0214 - 4813 - $1,187.27



DDA Debits – 02/13/2009 – ████0214 – 4838 – $7,528.08



DDA Debits – 02/13/2009 – ████0214 – 4838 – $7,528.08



**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

▲ **FIRST BANK**
AND TRUST
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 584-5900
14-228-650

4909

4/15/2009

PAY
TO THE
ORDER OF   Welldone                                    $  **855.73

Eight Hundred Fifty-Five and 73/100************************************************   DOLLARS

Welldone
10515 Lyons Street
River Ridge, LA 70123

_Donna B. Gordon_
AUTHORIZED SIGNATURE

MEMO   Professional Art Services-Inv.#033009-ABC-S

⑆004909⑆ ⑆          ⑆:          ⑈ 0214⑈                ⑆0000085573⑆

DDA Debits – 04/20/2009 – ███0214 – 4909 – $855.73



DDA Debits – 04/20/2009 – ███0214 – 4909 – $855.73



DDA Debits - 04/28/2009 - ████ 0214 - 4927 - $1,138.22



DDA Debits - 04/28/2009 - ████ 0214 - 4927 - $1,138.22



DDA Debits - 10/13/2009 - ■0214 - 5067 - $1,250.45



DDA Debits - 10/13/2009 - ■0214 - 5067 - $1,250.45



DDA Debits — 02/01/2010 — ████ 0214 — 5150 — $763.81



DDA Debits — 02/01/2010 — ████ 0214 — 5150 — $763.81



DDA Debits – 02/10/2010 – ████0214 – 5155 – $200.00

DDA Debits – 02/10/2010 – ████0214 – 5155 – $200.00



115886

**AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/850

3266

7/5/2005

PAY TO THE
ORDER OF    New Orleans Hornets                                    $ **645.00

Six Hundred Forty-Five and 00/100****************************************************************   DOLLARS

New Orleans Hornets

MEMO: 2005-2006 Season Tickets

⑆003266⑆   ⑆0 2⑆   ⑆0000064500⑆

DDA Debits — 08/10/2005 — 0214 - 3266 - $645.00



DDA Debits — 08/10/2005 — 0214 - 3266 - $645.00



115886

**AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/650

3273

7/25/2005

PAY TO THE
ORDER OF   New Orleans Hornets                    $ **645.00

Six Hundred Forty-Five and 00/100********************************************    DOLLARS

New Orleans Hornets

MEMO: 2005-2006 Season Tickets

*J Boudreau*

⑈003273⑈ ⑆ ▉ ⑈ ▉ 0214⑈ ⑈0000064500⑈

DDA Debits – 08/10/2005 – ▉0214 – 3273 – $645.00



DDA Debits – 08/10/2005 – ▉0214 – 3273 – $645.00



**AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-228050

3481

6/27/2006

PAY TO THE
ORDER OF   Hornets Basketball                                  $ **360.00

Three Hundred Sixty and 00/100***********************************************************   DOLLARS

Hornets Basketball
1615 Poydras Street
20th Floor
New Orleans, La 70112

MEMO:
1/2 Portion of 2006-2007 Acc: #115886

Donna B. Gordon

⑈003481⑈  ⑆          ⑈  ⑈0214⑈    ⑆0000036000⑆

DDA Debits – 07/17/2006 – ███ 0214 – 3481 – $360.00



DDA Debits – 07/17/2006 – ███ 0214 – 3481 – $360.00



**AARON BROUSSARD, PARISH PRESIDENT**
**CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-226/650

3198

4/20/2005

PAY TO THE
ORDER OF   Macy's                                              $ **120.70

One Hundred Twenty and 70/100**************************************************************   DOLLARS

Macy's

018 05713128122

MEMO:
Wedding Gift

J Boudreau

DDA Debits – 05/10/2005 – ████0214 – 3198 – $120.70



DDA Debits – 05/10/2005 – ████0214 – 3198 – $120.70



**AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.**
PO Box 931
METAIRIE, LA 70004-0931

FIRST BANK
14-228/650

3307

8/19/2005

PAY TO THE
ORDER OF    Macy's

$ **145.17

One Hundred Forty-Five and 17/100************************************************** DOLLARS

Macy's

018 057191288122

MEMO:   Wedding Gift -

Donna Harden

⑆003307⑆ ⑆                 ⑆         6214⑆    ⑆0000014517⑆

DDA Debits - 10/25/2005 - ████0214 - 3307 - $145.17



DDA Debits - 10/25/2005 - ████0214 - 3307 - $145.17



AARON BROUSSARD, PARISH PRESIDENT
CAMPAIGN COMMITTEE, INC.
PO Box 931
METAIRIE, LA 70004-0931

3311

FIRST BANK
14-228/650

8/19/2005

PAY TO THE
ORDER OF   Macy's

$ **110.83

One Hundred Ten and 83/100************************************************************** DOLLARS

