IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET, and CHARLES
LEARY                                                                                                  PLAINTIFFS

V.                                                                       CAUSE NO. 1:12CV90-LG-JMR

DOUG K. HANDSHOE                                                                              DEFENDANT

## JUDGMENT

This matter having come on to be heard on the [6] Motion for Summary Judgment filed by Plaintiffs Trout Point Lodge Limited, a Nova Scotia Limited Company, Vaughn Perret, and Charles Leary, and the [8] Motion for Summary Judgment filed by Defendant Doug K. Handshoe, the Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accordance with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant Doug Handshoe, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 19th day of December, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE