IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

*SOUTHERN DISTRICT OF MISSISSIPPI*
*FILED*
*DEC 26 2012*
*J T NOBLIN CLERK*
*BY_____ DEPUTY*

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                                PLAINTIFFS

VERSUS                                      CIVIL ACTION NO: 1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                                              DEFENDANT

## NOTICE OF APPEAL

NOTICE is hereby given that Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret; and Charles Leary in the above styled case, hereby appeal to the United States Court of Appeals for the Fifth Circuit the Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment and Judgment entered in this case on December 19, 2012.

Respectfully submitted, this the 26th day of December, 2012.

Trout Point Lodge, Limited, Vaughn Perret and
Charles Leary

By: _____
Henry Laird, Mississippi Bar No. 1774

{GP008053.1}                                          1

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Notice of Appeal by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 26th day of December, 2012.

/s/ Henry Laird
Henry Laird

Henry Laird (MSB No. 1774)
Email: hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email: jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516

{GP008053.1}                    2