IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY**                                    **PLAINTIFFS**

**VERSUS**                          **CIVIL ACTION NO: 1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                **DEFENDANT**

---

### MOTION FOR TIME TO RESPOND TO DEFENDANT'S MOTION TO REQUIRE COST BOND FOR APPEAL FILED BY PLAINTIFFS

---

COME NOW Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company, Vaughn Perret, and Charles Leary and file this their motion for time within which to respond to Defendant, Doug K. Handshoe's, Motion to Require Cost Bond for Appeal Filed by Plaintiffs filed on December 27, 2012 and in support would show that Plaintiffs object to the relief requested by Defendant Handshoe, that Plaintiffs' response to that motion is due January 14, 2013, and that counsel for Plaintiffs needs an additional seven (7) days time within which to file the response, particularly in light of the Christmas and New Year's holidays intervening between when Defendant's motion was filed and when Plaintiffs' response is due. Accordingly, Plaintiffs request the Court to extend the time within which Plaintiffs are to respond to Defendant's Motion to Require Cost Bond for Appeal Filed by Plaintiffs from January 14, 2013 to January 21, 2013.

{GP008242.1}

Respectfully submitted, this the 3rd day of January, 2013.

                                              Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, Judgment Creditors

                                              By:    s/ Henry Laird
                                                        Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

    I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 3rd day of January, 2013.

                                                  s/ Henry Laird
                                                  Henry Laird (MSB No. 1774)
                                                  Email: hlaird@joneswalker.com
                                                  Jaklyn Wrigley (MSB No. 103773)
                                                  Email: jwrigley@joneswalker.com
                                                  Jones, Walker, Waechter, Poitevent,
                                                  Carrère & Denègre, LLP
                                                  2510 14th Street, Suite 1125 (39501)
                                                  Post Office Drawer 160
                                                  Gulfport, MS 39502
                                                  Telephone: (228) 864-3094
                                                  Facsimile: (228) 864-0516

{GP008242.1}