IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                        Plaintiff,           Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,

                        Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO MOTION FOR BOND ON APPEAL**

     **NOW INTO THE COURT**, through undersigned counsel, comes defendant, Douglas Handshoe, and respectfully represents that he objects to the plaintiffs' Motion for Extension of Time to File Response/Reply to Motion for Bond on Appeal.

     Plaintiffs have been advised of defendant's objection. Counsel for plaintiffs has agreed to file an Opposition to the Motion for Appeal Bond on a timely basis.

                              Respectfully submitted this 8th day of January, 2013,

                              **THE TRUITT LAW FIRM**
                              A Limited Liability Company

                              S/*Jack E. "Bobby" Truitt*
                              _____
                              JACK E. TRUITT, BAR NO. 18476
                              149 North New Hampshire Street
                              Covington, Louisiana 70433
                              Telephone: (985) 327-5266
                              Facsimile: (985) 327-5252
                              Email: mail@truittlaw.com
                              Counsel for defendant, Douglas Handshoe

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on January 8, 2013.

S/*Jack E. "Bobby" Truitt*
_____