IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY**                                                                 **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                       **DEFENDANT**

**REPLY OF TROUT POINT LODGE, LIMITED, A NOVA SCOTIA
LIMITED COMPANY, VAUGHN PERRET, AND CHARLES LEARY
TO OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE/REPLY TO MOTION FOR BOND ON APPEAL**

COME NOW Plaintiffs, Trout Point Lodge, Limited, a Nova Scotia Limited Company, Vaughn Perret, and Charles Leary and file this their reply to Objection to Plaintiffs' Motion for Extension of Time to File Response/Reply to Motion for Bond on Appeal [Docket No. 40] and re-urge their Motion for Time to Respond to Defendant's Motion to Require Cost Bond for Appeal [Docket No. 39], which if granted, extends the due date of the reply from January 14, 2013 to January 21, 2013.  In support of this reply, Defendant Handshoe has articulated no basis for objecting to Movants obtaining seven additional days time.

Respectfully submitted, this the 9th day of January, 2013.

                                              Trout Point Lodge, Limited, Vaughn Perret and
                                              Charles Leary, Judgment Creditors

                                        By:   s/ Henry Laird
                                                Henry Laird, Mississippi Bar No. 1774

{GP008443.1}

## CERTIFICATE OF SERVICE

    I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Reply by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 9th day of January, 2013.

                                        s/ Henry Laird
                                        Henry Laird (MSB No. 1774)
                                        Email: hlaird@joneswalker.com
                                        Jaklyn Wrigley (MSB No. 103773)
                                        Email: jwrigley@joneswalker.com
                                        Jones, Walker, Waechter, Poitevent,
                                        Carrère & Denègre, LLP
                                        2510 14th Street, Suite 1125 (39501)
                                        Post Office Drawer 160
                                        Gulfport, MS 39502
                                        Telephone: (228) 864-3094
                                        Facsimile: (228) 864-0516