

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 1 7 2013

J.T. NOBLIN, CLERK

BY_____DEPUTY

---------------------- ✂ Cut Here --------------------------

**Attorney Receipt**   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. 1:12cv 90   Short Title Trout Point Lodge vs Handshoe   ☑ Record Vols: 6 volumes
                                                            ☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

To:   Clerk, U.S. District Court
      2012 15th Street, Suite 403
      Gulfport, MS   39501

District: ___Southern___

Records in above case listed received
Judge/Attorney Name: _____ on behalf
Date: 01/17/2013          on Henry Laird