IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY**                                      **PLAINTIFFS**

**VERSUS**                           **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                                 **DEFENDANT**

**RESPONSE OF TROUT POINT LODGE, LIMITED, A NOVA SCOTIA
LIMITED COMPANY, VAUGHN PERRET, AND CHARLES LEARY TO
MOTION TO REQUIRE COST BOND FOR APPEAL FILED BY PLAINTIFF**

COME NOW Plaintiffs/Appellants, Trout Point Lodge, Limited, a Nova Scotia Limited Company, Vaughn Perret, and Charles Leary and file this their response to Defendant/Appellee's Motion to Require Cost Bond for Appeal [Docket No. 39], and in support show that for the reasons set forth in their separately filed brief supporting this response, the relief requested by Defendant/Appellee, Handshoe, should be denied.

Respectfully submitted, this the 22nd day of January, 2013.

                                                     Trout Point Lodge, Limited, Vaughn Perret and
                                                     Charles Leary, Judgment Creditors

                                                     By:    s/ Henry Laird
                                                            Henry Laird, Mississippi Bar No. 1774

{GP008810.1}

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Response by using the ECF system to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 22nd day of January, 2013.

> s/ Henry Laird
> Henry Laird (MSB No. 1774)
> Email: hlaird@joneswalker.com
> Jaklyn Wrigley (MSB No. 103773)
> Email: jwrigley@joneswalker.com
> JONES WALKER
> 2510 14th Street, Suite 1125 (39501)
> Post Office Drawer 160
> Gulfport, MS 39502
> Telephone: (228) 864-3094
> Facsimile: (228) 864-0516

{GP008810.1}