IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

       Plaintiff,    Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,

       Defendant.

*   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDOM

**NOW INTO COURT**, through undersigned counsel, comes defendant, Douglas K. Handshoe, who respectfully moves this Honorable Court for leave of court to file the attached Reply Memorandum to briefly address the arguments made by the plaintiffs in their Brief in Response to Mr. Handshoe's Motion to Require Cost Bond for the Appeal. The filing of this Reply Memorandum will not raise new issues and is intended solely to respond to arguments raised by the plaintiffs and not addressed in the plaintiff's original filing.

               Respectfully submitted this 29th day of
               January, 2013

               **THE TRUITT LAW FIRM**
               A Limited Liability Company

               S/*Jack E. "Bobby" Truitt*
               _____
               JACK E. TRUITT, BAR NO. 18476
               149 North New Hampshire Street
               Covington, Louisiana 70433
               Telephone: (985) 327-5266
               Facsimile: (985) 327-5252
               Email: mail@truittlaw.com
               Counsel for defendant, Douglas Handshoe

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on January 29, 2013.

S/*Jack E. "Bobby" Truitt*
_____