# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



No. 13-60002

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company; VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

O R D E R:

IT IS ORDERED that appellants' motion for reconsideration of the clerk's order of April 25, 2013, denying appellants' motion to supplement the record on appeal, to which there has been no response filed, is GRANTED.

/s/ Jennifer Walker Elrod
_____
JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE

A true copy    MAY 31 2013
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
     Deputy