# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 31, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-60002, Trout Point Lodge, Limited, et al v. Doug Handshoe
              USDC No. 1:12-CV-90

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _/s/ Misty Lisotta_____
Misty L. Lisotta, Deputy Clerk
504-310-7716

Mr. Henry F. Laird Jr.
Mr. J. T. Noblin
Mr. Jack Etherton Truitt

RECEIVED
JUN - 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.