IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                Plaintiff,    Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,

                Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO TAX ATTORNEY'S FEES

**NOW INTO COURT,** through undersigned counsel, comes defendant, Douglas K. Handshoe, who respectfully moves this Court to grant attorney's fees to cover the expense of litigating this action, as well as the appeal, under the express provision for recovery of attorney's fees in the SPEECH Act, 28 U.S.C. § 4105. Pursuant to the reasons set forth in the attached supporting memorandum, defendant's motion should be granted.

                Respectfully submitted,

                **THE TRUITT LAW FIRM**
                A Limited Liability Company

                *S/Jack E. "Bobby" Truitt*
                _____
                JACK E. TRUITT, BAR NO. 18476
                149 North New Hampshire Street
                Covington, Louisiana 70433
                Telephone: (985) 327-5266
                Facsimile: (985) 327-5252
                Email: mail@truittlaw.com
                Counsel for defendant, Douglas K. Handshoe

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on September 10, 2013.

S/*Jack E. "Bobby" Truitt*
_____