THE TRUITT LAW FIRM
A Limited Liability Company
149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LA 70433
EIN 72-1314501
(985) 327-5266

September 10, 2013

Invoice submitted to:
DOUGLAS HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577

In Reference To:   SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Invoice #38068

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2012 | JET | Appear for/attend meeting with client re: initial meeting to discuss case | 2.00 | 500.00 |
| 3/8/2012 | JET | Review/analyze new file and various pleadings filed | 1.00 | 250.00 |
| | JET | Communicate with client re: status of case | 1.00 | 250.00 |
| 3/21/2012 | JET | Communicate with client re: status of case | 0.50 | 125.00 |
| | JET | Research re: SPEECH Act | 2.20 | 550.00 |
| | JET | Communicate with client re: status of case | 0.90 | 225.00 |
| | JET | Draft/revise letter/email to client re: pleadings to be filed | 0.50 | 125.00 |
| | JET | Review/analyze Removal Petition and related pleadings | 0.90 | 225.00 |
| | JET | Review/analyze letter/email of client re: pleadings | 0.20 | 50.00 |
| 4/2/2012 | JET | Communicate with other counsel re: status of case, filing of foreign judgment and removal | 0.80 | 200.00 |
| 4/6/2012 | JET | Research re: consolidation of both Federal Court actions | 1.40 | 350.00 |
| | JET | Communicate with client re: status of case | 0.90 | 225.00 |



EXHIBIT 1

SLABBED NEW MEDIA, LLC, A  
MISSISSIPPI LLC, DOUGLAS  
HANDSHOE v. TROUT POINT  
LODGE, LIMITED, A FOREIGN  
LIMITED COMPANY; CHARLES  
LEARY AND VAUGHN PERRET

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/6/2012 | JET | Review/analyze Order of court and various pleadings | 0.50 | 125.00 |
| 4/11/2012 | JET | Plan and prepare for preparation of Position Paper per Order of court | 1.90 | 475.00 |
| | JET | Communicate with client re: Position Paper and status of case | 0.40 | 100.00 |
| 4/12/2012 | JET | Communicate with client re: status of case | 0.20 | 50.00 |
| | JET | Draft/revise rough draft of Position Paper per Order of court | 3.10 | 775.00 |
| 4/13/2012 | JET | Research re: position paper for Magistrate per Order of court | 2.50 | 625.00 |
| | JET | Draft/revise Position Paper for Magistrate Roper per Order of court | 2.60 | 650.00 |
| | JET | Draft/revise letter/email to client re: Position Paper | 0.20 | 50.00 |
| | JET | Review/analyze letter/email of client re: Position Paper | 0.20 | 50.00 |
| 4/18/2012 | JET | Appearance for/attend meeting with client in New Orleans, Louisiana (including travel time) | 3.50 | 875.00 |
| 4/24/2012 | JET | Appearance for/attend telephone pre-trial conference with Court and plaintiff's counsel | 0.50 | 125.00 |
| | JET | Review/analyze Order of court | 0.30 | 75.00 |
| | JET | Communicate with client re: status of case, pre-trial conference, and Motion for Summary Judgment | 0.50 | 125.00 |
| 5/2/2012 | JET | Communicate with Nova Scotia court re: transcript production | 0.20 | 50.00 |
| | JET | Draft/revise letter/email to defendant's counsel re: production of transcript | 0.10 | 25.00 |
| | JET | Communicate with client re: status of case | 0.30 | 75.00 |
| 5/3/2012 | JET | Review/analyze letter/email of plaintiff's counsel re: transcript | 0.10 | 25.00 |
| | JET | Review/analyze additional letter/email of plaintiff's counsel re: transcript | 0.10 | 25.00 |
| 5/4/2012 | JET | Review/analyze letter/email from Nova Scotia court | 0.10 | 25.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page     3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/4/2012 | JET | Draft/revise letter/email to plaintiff's counsel re: transcript request | 0.10 | 25.00 |
| 5/9/2012 | JET | Review/analyze Scheduling Order of court | 0.80 | 200.00 |
| | JET | Draft/revise letter/email to defendant's counsel re: transcripts and status of case | 0.20 | 50.00 |
| | JET | Draft/revise letter/email to client: re: Order of court | 0.20 | 50.00 |
| | JET | Review/analyze letter/email of client: re: Order of court | 0.20 | 50.00 |
| 5/16/2012 | JET | Communicate with other counsel re: status of case | 0.30 | 75.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: briefing | 0.10 | 25.00 |
| 5/18/2012 | JET | Review/analyze letter/email of client re: status of case | 0.20 | 50.00 |
| | JET | Draft/revise letter/email to client re: status of case | 0.10 | 25.00 |
| 5/22/2012 | JET | Research re: SPEECH Act and Mississippi defamation law | 3.20 | 800.00 |
| 5/23/2012 | JET | Draft/revise letter/email to client re: article in support of Motion for Summary Judgment | 0.10 | 25.00 |
| | JET | Review/analyze letter/email of client re: status of case and article in support of Motion for Summary Judgment | 0.10 | 25.00 |
| | JET | Research re: review of Slabbed blog | 2.30 | 575.00 |
| | JET | Communicate with client re: article in support of Motion for Summary Judgment | 0.50 | 125.00 |
| 5/24/2012 | JET | Research re: burden of proof in defamation case, summary judgment case law and public figures | 6.00 | 1,500.00 |
| 5/25/2012 | JET | Research re: damages in defamation action, injunction and prior restraint, actual malice and First Amendment and derogatory speech, hate speech and anti-gay speech | 5.00 | 1,250.00 |
| 5/29/2012 | JET | Research re: First Amendment and internet, bloggers, fighting words and personal jurisdiction | 4.50 | 1,125.00 |

