SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE v. TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; CHARLES LEARY AND VAUGHN PERRET

Page    15

| | Amount |
|---|---|
| Balance due | $60,896.87 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| ALEXANDRA SCHULTZ - LAW CLERK | 28.40 | 125.00 | $3,550.00 |
| BARBARA MANTON - PARALEGAL | 2.20 | 125.00 | $275.00 |
| HEATHER LOSCH - PARALEGAL | 0.60 | 75.00 | $45.00 |
| JACK E. (BOBBY) TRUITT - PARTNER | 212.60 | 250.00 | $53,150.00 |
| NANCY BUTCHER - ASSOCIATE | 7.20 | 250.00 | $1,800.00 |
| PAMELA S. CHEHARDY - ASSOCIATE | 1.10 | 250.00 | $275.00 |

**WE SINCERELY APPRECIATE YOUR PROMPT PAYMENT.**

EXHIBIT 1