United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**FILED**
September 5, 2013

## FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

No. 13-60002

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 30 2013
J T NOBLIN CLERK
BY_____ DEPUTY

D.C. Docket No. 1:12-CV-90

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company;
VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: OCT 2 8 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Sabrina B Short
    Deputy  OCT 2 8 2013

New Orleans, Louisiana