# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 28, 2013



Mr. J. T. Noblin  
Southern District of Mississippi, Gulfport  
United States District Court  
2012 15th Street  
Dan M. Russell Jr. United States Courthouse  
Gulfport, MS 39501

No. 13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe  
USDC No. 1:12-CV-90

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

*Sabrina B. Short*  
By:_____  
Sabrina B. Short, Deputy Clerk  
504-310-7817

cc w/encl:  
    Honorable Louis Guirola Jr.  
    Mr. Henry F. Laird Jr.  
    Mr. Jack Etherton Truitt

P.S. to Judge Guirola: A copy of the opinion was sent to your office via email the day it was filed.