**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TROUT POINT LODGE, LIMITED, A Nova Scotia**
**Limited Company; VAUGHN PERRET and**
**CHARLES LEARY**                                                        **PLAINTIFFS**

**VERSUS**                                       **CIVIL ACTION NO:  1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                              **DEFENDANT**

---

**NOTICE OF WITHDRAWAL AS COUNSEL FOR CHARLES LEARY,**
**VAUGHN PERRET AND TROUT POINT LODGE LIMITED**

---

COME NOW Henry Laird and the law firm of Jones Walker LLP and file this their Notice of Withdrawal and would show that Henry Laird and the law firm of Jones Walker LLP have previously withdrawn in in this case as counsel for Charles Leary, Vaughn Perret and Trout Point Lodge Limited.

RESPECTFULLY SUBMITTED this the 14th day of May, 2014.

By:     s/  Henry Laird
Henry Laird, MS Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, of the law firm of Jones Walker LLP do hereby certify that I have sent a true and correct copy of the foregoing Notice of Withdrawal by using the ECF system to the following:

Alan Palmer Jacobus, Esquire
Law Offices of Alan Palmer Jacobus
2165 Beach Street, Suite 5
San Francisco, CA  94123
VIA UNITED STATES MAIL AND EMAIL:  alan.jacobus@apjlegal.com

Daniel G. Abel, Esquire
Law Office of Daniel G. Abel
2421 Clearview Parkway
Legal Department, Suite 601
Metairie, LA  70001
VIA UNITED STATES MAIL AND EMAIL:  danilepatrickegan@gmail.com

M. Judith Barnett, Esquire
M. Judith Barnett, P.A.
1911 Dunbarton Drive
Jackson, MS 39216
VIA UNITED STATED MAIL AND EMAIL:  mjbarnettpa@yahoo.com

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466
VIA UNITED STATES MAIL AND EMAIL:  ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433
VIA UNITED STATES MAIL AND EMAIL:  mail@truittlaw.com

This the 14th day of May, 2013.

s/  Henry Laird
Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516