IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Novia Scotia**
**Limited Company; VAUGHN PERRETT and**
**CHARLES LEARY** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 1:12CV00090-LG-JMR**

**DOUG K. HANDSHOW** **DEFENDANT**

_____

**ENTRY OF APPEARANCE**
_____

**TAKE NOTICE** that the undersigned, M. Judith Barnett, hereby enters her appearance as attorney of record for Trout Point Lodge, Limited, Vaughn Perrett and Charles Leary, in the above-styled and numbered cause.

**RESPECTFULLY SUBMITTED**, this the **19th** day of **May**, **2014**.

 /s/ M. Judith Barnett
**M. JUDITH BARNETT**

**M. JUDITH BARNETT (MSB #99766)**
**JEANINE M. CARAFELLO (MSB #10487)**
**M. JUDITH BARNETT, P.A.**
1911 Dunbarton Drive
Jackson, Mississippi  39216
Telephone: (601) 981-4450
Facsimile:  (601) 981-4717
mjbarnettpa@yahoo.com

## CERTIFICATE OF SERVICE

I, M. Judith Barnett, do hereby certify that I have this date served, via the ECF filing system, and United States mail, postage prepaid, a true and correct copy of the above and foregoing *Entry of Appearance* to the following counsel of record:

Alan Palmer Jacobus, Esq.
Law Offices of Alan Palmer Jacobus
2165 Beach Street, Suite 5
San Francisco, CA 94123

Daniel G. Abel, Esq.
Law Office of Daniel G. Abel
2421 Clearview Parkway
Legal Department, Suite 601
Metairie, LA 70001

G. Gerald Cruthird, Esq.
PO Box 1050
Picayune, MS 39466

Jack E. Truitt, Esq.
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433

**SO CERTIFIED**, this the **19**th day of **May**, **2014**.

        /s/ M. Judith Barnett
        **M. JUDITH BARNETT**