Case: 1:12-cv-00090-LG-JMR   Document 59   Filed 05/27/14   Page 1 of 1
Case: 13-60002    Document: 00512258810   Page: 1   Date Filed: 05/31/2013

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-60002



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 27 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company;
VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

1:12cv90

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

ORDER:

IT IS ORDERED that appellants' motion for reconsideration of the clerk's order of April 25, 2013, denying appellants' motion to supplement the record on appeal, to which there has been no response filed, is GRANTED.

/s/ Jennifer Walker Elrod
_____
JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE