# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 22, 2014



Mr. Arthur S. Johnston III  
Southern District of Mississippi, Gulfport  
United States District Court  
2012 15th Street  
Dan M. Russell Jr. United States Courthouse  
Gulfport, MS 39501

    No. 13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe  
                    USDC No. 1:12-CV-90

Dear Mr. Johnston,

The following is(are) returned:

Original Exhibits: 1 exhibit envelope.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dawn D. Victoriano, Deputy Clerk  
504-310-7717