IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

           Plaintiff,      Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,
           Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>SUGGESTION FOR WRIT OF GARNISHMENT ON JUDGMENT</u>**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

      The undersigned Jack E. Truitt, attorney for defendant, Doug K. Handshoe, in the above styled case in the United States District Court for the Southern District of Mississippi, respectfully shows that on December 11, 2013, a final judgment granting attorney's fees was rendered in said case in favor of said defendant, against the said plaintiffs, Trout Point Lodge, Limited, Vaughn Perret, and Charles Leary, in said suit for the sum of $48,000 with interest thereon at the legal rate from date of judgment, until paid, and all costs of said suit; that the following portion of said final judgment remains due and unpaid: $48,000.  The undersigned hereby suggests that American Express Company, MasterCard Incorporated, Visa Inc., TripAdvisor LLC, and Expedia Inc. are indebted to the plaintiffs in said case, or have property of the said plaintiffs in their hands or knows of some other person who is so indebted, or who has effects or property of the said plaintiffs in its hands.

      You are therefore requested to issue writ of garnishment as directed by law on the following parties:

American Express Company
200 Vesey Street
New York, NY 10285

MasterCard Incorporated
2000 Purchase St.
Purchase, NY 10577

Visa Inc., Visa International Service Association and/or Visa U.S.A. Inc.
900 Metro Center Boulevard
Attention: Chief Legal Officer
Mailstop: M1-12H
Foster City, CA 94404

TripAdvisor LLC
141 Needham Street
Newton, MA 02464

Expedia Inc.
333 108th Ave.
Bellevue, WA 98004

          Respectfully submitted,

          **THE TRUITT LAW FIRM**
          A Limited Liability Company

          s/*Jack E. "Bobby" Truitt*
          _____
          JACK E. TRUITT, BAR NO. 18476
          149 North New Hampshire Street
          Covington, Louisiana 70433
          Telephone: (985) 327-5266
          Facsimile: (985) 327-5252
          Email: mail@truittlaw.com
          Counsel for defendant, Douglas K. Handshoe

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on October 8, 2014.

*s/Jack E. "Bobby" Truitt*

_____