

62 1694



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 011.95⁰
0001919577  MAY 12 2015
MAILED FROM ZIP CODE 70002

SCREENED BY
U.S. MARSHAL

ITED STATES DISTRICT COURT
OUTHERN DIVISION
LERK OF COURT
SUITE 403
012 15TH STREET
GULFPORT, MS.
39501



RECEIVED
MAY 14 2015
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF MISS.