# Deadbeat Judgment Debtors: They still owe me for the first try.

I hear Team Goatherder is trying, via listserv, to solicit representation for a redo of the SPEECH Act case Trout Point Lodge, Charles Leary and Vaughn Perret recently lost to me in a precedent setting decision. I guess it is time I solve a mystery for all the national law bloggers that wrote about the case.

The court ruled the way it did on the default because we agreed to try the case on cross motion for summary judgment, which you lawyers know means there could be no dispute of material facts. So I took a mulligan and stipulated to all the crazy stuff Trout Point Lodge, Leary and Perret said in their nonsensical complaint, including being the sole author of all the posts and comments made to the blog, something they absolutely knew to be untrue when they plead it since they had been previously conducting a witch hunt against Slabbed for Aaron Broussard in their Louisiana Media SLAPP suit for 5 months previous. That is the tip of the iceberg.

A plain read of the SPEECH Act indicates I am entitled to have their defamation allegations heard right here on the Gulf Coast, in full and this time there won't be any stipulations on a cross MSJ. Continue reading →



| 0 | 0 |
|---|---|
| Recommend | g+1 |

This entry was posted in Sop and tagged Aaron Broussard, Bribery, Charles Leary, Daniel "Danny" Abel, Money Laundering, SLAPP Happy Nut Jobs, Trout Point Lodge, USA v Broussard, Vaughn Perret on February 18, 2014 [http://slabbed.org/2014/02/18/deadbeat-judgment-



EXHIBIT
E