

EXHIBIT 5

slabbed.org/2013/02/19/41225/

home stretch, Team Swetman again goes negative

lockemuptight on Biloxi Mayor's Race enters the home stretch, Team Swetman again goes negative

Douglas Handshoe on Rum- ings of the breakup of a sto-

To the extent it has been alleged in a civil suit filed with the United States District Court in the Eastern District of Louisiana that Mssrs. Leary, Perret and Abel have been acting on behalf of organized crime figures in New Orleans, the impact of the of your courtroom being used in furtherance of a American organized crime conspiracy cannot be understated.[6]