- The grand homophobic conspiracy has grown and now includes my lawyer Bobby Truitt as well as Concrete Buster's Attorney Randy Smith. I'd like to note that I have never spoken with Smith or communicated with him nor did I have any advance knowledge of the amended complaint Concrete Busters filed against River Birch which mentioned Trout Point Lodge and Cerro Coyote as Heebe co-conspirators and I have no problem saying that.



EXHIBIT H