

## Applicants' brief and affidavit contain numerous materials unrelated to their complaint of copyright infringement supposedly at the heart of this case

41.   Respondent notes applicants' affidavit is composed mostly of matters unrelated to the subject matter of this suit such as their complaints against lawyer Randy Smith, lawyer for Concrete Busters of Louisiana in an unrelated civil suit filed originally in the New Orleans Civil District Court. Respondent notes the only connection alleged by the Applicants is a tweet by respondent made two days before the amended complaint was filed in that case. Such tweet establishes no connection between respondent and the Attorneys for Concrete Busters and any allegation of a connection is both fanciful and concocted from whole cloth.[25]   It is in no way related to the copyright claims which gave rise to this case and is but one example of many such unrelated items that populate the applicants 160 plus page Motion and exhibits.