# The Supreme Court of the State of Louisiana

DANIEL G. ABEL, INDIVIDUALLY AND AS
REPRESENTATIVE PETITIONER

NO. 2014-CC-2433

VS.

DOUGLAS K. HANDSHOE, ET AL.

- - - - - -

IN RE: Jack E. Truitt; - Defendant; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. I, No. 2013-05029; to the Court of Appeal, Fourth Circuit, No. 2014-C-0784;

- - - - - -

February 13, 2015

Denied.

```
                GGG
                BJJ
                JTK
                JLW
                MRC
                JDH
                SJC
```

Supreme Court of Louisiana
February 13, 2015

_____
Deputy Clerk of Court
        For the Court

EXHIBIT K

# The Supreme Court of the State of Louisiana

DANIEL G. ABEL, INDIVIDUALLY AND AS
REPRESENTATIVE PETITIONER

NO. 2014-CC-2433

VS.

DOUGLAS K. HANDSHOE, ET AL.

- - - - - -

IN RE: Jack E. Truitt; - Defendant; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. I, No. 2013-05029; to the Court of Appeal, Fourth Circuit, No. 2014-C-0784;

- - - - - -

**February 13, 2015**

Denied.

                                                GGG

                                                BJJ

                                                JTK

                                                JLW

                                                MRC

                                                JDH

                                                SJC

Supreme Court of Louisiana
February 13, 2015

_____
Deputy Clerk of Court
For the Court