2014-C-0784

## COURT OF APPEAL, FOURTH CIRCUIT

## STATE OF LOUISIANA

### DANIEL G. ABEL, INDIVIDUALLY AND AS REPRESENTATIVE PETITIONER

### VERSUS

### DOUGLAS K. HANDSHOE, ET AL.

IN RE:          JACK E. TRUITT

APPLYING FOR: SUPERVISORY WRIT

DIRECTED TO:  HONORABLE PIPER D. GRIFFIN
              CIVIL DISTRICT COURT, ORLEANS PARISH
              DIVISION "I-14", 2013-05029

**WRIT DENIED**

Defendant, Jack E. Truitt ("Truitt"), seeks review of the trial court's June 27, 2014 judgment, denying his La. C.C.P. art. 971 special motion to strike.[1] After a thorough review of the record, we find that the trial court made a proper determination under article 971 that the alleged statements did not concern a public issue. We do not find, as asserted by Truitt, that the trial court erroneously denied the special motion to strike solely on the basis that plaintiff was not a public figure. Thus, we deny the writ on this issue.

Truitt also seeks review of the trial court's July 17, 2014 judgment, denying his re-urged exception of vagueness and/or motion to dismiss, motion to dismiss for failure to furnish bond, and motion for new trial as to the prior denial of his exception of improper venue. On the record before us, we find no error in these rulings.

---

[1] The June 27, 2014 judgment also denied the motion to strike filed by defendant Anne Marie Vandenweghe Boudreaux. That ruling is not before us.

1

**EXHIBIT L**

For the foregoing reasons, this writ application is denied.

New Orleans, Louisiana this 22nd day of October, 2014.

_____
CHIEF JUDGE JAMES F. MCKAY III

_____
JUDGE TERRI F. LOVE

_____
JUDGE MAX N. TOBIAS, JR.

OCT 22 2014