

62 1694





ιITED STATES DISTRICT COURT
OUTHERN DIVISION
LERK OF COURT
SUITE 403
012 15TH STREET
ULFPORT, XAS.
     39501

