## Bobby Truitt

| | |
|---|---|
| **From:** | Doug Handshoe <earning04@gmail.com> |
| **Sent:** | Thursday, October 09, 2014 8:23 AM |
| **To:** | Bobby Truitt |
| **Subject:** | Attorney Fee Assignment |

Per our discussions regarding the assignment of attorney fees to effect the collection of the outstanding Trout Point Judgment, please be advised that I agree to rescind the prior assignment in order that you can pursue collection efforts on my behalf here in Mississippi.

Please advise of you need anything further.

Doug
Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (228) 284-0004
Fax: (601) 928-5129
www.slabbed.org

EXHIBIT 2
Blumberg No. 5208