| | |
|---|---|
| **Subject:** | Activity in Case 1:12-cv-00090-LG-JMR Trout Point Lodge, Limited et al v. Handshoe Motion for Writ of Garnishment |
| **From:** | cmecfhelpdesk@mssd.uscourts.gov (cmecfhelpdesk@mssd.uscourts.gov) |
| **To:** | Courtmail@mssd.uscourts.gov; |
| **Date:** | Wednesday, October 8, 2014 4:08 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Truitt - PHV, Jack on 10/8/2014 at 4:08 PM CDT and filed on 10/8/2014
**Case Name:**       Trout Point Lodge, Limited et al v. Handshoe
**Case Number:**    1:12-cv-00090-LG-JMR
**Filer:**                 Doug K. Handshoe
**WARNING: CASE CLOSED on 12/19/2012**
**Document Number:** 61

**Docket Text:**
**MOTION for Writ of Garnishment *on Judgment* by Doug K. Handshoe (Truitt - PHV, Jack)**

**1:12-cv-00090-LG-JMR Notice has been electronically mailed to:**

G. Gerald Cruthird     ggeraldc@bellsouth.net, sandra07@bellsouth.net



EXHIBIT 3

| | |
|---|---|
| Henry F. Laird , Jr | hlaird@joneswalker.com, jguice@joneswalker.com, ldavis@joneswalker.com |
| Jack E. Truitt - PHV | mail@truittlaw.com |
| Mary Judith Barnett | mjbarnettpa@yahoo.com, pauldavey0729@yahoo.com |

**1:12-cv-00090-LG-JMR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/8/2014] [FileNumber=3788490-0
] [b0b7ca1d478f3f2a99003680777ecf05a1bd9634754d29b1568f38ffeb5b57b7a9c7
51e6a3b90643637f3de94b315674e662584c9e332f3fb6159f7402150bcfd]]