From: Bobby Truitt <btruitt@truittlaw.com>
Date: March 6, 2015 at 5:01:09 PM CST
To: "Daniel G. Abel " <danielpatrickegan@gmail.com>
Subject: Abel v. Truitt, Truitt v. Abel, Yount v. Truitt, Handshoe v. Trout Point - Offer of Settlement (Not Admissible)



Mr. Abel:

I reached out to Alan Jacobus about resolving all litigation involving you, me, Chris Yount, Trout Point, Charles Leary and Vaughn Perret; he advised me that he communicated this proposal to you, but I have not received a response.

I had offered to forego execution of the attorney's fee award in the Trout Point litigation in exchange for dismissal of all claims in the referenced matters. I await your response, as well as that of your associates. This offer of compromise will expire if not accepted by March 15, 2015.

If you have any questions, please do not hesitate to contact us.

With kind regards,

**Bobby Truitt**

Jack E. "Bobby" Truitt
The Truitt Law Firm, L.L.C.
149 North New Hampshire Street
Covington, Louisiana 70433-3235
Tel: (985) 327-5266
Fax: (985) 327-5252
Mobile: (985) 778-1973