

Trout Point <trout.point.lodge@gmail.com>

## Vaughn Perret, Charles Leary, etc.

**Trout Point Lodge** <trout.point.lodge@gmail.com>  25 November 2014 at 02:22
To: "M. Judith Barnett" <mjbarnettpa@yahoo.com>

Hi Judith:

That's great news--too bad about the fees decision--but great news!

We were really surprised to see the Order re: garnishment. We had never seen the motion by Jack Truitt, which was filed in another case long terminated (the 1st SPEECH Act case). It was also not filed on behalf of Handshoe as the docket indicates, but on behalf of himself.

Truitt says he served everyone (all counsel of record). Did you receive anything from him on or around October 8? We certainly did not.

Happy Thanksgiving!

Charlie and Vaughan


[Quoted text hidden]
--
Trout Point Lodge of Nova Scotia
www.troutpoint.com
Small Luxury Hotels of the World
online reservations



EXHIBIT D