6/8/2015    Gmail - Various Cases (TP v. Slabbed, Abel v. Truitt, Yount v. Truitt, Truitt v. Leary) Meeting - Confidential Settlement Discussions

Case 1:12-cv-00090-LG-JMR   Document 67-5   Filed 06/11/15   Page 1 of 2



Foodvacation Canada <foodvacation@gmail.com>

## Various Cases (TP v. Slabbed, Abel v. Truitt, Yount v. Truitt, Truitt v. Leary) Meeting - Confidential Settlement Discussions

**Bobby Truitt** <btruitt@truittlaw.com>      Sat, May 30, 2015 at 12:02 AM
To: foodvacation Canada <foodvacation@gmail.com>, Chris Yount <ceyount@gmail.com>, "danielpatrickegan@gmail.com" <danielpatrickegan@gmail.com>

Please advise when you would like to meet, over lunch, in New Orleans, to discuss settlement of all claims against me by yourselves, Mr. Abel, and Mr. Yount, and my claims against Mr. Abel and Trout Point, Mr. Leary, and Mr. Perret.

If you have any questions, please do not hesitate to contact us.

With kind regards,

**Bobby Truitt**

Jack E. "Bobby" Truitt

The Truitt Law Firm, L.L.C.

149 North New Hampshire Street

Covington, Louisiana 70433-3235

Tel: (985) 327-5266

Fax: (985) 327-5252

Mobile: (985) 778-1973

*Please visit our website for more information on our firm.*

www.truittlaw.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This information is confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by contacting our office, and destroy the original transmission and its attachments without reading them to disk or otherwise.

EXHIBIT E

### depose handshoe

**M. Judith Barnett** <mjbarnettpa@yahoo.com>  9 December 2014 at 01:51
Reply-To: "M. Judith Barnett" <mjbarnettpa@yahoo.com>
To: Trout Point Lodge <trout.point.lodge@gmail.com>

No one served me with anything.  I got a copy from the PACER system like you did.

www.judybarnettpa.com

M. Judith Barnett
M. Judith Barnett, P.A.
1911 Dunbarton Drive
Jackson, MS 39216
Telephone: 601.981.4450
Fax: 601.981.4717
mjbarnettpa@yahoo.com

*"In God We Trust. All others, pay cash."* - Ross Barnett, Jr.

The information contained in this message may be privileged and confidential and protected from disclosure. It is intended exclusively for the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited under Federal Law. If you have received this communication in error, please notify the sender immediately by replying to this message; and delete this from your email and your computer. Thank you.

[Quoted text hidden]