Clerk of Court
U.S.D.C. - Southern District
Suite 403
2012 15TH Street
Golfport, MS.
       39501