## CERTIFICATE OF SERVICE

I, Charles Leary, do hereby certify that I have sent a true and correct copy of the foregoing Memorandum by using facsimile and email to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com



This the 8th day of June, 2015.

_____
Charles L. Leary

Charles L. Leary
140 Trout Point Road
E. Kemptville, NS B5A 5X9
(902) 761-2142
(800) 980-0713 fax
foodvacation@gmail.com