**REGAN & SANDHU, P.L.C.**
ATTORNEYS AND COUNSELORS AT LAW
2125 St. Charles Avenue
New Orleans, Louisiana 70130




neopost
06/08/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL

ZIP 70130
041M11270926

Clerk of Court
U.S.D.C. — Southern District
2012 15th Street
Suite 403
Gulfport, MS.     39501

3950120360