IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                             PLAINTIFFS

VERSUS                              CIVIL ACTION NO: 1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                          DEFENDANT

*PRO SE* MOTION UNDER FEDERAL L.U.Civ.R 7

Comes now Plaintiff Charles L. Leary, appearing *pro se*, and files this motion respectfully requesting to exceed the page limit in L.U.Civ.R 7. Plaintiff will be filing a motion under Federal Rule of Civil Procedure 60(b)(4). Plaintiff says he will be briefing the Court on an important matter of subject-matter jurisdiction, and will require sixteen (16) extra pages, beyond the 35 page limit of Rule 7.

Respectfully submitted, this the 15th day of April, 2016.

Charles Leary

By: /s/ Charles L. Leary

Charles L. Leary, PhD
Pro se

CERTIFICATE OF SERVICE

I, Charles Leary, do hereby certify that I have sent a true and correct copy of the foregoing documents by using facsimile and email to:

G. Gerald Cruthird, Esq.
P.O. Box 1050
Picayune, Mississippi 39466
ggeraldc@bellsouth.net

Jack E. Truitt, Esq.
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, Louisiana 70433
mail@truittlaw.com

This 15 day of April, 2016

Charles L. Leary, PhD
189 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA
(902) 761-2142
(800) 980-0713 facsimile
foodvacation@gmail.com