Charles L. Leary
189 Trout Point Road
. Kemptville, Nova Scotia
5A 5X9
CANADA

Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

NEW ORLEANS LA 700
25 APR 2016 PM 11

RECEIVED
APR 27 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SCREENED BY
U.S. MARSHAL

3950120360.3