2421 Clearview Parkway
Metairie, LA 70001

U.S. POSTAGE PAID
NEW ORLEANS, LA
70123
JUN 07 16
AMOUNT
$3.04
R2304E106859-12

39501

United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

RECEIVED
JUN 09 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.