IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN -9 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                   PLAINTIFFS

VERSUS                           CIVIL ACTION NO: 1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                                 DEFENDANT

---

*PRO SE* MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)(4)

---

Comes now Plaintiff Vaughn J. Perret, appearing *pro se*, and files this motion to vacate this Honorable's Court's Order on Cross Motions for Summary Judgment dated December 19, 2012 (Document 35) and Its Order on Attorney's Fees dated December 11, 2103 (Document 56) as void under Federal Rule of Civil Procedure 60(b)(4).

This motion is supported by Plaintiff's Brief.

Respectfully submitted, this the 6th day of June, 2016.

Vaughn J. Perret

By:

Vaughn J. Perret
*Pro se*

## CERTIFICATE OF SERVICE

I, Vaughn Perret, do hereby certify that I have sent a true and correct copy of the foregoing documents by using facsimile and email to:

G. Gerald Cruthird, Esq.
P.O. Box 1050
Picayune, Mississippi 39466
ggeraldc@bellsouth.net

Jack E. Truitt, Esq.
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, Louisiana 70433
mail@truittlaw.com

This 6th day of June, 2016

Vaughn J. Perret
189 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA
(902) 761-2142
(800) 980-0713 facsimile
foodvacation@gmail.com