IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY | | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO: 1:12CV00090 LG-JMR | |
| DOUG K. HANDSHOE | | DEFENDANT |

## NOTICE OF APPEAL

NOTICE is hereby given that Vaughn Perret and Charles Leary in the above styled case, hereby appeal to the United States Court of Appeals for the Fifth Circuit the District Court's Order Denying Plaintiffs' Motions to Vacate [Docket Nos. 70, 72] entered in this case on July 8, 2016 [Docket No. 74]. The filing fee for the appeal is enclosed herewith.

Respectfully submitted, this 15th day of July, 2016.

Vaughn Perret and Charles Leary

By: _/s/ Charles L. Leary_
Dr. Charles L. Leary
140 Trout Point Rd.,
Kemptville, NS B5A 5X9
Canada

By: _/s/ Vaughn J. Perret_
Vaughn J. Perret
140 Trout Point Rd.,
Kemptville, NS B5A 5X9
Canada

{GP027053.1}     1

## CERTIFICATE OF SERVICE

I, Dr. Charles L. Leary, do hereby certify that I have sent a true and correct copy of the foregoing Notice of Appeal by email delivery:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 15th day of July, 2018.

_____
Dr. Charles L. Leary