Charles L. Leary
140 Trout Point Road
E. Kemptville, Nova Scotia
B5A 5X9
CANADA

CERTIFIED MAIL

NEW ORLEANS LA 700
20 JUL
PM 3 L
UNITED STATES POSTAL SERVICE

7015 1730 0002 0297 3753    1000    39501

U.S. POSTAGE PAID
METAIRIE, LA
70002
JUL 20, 16
AMOUNT
**$3.77**
R2304M110217-15

RECEIVED
JUL 22 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

39501-203603