# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 27, 2016

Mr. Charles Leary
140 Trout Point Road
Kemptville, Nova Scotia, B5A 5X9
Canada

Mr. Vaughn Perret
140 Trout Point Road
Kemptville, Nova Scotia, B5A 5X9
Canada

> No. 16-60508   Trout Point Lodge, Limited, et al v. Doug
> Handshoe
> USDC No. 1:12-CV-90

Dear Mr. Leary, Mr. Perret,

We have docketed the appeal as shown above, and ask you to use the
case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules
of **Appellate** Procedure. We cannot accept motions submitted under
the Federal Rules of **Civil** Procedure. We can address only those
documents the court directs you to file, or proper motions filed
in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for
guidance. We will not acknowledge or act upon documents not
authorized by these rules.

**Attention Attorneys:** Direct access to the electronic record on
appeal (EROA) for pending appeals will be enabled by the U S
District Court on a per case basis. Counsel can expect to receive
notice once access to the EROA is available. Counsel must be
approved for electronic filing and must be listed in the case as
attorney of record before access will be authorized. Instructions
for accessing and downloading the EROA can be found on our website
at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads.
Additionally, a link to the instructions will be included in the
notice you receive from the district court.

Sealed documents, except for the presentence investigation report
in criminal appeals, will not be included in the EROA. Access to
sealed documents will continue to be provided by the district court

only upon the filing and granting of a motion to view same in this court.

**Attention Attorneys:**  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing.  The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
        Mr. G. Gerald Cruthird
        Mr. Arthur S. Johnston III