IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                Plaintiff,      Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,

                Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

    Considering the foregoing Judgment Debtor Rule;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs, Trout Point Lodge, Limited, Vaughn Perret, and Charles Leary, appear on the _____ day of _____, 2016 at _____ __.m. to be examined regarding the Judgment Debtor Rule as aforementioned.

    Hattiesburg, Mississippi, this _____ day of _____, 2016.

                                   _____
                                   **HONORABLE LOUIS GUIROLA**