United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
September 5, 2013

Lyle W. Cayce
Clerk

No. 13-60002



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 30 2013
J T NOBLIN CLERK
BY_____ DEPUTY

D.C. Docket No. 1:12-CV-90

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company;
VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Sabrina B Short_
    Deputy

OCT 2 8

New Orleans, Louisiana

ISSUED AS MANDATE: OCT 2 8 2013

I hereby certify that this instrument, document No. 55, filed on 10/30/13 is a true and correct copy of the electronically filed original.
ATTEST: ARTHUR JOHNSTON
U. S. District Court, Southern District of Mississippi
By:_____
Deputy Clerk

EXHIBIT "A"

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 28, 2013



Mr. J. T. Noblin  
Southern District of Mississippi, Gulfport  
United States District Court  
2012 15th Street  
Dan M. Russell Jr. United States Courthouse  
Gulfport, MS 39501

    No. 13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe  
                       USDC No. 1:12-CV-90

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Sabrina B. Short*  
                              By: _____  
                              Sabrina B. Short, Deputy Clerk  
                              504-310-7817

cc w/encl:  
    Honorable Louis Guirola Jr.  
    Mr. Henry F. Laird Jr.  
    Mr. Jack Etherton Truitt

P.S. to Judge Guirola: A copy of the opinion was sent to your office via email the day it was filed.

Case: 13-60002  Document: 00512364019  Page: 1  Date Filed: 09/05/2013

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Trout Point Lodge Ltd., et al  v. Douglas Handshoe  No. 13-60002

The Clerk is requested to tax the following costs against: Trout Point Lodge Ltd., Vaughn Perdeaux Charles Leary

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | 13 | 38 | .15 | 74.10 | 13 | 37 | .15 | 72.15 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 13 | 38 | | 32.50 | 13 | 1 | 1.50 | 19.50 |
| Other: Binding | | | | | | | | |

Total $ 106.40

Costs are hereby taxed in the amount of $ 91.65 this 28th day of October, 2013.

Costs are taxed in the amount of $ 91.65

LYLE W. CAYCE, CLERK

By _Lindsay Lawley_
Deputy Clerk

I, Jack E. Truitt, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 12th day of September, 2013

State of Louisiana
Parish of St Tammany

(Signature)
Attorney for Douglas Handshoe

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

# CHOICE ☑
## Professional Overnight Copy Service, Inc.

**INVOICE** 50128091

| SALESPERSON | INVOICE DATE |
|---|---|
| Delany | 04/11/13 |

**TO**
Truitt Law Firm - Barbara Manton
149 N. New Hampshire St.
Covington, LA 70433

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 04/04/13 | | Net 30 | D. Handshoe |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 494 | A Copies - Straight Run | 0.15 | 74.10 |
| 13 | Binding - All types | 2.50 | 32.50 |

Cl#15224
3/15/8

| | |
|---|---|
| Subtotal | 106.60 |
| Covington | 9.33 |

Received by: [signature]   Date: 4/4/13
Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

| TOTAL | $115.93 |
|---|---|

TS 5/13 SR

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS