IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,

                    Plaintiff,             Civil Action No.: 1:12-CV-90LG-JMR

v.

DOUG K. HANDSHOE,
                    Defendant.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO SUPPLEMENT EXHIBIT "A" TO MOTION
## TO EXAMINE JUDGMENT DEBTOR

**NOW INTO COURT**, through undersigned counsel, comes defendant, Doug K.

Handshoe, who respectfully moves this Honorable Court to allow him to supplement his Motion

to Examine Judgment Debtor's Exhibit "A" with the attached Exhibit "A."  The previously filed

Exhibit "A" to the Motion was not a complete copy of the Judgment of the Court.

                    Respectfully submitted,

                    **THE TRUITT LAW FIRM**
                    A Limited Liability Company

                    S/*Jack E. "Bobby" Truitt*

                    _____
                    JACK E. TRUITT, BAR NO. 18476
                    149 North New Hampshire Street
                    Covington, Louisiana 70433
                    Telephone: (985) 327-5266
                    Facsimile: (985) 327-5252
                    Email: mail@truittlaw.com
                    Counsel for defendant, Douglas Handshoe

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on August 17, 2016.

S/*Jack E. "Bobby" Truitt*

_____