IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED,**
A Nova Scotia Limited Company;
**VAUGHN PERRET** and
**CHARLES LEARY,**

                Plaintiff,      Civil Action No.: 1:12-CV-90LG-JMR

v.

**DOUG K. HANDSHOE,**

                Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO CONTINUE AND RESET EXAMINATION OF JUDGMENT DEBTOR

**NOW INTO COURT**, comes Jack E. Truitt, attorney for defendant, Douglas K. Handshoe, who respectfully moves this Honorable Court to continue and reset the Motion to Examine Judgment Debtor in this matter which is currently scheduled on **November 1, 2016, at 10:00 a.m.** The undersigned counsel respectfully represents that he has a trial scheduled on November 1, 2016, beginning at 9:30 a.m., in the matter entitled "*Gerson Carrillo vs. Christiano Construction Co., Inc. and LCI Worker's Comp,*" in the Office of Worker's Compensation Court, District 09, Houma, Louisiana, in Docket No.: 15-06994.

      **Dated:** September 21, 2016.

                              Respectfully submitted,

                              **THE TRUITT LAW FIRM**
                              A Limited Liability Company

                              S/*Jack E. "Bobby" Truitt*
                              _____
                              JACK E. TRUITT, BAR NO. 18476
                              149 North New Hampshire Street
                              Covington, Louisiana 70433
                              Telephone: (985) 327-5266
                              Facsimile: (985) 327-5252
                              Email: mail@truittlaw.com

                                            Counsel for Douglas K. Handshoe

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on September 21, 2016.

                                      S/*Jack E. "Bobby" Truitt*
                                      _____