# AFFIDAVIT OF SERVICE

**CANADA**

**PROVINCE OF NOVA SCOTIA**

**COUNTY OF DIGBY**

THAT ON _Thursday, October 6th_ 2016, I, WAYNE P. SNOW, hereby state the following:

1) That I, WAYNE P. SNOW, a Provincial Civil Constable in the province of Nova Scotia, Canada, am qualified to make service in the Province of Nova Scotia.

2) That on _Thursday, October 6th_, 2016, I made personal service upon Trout Point Lodge, 189 Trout Point Road, E. Kemptville, NS B5A 5X9, thru

Name: _Ulysses Martin_,

Position with company _Acting Manager_, as a representative of Trout Point Lodge, thus, effecting service.

This Affidavit is based on personal knowledge, information and belief.

_____
WAYNE P. SNOW

Wayne Snow
A Provincial Civil Constable in
The Province of Nova Scotia

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE ____ DAY OF
_____October_____, 2016.

_____
NOTARY PUBLIC

OLIVER JANSON
A Notary Public in and for the
Province of Nova Scotia