IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


TROUT POINT LODGE, LIMITED,                          PLAINTIFFS
VAUGHN PERET AND CHARLES LEARY

VS.                                CIVIL ACTION NO. 1:12CV90

DOUG K. HANDSHOE                                      DEFENDANT


**TRANSCRIPT OF JUDGMENT DEBTOR EXAMINATION**


BEFORE THE HONORABLE LOUIS GUIROLA
UNITED STATES DISTRICT JUDGE

NOVEMBER 22, 2016
GULFPORT, MISSISSIPPI


APPEARANCES:

FOR THE DEFENDANT:

    JACK E. TRUITT, ESQUIRE




REPORTED BY:  TERI B. NORTON, RMR, FCRR, RDR
              Mississippi CSR #1906
_____

2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI  39501
(228) 563-1748

| | | |
|---|---|---|
| 10:16 | 1 | **THE COURT:** Good morning. Terrific turnout and lots |
| | 2 | to do, so we'll get right on it. Madam clerk, will you please |
| | 3 | call the first case. |
| 10:17 | 4 | **THE CLERK:** Civil Action No. 1:12cv90, Trout Point |
| | 5 | Lodge, Limited, Vaughn Perret and Charles Leary versus Doug K. |
| | 6 | Handshoe, set for a judgment debtor exam. |
| 10:17 | 7 | **THE COURT:** Mr. Truitt? |
| 10:17 | 8 | **MR. TRUITT:** Yes, sir. Good morning, Your Honor. |
| 10:17 | 9 | **THE COURT:** We've called the case. I'm given to |
| | 10 | understand that the judgment debtors are not here. |
| 10:17 | 11 | **MR. TRUITT:** Yes, sir, that is correct. |
| 10:17 | 12 | **THE COURT:** Well, there's not a great deal that I can |
| | 13 | do at this point. I will leave it to you to take whatever |
| | 14 | appropriate action you feel is needed. |
| 10:17 | 15 | **MR. TRUITT:** Yes, sir. |
| 10:17 | 16 | **THE COURT:** Is there anything else the Court can do |
| | 17 | for you? |
| 10:17 | 18 | **MR. TRUITT:** No, sir. Thank you, Your Honor. |
| 10:17 | 19 | **THE COURT:** All right. Very good. |
| 10:17 | 20 | **MR. TRUITT:** Have a nice Thanksgiving. |
| 10:17 | 21 | **THE COURT:** Thank you. You, too. |
| 10:17 | 22 | (HEARING CONCLUDED) |
| 10:17 | 23 | |
| 10:17 | 24 | |
| 10:17 | 25 | |

```
10:17    1
10:17    2                    CERTIFICATE OF COURT REPORTER
10:17    3
10:17    4         I, Teri B. Norton, RMR, FCRR, RDR, Official Court
         5    Reporter for the United States District Court for the Southern
         6    District of Mississippi, appointed pursuant to the provisions
         7    of Title 28, United States Code, Section 753, do hereby certify
         8    that the foregoing is a correct transcript of the proceedings
         9    reported by me using the stenotype reporting method in
        10    conjunction with computer-aided transcription, and that same is
        11    a true and correct transcript to the best of my ability and
        12    understanding.
10:17   13         I further certify that the transcript fees and format
        14    comply with those prescribed by the Court and the Judicial
        15    Conference of the United States.
10:17   16
10:17   17
10:17   18
10:17   19            S/ Teri B. Norton
10:17                 TERI B. NORTON, RMR, FCRR, RDR
10:17   20            OFFICIAL COURT REPORTER
10:17
10:17   21
        22
        23
        24
        25
```