## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY, | ) ) ) ) ) ) |  |
| v. | ) ) | CIVIL ACTION NO. 1:12cv90-LG-JMR |
| DOUG K. HANDSHOE | ) ) ) |  |

**MOTION FOR CONTEMPT TO COMPEL EXAMINATION OF JUDGMENT DEBTOR**

NOW INTO COURT, through undersigned counsel, comes defendant, Doug K. Handshoe, who respectfully moves this Honorable Court to find the plaintiffs in contempt of its order dated September 20, 2016[1] for failing to appear for the Judgment Debtor Examination set by this Court.

As more fully explained in the accompanying memorandum, which is incorporated herein by reference, the Plaintiffs were ordered by this Court to appear on November 22, 2016. The order of this Court was served on Trout Point Lodge Limited on October 6, 2016. None of the plaintiffs appeared as ordered by the Court.

The defendant prays the Court finds this Motion to be well taken and finds the defendants in active and flagrant contempt of this Honorable Court, order the immediate arrest of the Plaintiffs to compel them to appear before the Court as previously ordered, and to award to movant such additional sanctions as the Court finds appropriate.

---

[1] As Amended by text only order September 22, 2016

Respectfully submitted this 16th day of May, 2017,


/s/ G. Gerald Cruthird
G. GERALD CRUTHIRD
For defendant Doug K. Handshoe
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, Attorney for Doug K. Handshoe, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk and via U. S. Mail upon any non-ECF participants at their address of record at 140 Trout Point Road, Kemptville, Nova Scotia, B5A 5X9.

So certified, this 16th day of May, 2017,


/s/G. Gerald Cruthird____
G. GERALD CRUTHIRD
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com