# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY, | ) ) ) ) ) ) | |
| v. | ) | CIVIL ACTION NO. 1:12cv90-LG-JMR |
| DOUG K. HANDSHOE | ) ) ) ) | |

### MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT TO COMPEL EXAMINATION OF JUDGMENT DEBTOR

This Memorandum is respectfully submitted by undersigned counsel for the defendant, Doug K. Handshoe, who respectfully moves this Honorable Court to find the plaintiffs in contempt of its orders dated September 20, 2016 and September 22, 2016 for failing to appear for the Judgment Debtor Examination set by this Court. In support thereof the defendant submits the following.

Movant is judgment creditor of the plaintiffs as evidenced by the order and judgment rendered by this Court in the instant matter on December 11, 2013 in the amount of $48,000.00, with judicial interest, as appears from the record herein (ECF No. 56), of which the Court can take judicial notice.

Said judgment is now final and definitive, and it has been neither paid nor otherwise satisfied by the defendants.

In fact, the utter silence of Trout Point Lodge Limited, Mr. Leary and Mr. Perret in response to the Court's judgment has been deafening. None of them have made any effort

1

whatsoever to comply with the judgment or to appear for the Judgement Debtor Examination as ordered by the Court.

As this Court is likely already aware, federal courts have the inherent power to punish for contempt. *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764, 100 S.Ct. 2455, 2463, 65 L.Ed.2d 488 (1908); *Hornbeck Offshore Services, L.L.C. v. Salazar*, 713 F.3d 787, 792 (5th Cir. 2013).

"A party commits contempt when he violates a definite and specific order of the court requiring him to perform . . . a particular act or acts with knowledge of the court's order." *Hornbeck Offshore, supra* (quoting *Travelhost, Inc. v. Blandford*, 68 F.3d 958, 961 5th Cir. 1995).

In this matter, the failure of the plaintiff to appear as ordered by this Court to appear on November 22, 2016 certainly constitutes the violation of an order "requiring [them] to perform a particular act." This is particularly true in light of the fact that Mr. Perret is a licensed attorney and an officer of the Court. In addition, the plaintiffs just as certainly had adequate notice of the order by way of personal service of the order upon the registered office of Trout Point Lodge on October 6, 2016.

Thus, movant request the Court to exercise its jurisdiction and to compel the physical presence of Mr. Leary and Mr. Perret, as representatives of Trout Point Lodge Limited and, after a hearing, find them in active and flagrant contempt of this Honorable Court and to award to movant such additional sanctions as the Court finds appropriate.

WHEREFORE, movant pray that the Court issue an arrest warrant to compel Charles Leary, Vaugh Perret and Trout Point Lodge Limited to personally appear before it, at a time and place to be fixed by the Court, and show cause why they should not be held in contempt of this Honorable Court for their failure to appear for the Judgment Debtor Examination on November

22, 2016 as ordered by the Court. In addition, at that same time and place, defendant requests the

privilege of examining the judgment debtors herein and for such additional sanctions as the

Court finds appropriate.

Respectfully submitted this 16th day of May, 2017,

/s/ G. Gerald Cruthird
G. GERALD CRUTHIRD
For defendant Doug K. Handshoe
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com

3

## CERTIFICATE OF SERVICE

    I, G. Gerald Cruthird, Attorney for Doug K. Handshoe, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk and via U. S. Mail upon any non-ECF participants at their address of record at 140 Trout Point Road, Kemptville, Nova Scotia, B5A 5X9.

    So certified, this 16th day of May, 2017,


    /s/G. Gerald Cruthird____
    G. GERALD CRUTHIRD
    Attorney At Law
    Post Office Box 1056
    Picayune, MS 39466
    Telephone: (601) 798-0220
    picayunebarrister@cruthirdlaw.com