IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LMTD, ET AL
V.
DOUG K. HANDSHOE

CIVIL ACTION NO.: 1:12-cv-00090-LG-JMR

<u>AFFIDAVIT OF SERVICE</u>

CANADA
PROVINCE OF NOVA SCOTIA
COUNTY OF DIGBY

THAT ON Thursday, June 22nd 2017 I, WAYNE SNOW, hereby state the following:

1. That I, WAYNE SNOW, a Provincial Civil Constable in the province of Nova Scotia, Canada, am qualified to make service in the Province of Nova Scotia.

2. That on Thursday, June 22nd 2017, I made personal service of a Motion, Memorandum and Court Order dated June 13, 2017 upon Trout Point Lodge, Ltd. 189 Trout Point Road, E. Kemptville, NS B5A 5X9, through.

   Name: Sophia Gruber

   Position with company: Manager of Reception, as a representative of Trout Point Lodge, Ltd., thus, effecting service.

This Affidavit is based on personal knowledge, information and belief.

_Wayne Snow_
WAYNE SNOW

Wayne Snow
A Provincial Civil Constable in
The Province of Nova Scotia

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE 23 DAY OF JUNE, 2017

_O. Janson_
NOTARY PUBLIC

OLIVER JANSON
A Notary Public in and for the
Province of Nova Scotia