# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED,  )
A Nova Scotia Limited Company;  )
VAUGHN PERRET and  )
CHARLES LEARY,  )
)
v.  )  CAUSE NO. 1:12cv90-LG-JMR
)
DOUG K. HANDSHOE  )
)

## MOTION FOR WRIT OF EXECUTION

NOW INTO COURT, through undersigned counsel, comes defendant, Doug K. Handshoe, makes application in accordance with 28 U.S.C. §3203(c)(1) to the Clerk of the United States District Court to issue a Writ of Execution upon the judgment rendered in this case against the Plaintiffs Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the above cited action in the amount of $48,000 plus post judgment interest at the rate of .14 %, from the date of judgment until paid in full.

The judgment Debtors' full names are Trout Point Lodge, Limited, A Nova Scotia Limited Company and its last known address is 189 Trout Point Road, Kemptville, Nova Scotia B5A 5X9, Vaughn Perret and his last known address is 140 Trout Point Road, Kemptville, Nova Scotia B5A 5X9 and Charles Leary and his last known address is 140 Trout Point Road, Kemptville, Nova Scotia B5A

1

5X9. The Court, in its judgment in this cause dated December 11, 2013, has ordered that the Plaintiffs pay the Defendant $48,000 in attorney fees.

The property Subject to Execution is as follows:

> **Choses in action in the Mississippi Circuit Court case styled *Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v. Douglas Handshoe*, Civil Action Number 15-0458, Circuit Court of Hancock County and associated Miscellaneous Civil Action Number 12161 in the Circuit Courts of Hancock and Stone Counties Mississippi.**

The above personal property that is owned by the Plaintiffs shall be seized at the respective County Courthouses and sold by the United States Marshal's Service at public auction and the proceeds applied toward the satisfaction of the Judgment against the Plaintiffs. (ECF # 56).

Respectfully submitted this 28th day of July, 2017,

/s/ G. Gerald Cruthird
G. GERALD CRUTHIRD
For defendant Doug K. Handshoe
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com

## **CERTIFICATE OF SERVICE**

I, G. Gerald Cruthird, Attorney for Doug K. Handshoe, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk and via U. S. Mail upon any non-ECF participants at their addresses of record at 189 Trout Point Road, Kemptville, Nova Scotia, B5A 5X9 and 140 Trout Point Road, Kemptville, Nova Scotia, B5A 5X9.

So certified, this 28th day of July, 2017,


/s/G. Gerald Cruthird\_\_\_\_
G. GERALD CRUTHIRD
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com