## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, )
A Nova Scotia Limited Company; )
VAUGHN PERRET and )
CHARLES LEARY, )
 )
v. ) CAUSE NO. 1:12cv90-LG-JMR
 )
DOUG K. HANDSHOE )

## WRIT OF EXECUTION

On December 11, 2013, a judgment was entered in the United States District Court for the Southern District of Mississippi, in favor of the defendant Doug K. Handshoe, and against the plaintiffs, in the above cited civil action in the amount of $48,000.00 plus post-judgment interest at the rate of .140%, from the date of judgment until paid in full.

The judgment Debtors' full names are Trout Point Lodge, Limited, A Nova Scotia Limited Company and its last known address is 189 Trout Point Road, Kemptville, Nova Scotia B5A 5X9, Vaughn Perret and his last known address is 140 Trout Point Road, Kemptville, Nova Scotia B5A 5X9 and Charles Leary and his last known address is 140 Trout Point Road, Kemptville, Nova Scotia B5A 5X9.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and selling all property as described below:

> **Choses in action in the Mississippi Circuit Court case styled *Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v. Douglas Handshoe*, Civil Action Number 15-0458, Circuit Court of Hancock County and associated Miscellaneous Civil Action Number 12161 in the Circuit Courts of Hancock and Stone Counties Mississippi.**

Signed this the _____ day of August, 2017.

UNITED STATES DISTRICT CLERK,
SOUTHERN DISTRICT OF MISSISSIPPI

By: _____
Deputy Clerk

---
Return
---

DATE RECEIVED BY MR. ACKER: _____
TIME RECEIVED BY MR. ACKER: _____

DATE RECEIVED BY UNITED STATES MARSHAL: _____
TIME RECEIVED BY UNITED STATES MARSHAL: _____

DATE OF LEVY: _____
PROPERTY SEIZED PURSUANT TO LEVY

DATE OF SALE

FEES, COSTS AND EXPENSES

**The writ was received and executed:**

_____          _____
DON ACKER                                DATE
POST OFFICE BOX 662
SHELBURNE NOVA SCOTIA B0T 1W0


_____          _____
UNITED STATES MARSHAL                    DATE
(BY) DEPUTY U.S. MARSHAL