## AFFIDAVIT OF SERVICE

CANADA
PROVINCE OF NOVA SCOTIA
COUNTY OF _Shelburne_

THAT ON _Thursday Aug 17/17_ I, _Donnie Acker_, hereby state the following:

1. That I, _Donnie Acker_, am qualified to make service in this matter.

2. That on _Thursday Aug 17/17_, I made personal service of a Court Order dated July 28, 2017 (ECF #89) and the following Court Orders, Motions and Memorandum: Motion (ECF#77), Court Order (ECF #79), Motion and Memorandum (ECF #84 and 85), Court Order (ECF #87) and Court Order (ECF #89) upon Trout Point Lodge, Ltd., 189 Trout Point Road, E. Kemptville, NS B5A 5X9, through.
   Name: _Ulysses Martin_
   Position with company: _Manager of Trout Point Lodge_, as a representative of Trout Point Lodge, Ltd., thus, effecting service.

This Affidavit is based on personal knowledge, information and belief.

_Donnie Acker_
_Donald Acker_
(Printed Name)

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE 18th DAY OF AUGUST, 2017

_____
NOTARY PUBLIC

CELIA J. MELANSON
A Notary Public In and For
The Province of Nova Scotia