## AFFIDAVIT OF SERVICE

CANADA
PROVINCE OF NOVA SCOTIA
COUNTY OF Shelburne

THAT ON Thursday Aug 17/17, I, Donnie Acker, hereby state the following:

1. That I, Donnie Acker, am qualified to make service in this matter.

2. That on Thursday Aug 17/17, I made personal service of a Court Order dated July 28, 2017 (ECF #89) and the following Court Orders, Motions and Memorandum: Motion (ECF#77), Court Order (ECF #79), Motion and Memorandum (ECF #84 and 85), Court Order (ECF #87) and Court Order (ECF #89) upon Charles Leary., 189 Trout Point Road, E. Kemptville, NS B5A5X9:

Unable to make contact with Charles Leary I served manager of Trout Point Lodge Ulysses Martin.

This Affidavit is based on personal knowledge, information and belief.

Donnie Acker

Donald Acker
(Printed Name)

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE 18th DAY OF AUGUST, 2017

NOTARY PUBLIC

CELIA J. MELANSON
A Notary Public In and For
The Province of Nova Scotia