## AFFIDAVIT OF SERVICE

CANADA
PROVINCE OF NOV A SCOTIA
COUNTY OF _Shelburne_

THAT ON _Thursday Aug 17/17_ I, _Donnie Acker_,
hereby state the following:

1. That I, _Donnie Acker_, am qualified to make service in this matter.

2. That on _Thursday Aug 17/17_, I made personal service of a Court Order dated July 28, 2017 (ECF #89) and the following Court Orders, Motions and Memorandum: Motion (ECF#77), Court Order (ECF #79), Motion and Memorandum (ECF #84 and 85), Court Order (ECF #87) and Court Order (ECF #89) upon Vaughn Perret, ~~140~~ _189 main Lodge_ Trout Point Road, E. Kemptville, NS B5A5X9:

   _Unable to make contact with Vaughn Perrit I served manager of Trout Point Lodge Ulysses Martin._

This Affidavit is based on personal knowledge, information and belief.

_Donnie Acker_

_Dnald Acker_
(Printed Name)

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE _18th_ DAY OF AUGUST, 2017

_____
NOTARY PUBLIC