IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Novia Scotia
Limited Company; VAUGHN PERRETT and
CHARLES LEARY**                                                                                  **PLAINTIFFS**

**VS.**                                                **CIVIL ACTION NO.: 1:12CV00090-LG-JMR**

**DOUG K. HANDSHOW**                                                                        **DEFENDANT**

---

### MOTION TO WITHDRAW AS COUNSEL

---

**COMES NOW** the undersigned M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., and files this her *Motion to Withdraw as Counsel* for the Plaintiffs, Trout Point Lodge, Limited, Vaughn Perrett, and Charles Leary, in the within cause of action, and in support thereof would show unto the Court the following:

1.

That Plaintiffs have informed M. Judith Barnett that they wish to represent themselves in the within cause of action, and are no longer in need of the services of M. Judith Barnett, and the law firm of M. Judith Barnett, P.A.

**WHEREFORE, PREMISES CONSIDERED**, M. Judith Barnett moves this Honorable Court for an Order allowing her, and the law firm of M. Judith Barnett, P.A., to withdraw as attorney of record for the Plaintiffs, Trout Point Lodge, Limited, Vaughn Perrett, and Charles Leary, in the within cause of action.

**RESPECTFULLY SUBMITTED**, this the **23rd** day of **September**, **2017**.

                                                                                     /s/ M. Judith Barnett
                                                                                     **M. JUDITH BARNETT**

**M. JUDITH BARNETT (MSB #99766)**
**M. JUDITH BARNETT, P.A.**

## CERTIFICATE OF SERVICE

**THIS** is to certify that I, M. Judith Barnett, have this date served via the CM/ECF filing system, a true and correct copy of the above and foregoing document to:

G. Gerald Cruthird, Esquire
G. Gerald Cruthird, P.A.
Post Office Box 1056
Picayune, Mississippi 39466

Henry F. Laird, Jr., Esquire
Hagwood Adelma Tipton, PC
Post Office Box 4264
Gulfport, Mississippi 39502-4264

Jack E. Truitt, Esquire - PHV
the Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, Louisiana 70433

**THIS** the **23rd** day of **September**, **2017**.

/s/ M. Judith Barnett
**M. JUDITH BARNETT**