## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**TROUT POINT LODGE, LIMITED, A Novia Scotia**
**Limited Company; VAUGHN PERRETT and**
**CHARLES LEARY**                                                                                                                      **PLAINTIFFS**

**VS.**                                                  **CIVIL ACTION NO.: 1:12CV00090-LG-JMR**

**DOUG K. HANDSHOE**                                                                          **DEFENDANT**

### SECOND AMENDED MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., and files this her *Second Amended Motion to Withdraw as Counsel* for the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, in the within cause of action, and in support thereof would show unto the Court the following:

1.

That the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, have terminated the services of M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., expressing that they no longer want the input, services, or involvement of M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., in this matter.

2.

As a direct and proximate result of the wishes of the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., ask that this Court allow M. Judith Barnett, and M. Judith Barnett, P.A., to withdraw from this matter.

**WHEREFORE, PREMISES CONSIDERED**, M. Judith Barnett respectfully requests this Honorable Court receive and file this her *Second Amended Motion to Withdraw as Counsel* and upon

review of same enter an Order allowing M. Judith Barnett, and M. Judith Barnett, P.A., to withdraw as attorney of record for the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, in the within cause of action.

**RESPECTFULLY SUBMITTED**, this the **10th** day of **October**, **2017**.

/s/ M. Judith Barnett
**M. JUDITH BARNETT**

**M. JUDITH BARNETT (MSB #99766)**
**M. JUDITH BARNETT, P.A.**
1911 Dunbarton Drive
Jackson, Mississippi 39216
Telephone:     (601) 981-4450
Facsimile:      (601) 981-4717
mjbarnettpa@yahoo.com

## CERTIFICATE OF SERVICE

**THIS** is to certify that I, M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., have this date served, via email, United States Mail, and the CM/ECF filing system, a true and correct copy of the above and foregoing *Second Amended Motion to Withdraw as Counsel* to:

G. Gerald Cruthird, Esquire
G. Gerald Cruthird, P.A.
Post Office Box 1056
Picayune, Mississippi 39466

Henry F. Laird, Jr., Esquire
Hagwood Adelma Tipton, PC
Post Office Box 4264
Gulfport, Mississippi 39502-4264

Jack E. Truitt, Esquire - PHV
the Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, Louisiana 70433

Trout Point Lodge, Limited
189 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada

Charles Leary
189 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada
foodvacation@gmail.com

Vaughn Perret
189 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada
foodvacation@gmail.com

**THIS** the **10th** day of **October**, **2017**.

                                             /s/ M. Judith Barnett
                                             **M. JUDITH BARNETT**