

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Novia Scotia
Limited Company; VAUGHN PERRETT and
CHARLES LEARY                                                                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO.: 1:12CV00090-LG-JMR

DOUG K. HANDSHOE                                                                            DEFENDANT

### ORDER ALLOWING WITHDRAW AS COUNSEL

**THIS DAY** this cause came on to be heard on the *Second Amended Motion to Withdraw as Counsel* filed by M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., and the Court being advised in the premises and finding that it has jurisdiction over both the parties and the subject matter contained herein, further finds as follows:

The Court finds that the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, have terminated the services of M. Judith Barnett, of the law firm of M. Judith Barnett, P.A. and therefore the *Second Amended Motion to Withdraw as Counsel* is well-taken and should be sustained. It is, therefore,

**ORDERED AND ADJUDGED** that M. Judith Barnett, of the law firm of M. Judith Barnett, P.A., shall be and is hereby allowed to withdraw as counsel of record for the Plaintiffs, Trout Point Lodge, Limited; Vaughn Perrett; and Charles Leary, in the within cause of action.

**SO ORDERED AND ADJUDGED**, this the 18th day of Oct., 2017.

U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

M. JUDITH BARNETT (MSB #99766)
M. JUDITH BARNETT, P.A.