CASE NO. 1:12cv 90
Trout Point Lodge
VS. Handshoe
DEFENDANT'S EXHIBIT D-1
DATE _____ IDEN.
DATE 10-26-2017 EVID.
BY Dick Kolley
Deputy Clerk
AO 386A

login / sign up    Enter Web ID or Street

## Luxury Wilderness Lodge for Sale - Nova Scotia Canada





Map data ©2017 Google Imagery ©2017 DigitalGlobe, Province of Nova Scotia



**Howard Henzel**
Lic. R.E. Salesperson| International Property Specialist
Mobile: 917.836.8272
howardh@nestseekers.com



**NYC Commercial**
Howard Henzel
Phone: 646-443-3767

Mobile: 917-836-8272
howardh@nestseekers.com

 **Properties International**
International Property Specialist
Mobile: 917-836-8272
howardh@nestseekers.com

**Greenwich Village**
55 Christopher Street New York, NY 10014
Phone: 212-252-8772 X 4755
williamd@nestseekers.com

EXCLUSIVE

## Location

189 Trout Point Road
Kemptville Nova Scotia B0W 1Y0
Canada
International » Canada

## Property

| | |
|---|---|
| Ownership: | For Sale |
| Type: | Hotel |
| Bedrooms: | 13 BR |
| Bathrooms: | 20 |
| Pets: | Unknown |
| Lot Size: | 69 Acres |

## Financials

| | |
|---|---|
| Price: | $1,950,000 |

## Description

Luxury Wilderness Lodge for Sale - Nova Scotia Canada.

**Amazing Wilderness Lodge in Nova Scotia: Apt for Either Personal Compound or Turn-key Boutique Hotel Business!**

**This 5-star, luxury wilderness lodge** rests on 69 waterfront acres amidst Acadian forest. Constructed of massive logs and hand cut stone, all the rooms in this architectural master piece boast river views. The complex consists of three buildings featuring a total of 13 bedrooms, 14 full baths, and 6 half baths. There are 2 cathedral-ceiling living rooms, one kitchen with superlative soapstone counters, and a commercial-style kitchen and pantry in the main lodge. The complex boasts a total of 10 fireplaces. A full-service airport for private planes is just 35 minutes drive away.

Each bedroom is unique and features custom Acadian furniture made from a variety of local wood.

As a profitable turn-key business in operation for over 17 years, one can can continue to operate one of Canada's most prestigious boutique hotels. A member of an international luxury hotel group, it is the first hotel in the world to be certified as a "starlight hotel" for its pristine skies.

The main lodge includes 7 spacious junior suites and 1 full suite. There is a welcoming great room, which opens to a spacious covered veranda overlooking the peaceful river. The mezzanine library, one formal dining room, one informal dining room, kitchen, and 2 bars are also in the main building. There is a separate secluded lakefront building, (built 2002) with 3 guest rooms and a great room with fireplace and also includes guest service rooms (gym and massage). A new single garage, (built 2013) has a 1 bedroom, 1 1/2 apartment with cherry wood floors and a woodstove, which could also be considered for future guest accommodations.

As a private compound, unneeded bedrooms could easily be converted to other uses.

Nova Scotia boasts one of the world's best, most temperate climates-- unsurpassed in summer!

Sales tax may apply to part of the sale.

Seasonal income (5 months of operation) was over $800,000 this past season

Award winning Restaurant





**"world's best wilderness lodges" Men's Journal**

Among two Canadian Members of Small Luxury Hotels of the World: SLH.com

Annually inspected and recommended for the independent traveler by Conde Nast Johansens

Classified as a 5-star Inn by Canada Select, the national accommodation rating agency

Member, Select Registry: Distinguished Inns of North America

World's top 10 eco lodges, USA TODAY

Fodor's Guide (2014-15): the only accommodation in Nova Scotia rated as a **Fodor's Choice**

VISA Luxury Hotel Collection

Member, Diamond Collection of BedandBreakfast.com: An exclusive group of professionally inspected and guest-reviewed luxury inns with extensive modern amenities

World's first certified Starlight Hotel by the UNESCO Starlight Foundation

**The Telegraph** of London, Hotel Review: 8/10 overall and 9/10 for food & drink

Member, Kiwi Collection

TripAdvisor Certificate of Excellence, 2015

**Contact Howard Henzel for more info on this great Lodge.**

Howard Henzel
Lic. R.E. Salesperson|REBNY Member
Residential/Commercial/International - International Property Specialist
Nestseekers International
Manhattan • Brooklyn • Long Island City • Miami • Hamptons • Beverly Hills
•. London • Shanghai • International
Cell: 917.836.8272
howardh@nestseekers.com

http://www.nestseekers.com/agent/howard-henzel

http://www.nestseekers.com/agent/commercial-properties

http://www.nestseekers.com/agent/international-properties

http://www.henzelinternational.com

http://http://www.linkedin.com/in/howardhenzel

Referrals are appreciated

Amenities

Fireplace
Furnished
Investment Property
Waterfront Property
Water view

All information furnished regarding property for sale, rental or financing is from sources deemed reliable, but no warranty or representation is made as to the accuracy thereof and same is submitted subject to errors, omissions, change of price, rental or other conditions, prior sale, lease or financing or withdrawal without notice. International currency conversions where shown are estimates based on recent exchange rates and are not official asking prices. All dimensions are approximate. For exact dimensions, you must hire your own architect or engineer.

Licensed Real Estate Broker NY, NJ, FL, CA · Tel: 800-330-4906 © 2001-2017 Nest Seekers LLC



## Express

earthsmart

FedEx carbon-neutral
envelope shipping

TRK# 7877 5342 6612
(0201)

XH BIXA

TUE — 19 SEP 10:30A
PRIORITY OVERNIGHT

39501
MS-US
BFM

ORIGIN ID:HGRA (337) 660-0000
CHARLES LEARY
2421 CLERVIEW PKWY

METAIRIE, LA 70001
UNITED STATES US

TO U.S DISTRICT COURT SOUTHERN
DISTRICT OF MS DAN M. RUSSELL
2012 15TH STREET
SUITE 403
GULFPORT MS 39501

SHIP DATE: 18SEP17
ACTWGT: 1.00 LB
CAD: 6994864/SSF18902

BILL CREDIT CARD



FedEx
Express

E

Align top of FedEx Express® shipping label here.

Envelope

A
1
10:30
.19612
09.19

326
F2



RECEIVED
SEP 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.





RECE...

OCT 10 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT ... ...

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15ᵗʰ Street, Suite 403
Gulfport, MS 39501

140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada



**PRIORITY MAIL**
TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE®
For Domestic Use Only

Label 107R, July 2013

**USPS TRACKING #**

9114 9014 9645 1403 6838 53

UNITED STATES POSTAL SERVICE®

Label 400 Jan. 2013
1890-16-000-7948



RECEIVED

OCT 11 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

QR. CHARLES LEARY

CLERK OF COURT

U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

DAN M. RUSSELL, JR. U.S. COURTHOUSE

2012 15TH STREET, SUITE 403

GULFPORT, MS 39501

39501-203603

RECEIVED

OCT 1 6 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.





140 Trout Point Road –
E. Kemptville, Nova Scotia B5A 5X9
Canada

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501





RECEIVED

OCT 23 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

140 Trout Point Rd.
E. Kemptville,
Nova Scotia,
Canada