IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-60508
_____

D.C. Docket No. 1:12-CV-90

United States Court of Appeals
Fifth Circuit
**FILED**
January 5, 2018
Lyle W. Cayce
Clerk

VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi

Before DAVIS, HAYNES, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Jan 29, 2018**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**