Macy's

Donna Gordon

MEMO:   Wedding Gift - Katherine Quigley

DDA Debits – 10/25/2005 – 0214 – 3311 – $110.83



DDA Debits – 10/25/2005 – 0214 – 3311 – $110.83



DDA Debits – 10/25/2005 – ████ 0214 – 3315 – $82.73



DDA Debits – 10/25/2005 – ████ 0214 – 3315 – $82.73



DDA Debits – 12/29/2009 – ███ 0214 – 5123 – $1,250.00



DDA Debits – 12/29/2009 – ███ 0214 – 5123 – $1,250.00

**EXHIBIT C**



STATE OF LOUISIANA
DIVISION OF ADMINISTRATIVE LAW

| | | |
|---|---|---|
| **LOUISIANA BOARD** | * | **DOCKET NO.** |
| **OF ETHICS** | * | |
| | * | |
| | * | |
| **IN THE MATTER OF** | * | |
| | * | |
| | * | **AGENCY TRACKING NO. 2010-029** |
| **AARON BROUSSARD** | * | |

F I L E D
STATE OF LOUISIANA

DEC 1 7 2010

DIVISION OF ADMINISTRATIVE LAW

### CHARGES

The Louisiana Board of Ethics ( "Board"), acting pursuant to La. R.S. 42:1141C and a majority vote of its members at its meeting on the 16th day of December, 2010, files the following charges against Aaron Broussard, Respondent:

#### Count I.

At a time when Aaron Broussard served as Parish President for Jefferson Parish he violated La. R.S. 42:1111A when, for the years of 2007 through 2009, he received a thing of economic value in the form of a gift certificate valued at $4500 from the personal funds of Jefferson Parish employees, an amount that he was not entitled to receive by his employees for the performance of his public duties.

In accordance with La. R.S. 42:1141C (3)(b)(iv), the Board designates Aneatra Boykin as the Board's trial attorney in this matter.

**WHEREFORE,** the Louisiana Board of Ethics requests that the Ethics Adjudicatory Board (a) conduct a hearing on the foregoing charges; (b) determine that Aaron Broussard has violated La. R.S. 42:1111A with respect to each of the foregoing counts; and (c) assess an appropriate penalty

in accordance with the recommendation of the Louisiana Board of Ethics to be submitted at the

hearing.

Frank P. Simoneaux
Chair, Louisiana Board of Ethics
P.O. Box 4368
Baton Rouge, LA 70821
Telephone: (225) 219-5600
Facsimile: (225) 381-7271

**CERTIFICATE:**

I hereby certify that a copy of this document has been forwarded to the Respondent by

registered/certified mail in accordance with La. R.S. 42:1141E(1)(a), on this 18th day of December,

2010.

Aneatra P. Boykin
Trial Attorney

STATE OF LOUISIANA
DIVISION OF ADMINISTRATIVE LAW

**LOUISIANA BOARD**
**OF ETHICS**

DOCKET NO.

**IN THE MATTER OF**

AGENCY TRACKING NO. 2010-707

**AARON BROUSSARD**

F I L E D
STATE OF LOUISIANA

DEC 17 2010

DIVISION OF ADMINISTRATIVE LAW

## CHARGES

The Louisiana Board of Ethics ( "Board"), acting pursuant to La. R.S. 42:1141C and a majority vote of its members at its meeting on the 16th day of December, 2010, files the following charges against Aaron Broussard, Respondent:

### Count I.

At a time when Aaron Broussard, served as President of Jefferson Parish, he violated La. R.S. 42:1111C(2)(d) when, in 2009, he received a thing of economic value in the form of payments from Lagniappe Industries, LLC for or in consideration of services rendered or to be rendered to or for Lagniappe Industries, LLC at a time when Lagniappe Industries, LLC, had a contractual or other business or financial relationship with his agency, Jefferson Parish.

### Or, in the Alternative

### Count II.

At a time when Aaron Broussard, served as President of Jefferson Parish, he violated La. R.S. 42:1115A(1) when, in 2009, he received a thing of economic value in the form of a gift or gratuity from Lagniappe Industries, LLC at a time when Lagniappe Industries, LLC, had a contractual or other business or financial relationship with his agency, Jefferson Parish.

Page 1 of 2

In accordance with La. R.S. 42:1141C (3)(b)(iv), the Board designates Alesia Ardoin and Michael Dupree as the Board's trial attorneys in this matter.