SLABBED NEW MEDIA, LLC, A  
MISSISSIPPI LLC, DOUGLAS  
HANDSHOE v. TROUT POINT  
LODGE, LIMITED, A FOREIGN  
LIMITED COMPANY; CHARLES  
LEARY AND VAUGHN PERRET

Page    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/30/2012 | JET | Research re: Canadian personal jurisdiction and comity, basic personal jurisdiction law, general jurisdiction, personal jurisdiction for bloggers and Internet and minimum contacts inquiry | 6.00 | 1,500.00 |
|  | JET | Appear for/attend meeting with client re: status of case and research developments | 1.50 | 375.00 |
| 6/1/2012 | JET | Research re: damages for US defamation | 3.00 | 750.00 |
| 6/4/2012 | JET | Research re: defamatory speech, homosexuality and Canadian defamation law | 8.00 | 2,000.00 |
|  | JET | Communicate with client re: status of case | 0.50 | 125.00 |
| 6/5/2012 | JET | Research re: Canadian defamation law (continued) | 3.00 | 750.00 |
| 6/12/2012 | JET | Research re: law review articles discussing SPEECH Act | 2.00 | 500.00 |
|  | JET | Draft/revise draft of Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment | 1.60 | 400.00 |
|  | JET | Draft/revise letter/email to client re: draft of Motion for Summary Judgment | 0.10 | 25.00 |
|  | JET | Draft/revise Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment of Defendants | 7.20 | 1,800.00 |
|  | JET | Communicate with client re: Motion for Summary Judgment | 0.40 | 100.00 |
|  | JET | Review/analyze letter/email of client re: draft of Motion for Summary Judgment | 0.10 | 25.00 |
| 6/13/2012 | JET | Draft/revise Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment of Defendants (continued) | 5.20 | 1,300.00 |
| 6/14/2012 | JET | Draft/revise Motion for Summary Judgment and Affidavit (continued) | 6.90 | 1,725.00 |
| 6/18/2012 | JET | Communicate with other counsel re: motions filing deadline | 0.30 | 75.00 |
| 6/19/2012 | JET | Review/analyze letter/email of plaintiff's counsel re: status of case and filing of Motions for Summary Judgment | 0.20 | 50.00 |

SLABBED NEW MEDIA, LLC, A  
MISSISSIPPI LLC, DOUGLAS  
HANDSHOE v. TROUT POINT  
LODGE, LIMITED, A FOREIGN  
LIMITED COMPANY; CHARLES  
LEARY AND VAUGHN PERRET