**WHEREFORE**, the Louisiana Board of Ethics requests that the Ethics Adjudicatory Board (a) conduct a hearing on the foregoing charges; (b) determine that Aaron Broussard has violated La. R.S. 42:1111C(2)(d) or in the alternative R.S. 42:1115A(1) with respect to either of the foregoing counts; and (c) assess an appropriate penalty in accordance with the recommendation of the Louisiana Board of Ethics to be submitted at the hearing.

Frank P. Simoneaux
Chair, Louisiana Board of Ethics
P.O. Box 4368
Baton Rouge, LA 70821
Telephone: (225) 219-5600
Facsimile: (225) 381-7271

## CERTIFICATE:

I hereby certify that a copy of this document has been forwarded to the Respondent by registered/certified mail in accordance with La. R.S. 42:1141E(1)(a), on this 16th day of December, 2010.

Alesia Ardoin
Trial Attorney

Page 2 of 2

# EXHIBIT D

2/29/12 Times-Picayune B
2012 WLNR 4341159
Loaded Date: 02/29/2012

New Orleans Times Picayune

Copyright 2012 The Times-Picayune Publishing Corporation. All Rights Reserved. Used by NewsBank with Permission.

February 29, 2012

Section: METRO

Broussard denies slate of 6 charges
Ex-Jefferson leader: 'It's a beautiful day'

Paul Rioux West Bank bureau

Former Jefferson Parish President Aaron Broussard and former Parish Attorney Tom Wilkinson pleaded not guilty Tuesday to six new charges in the sweeping federal investigation of Broussard's administration.

The theft, fraud and conspiracy charges outlined in a Feb. 3 superseding **indictment** accuse **Broussard** of giving Wilkinson a $36,000 raise in 2009 after a relative of **Broussard's** was admitted to a private school where Wilkinson served on the board.

The **indictment** doesn't identify the school or **Broussard's** relative. But Wilkinson used to be chairman of Christian Brothers School in New Orleans.

While waiting for their joint arraignment to begin, Broussard and Wilkinson sat in separate areas of the courtroom and did not converse with each other.

Broussard maintained his upbeat public demeanor as he entered the Hale Boggs Federal Building in New Or- leans.

"It's a beautiful day," Broussard said Tuesday as he walked past reporters and TV news cameras. "I feel nothing but the breeze in my face and the wonderment of this day."

Wilkinson and Broussard declined to comment after their brief court appearance.

"You know we can't talk about the case," Broussard's attorney, Robert Jenkins, said. "But the thing about it is

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

that he didn't do anything improper."

The new charges are in addition to 32 counts of conspiracy and theft that **Broussard** and Wilkinson face from a Dec. 2 **indictment** alleging a payroll fraud scheme that benefitted **Broussard's** ex-wife, Karen Parker.

Parker was paid as a paralegal supervisor from October 2003 to February 2010 even though she wasn't qualified for the job and was actually assigned to another department to process employee identification cards, a job that should have paid her about $22,000 less.

Parker has pleaded guilty to covering up a felony and is cooperating with prosecutors.

**Broussard's** former top aide, Tim Whitmer, who also is cooperating with investigators, allegedly told Wilkinson the $36,000 raise was a reward for helping **Broussard's** relative, according to the superseding **indictment**.

Whitmer had received similar outsized raises from **Broussard** at a time when the parish was cutting expenses to deal with a budget crunch.

The raises prompted the Parish Council to pass an ordinance limiting discretionary raises for parish executives to 5 percent and requiring council approval.

Whitmer, who initially pleaded innocent, is expected to plead **guilty to failing to report** a felony when he is re-arraigned March 22.

The trial for Broussard and Wilkinson has been set for May 14.

If convicted of all charges, they each face 695 years in prison and more than $9.5 million in fines, although maximum sentences are rarely meted out for first-time federal offenders.

. . . . . . . .

Paul Rioux can be reached at prioux@timespicayune.com or 504.826.3785.

---- INDEX REFERENCES ---

NEWS SUBJECT: (Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Criminal Law (1CR79); Financial Fraud (1FI18); Fraud (1FR30); Government Litigation (1GO18); Legal (1LE33); Social Issues (1SO05))

REGION: (Americas (1AM92); Louisiana (1LO72); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Language: EN

OTHER INDEXING: (Aaron Broussard; Karen Parker; Parish Attorney Tom Wilkinson; Robert Jenkins; Tim Whitmer; Tom Wilkinson)

Word Count: 433
2/29/12 NOTPCN B
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.