Page     5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/19/2012 | JET | Communicate with other counsel re: Motion for Summary Judgment and status of case | 0.40 | 100.00 |
| | JET | Appear for/attend meeting with client re: status of case, review additional documents received from plaintiff's counsel (over 1,000 pages), and Motion for Summary Judgment | 1.60 | 400.00 |
| | JET | Draft/revise Motion for Summary Judgment, Affidavit, and Memorandum in Support of Motion for Summary Judgment (final version) | 5.10 | 1,275.00 |
| 6/20/2012 | JET | Review/analyze plaintiffs' Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, and voluminous exhibits | 2.20 | 550.00 |
| | JET | Draft/revise letter/email to client re: status of case and Motion for Summary Judgment | 0.20 | 50.00 |
| | JET | Research re: case law cited by plaintiffs in Motion for Summary Judgment | 2.50 | 625.00 |
| | JET | Review/analyze letter/email of client re: status of case and Motion for Summary Judgment | 0.20 | 50.00 |
| 6/21/2012 | JET | Communicate with client re: plaintiffs' Motion for Summary Judgment and status of case | 0.50 | 125.00 |
| 6/26/2012 | JET | Appearance for/attend meeting with client to sign Affidavit and review pleadings filed | 2.20 | 550.00 |
| 6/28/2012 | JET | Draft/revise initial version of Memorandum in Opposition to Motion for Summary Judgment | 1.50 | 375.00 |
| | JET | Communicate with Clerk of Court re: error messages from Clerk and correct procedures for filing | 0.30 | 75.00 |
| 6/29/2012 | JET | Review/analyze letter/email of plaintiff's counsel re: extension of time on Memorandum in Opposition to Motion for Summary Judgment | 0.10 | 25.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: extension of time on Memorandum in Opposition to Motion for Summary Judgment | 0.10 | 25.00 |
| | JET | Draft/revise final version of Memorandum in Opposition to plaintiff's Motion for Summary Judgment | 3.90 | 975.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page     6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/29/2012 | JET | Draft/revise letter/email to client re: Memorandum in Opposition to Motion for Summary Judgment | 0.10 | 25.00 |
| | JET | Review/analyze letter/email of client re: Memorandum in Opposition to Motion for Summary Judgment | 0.10 | 25.00 |
| 7/16/2012 | JET | Review/analyze plaintiffs' Memorandum in Opposition to Motion for Summary Judgment | 2.00 | 500.00 |
| 7/18/2012 | JET | Research re: Memorandum in Opposition to Motion for Summary Judgment in order to draft Reply Memorandum | 2.80 | 700.00 |
| 7/19/2012 | JET | Draft/revise Reply Memorandum | 3.50 | 875.00 |
| | JET | Draft/revise letter/email to client re: exhibits to Reply Memorandum | 0.30 | 75.00 |
| | JET | Review/analyze letter/email of client re: exhibits to Reply Memorandum | 0.20 | 50.00 |
| 7/21/2012 | JET | Draft/revise final version of Reply Memorandum | 2.90 | 725.00 |
| 7/27/2012 | JET | Communicate with client re: status of case and possible response to plaintiffs' Motion for Summary Judgment | 0.50 | 125.00 |
| | JET | Communicate with other counsel re: Motion to Strike | 0.20 | 50.00 |
| | JET | Review/analyze plaintiffs' Motion to Strike | 0.30 | 75.00 |
| 8/2/2012 | JET | Review/analyze various emails from plaintiff's counsel | 0.30 | 75.00 |
| | JET | Communicate with other counsel re: status of case | 0.50 | 125.00 |
| | JET | Appearance for/attend meeting with client in New Orleans, Louisiana (including travel time) | 2.80 | 700.00 |
| 8/3/2012 | JET | Draft/revise Supplemental Memorandum in Support of Motion for Summary Judgment and related research | 2.20 | 550.00 |
| | JET | Review/analyze Motion for Leave to File Memorandum in Support of Motion for Summary Judgment | 0.50 | 125.00 |
| 8/7/2012 | JET | Review/analyze Motion to Withdraw Motion to Strike | 0.20 | 50.00 |

SLABBED NEW MEDIA, LLC, A  
MISSISSIPPI LLC, DOUGLAS  
HANDSHOE v. TROUT POINT  
LODGE, LIMITED, A FOREIGN  
LIMITED COMPANY; CHARLES  
LEARY AND VAUGHN PERRET

Page    7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/7/2012 | JET | Communicate with other counsel and Court re: briefing issues | 0.40 | 100.00 |
| 8/21/2012 | JET | Review/analyze plaintiff's Final Reply Memorandum in Support of Motion for Summary Judgment and related Affidavits | 2.20 | 550.00 |
| | JET | Draft/revise letter/email to client re: latest filings of plaintiffs | 0.20 | 50.00 |
| | JET | Review/analyze letter/email of client re: latest filings of plaintiffs | 0.10 | 25.00 |
| 9/10/2012 | JET | Review/analyze Emergency Motion to Expedite filed by plaintiffs | 0.60 | 150.00 |
| | JET | Communicate with client re: status of case and filing of motions | 0.50 | 125.00 |
| 9/14/2012 | JET | Review/analyze new Order of court re: pre-trial conference | 0.10 | 25.00 |
| 10/9/2012 | JET | Communicate with client re: status of case and recent developments | 0.50 | 125.00 |
| 10/15/2012 | JET | Appearance for/attend meeting with client re: developments | 0.70 | 175.00 |
| 10/30/2012 | JET | Communicate with Judge's chambers re: status of case | 0.20 | 50.00 |
| 10/31/2012 | JET | Draft/revise letter/email to plaintiff's counsel re: status of case | 0.10 | 25.00 |
| | JET | Communicate with client re: status of case and status of Motions for Summary Judgment | 0.50 | 125.00 |
| 11/5/2012 | JET | Communicate with client re: status of case and settlement discussions | 0.30 | 75.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: amicable resolution | 0.10 | 25.00 |
| 11/8/2012 | JET | Draft/revise Settlement Conference Position Paper per Order of court | 2.50 | 625.00 |
| | JET | Communicate with client re: status of case and mediation conference | 0.40 | 100.00 |
| 11/12/2012 | JET | Draft/revise letter/email to Magistrate Roper re: status of case | 0.20 | 50.00 |
| | JET | Communicate with client re: pre-trial conference and status of case | 0.30 | 75.00 |
| 11/15/2012 | JET | Appearance for/attend settlement conference in Gulfport, MS with Magistrate Roper (including travel time to and from) and pre-meeting with client | 5.50 | 1,375.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page     8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2012 | JET | Review/analyze Order of court | 0.10 | 25.00 |
| 12/3/2012 | JET | Communicate with client re: status of case and new lawsuit filed | 0.50 | 125.00 |
| 12/18/2012 | JET | Review/analyze Court's Reasons for Judgment | 1.00 | 250.00 |
| | JET | Draft/revise letter/email to client re: status of case and Reasons for Judgment | 0.20 | 50.00 |
| | JET | Communicate with client re: Reasons for Judgment and status of case | 0.50 | 125.00 |
| | JET | Review/analyze letter/email of client re: status of case and Reasons for Judgment | 0.20 | 50.00 |
| 12/27/2012 | JET | Review/analyze Notice of Appeal | 0.20 | 50.00 |
| | JET | Communicate with client re: appeal | 0.50 | 125.00 |
| | JET | Research re: appeal bond | 0.60 | 150.00 |
| | JET | Draft/revise Motion for Appeal Bond | 1.10 | 275.00 |
| | JET | Draft/revise letter/email to Judge Guirola re: appeal bond | 0.20 | 50.00 |
| 12/28/2012 | JET | Draft/revise letter/email to client re: appeal | 0.10 | 25.00 |
| | JET | Review/analyze letter/email of client re: appeal | 0.20 | 50.00 |
| 1/8/2013 | JET | Review/analyze letter/email from plaintiff's counsel re: status of case and Motion and Order for Extension of Time | 0.20 | 50.00 |
| | JET | Draft/revise Objection to Motion and Order for Extension of Time | 0.40 | 100.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: Motion and Order for Extension of Time | 0.10 | 25.00 |
| | JET | Communicate with client re: status of case and Motion and Order for Extension of Time | 0.50 | 125.00 |
| 1/11/2013 | JET | Communicate with client re: appeal and status of case | 0.50 | 125.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page     9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/12/2013 | JET | Review/analyze Orders of court | 0.30 | 75.00 |
|  | JET | Draft/revise Notice of Appearance in US Fifth Circuit | 0.30 | 75.00 |
| 1/25/2013 | NNB | Review/analyze Memorandum in Opposition to Motion for Bond | 0.50 | 125.00 |
|  | NNB | Research re: diversity of judgment and cost | 1.40 | 350.00 |
|  | NNB | Draft/revise Reply to Response for Appeal Bond | 5.30 | 1,325.00 |
| 2/6/2013 | JET | Communicate with client re: appeal and status of case | 0.30 | 75.00 |
| 2/13/2013 | PSC | Communicate in firm re: appellate court rules - statement of issues | 0.30 | 75.00 |
|  | PSC | Research re: Federal Rule of Appellate Procedure - timeframe for submission of appellee in response to appellant's Statement of Issues filed | 0.30 | 75.00 |
|  | PSC | Review/analyze Statement of Issues on behalf of appellant; analyze necessity of requesting additional parts of transcript | 0.20 | 50.00 |
|  | PSC | Communicate in firm re: necessity of requesting additional parts of transcript; FRAP 10 | 0.30 | 75.00 |
| 2/25/2013 | HL | Research re: certified copies of documents filed electronically | 0.30 | 22.50 |
|  | HL | Draft/revise correspondence to USDC-So. District of Mississippi re: certified copies of Judgment and Reasons | 0.30 | 22.50 |
| 3/20/2013 | JET | Review/analyze Appellant's Brief | 2.70 | 675.00 |
| 3/22/2013 | BLM | Draft/revise Appellee Brief re: formatting, Table of Contents, Citations, Certifications, etc. | 2.20 | 275.00 |
|  | JET | Research re: all cases cited by appellants and update case law | 3.90 | 975.00 |
| 3/29/2013 | JET | Draft/revise Appellee's Brief | 8.20 | 2,050.00 |
| 4/11/2013 | JET | Review/analyze Reply Brief of plaintiffs | 1.50 | 375.00 |
|  | JET | Communicate with client re: Reply Brief of plaintiffs | 0.40 | 100.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page    10

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/30/2013 | JET | Review/analyze letter/email of plaintiff's counsel re: Motion for Reconsideration | 0.20 | 50.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: Objections to Motion | 0.10 | 25.00 |
| | JET | Review/analyze plaintiff's Motion for Reconsideration | 0.20 | 50.00 |
| | JET | Communicate with other counsel re: Motion for Reconsideration | 0.20 | 50.00 |
| 6/20/2013 | JET | Communicate with Court of Appeals re: argument on case | 0.30 | 75.00 |
| 7/17/2013 | JET | Communicate with client re: oral argument on appeal | 0.40 | 100.00 |
| 7/19/2013 | JET | Appearance for/attend meeting with client re: oral argument on appeal | 1.30 | 325.00 |
| 8/5/2013 | JET | Plan and prepare for oral argument in the Court of Appeal, research re: update on case law, and review of briefs | 5.60 | 1,400.00 |
| | JET | Other (travel to and from Houston, Texas for oral argument, including non-billable down time due to travel arrangements) | 12.30 | 3,075.00 |
| | JET | Appearance for/attend meeting with client to discuss status of case and appeal | 2.20 | 550.00 |
| 8/6/2013 | JET | Appearance for/attend oral argument in Court of Appeal in Houston, Texas | 3.30 | 825.00 |
| 8/7/2013 | JET | Draft/revise letter/email to client re: status of case | 0.30 | 75.00 |
| | JET | Draft/revise letter/email to plaintiff's counsel re: status of case and appeal | 0.10 | 25.00 |
| | JET | Review/analyze decision of U.S. Fifth Circuit | 2.00 | 500.00 |
| | JET | Communicate with client re: decision of U.S. Fifth Circuit | 1.10 | 275.00 |
| | JET | Draft/revise letter/email to client re: status of case | 0.20 | 50.00 |
| | JET | Review/analyze letter/email of client re: status of case | 0.20 | 50.00 |
| 9/5/2013 | JET | Research re: attorney's fees | 1.10 | 275.00 |
| | | For professional services rendered | 222.00 | $55,120.00 |

SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page 11

|  | Amount |
|---|---|
| Balance due | $55,120.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BARBARA MANTON - PARALEGAL | 2.20 | 125.00 | $275.00 |
| HEATHER LOSCH - PARALEGAL | 0.60 | 75.00 | $45.00 |
| JACK E. (BOBBY) TRUITT - PARTNER | 210.90 | 250.00 | $52,725.00 |
| NANCY BUTCHER - ASSOCIATE | 7.20 | 250.00 | $1,800.00 |
| PAMELA S. CHEHARDY - ASSOCIATE | 1.10 | 250.00 | $275.00 |

**WE SINCERELY APPRECIATE YOUR PROMPT PAYMENT.**